# Exhibit A1

US008793034B2

(12) **United States Patent**

Ricci

(10) **Patent No.:** **US 8,793,034 B2**

(45) **Date of Patent:** *Jul. 29, 2014

(54) **FEATURE RECOGNITION FOR CONFIGURING A VEHICLE CONSOLE AND ASSOCIATED DEVICES**

(71) Applicant: **Flextronics AP, LLC**, Milpitas, CA (US)

(72) Inventor: **Christopher P. Ricci**, Saratoga, CA (US)

(73) Assignee: **Flextronics AP, LLC**, San Jose, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **13/679,204**

(22) Filed: **Nov. 16, 2012**

(65) **Prior Publication Data**

US 2013/0144462 A1    Jun. 6, 2013

**Related U.S. Application Data**

(60) Provisional application No. 61/560,509, filed on Nov. 16, 2011, provisional application No. 61/637,164, filed on Apr. 23, 2012, provisional application No. 61/646,747, filed on May 14, 2012, provisional application No. 61/653,275, filed on May 30, 2012, provisional application No. 61/653,264, filed on May 30, 2012, provisional application No. 61/653,563, filed on May 31, 2012, provisional application No. 61/663,335, filed on Jun. 22, 2012, provisional application No. 61/672,483, filed on Jul. 17, 2012, provisional application No. 61/714,016, filed on Oct. 15, 2012, provisional application No. 61/715,699, filed on Oct. 18, 2012.

(51) **Int. Cl.**
*G06F 7/00* (2006.01)
*B60R 7/04* (2006.01)

(52) **U.S. Cl.**
CPC ..................................... *B60R 7/04* (2013.01)
USPC ................. **701/1**; 707/758; 342/59; 342/70; 342/71; 342/72; 342/159; 192/35; 192/48.2; 192/54.52; 192/84.1; 363/41; 343/713

(58) **Field of Classification Search**
CPC ......... B60R 7/04; G06F 13/14; G06F 13/364; G06F 17/00; G06F 17/30386
USPC .............. 701/1, 758; 342/59, 70, 71, 72, 159; 192/35, 48.2, 54.52, 84.1, 40, 48.92; 363/41; 343/713
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

4,875,391 A    10/1989    Leising et al.
5,847,661 A    12/1998    Ricci

(Continued)

FOREIGN PATENT DOCUMENTS

EP    2192015    6/2010

OTHER PUBLICATIONS

U.S. Appl. No. 13/420,240, filed Mar. 14, 2012, Ricci.

(Continued)

*Primary Examiner* — McDieunel Marc

(74) *Attorney, Agent, or Firm* — Sheridan Ross P.C.

(57) **ABSTRACT**

Methods and systems for a complete vehicle ecosystem are provided. Specifically, systems that when taken alone, or together, provide an individual or group of individuals with an intuitive and comfortable vehicular environment. The present disclosure includes a system to recognize the drivers and/or passengers within the automobile. Based on the recognition, the vehicle may change a configuration of the automobile to match predetermined preferences for the driver and/or passenger.

**17 Claims, 17 Drawing Sheets**



US 8,793,034 B2

Page 2

(56)                 References Cited

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,949,345 A | | 9/1999 | Beckert et al. |
| D429,684 S | | 8/2000 | Johnson |
| 6,157,321 A | | 12/2000 | Ricci |
| 6,202,008 B1 | | 3/2001 | Beckert et al. |
| 6,339,826 B2 | | 1/2002 | Hayes, Jr. et al. |
| 6,662,077 B2 | | 12/2003 | Haag |
| 6,690,260 B1 | | 2/2004 | Ashihara |
| 6,724,920 B1 | | 4/2004 | Berenz et al. |
| 6,785,531 B2 | | 8/2004 | Lepley et al. |
| 6,816,783 B2 * | | 11/2004 | Hashima et al. ............... 701/526 |
| 7,021,691 B1 | | 4/2006 | Schmidt et al. |
| 7,187,947 B1 | | 3/2007 | White et al. |
| 7,548,815 B2 | | 6/2009 | Watkins et al. |
| 7,566,083 B2 | | 7/2009 | Vitito |
| 7,683,771 B1 | | 3/2010 | Loeb |
| 7,738,462 B2 | | 6/2010 | Hwang |
| RE41,449 E | | 7/2010 | Krahnstoever et al. |
| 7,802,832 B2 | | 9/2010 | Carnevali |
| 7,881,703 B2 | | 2/2011 | Roundtree et al. |
| 7,969,290 B2 | | 6/2011 | Wwaeller et al. |
| 8,131,419 B2 * | | 3/2012 | Ampunan et al. ........... 701/31.4 |
| 8,447,598 B2 | | 5/2013 | Chutorash et al. |
| 8,527,146 B1 * | | 9/2013 | Jackson et al. ................... 701/36 |
| 2001/0010516 A1 | | 8/2001 | Roh et al. |
| 2002/0126876 A1 | | 9/2002 | Paul et al. |
| 2002/0169551 A1 | | 11/2002 | Inoue et al. |
| 2003/0055557 A1 * | | 3/2003 | Dutta et al. ................... 701/208 |
| 2004/0260438 A1 | | 12/2004 | Chernetsky et al. |
| 2005/0085215 A1 | | 4/2005 | Kokko et al. |
| 2005/0144156 A1 | | 6/2005 | Barber |
| 2006/0047386 A1 * | | 3/2006 | Kanevsky et al. ............... 701/36 |
| 2006/0125631 A1 | | 6/2006 | Sharony |
| 2006/0200587 A1 | | 9/2006 | Hindman |
| 2006/0288382 A1 | | 12/2006 | Vitito |
| 2007/0194902 A1 | | 8/2007 | Blanco et al. |
| 2007/0195997 A1 | | 8/2007 | Paul et al. |
| 2007/0213090 A1 | | 9/2007 | Holmberg |
| 2008/0051957 A1 * | | 2/2008 | Breed et al. ................... 701/36 |
| 2008/0143085 A1 | | 6/2008 | Breed et al. |
| 2008/0148374 A1 | | 6/2008 | Spaur et al. |
| 2008/0253613 A1 | | 10/2008 | Jones et al. |
| 2009/0168974 A1 | | 7/2009 | McCormick |
| 2009/0180668 A1 * | | 7/2009 | Jones et al. ................... 382/104 |
| 2009/0189373 A1 | | 7/2009 | Schramm et al. |
| 2009/0241883 A1 | | 10/2009 | Nagoshi et al. |
| 2009/0247132 A1 | | 10/2009 | Sumcad et al. |
| 2009/0278750 A1 | | 11/2009 | Man et al. |
| 2009/0278806 A1 | | 11/2009 | Duarte et al. |
| 2009/0319181 A1 * | | 12/2009 | Khosravy et al. ............... 701/208 |
| 2010/0069115 A1 | | 3/2010 | Liu |
| 2010/0076764 A1 | | 3/2010 | Chengalvarayan |
| 2010/0082559 A1 | | 4/2010 | Sumcad et al. |
| 2010/0090817 A1 | | 4/2010 | Yamaguchi et al. |
| 2010/0097239 A1 | | 4/2010 | Campbell et al. |
| 2010/0121570 A1 | | 5/2010 | Tokue et al. |
| 2010/0127847 A1 | | 5/2010 | Evans et al. |
| 2010/0144284 A1 | | 6/2010 | Chutorash et al. |
| 2010/0167727 A1 | | 7/2010 | Madhavan et al. |
| 2010/0167737 A1 | | 7/2010 | Madhavan et al. |
| 2010/0185341 A1 | | 7/2010 | Wilson et al. |
| 2010/0256903 A1 | | 10/2010 | Johnson |
| 2010/0268426 A1 | | 10/2010 | Pathak et al. |
| 2010/0295676 A1 | | 11/2010 | Khachaturov et al. |
| 2011/0028138 A1 | | 2/2011 | Davies-Moore et al. |
| 2011/0082615 A1 | | 4/2011 | Small et al. |
| 2011/0105097 A1 | | 5/2011 | Tadayon et al. |
| 2011/0112969 A1 | | 5/2011 | Zaid et al. |
| 2011/0117933 A1 | | 5/2011 | Andersson |
| 2011/0175754 A1 | | 7/2011 | Karpinsky |
| 2011/0225527 A1 | | 9/2011 | Law et al. |
| 2011/0234369 A1 * | | 9/2011 | Cai et al. ..................... 340/4.31 |
| 2012/0029852 A1 | | 2/2012 | Goff et al. |
| 2012/0065996 A1 | | 3/2012 | Daoud et al. |
| 2012/0081267 A1 | | 4/2012 | Sirpal et al. |
| 2012/0081311 A1 | | 4/2012 | Sirpal et al. |
| 2012/0252364 A1 | | 10/2012 | Inabathuni et al. |
| 2013/0099940 A1 | | 4/2013 | Protopapas |
| 2013/0134730 A1 | | 5/2013 | Ricci |
| 2013/0135118 A1 | | 5/2013 | Ricci |
| 2013/0138591 A1 | | 5/2013 | Ricci |
| 2013/0138714 A1 | | 5/2013 | Ricci |
| 2013/0141247 A1 | | 6/2013 | Ricci |
| 2013/0141252 A1 | | 6/2013 | Ricci |
| 2013/0143495 A1 | | 6/2013 | Ricci |
| 2013/0143546 A1 | | 6/2013 | Ricci |
| 2013/0143601 A1 | | 6/2013 | Ricci |
| 2013/0144459 A1 | | 6/2013 | Ricci |
| 2013/0144460 A1 | | 6/2013 | Ricci |
| 2013/0144461 A1 | | 6/2013 | Ricci |
| 2013/0144463 A1 | | 6/2013 | Ricci et al. |
| 2013/0144469 A1 | | 6/2013 | Ricci |
| 2013/0144470 A1 | | 6/2013 | Ricci |
| 2013/0144474 A1 | | 6/2013 | Ricci |
| 2013/0144486 A1 | | 6/2013 | Ricci |
| 2013/0144520 A1 | | 6/2013 | Ricci |
| 2013/0144657 A1 | | 6/2013 | Ricci |
| 2013/0145065 A1 | | 6/2013 | Ricci |
| 2013/0145279 A1 | | 6/2013 | Ricci |
| 2013/0145297 A1 | | 6/2013 | Ricci et al. |
| 2013/0145360 A1 | | 6/2013 | Ricci |
| 2013/0145401 A1 | | 6/2013 | Ricci |
| 2013/0145482 A1 | | 6/2013 | Ricci et al. |
| 2013/0147638 A1 | | 6/2013 | Ricci |
| 2013/0151031 A1 * | | 6/2013 | Ricci ................................. 701/1 |
| 2013/0151065 A1 | | 6/2013 | Ricci |
| 2013/0151088 A1 | | 6/2013 | Ricci |
| 2013/0152003 A1 | | 6/2013 | Ricci et al. |
| 2013/0154298 A1 * | | 6/2013 | Ricci ........................ 296/37.12 |
| 2013/0158821 A1 | | 6/2013 | Ricci |
| 2013/0166097 A1 * | | 6/2013 | Ricci ................................. 701/1 |
| 2013/0167159 A1 | | 6/2013 | Ricci et al. |
| 2013/0231800 A1 * | | 9/2013 | Ricci ................................. 701/1 |
| 2013/0241720 A1 | | 9/2013 | Ricci et al. |

OTHER PUBLICATIONS

U.S. Appl. No. 13/462,593, filed May 2, 2013, Ricci et al.
U.S. Appl. No. 13/462,596, filed May 2, 2013, Ricci et al.
U.S. Appl. No. 13/840,240, filed Mar. 15, 2013, Ricci.
International Search Report and Written Opinion for International (PCT) Patent Application No. PCT/US12/65421 mailed Feb. 20, 2013, 13 pages.
International Search Report and Written Opinion for International (PCT) Patent Application No. PCT/US12/65470 mailed Mar. 7, 2013, 14 pages.
International Search Report and Written Opinion for International (PCT) Patent Application No. PCT/US12/65474 mailed Feb. 28, 2013, 9 pages.
"Cadillac: 2013 XTS Full-Size Luxury Sedan," Cadillac.com, 4 pages, Jun. 2012 internet archive, found at: (web.archive.org/web/20120606185204/http://www.cadillac.com/xts-luxury-sedan.html).
Cairnie et al., "Using finger-pointing to operate secondary controls in automobiles," Proceedings of the IEEE Intelligent Vehicles Symposium 2000, Oct. 3-5, 2000, 6 pages.
Lee "Cadillac revamps the instrument panel with CUE," CNET Reviews, Oct. 11, 2011, 5 pages, found at: (reviews.cnet.com/8301-12261_7-20118807-10356022/cadillac-revamps-the-instrument-panel-with-cue/).
Marturano "General Motors Takes a CUE from Customers," InContext, Nov. 8, 2011, 3 pages, found at: (incontextdesign.com/blog/general-motors-takes-a-cue-from-customers/).
"Time-triggered CAN," CIA, © 2001-2013, 4 pages, found at: (www.can-cia.org/index.php?id=166).
Davis et al. "Controller Area Network (CAN) schedulability analysis: Refuted, revisited and revised," Real-Time Systems, Apr. 2007, vol. 35, No. 3, pp. 239-272.
Di Natale "Controller Area Network," Dec. 2009, 54 pages.
Fonseca et al. "Scheduling for a TTCAN network with a stochastic optimization algorithm," Proceedings 8th Internationl CAN Conference, Jan. 2002, 7 pages.

US 8,793,034 B2

Page 3

(56)    **References Cited**

OTHER PUBLICATIONS

Hartwich et al. "Can Network with Time Triggered Communication," Robert Bosch GmbH Proceedings 7th International CAN Conference, Jul. 2000, 7 pages.
Idstein et al. "Using the Controller Area Network for Communication Between Prostesis Sensors and Control Systems," Proceedings of the 2011 MyoElectric Controls/Powered Prostetics Symposium Fredericton, New Brunswick, Canada, Aug. 14-19, 2011, 4 pages.
U.S. Appl. No. 13/963,728, filed Aug. 9, 2013, Ricci.
Purcher "Apple Invents In-Vehicle Holistic ID for "iOS in the Car"," Patently Apple, Dec. 2013, 8 pages [retrieved on Dec. 12, 2013 from: www.patentlyapple.com/patently-apple/2013/12/apple-invents-in-vehicle-holistic-id-for-ios-in-the-car.html].
International Search Report and Written Opinion for International (PCT) Patent Application No. PCT/US12/65510, mailed May 6, 2013 17 pages.
International Preliminary Report on Patentablity for International (PCT) Patent Application No. PCT/US12/65421, mailed Oct. 17, 2013 33 pages.
Official Action for U.S. Appl. No. 13/462,593, mailed Dec. 19, 2013 18 pages.
Official Action for U.S. Appl. No. 13/679,234, mailed Jul. 12, 2013 10 pages.
Official Action for U.S. Appl. No. 13/679,234, mailed Dec. 3, 2013 12 pages.
Official Action for U.S. Appl. No. 13/679,441, mailed Sep. 5, 2013 6 pages.
Official Action for U.S. Appl. No. 13/679,441, mailed Jan. 16, 2014 6 pages.
Official Action for U.S. Appl. No. 13/420,240, mailed Dec. 17, 2013 14 pages.
Official Action for U.S. Appl. No. 13/679,350, mailed Nov. 13, 2013 12 pages.
Official Action for U.S. Appl. No. 13/679,350, mailed Jan. 22, 2014 13 pages.
Official Action for U.S. Appl. No. 13/679,358, mailed Jan. 27, 2014 18 pages.
"A8: Technology as standard," Screen-shots from Audi.co.uk, 2014 [retrieved on Apr. 16, 2014], 1 page. Retrieved from: www.audi.co.uk/new-cars/a8/a8/technology-as-standard/mmi-touch.html.
"Audi A8 MMI Touch," Audi of America, Jan. 7, 2011, [retrieved on Apr. 16, 2014], 2 pages. Retrieved from: www.youtube.com/watch?v=O2nZ-WHo9IA.
Diaz, "Audi New MMI Touch Input System Makes Perfect Sense," Gizmodo.com, Dec. 1, 2009 [retrieved on Apr. 16, 2014], 12 pages. Retrieved from: http://gizmodo.com/5416342/audi-new-mmi-touch-input-system-makes-perfect-sense.
Notice of Allowance for U.S. Appl. No. 13/679,234, mailed Feb. 20, 2014 6 pages.
Official Action for U.S. Appl. No. 13/679,441, mailed May 9, 2014 6 pages.
Official Action for U.S. Appl. No. 13/679,350, mailed May 6, 2014, 14 pages.

* cited by examiner



Fig. 1

U.S. Patent

Jul. 29, 2014

Sheet 2 of 17

US 8,793,034 B2



*Fig. 2*



Fig. 3

U.S. Patent

Jul. 29, 2014

Sheet 4 of 17

US 8,793,034 B2



FIG. 4

U.S. Patent            Jul. 29, 2014        Sheet 5 of 17        US 8,793,034 B2



*Fig. 5*



**FIG. 6**

U.S. Patent            Jul. 29, 2014       Sheet 7 of 17            US 8,793,034 B2



Tap

*FIG. 7A*

Long Press

*FIG. 7B*

Drag

*FIG. 7C*

Flick

*FIG. 7D*

Pinch

*FIG. 7E*

Spread

*FIG. 7F*



**FIG. 7G**

**FIG. 7H**



744

740

748

**FIG. 7I**



756

752

744

**FIG. 7J**



744

760

764

**FIG. 7K**

800





| User | ID | Area | Zone | Settings | Health Data | Gestures | Safety Paramters |
|------|-----|------|------|----------|-------------|----------|------------------|
| User 1 | Features 1 | 1 | 1 | 1, 2, 3, 4 | X, Y | 1, 2, 3 | X,Y |
| | Features 1 | 1 | 2 | 1, 2 | X, Y | 3, 4, 5 | X,Y |
| | Features 1 | 2 | 3 | 1, 2 | X, Y | 3, 4, 5 | X,Y |
| User 2 | Features 2 | 2 | 3 | 1, 2, 3, 4, 5 | Z | 1, 2, 3 | X,Y |
| | Features 2 | 2 | 4 | | Z | 8,9,7 | X,Y |
| | Features 2 | 3 | 7 | 5, 7, 9 | Z | 8,9,7 | X,Y |

804

808  812  816  820  824  828  832  836

840a

840b

844

848

**FIG. 8**



*Fig. 9*



**Fig. 10**



*Fig. 11*



*Fig. 12*



**Fig. 13**

U.S. Patent        Jul. 29, 2014        Sheet 16 of 17        US 8,793,034 B2



*Fig. 14*



**Fig. 15**

US 8,793,034 B2

<table>
<tr><td>1</td><td>2</td></tr>
</table>

**FEATURE RECOGNITION FOR CONFIGURING A VEHICLE CONSOLE AND ASSOCIATED DEVICES**

CROSS REFERENCE TO RELATED APPLICATIONS

The present application claims the benefits of and priority, under 35 U.S.C. §119(e), to U.S. Provisional Application Ser. Nos. 61/560,509, filed on Nov. 16, 2011, entitled "Complete Vehicle Ecosystem;" 61/637,164, filed on Apr. 23, 2012, entitled "Complete Vehicle Ecosystem;" 61/646,747, filed on May 14, 2012, entitled "Branding of Electrically Propelled Vehicles Via the Generation of Specific Operating Sounds;" 61/653,275, filed on May 30, 2012, entitled "Vehicle Application Store for Console;" 61/653,264, filed on May 30, 2012, entitled "Control of Device Features Based on Vehicle State;" 61/653,563, filed on May 31, 2012, entitled "Complete Vehicle Ecosystem;" 61/663,335, filed on Jun. 22, 2012, entitled "Complete Vehicle Ecosystem;" 61/672,483, filed on Jul. 17, 2012, entitled "Vehicle Climate Control;" 61/714,016, filed on Oct. 15, 2012, entitled "Vehicle Middleware;" and 61/715,699, filed Oct. 18, 2012, entitled "Vehicle Middleware." The entire disclosures of the applications listed above are hereby incorporated by reference, in their entirety, for all that they teach and for all purposes.

This application is also related to U.S. patent application Ser. No. 13/420,236, filed on Mar. 14, 2012, entitled, "Configurable Vehicle Console;" Ser. No. 13/420,240, filed on Mar. 14, 2012, entitled "Removable, Configurable Vehicle Console;" Ser. No. 13/462,593, filed on May 2, 2012, entitled "Configurable Dash Display;" Ser. No. 13/462,596, filed on May 2, 2012, entitled "Configurable Heads-Up Dash Display;" Ser. No. 13/679,459, filed on Nov. 16, 2012, entitled "Vehicle Comprising Multi-Operating System"; Ser. No. 13/679,234, filed on Nov. 16, 2012, entitled "Gesture Recognition for On-Board Display"; Ser. No. 13/679,412, filed on Nov. 16, 2012, entitled "Vehicle Application Store for Console"; Ser. No. 13/679,857, filed on Nov. 16, 2012, entitled "Sharing Applications/Media Between Car and Phone (Hydroid)"; Ser. No. 13/679,878, filed on Nov. 16, 2012, entitled "In-Cloud Connection for Car Multimedia"; Ser. No. 13/679,875, filed on Nov. 16, 2012, entitled "Music Streaming"; Ser. No. 13/679,676, filed on Nov. 16, 2012, entitled "Control of Device Features Based on Vehicle State"; Ser. No. 13/678,673, filed on Nov. 16, 2012, entitled "Insurance Tracking"; Ser. No. 13/678,691, filed on Nov. 16, 2012, entitled "Law Breaking/Behavior Sensor"; Ser. No. 13/678,699, filed on Nov. 16, 2012, entitled "Etiquette Suggestion"; Ser. No. 13/678,710, filed on Nov. 16, 2012, entitled "Parking Space Finder Based on Parking Meter Data"; Ser. No. 13/678,722, filed on Nov. 16, 2012, entitled "Parking Meter Expired Alert"; Ser. No. 13/678,726, filed on Nov. 16, 2012, entitled "Object Sensing (Pedestrian Avoidance/Accident Avoidance) "; Ser. No. 13/678,735, filed on Nov. 16, 2012, entitled "Proximity Warning Relative to Other Cars"; Ser. No. 13/678,745, filed on Nov. 16, 2012, entitled "Street Side Sensors"; Ser. No. 13/678,753, filed on Nov. 16, 2012, entitled "Car Location"; Ser. No. 13/679,441, filed on Nov. 16, 2012, entitled "Universal Bus in the Car"; Ser. No. 13/679,864, filed on Nov. 16, 2012, entitled "Mobile Hot Spot/Router/Application Share Site or Network"; Ser. No. 13/679,815, filed on Nov. 16, 2012, entitled "Universal Console Chassis for the Car"; Ser. No. 13/679,476, filed on Nov. 16, 2012, entitled "Vehicle Middleware"; Ser. No. 13/679,306, filed on Nov. 16, 2012, entitled "Method and System for Vehicle Data Collection Regarding Traffic"; Ser. No. 13/679,369, filed on Nov. 16, 2012, entitled "Method and System for Vehicle Data Collection"; Ser. No. 13/679,680, filed on Nov. 16, 2012, entitled "Communications Based on Vehicle Diagnostics and Indications"; Ser. No. 13/679,443, filed on Nov. 16, 2012, entitled "Method and System for Maintaining and Reporting Vehicle Occupant Information"; Ser. No. 13/678,762, filed on Nov. 16, 2012, entitled "Behavioral Tracking and Vehicle Applications"; Ser. No. 13/679,292, filed Nov. 16, 2012, entitled "Branding of Electrically Propelled Vehicles Via the Generation of Specific Operating Output"; Ser. No. 13/679,400, filed Nov. 16, 2012, entitled "Vehicle Climate Control"; Ser. No. 13/840,240, filed on Nov. 16, 2012, entitled "Improvements to Controller Area Network Bus"; Ser. No. 13/678,773, filed on Nov. 16, 2012, entitled "Location Information Exchange Between Vehicle and Device"; Ser. No. 13/679,887, filed on Nov. 16, 2012, entitled "In Car Communication Between Devices"; Ser. No. 13/679,842, filed on Nov. 16, 2012, entitled "Configurable Hardware Unit for Car Systems"; Ser. No. 13/679,350, filed on Nov. 16, 2012, entitled "Configurable Vehicle Console"; Ser. No. 13/679,358, filed on Nov. 16, 2012, entitled "Configurable Dash Display"; Ser. No. 13/679,363, filed on Nov. 16, 2012, entitled "Configurable Heads-Up Dash Display"; and Ser. No. 13/679,368, filed on Nov. 16, 2012, entitled "Removable, Configurable Vehicle Console". The entire disclosures of the applications listed above are hereby incorporated by reference, in their entirety, for all that they teach and for all purposes.

BACKGROUND

Whether using private, commercial, or public transport, the movement of people and/or cargo has become a major industry. In today's interconnected world daily travel is essential to engaging in commerce. Commuting to and from work can account for a large portion of a traveler's day. As a result, vehicle manufacturers have begun to focus on making this commute, and other journeys, more enjoyable and easier.

Currently, vehicle manufacturers attempt to entice travelers to use a specific conveyance based on any number of features. Most of these features focus on vehicle safety or efficiency. From the addition of safety-restraints, air-bags, and warning systems to more efficient engines, motors, and designs, the vehicle industry has worked to appease the supposed needs of the traveler. Recently, however, vehicle manufactures have shifted their focus to user and passenger comfort as a primary concern. Making an individual more comfortable while traveling instills confidence and pleasure in using a given vehicle and increases an individual's preference for a given manufacturer and/or vehicle type.

One way to instill comfort in a vehicle is to create an environment within the vehicle similar to that of an individual's home. Integrating features in a vehicle that are associated with comfort found in an individual's home can ease a traveler's transition from home to vehicle. Several manufacturers have added comfort features in vehicles such as the following: leather seats, adaptive and/or personal climate control systems, music and media players, ergonomic controls, Internet connectivity, etc. However, because these manufacturers have added features to a conveyance, they have built comfort around a vehicle and failed to build a vehicle around comfort. Thus, the vehicle as an ecosystem has not been fully considered.

SUMMARY

There is a need for a vehicle ecosystem that can integrate both physical and mental comforts while seamlessly operat-

US 8,793,034 B2

**3**

ing with current electronic devices to result in a totally intuitive and immersive user experience. These and other needs are addressed by the various aspects, embodiments, and/or configurations of the present disclosure. Also, while the disclosure is presented in terms of exemplary embodiments, it should be appreciated that individual aspects of the disclosure can be separately claimed.

The present disclosure can provide a number of advantages depending on the particular aspect, embodiment, and/or configuration. Currently, the vehicle industry is dominated by conveyances offering a separate comfort experience from a home, work, or other aspect of a traveler's life. Unfortunately, current vehicles include a series of separate devices that work together while an individual or individuals are associated with the vehicle. Technology areas and devices such as user interfaces, applications, tracking capabilities, hardware, and/or location-based communications, could be combined together, or used separately, to form a complete vehicle ecosystem. This ecosystem can provide a connected and intuitive user experience for any traveler.

A series of devices associated with a vehicle along with other devices can form a complete and familiar user experience. In particular, the devices, applications, interfaces, hardware, and software may combine to form a user-friendly environment while traveling or otherwise moving from one location to another and/or when a vehicle is at rest. Moreover, aspects of the present disclosure may provide communication between the vehicle and a user at any given time. Specifically, communication between a vehicle and another device may also relay information to an individual and/or group of individuals. This communication between a vehicle and at least one other device may include, but is not limited to, communication between a vehicle and: 1) at least one mobile device, 2) at least one other vehicle, 3) another system/group of devices, 4) a non-mobile device, and 5) combinations thereof. These and other advantages will be apparent from the disclosure.

The present disclosure describes a method executed by a vehicle system. The vehicle system can automatically determine a person is within a vehicle; automatically identify the person; determine if there is a setting to be stored for the person; and store the setting.

The term "ecosystem" or "vehicle ecosystem," as used herein, refers to a community of person(s) in conjunction with the vehicle or other device components of their environment (for example, climate control, safety features, mobile devices, multimedia sources etc.), interacting as a system.

The term "environment" or "vehicle environment," as used herein, refers to the surroundings or conditions in which a person operates a vehicle.

The term "sensor," as used herein, refers to a converter or instrument that measures a physical quantity or quality and converts the measurement into a signal which can be read, observed, stored, and/or understood by an observer or by another instrument.

The term "stimulus," as used herein, refers to some event or something external that influences an activity.

The term "automotive navigation system" is a satellite navigation system designed for use in automobiles. It typically uses a GPS navigation device to acquire position data to locate the user on a road in the unit's map database. Using the road database, the unit can give directions to other locations along roads also in its database. Dead reckoning using distance data from sensors attached to the drivetrain, a gyroscope and an accelerometer can be used for greater reliability, as GPS signal loss and/or multipath can occur due to urban canyons or tunnels.

**4**

The term "bus" and variations thereof, as used herein, refers to a subsystem that transfers information and/or data between various components. A bus generally refers to the collection communication hardware interface, interconnects, bus architecture, and/or protocol defining the communication scheme for a communication system and/or communication network. A bus may also be specifically refer to a part of a communication hardware that interfaces the communication hardware with the interconnects that connect to other components of the corresponding communication network. The bus may be for a wired network, such as a physical bus, or wireless network, such as part of an antenna or hardware that couples the communication hardware with the antenna. A bus architecture supports a defined format in which information and/or data is arranged when sent and received through a communication network. A protocol may define the format and rules of communication of a bus architecture.

The terms "communication device," "smartphone," and "mobile device," and variations thereof, as used herein, are used interchangeably and include any type of device capable of communicating with one or more of another device and/or across a communications network, via a communications protocol, and the like. Exemplary communication devices may include but are not limited to smartphones, handheld computers, laptops, netbooks, notebook computers, subnotebooks, tablet computers, scanners, portable gaming devices, phones, pagers, GPS modules, portable music players, and other Internet-enabled and/or network-connected devices.

The terms "head unit," "dash," "dashboard," and variations thereof, as used herein, are used interchangeably and include any panel and/or area of a vehicle disposed adjacent to an operator, user, and/or passenger. Typical dashboards may include but are not limited to one or more control panel, instrument housing, head unit, indicator, gauge, meter, light, audio equipment, computer, screen, display, HUD unit, and graphical user interface.

The term "electronic address" refers to any contactable address, including a telephone number, instant message handle, e-mail address, Universal Resource Locator ("URL"), Universal Resource Identifier ("URI"), Address of Record ("AOR"), electronic alias in a database, like addresses, and combinations thereof.

The term "communication system" or "communication network" and variations thereof, as used herein, refers to a collection of communication components capable of one or more of transmission, relay, interconnect, control, or otherwise manipulate information or data from at least one transmitter to at least one receiver. As such, the communication may include a range of systems supporting point-to-point to broadcasting of the information or data. A communication system may refer to the collection individual communication hardware as well as the interconnects associated with and connecting the individual communication hardware. Communication hardware may refer to dedicated communication hardware or may refer a processor coupled with a communication means (i.e. an antenna) and running software capable of using the communication means to send a signal within the communication system. Interconnect refers some type of wired or wireless communication link that connects various components, such as communication hardware, within a communication system. A communication network may refer to a specific setup of a communication system with the collection of individual communication hardware and interconnects having some definable network topography. A communication network may include wired and/or wireless network having a pre-set to an ad hoc network structure.

US 8,793,034 B2

**5**

The phrases "at least one", "one or more", and "and/or" are open-ended expressions that are both conjunctive and disjunctive in operation. For example, each of the expressions "at least one of A, B and C", "at least one of A, B, or C", "one or more of A, B, and C", "one or more of A, B, or C" and "A, B, and/or C" means A alone, B alone, C alone, A and B together, A and C together, B and C together, or A, B and C together.

The term "a" or "an" entity," as used herein, refers to one or more of that entity. As such, the terms "a" (or "an"), "one or more" and "at least one" can be used interchangeably herein. It is also to be noted that the terms "comprising", "including", and "having" can be used interchangeably.

The term "automatic" and variations thereof, as used herein, refers to any process or operation done without material human input when the process or operation is performed. However, a process or operation can be automatic, even though performance of the process or operation uses material or immaterial human input, if the input is received before performance of the process or operation. Human input is deemed to be material if such input influences how the process or operation will be performed. Human input that consents to the performance of the process or operation is not deemed to be "material".

The term "computer-readable medium," as used herein, refers to any tangible storage and/or transmission medium that participate in providing instructions to a processor for execution. Such a medium may take many forms, including but not limited to, non-volatile media, volatile media, and transmission media. Non-volatile media includes, for example, NVRAM, or magnetic or optical disks. Volatile media includes dynamic memory, such as main memory. Common forms of computer-readable media include, for example, a floppy disk, a flexible disk, hard disk, magnetic tape, or any other magnetic medium, magneto-optical medium, a CD-ROM, any other optical medium, punch cards, paper tape, any other physical medium with patterns of holes, a RAM, a PROM, and EPROM, a FLASH-EPROM, a solid state medium like a memory card, any other memory chip or cartridge, a carrier wave as described hereinafter, or any other medium from which a computer can read. A digital file attachment to e-mail or other self-contained information archive or set of archives is considered a distribution medium equivalent to a tangible storage medium. When the computer-readable media is configured as a database, it is to be understood that the database may be any type of database, such as relational, hierarchical, object-oriented, and/or the like. Accordingly, the disclosure is considered to include a tangible storage medium or distribution medium and prior art-recognized equivalents and successor media, in which the software implementations of the present disclosure are stored.

The term "desktop," as used herein, refers to a metaphor used to portray systems. A desktop is generally considered a "surface" that typically includes pictures, called icons, widgets, folders, etc. that can activate show applications, windows, cabinets, files, folders, documents, and other graphical items. The icons are generally selectable to initiate a task through user interface interaction to allow a user to execute applications or conduct other operations.

The term "display," as used herein, refers to a portion of a screen used to display the output of a computer to a user.

The term "displayed image," as used herein, refers to an image produced on the display. A typical displayed image is a window or desktop. The displayed image may occupy all or a portion of the display.

The term "display orientation," as used herein, refers to the way in which a rectangular display is oriented by a user for

**6**

viewing. The two most common types of display orientation are portrait and landscape. In landscape mode, the display is oriented such that the width of the display is greater than the height of the display (such as a 4:3 ratio, which is 4 units wide and 3 units tall, or a 16:9 ratio, which is 16 units wide and 9 units tall). Stated differently, the longer dimension of the display is oriented substantially horizontal in landscape mode while the shorter dimension of the display is oriented substantially vertical. In the portrait mode, by contrast, the display is oriented such that the width of the display is less than the height of the display. Stated differently, the shorter dimension of the display is oriented substantially horizontal in the portrait mode while the longer dimension of the display is oriented substantially vertical. The multi-screen display can have one composite display that encompasses all the screens. The composite display can have different display characteristics based on the various orientations of the device.

The term "gesture," as used herein, refers to a user action that expresses an intended idea, action, meaning, result, and/or outcome. The user action can include manipulating a device (e.g., opening or closing a device, changing a device orientation, moving a trackball or wheel, etc.), movement of a body part in relation to the device, movement of an implement or tool in relation to the device, audio inputs, etc. A gesture may be made on a device (such as on the screen) or with the device to interact with the device.

The term "module," as used herein, refers to any known or later developed hardware, software, firmware, artificial intelligence, fuzzy logic, or combination of hardware and software that is capable of performing the functionality associated with that element.

The term "gesture recognition" or "gesture capture," as used herein, refers to a sense or otherwise a detection of an instance and/or type of user gesture. The gesture capture can occur in one or more areas of the screen, A gesture region can be on the display, where it may be referred to as a touch sensitive display or off the display where it may be referred to as a gesture capture area.

A "multi-screen application," as used herein, refers to an application that is capable of producing one or more windows that may simultaneously occupy multiple screens. A multi-screen application commonly can operate in single-screen mode in which one or more windows of the application are displayed only on one screen or in multi-screen mode in which one or more windows are displayed simultaneously on multiple screens.

A "single-screen application," as used herein, refers to an application that is capable of producing one or more windows that may occupy only a single screen at a time.

The term "screen," "touch screen," or "touchscreen," as used herein, refers to a physical structure that enables the user to interact with the computer by touching areas on the screen and provides information to a user through a display. The touch screen may sense user contact in a number of different ways, such as by a change in an electrical parameter (e.g., resistance or capacitance), acoustic wave variations, infrared radiation proximity detection, light variation detection, and the like. In a resistive touch screen, for example, normally separated conductive and resistive metallic layers in the screen pass an electrical current. When a user touches the screen, the two layers make contact in the contacted location, whereby a change in electrical field is noted and the coordinates of the contacted location calculated. In a capacitive touch screen, a capacitive layer stores electrical charge, which is discharged to the user upon contact with the touch screen, causing a decrease in the charge of the capacitive layer. The decrease is measured, and the contacted location

US 8,793,034 B2

7

coordinates determined. In a surface acoustic wave touch screen, an acoustic wave is transmitted through the screen, and the acoustic wave is disturbed by user contact. A receiving transducer detects the user contact instance and determines the contacted location coordinates.

The term "window" refers to a, typically rectangular, displayed image on at least part of a display that contains or provides content different from the rest of the screen. The window may obscure the desktop.

The terms "determine", "calculate" and "compute," and variations thereof, as used herein, are used interchangeably and include any type of methodology, process, mathematical operation or technique.

It shall be understood that the term "means" as used herein shall be given its broadest possible interpretation in accordance with 35 U.S.C., Section 112, Paragraph 6. Accordingly, a claim incorporating the term "means" shall cover all structures, materials, or acts set forth herein, and all of the equivalents thereof. Further, the structures, materials or acts and the equivalents thereof shall include all those described in the summary of the invention, brief description of the drawings, detailed description, abstract, and claims themselves.

The term "vehicle" as used herein includes any conveyance, or model of a conveyance, where the conveyance was originally designed for the purpose of moving one or more tangible objects, such as people, animals, cargo, and the like. The term "vehicle" does not require that a conveyance moves or is capable of movement. Typical vehicles may include but are in no way limited to cars, trucks, motorcycles, busses, automobiles, trains, railed conveyances, boats, ships, marine conveyances, submarine conveyances, airplanes, space craft, flying machines, human-powered conveyances, and the like.

The preceding is a simplified summary of the disclosure to provide an understanding of some aspects of the disclosure. This summary is neither an extensive nor exhaustive overview of the disclosure and its various aspects, embodiments, and/or configurations. It is intended neither to identify key or critical elements of the disclosure nor to delineate the scope of the disclosure but to present selected concepts of the disclosure in a simplified form as an introduction to the more detailed description presented below. As will be appreciated, other aspects, embodiments, and/or configurations of the disclosure are possible utilizing, alone or in combination, one or more of the features set forth above or described in detail below.

BRIEF DESCRIPTION OF THE DRAWINGS

FIG. **1** depicts an embodiment of a vehicle operating environment;

FIG. **2** is a block diagram of an embodiment of a vehicle system;

FIG. **3** is a block diagram of an embodiment of a vehicle interior environment separated into areas and/or zones;

FIG. **4** depicts an embodiment of a sensor configuration for a vehicle;

FIG. **5** is a block diagram of an embodiment of a vehicle control system;

FIG. **6** another block diagram of an embodiment of a vehicle control system;

FIG. **7**A is a graphical representation of an embodiment of a gesture that a user may perform to provide input to a vehicle control system;

FIG. **7**B is a graphical representation of an embodiment of a gesture that a user may perform to provide input to a vehicle control system;

8

FIG. **7**C is a graphical representation of an embodiment of a gesture that a user may perform to provide input to a vehicle control system;

FIG. **7**D is a graphical representation of an embodiment of a gesture that a user may perform to provide input to a vehicle control system;

FIG. **7**E is a graphical representation of an embodiment of a gesture that a user may perform to provide input to a vehicle control system;

FIG. **7**F is a graphical representation of an embodiment of a gesture that a user may perform to provide input to a vehicle control system;

FIG. **7**G is a graphical representation of an embodiment of a gesture that a user may perform to provide input to a vehicle control system;

FIG. **7**H is a graphical representation of an embodiment of a gesture that a user may perform to provide input to a vehicle control system;

FIG. **7**I is a graphical representation of an embodiment of a gesture that a user may perform to provide input to a vehicle control system;

FIG. **7**J is a graphical representation of an embodiment of a gesture that a user may perform to provide input to a vehicle control system;

FIG. **7**K is a graphical representation of an embodiment of a gesture that a user may perform to provide input to a vehicle control system;

FIG. **8** is a diagram of an embodiment of a data structure for storing information about a user of a vehicle;

FIG. **9** is a flow diagram of a method for storing setting associated with a user;

FIG. **10** is a flow diagram of a method for establishing settings associated with a user;

FIG. **11** is a flow diagram of a method for storing setting associated with a user;

FIG. **12** is a flow diagram of a method for storing gestures associated with a user;

FIG. **13** is a flow diagram of a method for reacting to a gesture performed by a user;

FIG. **14** is a flow diagram of a method for storing health data associated with a user;

FIG. **15** is a flow diagram of a method for reacting to a gesture performed by a user.

In the appended figures, similar components and/or features may have the same reference label. Further, various components of the same type may be distinguished by following the reference label by a letter that distinguishes among the similar components. If only the first reference label is used in the specification, the description is applicable to any one of the similar components having the same first reference label irrespective of the second reference label.

DETAILED DESCRIPTION

Presented herein are embodiments of a complete vehicle ecosystem. The ecosystem can comprise single devices or a compilation of devices. This device, or these devices, may be capable of communicating with other devices and/or to an individual or group of individuals. Further, this device, or these devices, can receive user input in unique ways. The overall design and functionality of each device provides for an enhanced user experience making the device more useful and more efficient. As described herein, the device(s) may be electrical, mechanical, electro-mechanical, software-based, and/or combinations thereof.

A vehicle environment **100** that may contain a vehicle ecosystem is shown in FIG. **1**. The vehicle environment **100**

US 8,793,034 B2

**9**

can contain areas associated with a vehicle or conveyance **104**. The vehicle **104** is shown as a police car but can be any type of conveyance. The environment **100** can include at least three zones. A first zone **108** may be inside a vehicle **104**. The zone **108** includes any interior space, trunk space, engine compartment, or other associated space within or associated with the vehicle **104**. The interior environment **108** can be defined by one or more techniques, for example, geo-fencing.

A second zone **112** may be delineated by line **120**. The zone **112** is created by a range of one or more sensors associated with the vehicle **104**. Thus, the area **112** is exemplary of the range of those sensors and what can be detected by those sensors associated with the vehicle **104**. The rest of the environment includes all space beyond the range of the sensors and is represented by **116**. Thus, the environment **100** may have an area **116** that includes all areas beyond the sensor range **112**. The area **116** may include future locations of travel that the vehicle **104** may proceed to in the future.

An embodiment of a vehicle system **200** is shown in FIG. **2**. The vehicle system **200** may consist of hardware and/or software that conduct various operations for or with the vehicle **104**. The operations can include, but are not limited to providing information to the user, receiving input from the user, and controlling the functions or operation of the vehicle **104**, etc. The vehicle system **200** can include a vehicle control system **204**. The vehicle control system **204** can be any type of computing system operable to conduct the operations as described herein.

The vehicle control system **204** may interact with a memory or storage system **208** that stores system data. System data **208** may be any type of data needed for the vehicle control system **204** to control effectively the vehicle **104**. An example of some of the data that may be stored by the vehicle control system **204** may be as described in conjunction with FIG. **8**. The system data **208** can represent any type of database or other storage system. Thus, the system data **208** can be a flat file data system, an object-oriented data system, or some other data system that may interface with the vehicle control system **204**.

The vehicle control system **204** may communicate with a device or user interface **212**. The user interface **212** may be as described in conjunction with FIG. **5**. The user interface **212** may be operable to receive user input either through touch input, on one or more user interface buttons, or through a graphical user interface that may include a gesture capture region, as described in conjunction with FIG. **5**. Further, the symbol **212** can represent a device that is located or associated with the vehicle **104**. The device **212** can be a mobile device, including, but not limited to, a mobile telephone, a mobile computer, or other type of computing system or device that is either permanently located in or temporarily associated with the automobile **104**. Thus, the vehicle control system **204** can interface with the device **212** and leverage the devices computing capability to provide one or more of the features or functions as described herein.

The device or user interface **212** can receive input or provide information to a user **216**. The user **216** may thus interact with the vehicle control system **204** through the interface or device **212**. Further, the device **212** may include or have access to device data **220**. The device data **220** can be any type of data that is used in conjunction with the device **212**, including, but not limited to, multimedia data, preferences data, bioinformatics, data associated with the user **216**, or other types of data. The data may be stored in a device data **220** as a storage system similar to that described in conjunction with system data **208**.

**10**

The vehicle control system **204** may also communicate with or through a communication network **224**. The communication network **224** can represent any type of wireless or wired communication system that may be included within the vehicle **104** or operable to communicate outside the vehicle **104**. Thus, the communication network **224** can include a local area communication capability and a wide area communication capability. For example, the communication network **224** can include a Bluetooth wireless system, an 802.11G or 802.11N wireless system, a CAN bus, an Ethernet network within the vehicle **104**, or other types of communication networks that may function with or be associated with the vehicle **104**. Further, the communication network **224** can also include wide area communication capabilities, including one or more of, but not limited to, a cellular communication capability, satellite telephone communication capability, a wireless wide area network communication capability, or other types of communication capabilities that allow for the vehicle control system **204** to communicate outside the vehicle **104**.

The vehicle control system **204** may communicate through the communication network **224** to a server **228** that may be located in a facility that is not within physical proximity to the vehicle **104**. Thus, the server **224** may represent a cloud computing system or cloud storage that allows the vehicle control system **204** to either gain access to further computing capabilities or to storage in a location outside of the vehicle **104**. The server **228** can include a computer processor and memory and be similar to any computing system as understood to one skilled in the art.

Further, the server **228** may be associated with stored data **232**. The stored data **232** may be stored in any system or by any method, as described in conjunction with system data **208** and/or device data **220**. The stored data **232** can include information that may be associated with one or more users **216** or associated with one or more vehicles **104**. The stored data **232**, being stored in a cloud or in a distant facility, may be exchanged among vehicles **104** or may be used by a user **216** in different locations or with different vehicles **104**.

The vehicle control system **204** may also communicate with one or more sensors **236/242**, which are either associated with the vehicle **104** or communicate with the vehicle **104**. Vehicle sensors **242** may include one or more sensors for providing information to the vehicle control system **204** that determine or provide information about the environment **100** in which the vehicle **104** is operating. Embodiments of these sensors may be as described in conjunction with FIG. **4**. Non-vehicle sensor **236** can be any type of sensor that isn't currently associated with the vehicle **104**. For example, non-vehicle sensor **236** can be sensors in a traffic system operated by a third party that provides data to the vehicle control system **204**. Further, the non-vehicle sensor **236** can be other types of sensors which provide information about the distant environment **116** or other information about the vehicle **104** or the environment **100**. These non-vehicle sensors **236** may be operated by third parties but provide information to the vehicle control system **204**. Examples of information that may be used by the vehicle control system **204** may include weather tracking data, user health tracking data, vehicle maintenance data, or other types of data, which may provide environmental or other data to the vehicle control system **204**.

An arrangement or configuration for sensors within a vehicle **104** is as shown in FIG. **3**. The sensor arrangement **300** can include one or more areas **308** within the vehicle. An area can be a larger part of the environment inside or outside of the vehicle **104**. Thus, area one **308**A may include the area within the trunk space or engine space of the vehicle **104**

US 8,793,034 B2

**11**

and/or the front passenger compartment. Area three **308**B may include a portion of the interior space **108** of the vehicle **104**. The area N, **308**N may include the trunk space or rear compartment area, when included within the vehicle **104**. The interior space **108** may also be divided into areas. Thus, one area may be associated with the front passenger's and driver's seats, a second area may be associated with the middle passengers' seats, and a third area may be associated with a rear passenger's seat. Each area **308** may include one or more sensors that are positioned or operate to provide environmental information about that area **308**.

Each area **308** may be further separated into one or more zones **312** within the area **308**. For example, area 1 **308**A may be separated into zone A, **312***a*, and zone B, **312***a*. Each zone **312** may be associated with a particular portion of the interior occupied by a passenger. For example, zone A, **312***a* may be associated with a driver. Zone B, **312***b*, may be associated with a front passenger. Each zone **312** may include one or more sensors that are positioned or configured to collect information about the environment or ecosystem associated with that zone or person.

A passenger area **308***b* may include more than two zones as described in conjunction with area **308***a*. For example, area **308***b* may include three zones, **312***c*, **312***d*, and **312***e*. These three separate zones **312***c*, **312***d*, and **312***e* may be associated with three passenger seats typically found in the rear passenger area of an automobile **104**. An area **308**N and may include a single zone **312**N as there may be no separate passenger areas but may include be a single trunk area within the vehicle **104**. The number of zones **312** is unlimited within the areas as the areas are also unlimited inside the vehicle **104**. Further, it should be noted that there may be one or areas **308** or zones **312** that may be located outside the vehicle **104** that may have a specific set of sensors associated therewith.

A set of sensors or vehicle components **400** associated with the vehicle **404** may be as shown in FIG. **4**. The vehicle **104** includes, among many other components common to vehicles, wheels **407**, a power source **409** (such as an engine, motor, or energy storage system (e.g., battery or capacitive energy storage system)), a manual or automatic transmission **412**, a manual or automatic transmission gear controller **416**, a power controller **420** (such as a throttle), a vehicle control system **204**, the display device **212**, a braking system **436**, a steering wheel **440**, a power source activation/deactivation switch **444** (e.g., an ignition), an occupant seating system **448**, a wireless signal receiver **453** to receive wireless signals from signal sources such as roadside beacons and other electronic roadside devices, and a satellite positioning system receiver **457** (e.g., a Global Positioning System ("GPS") (US), GLONASS (Russia), Galileo positioning system (EU), Compass navigation system (China), and Regional Navigational Satellite System (India) receiver).

The vehicle **104** includes a number of sensors in wireless or wired communication with the vehicle control system **204** and/or display device **212** to collect sensed information regarding the vehicle state, configuration, and/or operation. Exemplary sensors include wheel state sensor **460** to sense one or more of vehicle speed, acceleration, deceleration, wheel rotation, wheel speed (e.g., wheel revolutions-per-minute), wheel slip, and the like, a power source energy output sensor **464** to sense a power output of the power source **409** by measuring one or more of current engine speed (e.g., revolutions-per-minute), energy input and/or output (e.g., voltage, current, fuel consumption, and torque) (e.g., turbine speed sensor, input speed sensor, crankshaft position sensor, manifold absolute pressure sensor, mass flow sensor, and the like), and the like, a switch state sensor **468** to determine a

**12**

current activation or deactivation state of the power source activation/deactivation switch **444**, a transmission setting sensor **470** to determine a current setting of the transmission (e.g., gear selection or setting), a gear controller sensor **472** to determine a current setting of the gear controller **416**, a power controller sensor **474** to determine a current setting of the power controller **420**, a brake sensor **476** to determine a current state (braking or non-braking) of the braking system **436**, a seating system sensor **478** to determine a seat setting and current weight of seated occupant, if any) in a selected seat of the seating system **448**, exterior and interior sound receivers **490** and **492** (e.g., a microphone and other type of acoustic-to-electric transducer or sensor) to receive and convert sound waves into an equivalent analog or digital signal. Examples of other sensors (not shown) that may be employed include safety system state sensors to determine a current state of a vehicular safety system (e.g., air bag setting (deployed or undeployed) and/or seat belt setting (engaged or not engaged)), light setting sensor (e.g., current headlight, emergency light, brake light, parking light, fog light, interior or passenger compartment light, and/or tail light state (on or off)), brake control (e.g., pedal) setting sensor, accelerator pedal setting or angle sensor, clutch pedal setting sensor, emergency brake pedal setting sensor, door setting (e.g., open, closed, locked or unlocked) sensor, engine temperature sensor, passenger compartment or cabin temperature sensor, window setting (open or closed) sensor, one or more cameras or other imaging sensors (which commonly convert an optical image into an electronic signal but may include other devices for detection objects such as an electromagnetic radiation emitter/receiver that emits electromagnetic radiation and receives electromagnetic waves reflected by the object) to sense objects, such as other vehicles and pedestrians and optionally determine the distance, trajectory and speed of such objects, in the vicinity or path of the vehicle, odometer reading sensor, trip mileage reading sensor, wind speed sensor, radar transmitter/receiver output, brake wear sensor, steering/torque sensor, oxygen sensor, ambient lighting sensor, vision system sensor, ranging sensor, parking sensor, heating, venting, and air conditioning (HVAC) sensor, water sensor, air-fuel ratio meter, blind spot monitor, hall effect sensor, microphone, radio frequency (RF) sensor, infrared (IR) sensor, vehicle control system sensors, wireless network sensor (e.g., Wi-Fi and/or Bluetooth sensor), cellular data sensor, and other sensors known to those of skill in the vehicle art.

In the depicted vehicle embodiment, the various sensors are in communication with the display device **212** and vehicle control system **204** via signal carrier network **480**. As noted, the signal carrier network **480** can be a network of signal conductors, a wireless network (e.g., a radio frequency, microwave, or infrared communication system using a communications protocol, such as Wi-Fi), or a combination thereof.

In one implementation, the control system **424** receives and reads sensor signals, such as wheel and engine speed signals, as a digital input comprising, for example, a pulse width modulated (PWM) signal. The processor **304** can be configured, for example, to read each of the signals into a port configured as a counter or configured to generate an interrupt on receipt of a pulse, such that the processor **304** can determine, for example, the engine speed in revolutions per minute (RPM) and the speed of the vehicle in miles per hour (MPH). One skilled in the art will recognize that the two signals can be received from existing sensors in a vehicle comprising a tachometer and a speedometer, respectively. Alternatively, the current engine speed and vehicle speed can be received in

US 8,793,034 B2

**13**

a communication packet as numeric values from a conventional dashboard subsystem comprising a tachometer and a speedometer. The transmission speed sensor signal can be similarly received as a digital input comprising a signal coupled to a counter or interrupt signal of the processor **304**, or received as a value in a communication packet on the network or port interface **352** from an existing subsystem of the vehicle. The ignition sensor signal can be configured as a digital input, wherein a HIGH value represents that the ignition is on and a LOW value represents that the ignition is OFF. Three bits of the port interface **352** can be configured as a digital input to receive the gear shift position signal, representing eight possible gear shift positions. Alternatively, the gear shift position signal can be received in a communication packet as a numeric value on the port interface **352**. The throttle position signal can be received as an analog input value, typically in the range 0-5 volts. Alternatively, the throttle position signal can be received in a communication packet as a numeric value on the port interface **352**. The output of other sensors can be processed in a similar fashion.

Other sensors may be included and position in the interior space **108** of the vehicle **104**. Generally, these interior sensors obtain data about the health of the driver and/or passenger(s), data about the safety of the driver and/or passenger(s), and/or data about the comfort of the driver and/or passenger(s). The health data sensors can include sensors in the steering wheel that can measure various health telemetry for the person (e.g., heart rate, temperature, blood pressure, blood presence, blood composition, etc.). Sensors in the seats may also provide for health telemetry (e.g., presence of liquid, weight, weight shifts, etc.). Infrared sensors could detect a person's temperature; optical sensors can determine a person's position and whether the person has become unconscious. Other health sensors are possible and included herein.

Safety sensors can measure whether the person is acting safely. Optical sensors can determine a person's position and focus. If the person stops looking at the road ahead, the optical sensor can detect the lack of focus. Sensors in the seats may detect if a person is leaning forward or may be injured by a seat belt in a collision. Other sensors can detect that the driver has at least one hand on a steering wheel. Other safety sensors are possible and contemplated as if included herein.

Comfort sensors can collect information about a person's comfort. Temperature sensors may detect a temperature of the interior cabin. Moisture sensors can determine a relative humidity. Audio sensors can detect loud sounds or other distractions. Audio sensors may also receive input from a person through voice data. Other comfort sensors are possible and contemplated as if included herein.

An embodiment of a vehicle control system **204** and its associated components **204** may be as shown in FIG. **5**. In general, the device **212** includes a front screen **212** with a touch sensitive display **568**. The front screen **212** may be disabled and/or enabled by a suitable command. Moreover, the front screen **212** can be touch sensitive and can include different operative areas. For example, a first operative area, within the touch sensitive screen **212**, may comprise a touch sensitive display **568**. In general, the touch sensitive display **568** may comprise a full color, touch sensitive display. A second area within each touch sensitive screen **568** may comprise a gesture capture region **572**. The gesture capture region **572** may comprise one or more areas or regions that is outside of the touch sensitive display **568** area or screen area **212**, and that is capable of receiving input, for example in the form of gestures provided by a user. However, the one or more gesture capture regions **572** do not include pixels that can perform a display function or capability.

**14**

It is further anticipated that a third region of the touch sensitive screen **568** may comprise one or more configurable areas. The configurable area is capable of receiving input and has display or limited display capabilities. As can be appreciated, the configurable area may occupy any part of the touch sensitive screen **568** not allocated to a gesture capture region **572** or touch sensitive display **568**. In embodiments, the configurable area may present different input options to the user. For example, the configurable area may display buttons or other relatable items. Moreover, the identity of displayed buttons, or whether any buttons are displayed at all within the configurable area of the touch sensitive screen **568** may be determined from the context in which the device **212** is used and/or operated. In an exemplary embodiment, the touch sensitive screen **568** comprises liquid crystal display devices extending across at least the region of the touch sensitive screen **568** that is capable of providing visual output to a user, and a resistive and/or capacitive input matrix over the regions of the touch sensitive screen **568** that are capable of receiving input from the user.

One or more display controllers **516** may be provided for controlling the operation of the touch sensitive screen **568**, including input (touch sensing) and output (display) functions. In the exemplary embodiment illustrated in FIG. **5**, a touch screen controller **516** is provided for the touch screen **568**. In accordance with some embodiments, the functions of a touch screen controller **516** may be incorporated into other components, such as a processor **504**.

The processor **504** may comprise a general purpose programmable processor or controller for executing application programming or instructions. In accordance with at least some embodiments, the processor **504** may include multiple processor cores, and/or implement multiple virtual processors. In accordance with still other embodiments, the processor **504** may include multiple physical processors. As a particular example, the processor **504** may comprise a specially configured application specific integrated circuit (ASIC) or other integrated circuit, a digital signal processor, a controller, a hardwired electronic or logic circuit, a programmable logic device or gate array, a special purpose computer, or the like. The processor **504** generally functions to run programming code or instructions implementing various functions of the device **212**.

A device **212** may also include memory **508** for use in connection with the execution of application programming or instructions by the processor **504**, and for the temporary or long term storage of program instructions and/or data. As examples, the memory **508** may comprise RAM, DRAM, SDRAM, or other solid state memory. Alternatively or in addition, data storage **512** may be provided. Like the memory **508**, the data storage **512** may comprise a solid state memory device or devices. Alternatively or in addition, the data storage **512** may comprise a hard disk drive or other random access memory.

In support of communications functions or capabilities, the device **212** can include a cellular telephony module **528**. As examples, the cellular telephony module **528** can comprise a GSM, CDMA, FDMA and/or analog cellular telephony transceiver capable of supporting voice, multimedia and/or data transfers over a cellular network. Alternatively or in addition, the device **212** can include an additional or other wireless communications module **532**. As examples, the other wireless communications module **532** can comprise a Wi-Fi, BLUETOOTH™, WiMax, infrared, or other wireless communications link. The cellular telephony module **528** and the other wireless communications module **532** can each be associated with a shared or a dedicated antenna **524**.

US 8,793,034 B2

**15**

A port interface **552** may be included. The port interface **552** may include proprietary or universal ports to support the interconnection of the device **212** to other devices or components, such as a dock, which may include additional or different capabilities from those integral to the device **212**. In addition to supporting an exchange of communication signals between the device **212** and another device or component, the docking port (not shown) and/or port interface **552** can support the supply of power to or from the device **212**. The port interface **552** also comprises an intelligent element that comprises a docking module for controlling communications or other interactions between the device **212** and a connected device or component.

An input/output module **548** and associated ports may be included to support communications over wired networks or links, for example with other communication devices, server devices, and/or peripheral devices. Examples of an input/output module **548** include an Ethernet port, a Universal Serial Bus (USB) port, Institute of Electrical and Electronics Engineers (IEEE) 1594, or other interface.

An audio input/output interface/device(s) **544** can be included to provide analog audio to an interconnected speaker or other device, and to receive analog audio input from a connected microphone or other device. As an example, the audio input/output interface/device(s) **544** may comprise an associated amplifier and analog to digital converter. Alternatively or in addition, the device **212** can include an integrated audio input/output device **556** and/or an audio jack for interconnecting an external speaker or microphone. For example, an integrated speaker and an integrated microphone can be provided, to support near talk or speaker phone operations.

Hardware buttons **280** can be included for example for use in connection with certain control operations. Examples include a master power switch, volume control, etc., as described in conjunction with FIG. **2**. One or more image capture interfaces/devices, such as a camera, can be included for capturing still and/or video images. Alternatively or in addition, an image capture interface/device can include a scanner or code reader. An image capture interface/device can include or be associated with additional elements, such as a flash or other light source.

The device **212** can also include a global positioning system (GPS) receiver **536**. In accordance with embodiments of the present invention, the GPS receiver **536** may further comprise a GPS module that is capable of providing absolute location information to other components of the device **212**. Other sensors **242** may also be included. For example, an accelerometer(s)/gyroscope(s) may also be included. For example, in connection with the display of information to a user and/or other functions, a signal from the accelerometer/gyroscope can be used to determine an orientation and/or format in which to display that information to the user. In some embodiments, the accelerometer/gyroscope may comprise at least one accelerometer and at least one gyroscope.

Embodiments of the present invention can also include one or more magnetic sensing feature. The magnetic sensing feature can be configured to provide a signal indicating the position of the device relative to a vehicle-mounted position. This information can be provided as an input, for example to a user interface application, to determine an operating mode, characteristics of the touch sensitive display **568** and/or other device **212** operations. As examples, a magnetic sensing feature can comprise one or more of Hall-effect sensors, a multiple position switch, an optical switch, a Wheatstone bridge, a potentiometer, or other arrangement capable of providing a signal indicating of multiple relative positions the touch screens are in. Alternatively, the magnetic sensing feature

**16**

may comprise one or more metallic elements used by other sensors associated with the console and/or vehicle to determine whether the device **212** is in a vehicle-mounted position. These metallic elements may include but are not limited to rare-earth magnets, electromagnets, ferrite and/or ferrite alloys, and/or other material capable of being detected by a range of sensors.

Communications between various components of the device **212** can be carried by one or more buses **520**. In addition, power can be supplied to the components of the device **212** from a power source and/or power control module **560**. The power control module **560** can, for example, include a battery, an AC to DC converter, power control logic, and/or ports for interconnecting the device **212** to an external source of power.

An embodiment of one or more software modules that may be associated with the vehicle control system **204** may be as shown in FIG. **6**. The memory **508** may store and the processor **504** may execute one or more software components. These components can include at least one operating system (OS) **616**, an application manager **662**, a console desktop **666**, and/or one or more applications **664***a* and/or **664***b* from an application store **660**. The OS **616** can include a framework **620**, one or more frame buffers **648**, one or more drivers **612**, and/or a kernel **618**. The OS **616** can be any software, consisting of programs and data, which manages computer hardware resources and provides common services for the execution of various applications **664**. The OS **616** can be any operating system and, at least in some embodiments, dedicated to mobile devices, including, but not limited to, Linux, ANDROID™, iPhone OS (IOS™), WINDOWS PHONE 7™, etc. The OS **616** is operable to provide functionality to the device **212** by executing one or more operations, as described herein.

The applications **664** can be any higher level software that executes particular console functionality for the user. Applications **664** can include programs such as vehicle control applications, email clients, web browsers, texting applications, games, media players, office suites, etc. The applications **664** can be stored in an application store **660**, which may represent any memory or data storage, and the management software associated therewith, for storing the applications **664**. Once executed, the applications **664** may be run in a different area of memory **608**.

The framework **620** may be any software or data that allows the multiple tasks running on the device to interact. In embodiments, at least portions of the framework **620** and the discrete components described hereinafter may be considered part of the OS **616** or an application **664**. However, these portions will be described as part of the framework **620**, but those components are not so limited. The framework **620** can include, but is not limited to, a Surface Cache module **628**, a Window Management module **632**, an Input Management module **636**, an Application Model Manager **642**, a Display Controller **644**, one or more frame buffers **648**, and/or an event buffer **666**.

The Surface Cache module **628** includes any memory or storage and the software associated therewith to store or cache one or more images of applications, windows, and/or console screens. A series of active and/or non-active windows (or other display objects, such as, a desktop display) can be associated with each display. An active window (or other display object) is currently displayed. A non-active window (or other display objects) was opened and, at some time, displayed but are now not displayed. To enhance the user experience, before a window transitions from an active state to an inactive state, a "screen shot" of a last generated image

US 8,793,034 B2

**17**

of the window (or other display object) can be stored. The Surface Cache module **628** may be operable to store a bitmap of the last active image of a window (or other display object) not currently displayed. Thus, the Surface Cache module **628** stores the images of non-active windows (or other display objects) in a data store.

In embodiments, the Window Management module **632** is operable to manage the windows (or other display objects) that are active or not active on each of the displays. The Window Management module **632**, based on information from the OS **616**, or other components, determines when a window (or other display object) is visible or not active. The Window Management module **632** may then put a non-visible window (or other display object) in a "not active state" and, in conjunction with the Task Management module **640** suspends the application's operation. Further, the Window Management module **632** may assign a display identifier to the window (or other display object) or manage one or more other items of data associated with the window (or other display object). The Window Management module **632** may also provide the stored information to the application **664**, or other components interacting with or associated with the window (or other display object). The Window Management module **632** can also associate an input task with a window based on window focus and display coordinates within the motion space.

The Input Management module **636** is operable to manage events that occur with the device. An event is any input into the window environment, for example, a user interface interactions with a user. The Input Management module **636** receives the events and logically stores the events in an event buffer **656**. Events can include such user interface interactions as a "down event," which occurs when the screen **204** receives a touch signal from a user, a "move event," which occurs when the screen **204** determines that a user's finger is moving across a screen(s), an "up event," which occurs when the device **212** determines that the user has stopped touching the screen **568** etc. These events are received, stored, and forwarded to other modules by the Input Management module **636**. The Input Management module **636** may also map screen inputs to a motion space which is the culmination of all physical and virtual display available on the device.

The frame buffer **648** is a logical structure(s) used to render the user interface. The frame buffer **648** can be created and destroyed by the OS kernel **618**. However, the Display Controller **644** can write the image data, for the visible windows, into the frame buffer **648**. A frame buffer **648** can be associated with one screen or multiple screens. The association of a frame buffer **648** with a screen can be controlled dynamically by interaction with the OS kernel **618**. A composite display may be created by associating multiple screens with a single frame buffer **648**. Graphical data used to render an application's window user interface may then be written to the single frame buffer **648**, for the composite display, which is output to the multiple screens **204**. The Display Controller **644** can direct an application's user interface to a portion of the frame buffer **648** that is mapped to a particular display **208**, thus, displaying the user interface on only one screen **212**. The Display Controller **644** can extend the control over user interfaces to multiple applications, controlling the user interfaces for as many displays as are associated with a frame buffer **648** or a portion thereof. This approach compensates for the physical screen **212** and any other console screens that are in use by the software component above the Display Controller **644**.

**18**

The Application Manager **662** is an application that provides a presentation layer for the window environment. Thus, the Application Manager **662** provides the graphical model for rendering. Likewise, the Desktop **666** provides the presentation layer for the Application Store **660**. Thus, the desktop provides a graphical model of a surface having selectable application icons for the Applications **664** in the Application Store **660** that can be provided to the Window Management Module **632** for rendering.

Further, the framework can include an Application Model Manager (AMM) **642**. The Application Manager **662** may interface with the AMM **642**. In embodiments, the AMM **642** receives state change information from the device **212** regarding the state of applications (which are running or suspended). The AMM **642** can associate bit map images from the Surface Cache Module **628** to the applications that are alive (running or suspended). Further, the AMM **642** may provide a list of executing applications to the Application Manager **662**.

One or more gestures used to interface with the vehicle control system **204** may be as described in conjunction with FIGS. **7**A through **7**K. FIGS. **7**A through **7**H depict various graphical representations of gesture inputs that may be recognized by the screen(s) **212**. The gestures may be performed not only by a user's body part, such as a digit, but also by other devices, such as a stylus, that may be sensed by the contact sensing portion(s) of a screen **212**. In general, gestures are interpreted differently, based on where the gestures are performed (either directly on the display **568** or in the gesture capture region **572**). For example, gestures in the display **568** may be directed to a desktop or application, and gestures in the gesture capture region **572** may be interpreted as for the system.

With reference to FIGS. **7**A-**7**H, a first type of gesture, a touch gesture **720**, is substantially stationary on the screen **212** for a selected length of time. A circle **728** represents a touch or other contact type received at particular location of a contact sensing portion of the screen. The circle **728** may include a border **732**, the thickness of which indicates a length of time that the contact is held substantially stationary at the contact location. For instance, a tap **720** (or short press) has a thinner border **732**a than the border **732**b for a long press **724** (or for a normal press). The long press **724** may involve a contact that remains substantially stationary on the screen for longer time period than that of a tap **720**. As will be appreciated, differently defined gestures may be registered depending upon the length of time that the touch remains stationary prior to contact cessation or movement on the screen.

With reference to FIG. **7**C, a drag gesture **700** on the screen **212** is an initial contact (represented by circle **728**) with contact movement **736** in a selected direction. The initial contact **728** may remain stationary on the screen **212** for a certain amount of time represented by the border **732**. The drag gesture typically requires the user to contact an icon, window, or other displayed image at a first location followed by movement of the contact in a drag direction to a new second location desired for the selected displayed image. The contact movement need not be in a straight line but have any path of movement so long as the contact is substantially continuous from the first to the second locations.

With reference to FIG. **7**D, a flick gesture **704** on the screen **212** is an initial contact (represented by circle **728**) with truncated contact movement **736** (relative to a drag gesture) in a selected direction. In embodiments, a flick has a higher exit velocity for the last movement in the gesture compared to the drag gesture. The flick gesture can, for instance, be a finger snap following initial contact. Compared to a drag gesture, a

US 8,793,034 B2

**19**

flick gesture generally does not require continual contact with the screen **212** from the first location of a displayed image to a predetermined second location. The contacted displayed image is moved by the flick gesture in the direction of the flick gesture to the predetermined second location. Although both gestures commonly can move a displayed image from a first location to a second location, the temporal duration and distance of travel of the contact on the screen is generally less for a flick than for a drag gesture.

With reference to FIG. 7E, a pinch gesture **708** on the screen **212** is depicted. The pinch gesture **708** may be initiated by a first contact **728***a* to the screen **212** by, for example, a first digit and a second contact **728***b* to the screen **212** by, for example, a second digit. The first and second contacts **728***a,b* may be detected by a common contact sensing portion of a common screen **212**, by different contact sensing portions of a common screen **212**, or by different contact sensing portions of different screens **212**. The first contact **728***a* is held for a first amount of time, as represented by the border **732***a*, and the second contact **728***b* is held for a second amount of time, as represented by the border **732***b*. The first and second amounts of time are generally substantially the same, and the first and second contacts **728***a,b* generally occur substantially simultaneously. The first and second contacts **728***a,b* generally also include corresponding first and second contact movements **736***a,b*, respectively. The first and second contact movements **736***a,b* are generally in opposing directions. Stated another way, the first contact movement **736***a* is towards the second contact **736***b*, and the second contact movement **736***b* is towards the first contact **736***a*. More simply stated, the pinch gesture **708** may be accomplished by a user's digits touching the screen **212** in a pinching motion.

With reference to FIG. 7F, a spread gesture **710** on the screen **212** is depicted. The spread gesture **710** may be initiated by a first contact **728***a* to the screen **212** by, for example, a first digit and a second contact **728***b* to the screen **212** by, for example, a second digit. The first and second contacts **728***a,b* may be detected by a common contact sensing portion of a common screen **212**, by different contact sensing portions of a common screen **212**, or by different contact sensing portions of different screens **212**. The first contact **728***a* is held for a first amount of time, as represented by the border **732***a*, and the second contact **728***b* is held for a second amount of time, as represented by the border **732***b*. The first and second amounts of time are generally substantially the same, and the first and second contacts **728***a,b* generally occur substantially simultaneously. The first and second contacts **728***a,b* generally also include corresponding first and second contact movements **736***a,b*, respectively. The first and second contact movements **736***a,b* are generally in a common direction. Stated another way, the first and second contact movements **736***a,b* are away from the first and second contacts **728***a,b*. More simply stated, the spread gesture **710** may be accomplished by a user's digits touching the screen **212** in a spreading motion.

The above gestures may be combined in any manner, such as those shown by FIGS. 7G and 7H, to produce a determined functional result. For example, in FIG. 7G a tap gesture **720** is combined with a drag or flick gesture **712** in a direction away from the tap gesture **720**. In FIG. 7H, a tap gesture **720** is combined with a drag or flick gesture **712** in a direction towards the tap gesture **720**.

The functional result of receiving a gesture can vary depending on a number of factors, including a state of the vehicle **104**, display **568**, or screen **212**, a context associated with the gesture, or sensed location of the gesture. The state of the vehicle commonly refers to one or more of a configuration

**20**

of the vehicle **104**, a display orientation, and user and other inputs received by the vehicle **104**. Context commonly refers to one or more of the particular application(s) selected by the gesture and the portion(s) of the application currently executing, whether the application is a single- or multi-screen application, and whether the application is a multi-screen application displaying one or more windows. Sensed location of the gesture commonly refers to whether the sensed set(s) of gesture location coordinates are on a touch sensitive display **568** or a gesture capture region **572**, whether the sensed set(s) of gesture location coordinates are associated with a common or different display or screen **212**, and/or what portion of the gesture capture region contains the sensed set(s) of gesture location coordinates.

A tap, when received by an a touch sensitive display **568**, can be used, for instance, to select an icon to initiate or terminate execution of a corresponding application, to maximize or minimize a window, to reorder windows in a stack, and to provide user input such as by keyboard display or other displayed image. A drag, when received by a touch sensitive display **568**, can be used, for instance, to relocate an icon or window to a desired location within a display, to reorder a stack on a display, or to span both displays (such that the selected window occupies a portion of each display simultaneously). A flick, when received by a touch sensitive display **568** or a gesture capture region **572**, can be used to relocate a window from a first display to a second display or to span both displays (such that the selected window occupies a portion of each display simultaneously). Unlike the drag gesture, however, the flick gesture is generally not used to move the displayed image to a specific user-selected location but to a default location that is not configurable by the user.

The pinch gesture, when received by a touch sensitive display **568** or a gesture capture region **572**, can be used to minimize or otherwise increase the displayed area or size of a window (typically when received entirely by a common display), to switch windows displayed at the top of the stack on each display to the top of the stack of the other display (typically when received by different displays or screens), or to display an application manager (a "pop-up window" that displays the windows in the stack). The spread gesture, when received by a touch sensitive display **568** or a gesture capture region **572**, can be used to maximize or otherwise decrease the displayed area or size of a window, to switch windows displayed at the top of the stack on each display to the top of the stack of the other display (typically when received by different displays or screens), or to display an application manager (typically when received by an off-screen gesture capture region on the same or different screens).

The combined gestures of FIG. 7G, when received by a common display capture region in a common display or screen **212**, can be used to hold a first window location constant for a display receiving the gesture while reordering a second window location to include a window in the display receiving the gesture. The combined gestures of FIG. 7H, when received by different display capture regions in a common display or screen **212** or in different displays or screens, can be used to hold a first window location for a display receiving the tap part of the gesture while reordering a second window location to include a window in the display receiving the flick or drag gesture. Although specific gestures and gesture capture regions in the preceding examples have been associated with corresponding sets of functional results, it is to be appreciated that these associations can be redefined in any manner to produce differing associations between gestures and/or gesture capture regions and/or functional results.

US 8,793,034 B2

21                                                                22

Gestures that may be completed in three-dimensional space and not on a touch sensitive screen **568** or gesture capture region **572** may be as shown in FIGS. **7I** through **7K**. The gestures may be completed in an area where a sensor **242**, such as an optical sensor, infrared sensor, or other type of sensor, may detect the gesture. For example, the gesture **740** in FIG. **7I**, a person may open their hand **764** and move their hand in a back and forth direction **748** as a gesture **740** to complete some function with the vehicle **104**. For example gesture **764** may change the station of the radio in the vehicle **104**. The sensors **242** may both determine the configuration of the hand and the vector of the movement. The vector and hand configuration can be interpreted to mean certain things to the vehicle control system **204** and produce different results.

In another example of a gesture **752** in FIG. **7J**, a user may configure their hand **764** to extend two fingers and move the hand in an up and down operation **756**. This gesture **752** may control the volume of the radio or some other function. Again, the sensors **242** may determine how the person has configured their hand gesture, and the vector of the movement. In another example of a gesture **760** shown in FIG. **7K**, a user may extend their middle three fingers at an angle 45° from straight vertical and circle the hand in a counter-clockwise motion **764**. This gesture **760** may cause the automobile to change the heat or do some other function. As can be understood by one skilled in the art, the configurations of the hand and the types of movement are variable. Thus, the user may configure the hand **764** in any way imaginable and may also move that hand **764** in any direction with any vector in three-dimensional space.

The gestures **740**, **752**, **760**, as shown in FIG. **7I** through **7K**, may occur in a predetermined volume of space within the vehicle **104**. For example, a sensor **242** may be configured to identify such gestures **740**, **752**, **760** between the front passenger's and front driver's seats over a console area within the passenger compartment of the automobile **104**. The gestures **740**, **752**, **760** may be made within area 1 **304***a* between zones A **312***a* and B **312***b*. However, there may be other areas **308** where a user may use certain gestures, where sensors **242** may be able to determine a certain function is desired. Gestures that may be similar but used in different areas within the vehicle **104** may cause different functions to be performed. For example, the gesture **740** in FIG. **7I**, if used in zone E **312***e*, may change the heat provided in zone E **312***e*, but may change the station of a radio if used in zone A **312***a*. Further, the gestures may be made with other body parts or, for example, different expressions of a persons' face may be used to control functions in the vehicle **104**. Also, the user may use two hands in some circumstances or do other types of physical movements that can cause different reactions in the vehicle **104**.

An embodiment of a data structure **800** to store different settings is shown in FIG. **8**. The data structure **800** may include one or more of data files or data objects **804**. Thus, the data structure **800** may represent different types of data bases or data storage, for example, object-oriented data bases, flat file data structures, relational database, or other types of data storage arrangements. The data file **804** may include several portions **808**-**836** representing different types of data. Each of these types of data may be associated with a user, as shown in portion **808**.

There may be one or more user records **840** and associated data stored within the data file **804**. The user can be any person that uses or rides within the vehicle or conveyance **104**. The user may be identified in portion **812**. For the vehicle **104**, the user may include a set of one or more features that may identify the user. These features may be the physical characteristics of the person that may be identified by facial recognition or some other type of system. In other embodiments, the user may provide a unique code to the vehicle control system **204** or provide some other type of data that allows the vehicle control system **204** to identify the user. The features or characteristics of the user are then stored in portion **812**.

Each user identified in portion **808** may have a different set of settings for each area **308** and/or each zone **312** within the vehicle **104**. Thus, each set of setting may also be associated with a predetermined zone **312** or area **308**. The zone **312** is stored in portion **820** and the area **308** is stored in portion **816**.

One or more settings may be stored in portion **824**. These settings **824** may be the configurations of different functions within the vehicle **104** that are specified by or for that user. For example, the settings **824** may be the position of a seat, the position of a steering wheel, a heating/cooling setting, a radio setting, a cruise control setting, or some other type of setting associated with the vehicle **104**. Further, in vehicles adapted to have a configurable console or a configurable dash or heads-up display, the settings **824** may also provide for how that heads-up display, dash, or console are configured for this particular user. Each setting **824** may be associated with a different area **308** or zone **312**. Thus, there may be more settings **824** for when the user is the driver and in zone A, **312**A, of area 1, **308**A. However, there may be similar settings **824** among the different zones **312** or areas **308** as shown in portion **824**. For example, the heating or radio settings for the user may be similar in every zone **312**.

The sensors **242** within the vehicle **104** may be able to either obtain or track health data in portion **828**. Health data **828** may include any type of physical characteristic associated with the user. For example, a heart rate, a blood pressure, a temperature, or other types of heath data may be obtained and stored in portion **828**. The user may have this health data tracked over a period of time to allow for statistical analysis of the user's health while operating the vehicle **104**. In this way if some function of the user's health deviates from a norm, the vehicle **104** may be able to determine there is a problem with the person and react to that data.

One or more gestures may be stored in portion **832**. Thus, the gestures used and described in conjunction FIG. **7A** through **7K** may be configurable. These gestures may be determined or created by the user and stored in portion **832**. A user may have different gestures for each zone **312** or area **308** within the vehicle. The gestures that do certain things while driving may do other things while in a different area **308** of the vehicle **104**. Thus, the user may use a first set of gestures while driving and a second set while a passenger. Further, one or more users may share gestures as shown in portion **832**. Each driver may have a common set of gestures that they use in zone A, **312***a*. Each of these gestures may be determined or captured and then stored with their average characteristics (e.g., vector, position of gesture, etc.) in portion **832**.

One or more sets of safety parameters may be stored in portion **836**. Safety parameters **836** may be common operating characteristics for this driver/passenger or for all drivers/ passengers that if deviated from may determine there is a problem with the driver/passenger or the vehicle **104**. For example, a certain route may be taken repeatedly and an average speed or mean speed may be determined. If the mean speed deviates by some number of standard deviations, a problem with the vehicle **104** or the user may be determined. In another example, the health characteristics or driving experience of the user may be determined. If the user drives in a certain position where their head occupies a certain portion of three-dimensional space within the vehicle **104**, the vehicle

US 8,793,034 B2

23

control system **204** may determine that the safety parameter includes the users face or head being within this certain portion of the vehicle interior space. If the user's head deviates from that interior space for some amount of time, the vehicle control system **204** can determine that something is wrong with the driver and change the function or operation of the vehicle **104** to assist the driver. This may happen, for example, when a user falls asleep at the wheel. If the user's head droops and does no longer occupy a certain three dimensional space, the vehicle control system **204** can determine that the driver has fallen asleep and may take control of the operation of the vehicle **204** and steer the vehicle **204** to the side of the road. In other examples, if the user's reaction time is too slow or some other safety parameter is not nominal, the vehicle control system **204** may determine that the user is inebriated or having some other medical problem. The vehicle control system **204** may then assume control of the vehicle to ensure that the driver is safe.

An embodiment of a method **900** for storing settings for a user associated with vehicle **104** is shown in FIG. **9**. While a general order for the steps of the method **900** is shown in FIG. **9**. Generally, the method **900** starts with a start operation **904** and ends with an end operation **936**. The method **900** can include more or fewer steps or can arrange the order of the steps differently than those shown in FIG. **9**. The method **900** can be executed as a set of computer-executable instructions executed by a computer system and encoded or stored on a computer readable medium. Hereinafter, the method **900** shall be explained with reference to the systems, components, modules, software, data structures, user interfaces, etc. described in conjunction with FIGS. **1-8**.

A person may enter the vehicle space **108**. One or more sensors **242** may then identify that a person is sitting within the vehicle **104**, in step **908**. For example, sensors **242**, in a seat, may determine that some new amount of weight has been registered. The amount of weight may fall within predetermined parameters, e.g., over a threshold. This weight may then be determined to be a person by one or more optical or other sensors. The vehicle control system **204** may then determine that a person is in a certain zone **312** or area **308**. For example the sensors may send signals to the input management module **636** that an event has occurred. This information may be sent to the task management module **640** to determine the zone **312** and area **308** where the event occurred. Further, the task management module **640** may then identify the person, in step **912**.

The vehicle control system **204** can receive the information from the sensors **242** and use that information to search the database **800** that may be stored within the system data **208**. The sensor data may be compared to ID characteristics **812** to determine if the person has already been identified. The vehicle control system **204** may also send the characteristic data from the sensors to the communication network **224** to a server **228** to compare the sensor data to stored data **232** that may be stored in a cloud system. The person's features can be compared to stored features **812** to determine if the person in the vehicle **104** can be identified.

If the person has been identified previously and their characteristics stored in portion **812**, the method **900** proceeds YES to step **916** where that person may be identified. In identifying a person, the information associated with that person **840** may be retrieved and provided to the vehicle control system **204** for further action. If a person cannot be identified by finding their sensor characteristics in portion **812**, the method **900** proceeds NO to step **920**. In step **920**, the vehicle control system **204**, using an application **660**, may create a new record in table **800** for the user. This new record

24

may store a user identifier and their characteristics **812**. It may also store the area **308** and zone **312** in data portions **816** and **820**. The new record may then be capable of receiving new settings data for this particular user. In this way, the vehicle **104** can automatically identify or characterize a person so that settings may be established for the person in the vehicle **104**.

The input management module **636** may then determine if settings are to be stored, in step **924**. Settings might be any configuration of the vehicle **104** that may be associated with the user. The determination may be made after receiving a user input from the user. For example, the user may make a selection on a touch sensitive display **568** indicating that settings currently made are to be stored. In other situations, a period of time may elapse after the user has made a configuration. After determining that a person is finished making changes to the settings, based on the length of the period of time since the setting was established, the task management module **640** can save the setting. Thus, the vehicle control system **204** can make settings automatically based on reaching a steady state for settings for user.

The vehicle control system **204** may then store the settings for the person, in step **928**. The task management module **640** can make a new entry for the user **808** in data structure **804**. The new entry may be either a new user or a new settings listed in **824**. The settings may be stored based on the area **308** and zone **312**. As explained previously, the settings can be any kind of configuration of the vehicle **104** that may be associated with the user in that area **308** and the zone **312**.

The settings may also be stored in cloud storage, in step **932**. Thus the vehicle control system **204** can send the new settings to the server **228** to be stored in storage **232**. In this way, these new settings may be ported to other vehicles for the user. Further, the settings in storage system **232** may be retrieved if local storage does not include the settings in storage system **208**.

An embodiment of a method **1000** to configure the vehicle **104** based on stored settings is shown in FIG. **10**. While a general order for the steps of the method **1000** is shown in FIG. **10**. Generally, the method **1000** starts with a start operation **1004** and ends with an end operation **1028**. The method **1000** can include more or fewer steps or can arrange the order of the steps differently than those shown in FIG. **10**. The method **1000** can be executed as a set of computer-executable instructions executed by a computer system and encoded or stored on a computer readable medium. Hereinafter, the method **1000** shall be explained with reference to the systems, components, modules, software, data structures, user interfaces, etc. described in conjunction with FIGS. **1-9**.

The input management module of the vehicle control system **204** can determine if a person is in a zone **312** or area **308**, in step **1008**. This determination may be made by receiving data from one or more sensors **242**. The vehicle **104** can use facial recognition, weight sensors, heat sensors, or other sensors to determine i a person is occupying a certain zone **312**.

Using the information from the sensors **242**, the vehicle control system **204** can identify the person, in step **1012**. The vehicle control system **204** can obtain characteristics for the user currently occupying the zone **312** and compare those characteristics to the identifying features in portion **812** of data structure **804**. Thus, the settings in portion **824** may be retrieved by identifying the correct zone **312**, area **308**, and characteristics for the user.

The vehicle control system **204** can first determine if there are settings associated with the identified person for that zone **312** and/or area **308**, in step **1016**. After identifying the user by matching characteristics with the features in portion **812**, the vehicle control system **204** can determine if there are

US 8,793,034 B2

25

26

settings for the user for the area **816** and zone **820** the user currently occupies. If there are settings, then the task management module **640** can make the determination that there are settings in portion **824**, and the vehicle control system **204** may then read and retrieve those settings, in step **1020**. The settings may be read and used to configure or react to the presence of the user, in step **1024**. Thus, these settings may be obtained to change the configuration of the vehicle **104**, for example, how the position of the seats or mirrors are set, how the dash, console, or heads up display is configured, how the heat or cooling is configured, how the radio is configured, or how other different configurations are made.

Embodiment of a method **1100** for storing settings in cloud storage is shown in FIG. **11**. While a general order for the steps of the method **1100** is shown in FIG. **11**. Generally, the method **1100** starts with a start operation **1104** and ends with an end operation **1140**. The method **1100** can include more or fewer steps or can arrange the order of the steps differently than those shown in FIG. **11**. The method **1100** can be executed as a set of computer-executable instructions executed by a computer system and encoded or stored on a computer readable medium. Hereinafter, the method **1100** shall be explained with reference to the systems, components, modules, software, data structures, user interfaces, etc. described in conjunction with FIGS. **1-10**.

The vehicle control system **204**, such as the input management module **636**, can determine if a person is in a zone **312** or area **308**, in step **1108**. As explained previously, the vehicle control system **204** can receive vehicle sensor data from vehicle sensors **242** that show a person has occupied a zone **312** or an area **308** of the vehicle **104**. Using the vehicle sensor data, the vehicle control system **204** can determine characteristics of the person, in step **1112**. These characteristics are compared to the features in portion **812** of the data structure **804**. From this comparison, the vehicle control system **204** can determine if the person is identified within the data structure **804**, in step **1116**. If there is a comparison and the person can be identified, the method **1100** proceeds YES to step **1120**. However, if the person cannot be identified, the method **1100** proceeds NO, to step **1124**.

In step **1120**, the person is identified in portion **808** by the successful comparison of the characteristics and the features. It should be noted that there may be a degree of variability between the characteristics and the features in portion **812**. Thus the comparison may not be an exact comparison but may be use methods known in the art to make a statistically significant comparison between the characteristics received from the sensors **242** and the features stored in portion **812**. In step **1124**, the characteristics received from sensors **242** are used to characterize the person. In this way, the received characteristics may be used as an ID in portion **812** for a new entry for a new user in portion **808**.

The user may make one or more settings for the vehicle **104**. The vehicle control system **204**, specifically the task management module **640**, may determine if the settings are to be stored, in step **1128**. If the settings are to be stored, the method **1100** proceeds YES to step **1136**. If the settings are not to be stored or if there are no settings to be stored, the method **1100** proceeds NO to step **1132**. In step **1132**, the vehicle control system **204** can retrieve the settings in the portion **824** of the data structure **804**. Retrieval of the settings may be as described in conjunction with FIG. **10**. If settings are to be stored, the vehicle control system **204** can send those settings to server **228** to be stored in data storage **232**, in step **1136**. Data storage **232** acts as cloud storage that can be used to retrieve information on the settings from other vehicles or

from other sources. Thus, the cloud storage **232** allows for permanent and more robust storage of user preferences for the settings of the vehicle **104**.

An embodiment of a method **1200** for storing gestures associated with the user is shown in FIG. **12**. While a general order for the steps of the method **1200** is shown in FIG. **12**. Generally, the method **1200** starts with a start operation **1204** and ends with an end operation **1240**. The method **1200** can include more or fewer steps or can arrange the order of the steps differently than those shown in FIG. **12**. The method **1200** can be executed as a set of computer-executable instructions executed by a computer system and encoded or stored on a computer readable medium. Hereinafter, the method **1200** shall be explained with reference to the systems, components, modules, software, data structures, user interfaces, etc. described in conjunction with FIGS. **1-11**.

Vehicle control system **204** may receive sensor data from sensors **242** to determine a person is occupying a zone **312** in an area **308** of the vehicle **104**, in step **1208**. The sensor data may provide characteristics for the person, in step **1212**. The vehicle control system **204** may then use the characteristics to determine if the person can be identified, in step **1216**. The vehicle control system **204** may compare the characteristics to the features in portion **812** for the people having been recognized and having data associated therewith. If a comparison is made between the characteristics and the features in portion **812**, the person can be identified, and the method **1200** proceeds YES to step **1220**. If there is no comparison, the method **1200** may proceed NO to step **1224**. In step **1220**, the person may be identified by the vehicle control system **204**. Thus, the person's features and associated data record **840** may be determined and the user identified in portion **808**. If the person is not identified, the vehicle control system **204** can characterize the person by establishing a new record in data structure **804** using the characteristics, received from the sensors **242**, for the features in portion **812**.

Thereinafter, the vehicle control system **204** may determine if gestures are to be stored and associated with the user. The vehicle control system **204** may receive user input on a touch sensitive display **568** or some other type of gesture capture region **572** which acknowledges that the user wishes to store one or more gestures. Thus, the user may create their own gestures such as those described in conjunction with FIGS. **7A** through **7K**. These gestures may then be characterized and stored in data structure **804**. If there are gestures to be stored, the method **1200** proceeds YES to step **1236**. If gestures are not to be stored the method **1200** may proceed NO to step **1232**. In step **1232**, the vehicle control system **204** can retrieve current gestures from portion **832**, which are associated with user **840**. These gestures may be used then to configure how the vehicle **104** will react if a gesture is received. If gestures are to be stored, the vehicle control system **204** may store characteristics as received from sensor **242** or from one more user interface inputs. These characteristics may then be used to create the stored gestures **832**, in data structure **804**. The characteristics may include what the gesture looks like or appears and also what affect the gesture should have. This information may then be used to change the configuration or operation of the vehicle **104** based on the gesture if it is received at a later time.

An embodiment of a method **1300** for receiving a gesture and configuring the vehicle **104** based on the gesture may be as provided in FIG. **13**. While a general order for the steps of the method **1300** is shown in FIG. **13**. Generally, the method **1300** starts with a start operation **1304** and ends with an end operation **1328**. The method **1300** can include more or fewer steps or can arrange the order of the steps differently than

US 8,793,034 B2

27                                                                          28

those shown in FIG. **13**. The method **1300** can be executed as a set of computer-executable instructions executed by a computer system and encoded or stored on a computer readable medium. Hereinafter, the method **1300** shall be explained with reference to the systems, components, modules, software, data structures, user interfaces, etc. described in conjunction with FIGS. **1-12**.

A vehicle control system **204** can receive sensor data from vehicle sensors **242**. The vehicle sensor data can be used by the vehicle control system **204** to determine that a person is in a zone **312** or area **308**, in step **1308**. The vehicle sensor data may then be used to compare against feature characteristics **812** to identify a person, in step **1312**. The vehicle control system **204** thereinafter may receive a gesture, in step **1316**. The gesture may be perceived by vehicle sensors **242** or received in a gesture capture, region **572**. The gesture may be as described in conjunction with FIG. **7A** through **7K**. Upon receiving the gesture, the vehicle control system **204** can compare the gesture to gesture characteristics in portion **832**, in step **1320**. The comparison may be made so that a statistically significant correlation between the sensor data or gesture data and the gesture characteristic **832** is made. Upon identifying the gesture, the task management module **640** or the vehicle control system **204** can configure the vehicle **104** and/or react to the gesture, in step **1324**. The configuration or reaction to the gesture may be as prescribed in the gesture characteristic **832**.

An embodiment of a method **1400** for storing health data may be as shown in FIG. **14**. While a general order for the steps of the method **1400** is shown in FIG. **14**. Generally, the method **1400** starts with a start operation **1404** and ends with an end operation **1444**. The method **1400** can include more or fewer steps or can arrange the order of the steps differently than those shown in FIG. **14**. The method **1400** can be executed as a set of computer-executable instructions executed by a computer system and encoded or stored on a computer readable medium. Hereinafter, the method **1400** shall be explained with reference to the systems, components, modules, software, data structures, user interfaces, etc. described in conjunction with FIGS. **1-13**.

Vehicle control system **204** can receive sensor data from sensors **242**. The sensor data may be used to determine that a person is in a zone **312** or area **308**, in step **1408**. The sensor data may then be used to determine characteristics of the person, in step **1412**. From the characteristics, the vehicle control system **204** can determine if a person may be identified in data structure **804**. If the person is identified in step **1416**, the method **1400** proceeds YES to step **1416**. If the person cannot be identified, the method **1400** proceeds NO to step **1420**. A person may be identified by matching the characteristics of a person from the sensor data to the features shown in portion **812**. If these comparisons are statistically significant, the person may be identified in portion **808**, in step **1416**. However, if the person is not identified in portion **808**, the vehicle control system **204** can characterize the person using the vehicle sensor data, in step **1420**. In this way, the vehicle control system **204** can create a new record for a new user in data structure **804**.

Thereinafter, the vehicle control system **204** may receive health and/or safety data from the vehicle sensors **242**, in step **1424**. The vehicle control system **204** can determine if the health or safety data is to be stored, in step **1428**. The determination may be made as to whether or not there is sufficient health data or safety parameters, in portion **828** and **836**, to provide a reasonable baseline data pattern for the user **840**. If there is data to be received and stored, the vehicle control system **204** can store the data for the person in portions **828** and **836** of the

data structure **804**, in step **1432**. The vehicle control system **204** may then wait a period of time, in step **1436**. The period of time may be any amount of time from seconds to minutes to days. Thereinafter, the vehicle control system **204** can receive new data from vehicle sensors **242**, in step **1428**. Thus, the vehicle control system **204** can receive data periodically and update or continue to refine the health data and safety parameters in data structure **804**. Thereinafter, the vehicle control system **204** may optionally store the health and safety data in cloud storage **232** by sending it through the communication network **224** to the server **228**, in step **1440**.

An embodiment of a method **1500** for monitoring the health of a user may be as shown in FIG. **15**. While a general order for the steps of the method **1500** is shown in FIG. **15**. Generally, the method **1500** starts with a start operation **1504** and ends with an end operation **1524**. The method **1500** can include more or fewer steps or can arrange the order of the steps differently than those shown in FIG. **15**. The method **1500** can be executed as a set of computer-executable instructions executed by a computer system and encoded or stored on a computer readable medium. Hereinafter, the method **1500** shall be explained with reference to the systems, components, modules, software, data structures, user interfaces, etc. described in conjunction with FIGS. **1-14**.

The vehicle control system **204** can receive health data from sensors **242**. The health data may be received in step **1508**. The vehicle control system **204** may then compare the received health data to stored health parameters in portion **828** or portion **836**, in step **1512**. The comparison may check if there is statistically significant separation or disagreement between the received health data and the stored health data. Thus, the vehicle control system **204** can make a health comparison of the user based on a baseline of health data previously stored. A statistically significant comparison may include determining if there are any parameters more than three statistical deviations from the average or norm, any parameter that is increasing or decreasing over a period of eight different measurements, a measurement that is more than two statistic deviations from the norm more than three measurements consecutively, or other types of statistical comparisons.

If the vehicle control system **204** determines that measured health parameter does deviate from the norm, the vehicle control system **204** can determine whether the health data is within acceptable limits, step **1516**. If the health data is within acceptable limits, the method **1500** proceeds YES back to receiving new health data, in step **1508**. In this way, the health data is periodically or continually monitored to ensure that the driver is in a healthy state and able to operate the vehicle. If the health data is not within acceptable parameters, the method **1500** may proceed NO to step **1520** where the vehicle control system **204** may react to the change in the health data. The reaction may include any measure to provide for the safety of the user, such as stopping the vehicle, beginning to drive the vehicle, driving the vehicle to a new location, such as a hospital, waking the driver with an alarm or other noise, or performing some other function that may help maintain the health or safety of the user.

The health data received may be a reaction from the driver. For example, the driver may call for help or ask the vehicle for assistance. For example, the driver or passenger may say that they are having a medical emergency and ask the car to perform some function to help. The function to help may include driving the person to a hospital or stopping the car and calling for emergency assistance.

Furthermore, while the exemplary aspects, embodiments, and/or configurations illustrated herein show the various

US 8,793,034 B2

**29**

components of the system collocated, certain components of the system can be located remotely, at distant portions of a distributed network, such as a LAN and/or the Internet, or within a dedicated system. Thus, it should be appreciated, that the components of the system can be combined in to one or more devices, such as a tablet-like device, or collocated on a particular node of a distributed network, such as an analog and/or digital telecommunications network, a packet-switch network, or a circuit-switched network. It will be appreciated from the preceding description, and for reasons of computational efficiency, that the components of the system can be arranged at any location within a distributed network of components without affecting the operation of the system. For example, the various components can be located in a switch such as a PBX and media server, gateway, in one or more communications devices, at one or more users' premises, or some combination thereof. Similarly, one or more functional portions of the system could be distributed between a telecommunications device(s) and an associated computing device.

Furthermore, it should be appreciated that the various links connecting the elements can be wired or wireless links, or any combination thereof, or any other known or later developed element(s) that is capable of supplying and/or communicating data to and from the connected elements. These wired or wireless links can also be secure links and may be capable of communicating encrypted information. Transmission media used as links, for example, can be any suitable carrier for electrical signals, including coaxial cables, copper wire and fiber optics, and may take the form of acoustic or light waves, such as those generated during radio-wave and infra-red data communications.

Also, while the flowcharts have been discussed and illustrated in relation to a particular sequence of events, it should be appreciated that changes, additions, and omissions to this sequence can occur without materially affecting the operation of the disclosed embodiments, configuration, and aspects.

In yet another embodiment, the systems and methods of this disclosure can be implemented in conjunction with a special purpose computer, a programmed microprocessor or microcontroller and peripheral integrated circuit element(s), an ASIC or other integrated circuit, a digital signal processor, a hard-wired electronic or logic circuit such as discrete element circuit, a programmable logic device or gate array such as PLD, PLA, FPGA, PAL, special purpose computer, any comparable means, or the like. In general, any device(s) or means capable of implementing the methodology illustrated herein can be used to implement the various aspects of this disclosure. Exemplary hardware that can be used for the disclosed embodiments, configurations and aspects includes computers, handheld devices, telephones (e.g., cellular, Internet enabled, digital, analog, hybrids, and others), and other hardware known in the art. Some of these devices include processors (e.g., a single or multiple microprocessors), memory, nonvolatile storage, input devices, and output devices. Furthermore, alternative software implementations including, but not limited to, distributed processing or component/object distributed processing, parallel processing, or virtual machine processing can also be constructed to implement the methods described herein.

In yet another embodiment, the disclosed methods may be readily implemented in conjunction with software using object or object-oriented software development environments that provide portable source code that can be used on a variety of computer or workstation platforms. Alternatively, the disclosed system may be implemented partially or fully in hardware using standard logic circuits or VLSI design.

**30**

Whether software or hardware is used to implement the systems in accordance with this disclosure is dependent on the speed and/or efficiency requirements of the system, the particular function, and the particular software or hardware systems or microprocessor or microcomputer systems being utilized.

In yet another embodiment, the disclosed methods may be partially implemented in software that can be stored on a storage medium, executed on programmed general-purpose computer with the cooperation of a controller and memory, a special purpose computer, a microprocessor, or the like. In these instances, the systems and methods of this disclosure can be implemented as program embedded on personal computer such as an applet, JAVA® or CGI script, as a resource residing on a server or computer workstation, as a routine embedded in a dedicated measurement system, system component, or the like. The system can also be implemented by physically incorporating the system and/or method into a software and/or hardware system.

Although the present disclosure describes components and functions implemented in the aspects, embodiments, and/or configurations with reference to particular standards and protocols, the aspects, embodiments, and/or configurations are not limited to such standards and protocols. Other similar standards and protocols not mentioned herein are in existence and are considered to be included in the present disclosure. Moreover, the standards and protocols mentioned herein and other similar standards and protocols not mentioned herein are periodically superseded by faster or more effective equivalents having essentially the same functions. Such replacement standards and protocols having the same functions are considered equivalents included in the present disclosure.

The present disclosure, in various aspects, embodiments, and/or configurations, includes components, methods, processes, systems and/or apparatus substantially as depicted and described herein, including various aspects, embodiments, configurations embodiments, subcombinations, and/or subsets thereof. Those of skill in the art will understand how to make and use the disclosed aspects, embodiments, and/or configurations after understanding the present disclosure. The present disclosure, in various aspects, embodiments, and/or configurations, includes providing devices and processes in the absence of items not depicted and/or described herein or in various aspects, embodiments, and/or configurations hereof, including in the absence of such items as may have been used in previous devices or processes, e.g., for improving performance, achieving ease and\or reducing cost of implementation.

The foregoing discussion has been presented for purposes of illustration and description. The foregoing is not intended to limit the disclosure to the form or forms disclosed herein. In the foregoing Detailed Description for example, various features of the disclosure are grouped together in one or more aspects, embodiments, and/or configurations for the purpose of streamlining the disclosure. The features of the aspects, embodiments, and/or configurations of the disclosure may be combined in alternate aspects, embodiments, and/or configurations other than those discussed above. This method of disclosure is not to be interpreted as reflecting an intention that the claims require more features than are expressly recited in each claim. Rather, as the following claims reflect, inventive aspects lie in less than all features of a single foregoing disclosed aspect, embodiment, and/or configuration. Thus, the following claims are hereby incorporated into this Detailed Description, with each claim standing on its own as a separate preferred embodiment of the disclosure.

US 8,793,034 B2

31                                                                        32

Moreover, though the description has included description
of one or more aspects, embodiments, and/or configurations
and certain variations and modifications, other variations,
combinations, and modifications are within the scope of the
disclosure, e.g., as may be within the skill and knowledge of
those in the art, after understanding the present disclosure. It
is intended to obtain rights which include alternative aspects,
embodiments, and/or configurations to the extent permitted,
including alternate, interchangeable and/or equivalent struc-
tures, functions, ranges or steps to those claimed, whether or
not such alternate, interchangeable and/or equivalent struc-
tures, functions, ranges or steps are disclosed herein, and
without intending to publicly dedicate any patentable subject
matter.

The embodiments can include a method, comprising: auto-
matically determining a person is within a vehicle; automati-
cally identifying the person; determining if there is a setting to
be stored for the person; and storing the setting. The method
further comprises determining if the person can be identified;
and, if the person cannot be identified, characterizing the
person. Automatically determining a person is within a
vehicle can comprise receiving sensor data from at least one
sensor that indicates the person is within the vehicle. Also,
automatically identifying the person comprises comparing
the sensor data to feature data in a data structure; and deter-
mining if the sensor data is substantially similar to the feature
data, wherein determining if there is a setting to be stored for
the person comprises determining if the person has made a
setting, and wherein determining if there is a setting to be
stored for the person further comprises waiting a period of
time to determine if the settings have achieved a steady state.
The setting can be stored in cloud storage. The setting can be
one or more of, but is not limited to, a position of a seat, a
position of a mirror, a heat or cold setting, a configuration of
a console, a configuration of a dash, a configuration of a heads
up display, or a setting for a radio. The person in the vehicle
can occupy an area or zone within the vehicle, and wherein
the setting is associated with the person in the area or zone.

Embodiments can further include: a vehicle system, com-
prising one or more sensors and a vehicle control system. The
vehicle control system can comprise a processor and a
memory, wherein the processor is operable to: receive sensor
data from the one or more sensors; based on the sensor data,
automatically determine a person is within a vehicle; based on
the sensor data, automatically identify the person; determine
if the person has made a setting; and store the setting. The
sensor data may be an image of the person and the processor
can match the image to a stored image in a data structure. The
sensor data can also be voice data from the person and the
processor is operable to match the voice data to stored voice
data in a data structure.

Embodiments may further include a computer readable
medium having stored thereon computer-executable instruc-
tions, the computer-executable instructions comprising:
instructions to receive sensor data from the one or more
sensors; based on the sensor data, instructions to automati-
cally determine a person is within a vehicle; based on the
sensor data, instructions to automatically identify the person;
instructions to retrieve one or more settings associated with
the identified person; and instructions to automatically con-
figure the vehicle according to the retrieved settings. Auto-
matically determining the person is within a vehicle can com-
prise instructions to determine an area or zone in which the
person occupies, wherein the settings retrieved are associated
with the determined area or zone, wherein the settings are
retrieved from a data structure, and wherein the data structure
is stored in cloud storage.

What is claimed is:

**1**. A method, comprising:

separating a vehicle into one or more zones;

automatically determining, by a processor, if a person is
within a zone of said vehicle;

identifying said person within said zone of the vehicle;

determining, by a processor, if said identified person has
corresponding settings; and

configuring said zone of said vehicle based on said corre-
sponding settings.

**2**. The method of claim **1**, further comprising: if the person
cannot be identified, characterizing the person.

**3**. The method of claim **2**, wherein automatically determin-
ing if a person is within said zone of said vehicle comprises
receiving sensor data from at least one sensor that indicates
the person is within the vehicle.

**4**. The method of claim **3**, wherein identifying said person
within said zone of the vehicle comprises:

comparing the sensor data to feature data in a data struc-
ture; and

determining if the sensor data is substantially similar to the
feature data.

**5**. The method of claim **4**, wherein determining if said
identified person has corresponding settings comprises deter-
mining if the person has made a setting.

**6**. The method of claim **5**, wherein determining if said
identified person has corresponding settings further com-
prises waiting a period of time to determine if the correspond-
ing settings have achieved a steady state.

**7**. The method of claim **1**, wherein said corresponding
settings is stored in cloud storage.

**8**. The method of claim **1**, wherein the said corresponding
setting is one of a position of a seat, a position of a mirror, a
heat or cold setting, a configuration of a console, a configu-
ration of a dash, a configuration of a heads up display, or a
setting for a radio.

**9**. A vehicle system, comprising:

one or more sensors;

a vehicle control system comprising:

a processor;

a memory;

wherein the processor is operable to:

receive sensor data from the one or more sensors;

based on the received sensor data, automatically
determine if a person is within a zone of a vehicle;

based on the received sensor data, automatically iden-
tify the person;

determine if the person has made a setting; and

based on the determination, configure said zone of
said vehicle to said setting.

**10**. The device of claim **9**, wherein the sensor data is an
image of the person.

**11**. The device of claim **10**, wherein in automatically iden-
tifying the person the processor is operable to match the
image to a stored image in a data structure.

**12**. The device of claim **9**, wherein the sensor data is voice
data from the person.

**13**. The device of claim **12**, wherein in automatically iden-
tifying the person the processor is operable to match the voice
data to stored voice data in a data structure.

**14**. A non-transitory computer readable medium having
stored thereon computer-executable instructions, the com-
puter executable instructions causing a processor to execute a
method for providing a unified desktop, the computer-execut-
able instructions comprising:

instructions to receive sensor data from one or more sen-
sors;

US 8,793,034 B2

33

34

based on the received sensor data, instructions to automatically determine if a person is within a zone of a vehicle;

based on the received sensor data, instructions to automatically identify the person;

instructions to retrieve one or more settings associated with the identified person; and

instructions to automatically configure the vehicle according to the retrieved settings.

**15**. The computer readable medium of claim **14**, wherein the settings retrieved are associated with the determined area or zone.

**16**. The computer readable medium of claim **15**, wherein the settings are retrieved from a data structure.

**17**. The computer readable medium of claim **16**, wherein the data structure is stored in cloud storage.

\* \* \* \* \*