# EXHIBIT A2 - U.S. PATENT 8,793,034
## Accused Instrumentalities

| Model Year 2023 | Model Year 2024/25 |
|---|---|
| Lexus ES | Lexus ES |
| Lexus GX | Lexus GX |
| Lexus IS | Lexus IS |
| Lexus LC | Lexus LC |
| Lexus LS | Lexus LS |
| Lexus LX | Lexus LX |
| Lexus NX | Lexus NX |
| Lexus RC | Lexus RC |
| Lexus RX | Lexus RX |
| Lexus RZ | Lexus RZ |
| Lexus UX | Lexus TX |
| Toyota 4Runner | Lexus UX |
| Toyota bZ4X | Toyota 4Runner |
| Toyota Camry | Toyota bZ4X |
| Toyota Corolla | Toyota Camry |
| Toyota Corolla Cross | Toyota Corolla |
| Toyota Crown | Toyota Corolla Cross |
| Toyota GR86 | Toyota Crown |
| Toyota Highlander | Toyota GR86 |
| Toyota Mirai | Toyota Grand Highlander |
| Toyota Prius | |
| Toyota RAV4 | Toyota Highlander |
| Toyota Sequoia | Toyota Land Cruiser |
| Toyota Sienna | Toyota Mirai |
| Toyota Supra | Toyota Prius |
| Toyota Tacoma | Toyota RAV4 |
| Toyota Tundra | Toyota Sequoia |
| Toyota Venza | Toyota Sienna |
| | Toyota Supra |
| | Toyota Tacoma |
| | Toyota Tundra |
| | Toyota Venza |