# EXHIBIT A3 - U.S. PATENT 8,793,034
## Infringement Claim Chart

| U.S. Patent 8,793,034 | | Toyota Infringing Activities[1] |
|---|---|---|
| **Row** | **Claim 1** | **Toyota Vehicles with Face Identification Technology** |
| 1A | A method, comprising:<br><br>separating a vehicle into one or more zones; | Toyota has made, used, sold, offered for sale, and/or imported and are currently making, using, selling, offering for sale, and/or importing vehicles, vehicle systems (including in-vehicle multimedia systems), and hardware and software components thereof, including non-transitory computer readable media that store computer-executable instructions and hardware and software that enable face identification in vehicles, in certain makes and models from the 2023 model year to the present, including those listed in Exhibit A2 ("the '034 Accused Instrumentalities").<br><br>The '034 Accused Instrumentalities separate vehicles into one or more zones. For example, the '034 Accused Instrumentalities separate the vehicle into one or more zones, such as the passenger cabin and/or the driver's seat. |
| 1B | automatically determining, by a processor, if a person is within a zone of said vehicle; | Toyota vehicles are equipped with at least one onboard processor that executes instructions to manage vehicle systems, including those associated with the '034 Accused Instrumentalities. A processor of the '034 Accused Instrumentalities executes instructions to automatically determine if a person is within a zone of the vehicle. For example, the '034 Accused Instrumentalities also contain sensors that generate information, such as a driver-facing camera that provides facial geometric data, to the processor to determine if a person is in the driver's seat.<br><br>> **Face Identification.** Certain vehicles equipped with an interior, driver-facing camera use sensor and/or image data from the vehicle's interior to scan your face when you open the vehicle's door. If you opt-in and link your user profile using the in-vehicle "Setup Face" process, the Face Identification feature may use your **Facial Geometric Features** and **Profile Data** to verify your identity and load your saved user profile on the vehicle. Your **Facial Geometric Features** will only be stored on your vehicle.<br><br>Exemplary sources[2]<br>https://www.toyota.com/privacyvts/ |

---

[1] These allegations are exemplary and AutoConnect reserves the right to supplement them as the case progresses through discovery and the claim construction process.
[2] The sources identified herein are merely exemplary.

# EXHIBIT A3 - U.S. PATENT 8,793,034
## Infringement Claim Chart

| | U.S. Patent 8,793,034 | Toyota Infringing Activities[1] |
|---|---|---|
| | | https://www.lexus.com/privacyvts<br>https://pressroom.toyota.com/toyota-motor-north-america-introduces-next-generation-multimedia-system-to-deliver-best-in-car-user-experience/ |
| 1C | identifying said person within said zone of the vehicle; | The '034 Accused Instrumentalities identify said person within said zone of the vehicle. For example, the '034 Accused Instrumentalities include facial identification technology that Toyota uses to identify the person in the driver's seat based on, for example, facial geometric features and profile data.<br><br>*See also* Row 1B.<br><br>Exemplary sources<br>https://www.toyota.com/privacyvts/<br>https://www.lexus.com/privacyvts |
| 1D | determining, by a processor, if said identified person has corresponding settings; and | The '034 Accused Instrumentalities determine, by a processor, if said identified person has corresponding settings. For example, a processor in the '034 Accused Instrumentalities determines if said identified person has corresponding settings, such as whether a User Profile is associated with the identified person. The User Profile contains vehicle settings corresponding to that person. The following excerpts illustrate the various types of vehicle settings that may correspond to the person.<br><br>**How do I set up my vehicle to recognize my Primary User Profile when I enter it?**<br><br>Once a User Profile has been saved to the vehicle, there will be an option in the Toyota multimedia system settings to link or associate that profile with an 'Identification Device'. The saved Profile can be linked or associated via the following methods:<br><br>- Driver Monitor Camera - Face identification<br>- Smart Key / Key Fob<br>- Bluetooth® Mobile Phone |

# EXHIBIT A3 - U.S. PATENT 8,793,034
## Infringement Claim Chart

| U.S. Patent 8,793,034 | Toyota Infringing Activities[1] |
|---|---|
| | Driver settings in the vehicle are saved to the User profile and can be carried along with you when switching between select model year 2022 and newer vehicles.<br><br>· Your radio and preset favorites<br>· Your preferences such as display day/night mode, seat settings, language<br>· Use your account PIN to easily sign in when your profile has been detected<br>· You can quickly sign out to Guest mode when using services like Valet<br>· Use various devices such as a smartphone Bluetooth® device, smart key/key fob, Digital Key, or Driver Monitor Face Identification to sign into your profile automatically<br><br>Examples of profile preferences and settings:<br><br>**Music Streaming Preferences/Settings**<br>Explicit Content, Default Source (Apple Music® or Amazon Music)<br><br>**Radio Settings**<br>Radio 'Favorites', Recently played AM/FM, Treble/Bass/Mid programming<br><br>**Map/Navigation Preferences & Settings**<br>• Home Address, Work Address, Recents, Show/Hide Traffic, Avoid Toll Roads<br>• Notification Preferences<br>• Software updates, HOV/HOT lanes<br><br>**Vehicle Preferences**<br>Clock Format, Date Format, Head Unit Language, Seat Adjustment, Heads Up Display, Units<br><br>Exemplary sources<br>https://lexusconnectedtechnologysupport.com/lexus/feature/User%20Profile/1e1a66a0-757a-11ed-b150-132d65b75158?model=RX%20450H&year=2023<br>https://support.toyota.com/s/article/How-do-I-set-up-my-ve-10883?language=en_US |

3

# EXHIBIT A3 - U.S. PATENT 8,793,034
## Infringement Claim Chart

| | U.S. Patent 8,793,034 | Toyota Infringing Activities[1] |
|---|---|---|
| | | https://support.lexus.com/s/article/How-do-I-set-up-my-ve-10876<br>https://support.toyota.com/s/article/What-are-the-key-features-of-a-User-Profile?language=en_US |
| 1E | configuring said zone of said vehicle based on said corresponding settings. | The '034 Accused Instrumentalities configure said zone of said vehicle based on said corresponding settings. For example, the '034 Accused Instrumentalities "automatically and seamlessly" load the settings of the User Profile into the multimedia system.<br><br>*A User Profile is saved within the multimedia system for ease of access. Each time you enter the vehicle where the profile is saved, your settings and preferences are automatically and seamlessly loaded to the multimedia system as you turn your vehicle on.*<br><br>*See also* Row 1D.<br><br>Exemplary sources<br>https://support.toyota.com/s/article/Toyota-App-User-Profi-10737?language=en_US |
| Row | Claim 9 | Toyota Vehicles with Face Identification Technology |
| 9A | A vehicle system, comprising: one or more sensors; | The '034 Accused Instrumentalities each include a vehicle system. Additionally, the '034 Accused Instrumentalities comprise one or more sensors, such as a driver-facing camera.<br><br>*See also* Claim 1, Row 1B. |
| 9B | a vehicle control system comprising:<br><br>a processor; | As explained previously, the '034 Accused Instrumentalities include a vehicle control system with a processor. The '034 Accused Instrumentalities also include memory for storing instructions that, when executed by the processor, perform the steps recited in Rows 9D-9H. The vehicle control systems are responsible for a wide range of functions relating to the vehicles' operation, settings, and performance. For example, the vehicle control system manages and facilitates the flow of information through the vehicle's communication network. The vehicle control system is also involved with interpreting, processing, and acting upon data from sensors in the vehicle, such as the driver-facing camera identified in Claim 1, Row 1B. The vehicle control system also integrates with the vehicle's |

# EXHIBIT A3 - U.S. PATENT 8,793,034
# Infringement Claim Chart

| U.S. Patent 8,793,034 | | Toyota Infringing Activities[1] |
|---|---|---|
| | | infotainment system, providing information, such as user interface information, information about the vehicle, and entertainment information. *See* Claim 1, Row 1B. |
| 9C | a memory; | The '034 Accused Instrumentalities include a vehicle control system that includes a memory. For example, the vehicle control system of the '034 Accused Instrumentalities contains memory that contains, for example, stored instructions to perform the steps recited in Rows 9D-9H. *See* Claim 1, Row 1B. |
| 9D | wherein the processor is operable to: receive sensor data from the one or more sensors; | The processor of the '034 Accused Instrumentalities are operable to receive sensor data from the one or more sensors. For example, the sensors transmit data to the onboard processor, which is designed to receive and process the sensor data. *See* Claim 1, Rows 1B and 1C. |
| 9E | based on the received sensor data, automatically determine if a person is within a zone of a vehicle; | The processor of the '034 Accused Instrumentalities processes the sensor data to automatically determine if a person is within a zone of a vehicle. The processor in the vehicle receives information from the sensors and, based at least in part on the sensor data and the instructions for processing the sensor data by the processor, determines whether the person is in the driver's seat. *See* Claim 1, Rows 1B and 1C. |
| 9F | based on the received sensor data, automatically identify the person; | The '034 Accused Instrumentalities automatically identify the person based on sensor data. For example, the processor analyzes facial recognition data provided by sensors to determine the person's identity. *See* Claim 1, Row 1C. |

# EXHIBIT A3 - U.S. PATENT 8,793,034
# Infringement Claim Chart

| | U.S. Patent 8,793,034 | Toyota Infringing Activities[1] |
|---|---|---|
| 9G | determine if the person has made a setting; and | The processor of the '034 Accused Instrumentalities that determines if the person has made a setting. For example, the processor executes instructions stored in memory to determine whether the identified person has a User Profile that contains stored settings.<br><br>*See* Claim 1, Row 1D. |
| 9H | based on the determination, configure said zone of said vehicle to said setting. | The processor of the '034 Accused Instrumentalities, based on the determination of whether the User Profile has saved setting(s) corresponding to the identified person as described in Row 9G, configures said zone of said vehicle to said setting. For example, the '034 Accused Instrumentalities with "automatically and seamlessly" load a person's settings into the multimedia system.<br><br>*See* Claim 1, Row 1E. |
| Row | Claim 14 | **Toyota Vehicles with Face Identification Technology** |
| 14A | A non-transitory computer readable medium having stored thereon computer-executable instructions, the computer executable instructions causing a processor to execute a method for providing a unified desktop, the computer executable instructions comprising: | The '034 Accused Instrumentalities include a non-transitory computer readable medium having stored thereon computer-executable instructions that cause a processor to provide a unified desktop as described in Rows 14B-14F. The unified desktop provided by the '034 Accused Instrumentalities includes, for example, an interface within the vehicle that consolidates information into a centralized display for ease of use and improved driver experience.<br><br>Exemplary Sources<br>https://pressroom.toyota.com/toyota-motor-north-america-introduces-next-generation-multimedia-system-to-deliver-best-in-car-user-experience/<br>https://pressroom.lexus.com/the-all-new-lexus-interface-multimedia-system-is-here-and-it-is-a-game-changer/<br>https://pressroom.lexus.com/toyota-motor-north-america-introduces-next-generation-multimedia-system-to-deliver-best-in-car-user-experience/ |
| 14B | instructions to receive sensor data from one or more sensors; | The '034 Accused Instrumentalities include instructions to receive sensor data from one or more sensors. For example, the one or more sensors, such as a driver-facing camera, transmit data to the |

# EXHIBIT A3 - U.S. PATENT 8,793,034
# Infringement Claim Chart

| U.S. Patent 8,793,034 | | Toyota Infringing Activities[1] |
|---|---|---|
| | | onboard processor, which executes instructions that allow the processor to receive and process the sensor data.<br><br>*See* Claim 1, Rows 1B and 1C. |
| 14C | based on the received sensor data, instructions to automatically determine if a person is within a zone of a vehicle; | The '034 Accused Instrumentalities include instructions that, based on the received sensor data, automatically determine if a person is within a zone of a vehicle. The instructions cause the processor, based at least in part on the sensor data and the instructions for processing the sensor data, to automatically determine whether the person is in the driver's seat.<br><br>*See* Claim 1, Row 1B and 1C. |
| 14D | based on the received sensor data, instructions to automatically identify the person; | The '034 Accused Instrumentalities include instructions that, based on the received sensor data, automatically identify the person. For example, the instructions of the '034 Accused Instrumentalities cause the processor, based on facial identification data received from the sensor, to automatically identify the person in the driver's seat.<br><br>*See* Claim 1, Row 1C. |
| 14E | instructions to retrieve one or more settings associated with the identified person; and | The '034 Accused Instrumentalities include instructions to retrieve one or more settings associated with the identified person. For example, the instructions of the'034 Accused Instrumentalities cause the processor to determine if said identified person a User Profile associated with the identified person containing stored settings. The User Profile contains vehicle settings corresponding to that person as explained previously in Claim 1, Row 1D. |
| 14F | instructions to automatically configure the vehicle according to the retrieved settings. | The '034 Accused Instrumentalities include instructions to automatically configure the vehicle according to the retrieved settings. For example, the instructions of the '034 Accused Instrumentalities cause the processor to "automatically and seamlessly" load a person's settings into the multimedia system.<br><br>*See* Claim 1, Row 1E. |

7