# EXHIBIT B3 - U.S. PATENT 9,020,491
## Infringement Claim Chart

| U.S. Patent 9,020,491 | | Toyota Infringing Activities[1] |
|---|---|---|
| Row | Claim 11 | Toyota Vehicles Equipped with Apple CarPlay/Android Auto |
| 11A | A vehicle communication system, comprising:<br><br>two or more BLUETOOTH transceivers; | Toyota has made, used, sold, offered for sale, and/or imported and are currently making, using, selling, offering for sale, and/or importing vehicles, vehicle communication systems, in-vehicle multimedia systems, and hardware and software components thereof, including non-transitory computer readable media that store computer-executable instructions and hardware and software that enable Apple CarPlay and/or Android Auto in Toyota vehicles, in certain makes and models from 2019 model year to the present, including those listed in Exhibit B2 ("the '491 Accused Instrumentalities").<br><br>The '491 Accused Instrumentalities each include vehicle communication systems as described in Rows 11B-11J, which include two or more Bluetooth transceivers. For example, multiple Bluetooth transceivers can allow the vehicle communication system to manage and identify more devices to determine the optimal connection strategy or designate transceivers to specific vehicle functions. The '491 Accused Instrumentalities include Bluetooth transceivers that provide for connection of multiple mobile devices to the vehicle communication system. In addition, the '491 Accused Instrumentalities may be equipped with Digital Key, which enables the vehicle to communicate with a mobile device using multiple Bluetooth Low Energy transceivers to provide for performance of various functions, such as unlocking and locking the vehicle doors and starting the vehicle. The Digital Key pairing process is separate from the process used to pair the smartphone with the vehicle's infotainment system.<br><br>Exemplary Sources[2]<br>https://support.toyota.com/s/article/What-is-Digital-Key-Toyota?language=en_US<br>https://support.lexus.com/s/article/What-is-Digital-Key |

---

[1] These allegations are exemplary and AutoConnect reserves the right to supplement them as the case progresses through discovery and the claim construction process.

[2] The sources identified herein are merely exemplary.

# EXHIBIT B3 - U.S. PATENT 9,020,491
## Infringement Claim Chart

| U.S. Patent 9,020,491 | | Toyota Infringing Activities[1] |
|---|---|---|
| | | https://www.youtube.com/watch?v=jOLU2Cwym6g&list=PLsOvRYzJPCwWa2XJu8b0ZXLoNwBF4RZiv&index=5
https://www.toyota.com/content/dam/toyota/owners/amcs/pdf/new/Apple_CarPlay_Android-Auto-How-To-Guide.pdf
https://www.youtube.com/watch?v=CaPRCM5NGAQ
https://www.youtube.com/watch?v=1mmN1wTTUdQ
https://autoparts.toyota.com/products/product/receiver-assy-ble-indoor-digital-key-890g048020
https://autoparts.toyota.com/products/product/receiver-assy-ble-luggage-digital-key-890f047010
https://autoparts.toyota.com/products/product/receiver-assy-ble-d-890d078010 |
| 11B | a communication system comprising:<br><br>two or more communication modules; | The '491 Accused Instrumentalities include communication systems as described in Rows 11B-11J.<br><br>The '491 Accused Instrumentalities include communication systems comprising two or more communication modules.  For example, the '491 Accused Instrumentalities include transceivers and supporting software for WiFi communication and Bluetooth communication with connected devices.<br><br>Additionally, the '491 Accused Instrumentalities include Apple CarPlay and/or Android Auto applications that are capable of detecting a mobile device connected to the vehicle via Bluetooth and/or WiFi and establishing a communication session between the device and the vehicle for purposes of providing Apple CarPlay and/or Android Auto functionality. The '491 Accused Instrumentalities are also capable of communicating with mobile devices via Bluetooth Low Energy to provide Digital Key functionality.<br><br>Exemplary Sources<br>https://support.toyota.com/s/article/What-is-Digital-Key-Toyota?language=en_US<br>https://support.lexus.com/s/article/What-is-Digital-Key<br>https://www.youtube.com/watch?v=jOLU2Cwym6g&list=PLsOvRYzJPCwWa2XJu8b0ZXLoNwBF4RZiv&index=5<br>https://www.toyota.com/content/dam/toyota/owners/amcs/pdf/new/Apple_CarPlay_Android-Auto-How-To-Guide.pdf |

2

# EXHIBIT B3 - U.S. PATENT 9,020,491
## Infringement Claim Chart

| U.S. Patent 9,020,491 | | Toyota Infringing Activities[1] |
|---|---|---|
| | | https://www.youtube.com/watch?v=CaPRCM5NGAQ <br> https://www.youtube.com/watch?v=1mmN1wTTUdQ <br> https://www.youtube.com/watch?v=3Gr8sVjAKlg |
| 11C | a signal processor; wherein the signal processor is operable to: | The '491 Accused Instrumentalities are equipped with a signal processor that is configured to perform the steps identified in Rows 11D-11I.  A signal processor, for example, can be responsible for handling and managing the flow of data and signals between communication modules, devices, and systems within the vehicle.  It performs various processing tasks to enable communication and control functions in the system, particularly in relation to external devices and applications.  In the '491 Accused Instrumentalities, for example, a signal processor facilitates communication with the mobile device to enable Apple CarPlay and/or Android Auto functionality.  This can be observed, for example, when a CarPlay session is established, and information is sent in both directions between the '491 Accused Instrumentalities and the mobile device through communication protocols. <br><br> [Image: Diagram showing "Car" on the left with a vehicle dashboard/head unit, and "iPhone" on the right displaying the CarPlay logo, with arrows between them labeled "Communication Protocols", "Video", "Audio", and "Audio".] |

# EXHIBIT B3 - U.S. PATENT 9,020,491
## Infringement Claim Chart

| U.S. Patent 9,020,491 | Toyota Infringing Activities[1] |
|---|---|
| | In addition, the signal processor facilitates transmission of both audio and video from mobile device to the '491 Accused Instrumentalities. The signal processor also facilitates transmission of vehicle sensor information and audio (such as voice command audio data) from the '491 Accused Instrumentalities to the mobile device. The following diagrams illustrate the (wired or wireless) connection created between the '491 Accused Instrumentalities running Apple CarPlay and a mobile device.<br><br>*[Diagrams showing Car architecture with Wired Connection to iPhone (Speakers and Microphone, Display, Controls, Sensors and Metadata; Audio, Video, Communication Plug-in, IP, iAP2, USB) and Wireless Connection to iPhone (Speakers and Microphone, Display, Controls, Sensors and Metadata; Audio, Video, iAP2, Communication Plug-in, IP, Wi-Fi and Bluetooth)]*<br><br>The '491 Accused Instrumentalities running Android Auto establish communication between the '491 Accused Instrumentalities and the connected mobile device in a manner that is materially similar to Apple CarPlay. For example, the signal processor of the '491 Accused instrumentalities facilitates communication with the mobile device using connection protocols that enable audio to be transmitted |

# EXHIBIT B3 - U.S. PATENT 9,020,491
## Infringement Claim Chart

| U.S. Patent 9,020,491 | Toyota Infringing Activities[1] |
|---|---|
| | from the mobile device to the '491 Accused Instrumentalities, and audio and sensor information to be transmitted from the '491 Accused Instrumentalities to the mobile device.<br><br>**Protocols of Communication**<br><br>Engineers who build Android Auto devices (like infotainment systems) and Android accessories (like smartphones) work with the AOA protocol. What exactly is the AOA protocol?<br><br>An Android accessory that connects to an Android device through USB should support the AOA (Android Open Accessory) protocol. Since Android devices have low power output, AOA necessitates the accessory to act as a USB host. The Android device will be the USB accessory. AOA is available in 2 versions – AOAv1 (for generic accessory communication) and AOAv2 (for human interface device capabilities).<br><br>Older Android devices can act only as USB devices; they cannot initiate connections with external USB devices. The main advantage offered by AOA is that it enables engineers to build accessories which can initiate connections and also, interact with a wide range of Android devices.<br><br>If the Android accessory connects with the Android device through Bluetooth, connection profiles/protocols that are supported by Android can be used - For example, Advanced Audio Distribution Profile (A2DP) and Simple Serial Protocol (SSP).<br><br>Exemplary Sources<br>https://android-developers.googleblog.com/2023/05/whats-new-with-android-for-cars.html<br>https://developer.android.com/training/cars/apps#carsensors<br>https://developer.android.com/training/cars/testing/dhu#sensor-configuration<br>https://developer.apple.com/videos/play/wwdc2016/722/<br>https://developer.apple.com/videos/play/wwdc2016/723/<br>https://www.embitel.com/blog/embedded-blog/what-is-android-auto-how-is-it-transforming-in-vehicle-experiences<br>https://support.lexus.com/s/article/Apple-CarPlay-10846<br>https://support.lexus.com/s/article/Android-Auto-10845<br>https://www.youtube.com/watch?v=CaPRCM5NGAQ |
| 11D receive a request for an application; | The '491 Accused Instrumentalities include a signal processor that receives a request for an application. For example, the '491 Accused Instrumentalities provide for user input that requests |

**EXHIBIT B3 - U.S. PATENT 9,020,491**
**Infringement Claim Chart**

| U.S. Patent 9,020,491 | Toyota Infringing Activities[1] |
|---|---|
| | applications available through Apple CarPlay and/or Android Auto via a touchscreen provided on the dashboard of the '491 Accused Instrumentalities. In some cases, users may also request applications through other interfaces on the '491 Accused Instrumentalities, such as controls via voice request. The signal processor receives information corresponding to those requests for further processing.<br><br>*See also* Row 11C.<br><br>Exemplary Sources<br>https://developer.apple.com/videos/play/wwdc2019/252/<br>https://www.youtube.com/watch?v=XihTnaHOh8Y<br>https://www.youtube.com/watch?v=CaPRCM5NGAQ<br>https://www.youtube.com/watch?v=3Gr8sVjAKlg |
| 11E determine one or more of available resources, available devices, and available sources; | The '491 Accused Instrumentalities include a signal processor that is operable to determine at least one of available resources, available devices, and available sources. For example, the '491 Accused Instrumentalities running Apple CarPlay and/or Android Auto programs detect mobile devices |

6

# EXHIBIT B3 - U.S. PATENT 9,020,491
## Infringement Claim Chart

| U.S. Patent 9,020,491 | Toyota Infringing Activities[1] |
|---|---|
| | connected via Bluetooth and/or WiFI and establish communication sessions. The signal processor determines device availability for which an Apple CarPlay and/or Android Auto communication session can be established. In addition, the signal processor determines application sources available on the mobile device, a representation of which is provided on the in-vehicle display. For example, once the signal processor determines device and source availability, the vehicle display shows an active Apple CarPlay and/or Android Auto icon. <br><br> The Apple CarPlay button is the most important indication that CarPlay is available. As soon as CarPlay starts, the Apple CarPlay button must become active in your top level menu. <br><br> And the Apple CarPlay must only appear when iPhone is connected and CarPlay is active. <br><br> Be sure to hide the Apple CarPlay button when iPhone is disconnected. <br><br> And they also show the Apple CarPlay button in an enabled state when CarPlay is active and in a disabled state when CarPlay is inactive. |

# EXHIBIT B3 - U.S. PATENT 9,020,491
## Infringement Claim Chart

| | U.S. Patent 9,020,491 | Toyota Infringing Activities[1] |
|---|---|---|
| | | *See* also Row 11C.<br><br>**Exemplary Sources**<br>https://www.androidpolice.com/android-auto-vs-car-play/<br>https://developer.apple.com/videos/play/wwdc2016/722/<br>https://www.youtube.com/watch?v=3Gr8sVjAKlg<br>https://www.youtube.com/watch?v=AU_dA2V0Qig<br>https://www.apple.com/ios/carplay/<br>https://www.youtube.com/watch?v=CaPRCM5NGAQ<br>https://www.youtube.com/watch?v=e7QqzkTCQEU&t=33s |
| 11F | determine load; | The '491 Accused Instrumentalities include a signal processor that determines load. The signal processor determines load by, for example, analyzing information sent between the '491 Accused Instrumentalities and the mobile device while an Apple CarPlay and/or Android Auto session is established. Additionally, load can be determined by monitoring the volume of data transferred with |

# EXHIBIT B3 - U.S. PATENT 9,020,491
## Infringement Claim Chart

| U.S. Patent 9,020,491 | Toyota Infringing Activities[1] |
|---|---|
| | the mobile device and the types of tasks being handled by the '491 Accused Instrumentalities, including the capabilities required for such tasks.<br><br>For example, the '491 Accused Instrumentalities establish a CarPlay session by transmitting information to a mobile device and receiving information from the mobile device through communication protocols. The signal processor analyzes this information to determine load.<br><br>> When a CarPlay Home screen is first shown, and no audio is playing, the communication protocols are used for setup and location information. An H264 video stream showing the Home screen is sent from the iPhone to the car.<br><br>The '491 Accused Instrumentalities running Android Auto determine load in a manner materially similar to Apple CarPlay.<br><br>*See also* Rows 11C and 11E.<br><br>Exemplary Sources<br>https://developer.apple.com/videos/play/wwdc2016/722/<br>https://www.embitel.com/blog/embedded-blog/what-is-android-auto-how-is-it-transforming-in-vehicle-experiences |
| 11G | activate a function on a device or source to execute the application; | The '491 Accused Instrumentalities include a signal processor that is operable to activate a function on a device or source to execute the application. For example, during an Apple CarPlay and/or Android Auto session, the signal processor may receive information corresponding to a request for an application from a user via, for example, touchscreen or voice command. After receiving this request, the signal processor sends information about the request that is received by the device to activate a function on the device to execute the application. The processing of a function by an application on the device occurs on the device as a result of request information sent by the signal processor and received by the device. |

# EXHIBIT B3 - U.S. PATENT 9,020,491
## Infringement Claim Chart

| U.S. Patent 9,020,491 | | Toyota Infringing Activities[1] |
|---|---|---|
| | | *See also* Row 11D.<br><br>Exemplary Sources<br>https://developer.apple.com/videos/play/wwdc2016/722/<br>https://www.youtube.com/watch?v=3Gr8sVjAKlg<br>https://www.youtube.com/watch?v=XihTnaHOh8Y |
| 11H | receive, from the device, application user interface information or data at the vehicle to be displayed on a display associated with the vehicle; and | The '491 Accused Instrumentalities include a signal processor that is operable to receive, from the device, application user interface information or data at the vehicle to be displayed on a display associated with the vehicle. For example, the signal processor receives, through the communication link established during an Apple CarPlay or Android Auto session, application information to be displayed on the vehicle's user interface, as well as data such as navigation information, audio, and video.<br><br>*See also* Rows 11C through 11G.<br><br>Exemplary Sources<br>https://www.youtube.com/watch?v=3Gr8sVjAKlg<br>https://www.youtube.com/watch?v=XihTnaHOh8Y |
| 11I | display the application on the display. | The '491 Accused Instrumentalities include a signal processor that is operable to display the application on the display. For example, the signal processor provides the received application user interface information or data for display on the vehicle display.<br><br>Exemplary Sources<br>https://www.youtube.com/watch?v=3Gr8sVjAKlg<br>https://www.youtube.com/watch?v=R274Uix-Qx0&list=PLsOvRYzJPCwWa2XJu8b0ZXLoNwBF4RZiv&index=17<br>https://www.youtube.com/watch?v=XihTnaHOh8Y |

10

# EXHIBIT B3 - U.S. PATENT 9,020,491
## Infringement Claim Chart

| Row | Claim 16 | Toyota Vehicles Equipped with Apple CarPlay/Android Auto |
|---|---|---|
| 16A | A non-transitory computer readable medium having stored thereon computer-executable instructions, the computer executable instructions causing a processor to execute a method for providing a universal bus, the computer-executable instructions comprising: | The '491 Accused Instrumentalities include a non-transitory computer readable medium having stored thereon computer-executable instructions, which include instructions that cause a processor to execute a method for providing a universal bus as described in Rows 16B-16G. The universal bus provided by the '491 Accused Instrumentalities allows the '491 Accused Instrumentalities and a mobile device to exchange communications, data, and other information through Apple CarPlay and Android Auto applications equipped on the '491 Accused Instrumentalities.<br><br>*See* Claim 11, Row 11C. |
| 16B | instructions to receive a request for an application; | The '491 Accused Instrumentalities include instructions to receive a request for an application. For example, the instructions cause the processor to receive a request for an application through the display screen, steering wheel button, or microphone of the '491 Accused Instrumentalities.<br><br>*See* Claim 11, Row 11D. |
| 16C | instructions to determine one or more of available resources, available devices, and available sources; | The '491 Accused Instrumentalities include instructions to determine one or more of available resources, available devices, and available sources. For example, when an Apple CarPlay or Android Auto session is established, the instructions cause the processor to determine available devices, such as a mobile device, and available application sources.<br><br>*See* Claim 11, Row 11E. |
| 16D | instructions to determine load; | The '491 Accused Instrumentalities include instructions to determine load. For example, when running both Apple CarPlay and Android Auto, instructions cause the processor to determine load.<br><br>*See* Claim 11, Row 11F. |
| 16E | instructions to activate a function on a device or source to execute the application; | The '491 Accused Instrumentalities include instructions to activate a function on a device or source to execute the application. For example, when an Apple CarPlay or Android Auto session is established, and the processor receives a request for an application, instructions cause the processor to send |

11

# EXHIBIT B3 - U.S. PATENT 9,020,491
## Infringement Claim Chart

|  |  |  |
|---|---|---|
|  |  | information about the request to the device to activate a function on the device to execute the application<br><br>*See* Claim 11, Row 11G. |
| 16F | instructions to receive, from the device, application user interface information or data at the vehicle to be displayed on a display associated with the vehicle; and | The '491 Accused Instrumentalities include instructions to receive, from the device, application user interface information or data at the vehicle to be displayed on a display associated with the vehicle. For example, the instructions cause the processor to receive **application information from the device to be displayed on the vehicle's user interface, as well as data such as navigation information, audio, and video.**<br><br>*See* Claim 11, Row 11H. |
| 16G | instructions to display the application on the display. | The '491 Accused Instrumentalities include instructions to display the application on the display.<br><br>*See* Claim 11, Row 11I. |