# EXHIBIT C3 - U.S. PATENT 9,020,697
## Infringement Claim Chart

| U.S. Patent 9,020,697 | Toyota Infringing Activities[1] |
|---|---|
| **Row**    **Claim 1** | **Toyota Vehicles with Digital Key** |
| 1A    A method, comprising:<br><br>(a) determining, by a microprocessor executable device discovery daemon, that a computational device is connected to or attempting to connect to a network and/or communication subsystem of a vehicle; | Toyota has made, used, sold, offered for sale, and/or imported and are currently making, using, selling, offering for sale, and/or importing vehicles, vehicle systems (including in-vehicle multimedia systems), mobile applications (including the Toyota App), and hardware and software components thereof, including non-transitory computer readable media that stores microprocessor-executable instructions and hardware and software components that enable Toyota's Digital Key feature, in certain makes and models from the 2022 model year to the present, including those listed in Exhibit C2 ("the '697 Accused Instrumentalities").<br><br>The '697 Accused Instrumentalities determine, by a microprocessor executable device discovery daemon, that a computational device is connected to or attempting to connect to a network and/or communication subsystem of a vehicle. The '697 Accused Instrumentalities include a microprocessor-executable device discovery daemon that, for example, detects, identifies, and manages devices connected to or attempting to connect to a vehicle system. For example, the device discovery daemon detects newly connected computational devices, such as a mobile device, or devices that are not yet recognized by the system. The '697 Accused Instrumentalities include a communication network that allows computational devices to connect, for example, through a Bluetooth wireless link. The device discovery daemon determines whether a computation device is connected or attempting to connect to network and/or communication subsystems of the vehicle. As one example, the device discovery daemon in the '697 Accused Instrumentalities determines that a mobile device with a Digital Key has either established or is attempting to establish a communication link with a Bluetooth node(s) associated with Digital Key, at least one of which, on information and belief, is located in or around the vehicle's dashboard. |

---

[1] These allegations are exemplary and AutoConnect reserves the right to supplement them as the case progresses through discovery and the claim construction process.

# EXHIBIT C3 - U.S. PATENT 9,020,697
## Infringement Claim Chart

| U.S. Patent 9,020,697 | | Toyota Infringing Activities[1] |
|---|---|---|
| | | Exemplary Sources[2]<br>https://support.toyota.com/s/article/What-is-Digital-Key-Toyota?language=en_US#:~:text=Answer-,You%20may%20use%20your%20smartphone%20as%20a%20key%20to%20access,Bluetooth%20using%20the%20Toyota%20app<br>https://toyotaaudioandconnectedservicessupport.com/toyota/feature/Digital%20Key/57384aa0-ee3f-11ec-b6b0-95bb90f1bc59?model=Toyota%20Crown&year=2023<br>https://autoparts.toyota.com/products/product/receiver-assy-ble-indoor-digital-key-890g0v1010<br>https://www.youtube.com/watch?v=1mmN1wTTUdQ<br>https://www.youtube.com/watch?v=ph2BueEM5Zs<br>https://www.youtube.com/watch?v=3dO9Rw0nuZw |
| 1B | (b) in response, determining, by the device discovery daemon, whether the computational device is located within a predetermined area and/or zone of the vehicle; and | In response, the '697 Accused Instrumentalities determine, by the device discovery daemon, whether the computational device is located within a predetermined area and/or zone of the vehicle.  For example, the device discovery daemon of the '697 Accused Instrumentalities determines whether the mobile device is located in an interior zone of the vehicle.  In describing operation of Digital Key, Toyota's user guides instruct the driver on starting the engine by stating, "[w]ith the mobile device in the vehicle, press the 'Start' button."  In addition, vehicles with the Digital Key feature contain Bluetooth Low Energy transceivers, which, on information and belief, provide information to the device discovery daemon to determine whether the mobile device with a Digital Key is within the interior zone, or within a zone surrounding the exterior of the vehicle.<br><br>*See* Row 1A.<br><br>Exemplary Sources<br>https://toyotaaudioandconnectedservicessupport.com/toyota/feature/Digital%20Key/57384aa0-ee3f-11ec-b6b0-95bb90f1bc59?model=Toyota%20Crown&year=2023<br>https://autoparts.toyota.com/products/product/receiver-assy-ble-indoor-digital-key-890g0v1010<br>https://autoparts.toyota.com/products/product/receiver-assy-ble-luggage-digital-key-890f047010 |

[2] The sources identified herein are merely exemplary.

**EXHIBIT C3 - U.S. PATENT 9,020,697**
**Infringement Claim Chart**

| U.S. Patent 9,020,697 | | Toyota Infringing Activities[1] |
|---|---|---|
| | | https://autoparts.toyota.com/products/product/receiver-assy-ble-d-890d078010 |
| 1C | (c) applying, by the device discovery daemon, at least the following rules:<br><br>(C1) when the computational device is located within the predetermined area and/or zone of the vehicle, permitting the computational device to access or attempt to access the vehicle network and/or communication subsystem; and<br><br>(C2) when the computational device is not located within the predetermined area and/or zone of the vehicle, not permitting the computational device to access or attempt to access the vehicle network and/or communication subsystem. | In the '697 Accused Instrumentalities, the device discovery daemon, applies at least the following rules: (1) when the computational device (such as a mobile device) is located within the predetermined area and/or zone of the vehicle (such as the areas described in Row 1B), the device discovery daemon permits the computational device to access or attempt to access the vehicle network and/or communication subsystem; and (2) when the computational device is not located within the predetermined area and/or zone of the vehicle, the device discovery daemon does not permit the computational device to access or attempt to access the vehicle network and/or communication subsystem.  For example, the application of the claimed rules by the device discovery daemon of the '697 Accused Instrumentalities can be observed through comparison of the vehicle functions that can be performed with a mobile device with the Digital Key located within a predetermined area and/or zone with a mobile device with the Digital Key located that is not within that predetermined area and/or zone.  When the mobile device is in a zone within the interior zone, for example, the device discovery daemon provides an output that permits the mobile device to access the communication subsystem associated with starting the vehicle's engine.  When the device discovery daemon determines the mobile device is not located within this zone of the vehicle, it does not provide an output to permit the mobile device to access the communication subsystem for starting the vehicle.  Similarly, the device discovery daemon provides an output that permits vehicle functions, such as unlocking the door, based on the location of the mobile device with respect to an exterior zone, but will not provide an output to allow the mobile device to access the vehicle ignition/start subsystem until it determines the mobile device is properly within the passenger compartment.<br><br>*See* Rows 1A to 1B. |

# EXHIBIT C3 - U.S. PATENT 9,020,697
## Infringement Claim Chart

| Row | Claim 8 | Toyota Remote Connect with Digital Key |
|---|---|---|
| 8A | A vehicle, comprising: a microprocessor executable device discovery daemon operable to:<br><br>(a) determine that a computational device is connected to or attempting to connect to a network and/or communication subsystem of a vehicle; | The '697 Accused Instrumentalities include a vehicle comprising a microprocessor executable device discovery daemon as described in claim 8.<br><br>For example, the '697 Accused Instrumentalities include a vehicle, comprising a microprocessor executable device discovery daemon operable to determine that a computational device is connected to or attempting to connect to a network and/or communication subsystem of a vehicle. The limitations of Row 8A are met by the '697 Accused Instrumentalities for the same reasons discussed with respect to Claim 1, Row 1A. |
| 8B | (b) in response, determining whether the computational device is located within a predetermined area and/or zone of the vehicle; and | The '697 Accused Instrumentalities include a vehicle, comprising a microprocessor executable device discovery daemon operable to in response, determine whether the computational device is located within a predetermined area and/or zone of the vehicle. The limitations of Row 8B are met by the '697 Accused Instrumentalities for the same reasons discussed with respect to Claim 1, Row 1B. |
| 8C | (c) applying at least the following rules:<br><br>(C1) when the computational device is located within the predetermined area and/or zone of the vehicle, permitting the computational device to access or attempt to access the vehicle network and/or communication subsystem; and<br><br>(C2) when the computational device is not located within the | The '697 Accused Instrumentalities include a vehicle, comprising a microprocessor executable device discovery daemon operable to apply at least the following rules: (1) when the computational device is located within the predetermined area and/or zone of the vehicle, permitting the computational device to access or attempt to access the vehicle network and/or communication subsystem; and (2) when the computational device is not located within the predetermined area and/or zone of the vehicle, not permitting the computational device to access or attempt to access the vehicle network and/or communication subsystem. The limitations of Row 8C are met by the '697 Accused Instrumentalities for the same reasons discussed with respect to Claim 1, Row 1C. |

**EXHIBIT C3 - U.S. PATENT 9,020,697**
**Infringement Claim Chart**

| | predetermined area and/or zone of the vehicle, not permitting the computational device to access or attempt to access the vehicle network and/or communication subsystem. | |
|---|---|---|
| **Row** | **Claim 11** | **Toyota Remote Connect with Digital Key** |
| 15A | A tangible and non-transient computer readable medium including microprocessor executable instructions that, when executed, perform at least the following functions:<br><br>(a) determining that a computational device is connected to or attempting to connect to a network and/or communication subsystem of a vehicle; | The '697 Accused Instrumentalities include a tangible and non-transient computer readable medium including microprocessor executable instructions that, when executed, perform at least the functions in 15A-15C.<br><br>The microprocessor executable instructions of the '697 Accused Instrumentalities, when executed, determine that a computational device is connected to or attempting to connect to a network and/or communication subsystem of a vehicle.  The instructions of the '697 Accused Instrumentalities, when executed, detects newly connected computational devices, such as a mobile device, or devices that are not yet recognized by the system.  The '697 Accused Instrumentalities include a communication network that allows computational devices to connect, for example, through a Bluetooth wireless link.  The '697 Accused Instrumentalities determine whether a mobile is connected or attempting to connect to network and/or communication subsystems of the vehicle.  As one example, the instructions, when executed, determine that a mobile device with a Digital Key has either established or is attempting to establish a communication link with a Bluetooth node(s) associated with starting the vehicle, which, on information and belief, is located in or around the vehicle's "Start" button.<br><br>*See* Claim 1, Row 1A. |
| 15B | (b) in response, determining whether the computational device is located within a predetermined area and/or zone of the vehicle; and | The '697 Accused Instrumentalities include a tangible and non-transient computer readable medium including microprocessor executable instructions that, when executed, in response, determines whether the computational device is located within a predetermined area and/or zone of the vehicle.  For example, the instructions of the '697 Accused Instrumentalities, when executed, determine whether the mobile device is located inside the vehicle.  In describing operation of Digital Key, Toyota's user guides instruct the driver on starting the engine by stating, "[w]ith the mobile device in |

**EXHIBIT C3 - U.S. PATENT 9,020,697**
**Infringement Claim Chart**

| | | |
|---|---|---|
| | | the vehicle, press the 'Start' button." In addition, vehicles with the Digital Key feature contain Bluetooth Low Energy transceivers in the interior of the vehicle, the door handles, and handle to the luggage compartment, which, on information and belief, provide information to determine whether the mobile device with a Digital Key is within the passenger compartment zone, or within other predetermined areas around the door handles or trunk.<br><br>*See* Claim 1, Row 1B. |
| 15C | (c) applying, by the device discovery daemon, at least the following rules:<br><br>(C1) when the computational device is located within the predetermined area and/or zone of the vehicle, permitting the computational device to access or attempt to access the vehicle network and/or communication subsystem; and<br><br>(C2) when the computational device is not located within the predetermined area and/or zone of the vehicle, not permitting the computational device to access or attempt to access the vehicle network and/or communication subsystem. | The '697 Accused Instrumentalities include a tangible and non-transient computer readable medium including microprocessor executable instructions that, when executed, applies, by the device discovery daemon, at least the following rules: (1) when the computational device is located within the predetermined area and/or zone of the vehicle, permitting the computational device to access or attempt to access the vehicle network and/or communication subsystem; and when the computational device is not located within the predetermined area and/or zone of the vehicle, not permitting the computational device to access or attempt to access the vehicle network and/or communication subsystem. For example, instructions of the '697 Accused Instrumentalities, when executed applies the claimed rules as observed through the vehicle functions that can be performed based on the location of the mobile device with the Digital Key within a predetermined area and/or zone as opposed to which vehicle functions do not occur when the mobile device is not in that location. When the mobile device is in a zone within the passenger compartment, for example, the device discovery daemon provides an output that permits the mobile device to access the communication subsystem associated with starting the vehicle's engine. When the device discovery daemon determines the mobile device is not located within this zone of the vehicle, it does not provide an output to permit the mobile device to access the communication subsystem for starting the vehicle. Similarly, the device discovery daemon provides an output that permits vehicle functions, such as unlocking the door, based on the location of the mobile device with respect to predetermined areas around the door handles, but will not provide an output to allow the mobile device to start the engine until it determines the mobile device is properly within the passenger compartment.<br><br>*See* Claim 1, Row 1C. |