# EXHIBIT D2 - U.S. PATENT 9,116,786
## Accused Instrumentalities

| **Model Year 2019** | **Model Year 2020** | **Model Year 2021** | **Model Year 2022** | **Model Year 2023** | **Model Year 2024/25** |
|---|---|---|---|---|---|
| Lexus ES | Lexus ES | Lexus ES | Lexus ES | Lexus ES | Lexus ES |
| Lexus LC | Lexus LC | Lexus IS | Lexus GX | Lexus GX | Lexus GX |
| Lexus LS | Lexus LS | Lexus LC | Lexus IS | Lexus IS | Lexus IS |
| Lexus NX | Lexus NX | Lexus LS | Lexus LC | Lexus LC | Lexus LC |
| Lexus RC | Lexus RC | Lexus LX | Lexus LS | Lexus LS | Lexus LS |
| Lexus UX | Lexus RX | Lexus NX | Lexus LX | Lexus LX | Lexus LX |
| Toyota Avalon | Lexus UX | Lexus RC | Lexus NX | Lexus NX | Lexus NX |
| Toyota Camry | Toyota 4Runner | Lexus RX | Lexus RC | Lexus RC | Lexus RC |
| Toyota C-HR | Toyota 86 / FR-S | Lexus UX | Lexus RX | Lexus RX | Lexus RX |
| Toyota RAV4 | Toyota Avalon | Toyota 4Runner | Lexus UX | Lexus RZ | Lexus RZ |
| Toyota Sienna | Toyota Camry | Toyota 86 / FR-S | Toyota 4Runner | Lexus UX | Lexus TX |
| Toyota Supra | Toyota C-HR | Toyota Avalon | Toyota Avalon | Toyota 4Runner | Lexus UX |
| | Toyota Corolla | Toyota Camry | Toyota Camry | Toyota bZ4X | Toyota 4Runner |
| | Toyota Highlander | Toyota C-HR | Toyota C-HR | Toyota Camry | Toyota bZ4X |
| | Toyota Prius | Toyota Corolla | Toyota Corolla | Toyota Corolla | Toyota Camry |
| | Toyota RAV4 | Toyota Highlander | Toyota Corolla Cross | Toyota Corolla Cross | Toyota Corolla |
| | Toyota Sequoia | Toyota Land Cruiser | Toyota GR86 | Toyota Crown | Toyota Corolla Cross |
| | Toyota Sienna | Toyota Mirai | Toyota Highlander | Toyota GR86 | Toyota Crown |
| | Toyota Supra | Toyota Prius | Toyota Mirai | Toyota Highlander | Toyota GR86 |
| | Toyota Tacoma | Toyota RAV4 | Toyota Prius | Toyota Mirai | Toyota Grand Highlander |
| | Toyota Tundra | Toyota Sequoia | Toyota RAV4 | Toyota Prius | Toyota Highlander |
| | Toyota Yaris | Toyota Sienna | Toyota Sequoia | Toyota RAV4 | Toyota Land Cruiser |
| | | Toyota Supra | Toyota Sienna | Toyota Sequoia | Toyota Mirai |
| | | Toyota Tacoma | Toyota Supra | Toyota Sienna | Toyota Prius |
| | | Toyota Tundra | Toyota Tacoma | Toyota Supra | Toyota RAV4 |
| | | Toyota Venza | Toyota Tundra | Toyota Tacoma | Toyota Sequoia |
| | | | Toyota Venza | Toyota Tundra | Toyota Sienna |
| | | | | Toyota Venza | Toyota Supra |
| | | | | | Toyota Tacoma |
| | | | | | Toyota Tundra |
| | | | | | Toyota Venza |