# EXHIBIT D3 - U.S. PATENT 9,116,786
## Infringement Claim Chart

| U.S. Patent 9,116,786 | | Toyota Infringing Activities[1] |
|---|---|---|
| Row | Claim 23 | Toyota Vehicles Equipped with Apple CarPlay/Android Auto |
| 23A | A vehicle, comprising:<br><br>a plurality of vehicle components comprising a power source, wheels, a transmission, a transmission gear controller, a power controller, a braking system, a steering wheel, a display panel, an occupant seating system, and a satellite positioning system receiver; and | Toyota has made, used, sold, offered for sale, and/or imported and are currently making, using, selling, offering for sale, and/or importing vehicles, vehicle systems (including in-vehicle multimedia systems), and hardware and software components thereof, including non-transitory computer readable media that store computer-executable instructions and hardware and software that enable Apple CarPlay and/or Android Auto in Toyota vehicles, in certain makes and models from the 2019 model year to the present, including those listed in Exhibit D2 ("the '786 Accused Instrumentalities").<br><br>The '786 Accused Instrumentalities each include a plurality of vehicle components, including a power source, wheels, a transmission, a transmission gear controller, a power controller (e.g., throttle), a braking system, a steering wheel, a display panel (e.g., in-dash display), an occupant seating system, and a satellite positioning system receiver. These are standard components in all makes and models included in the '786 Accused Instrumentalities.<br><br>Exemplary Sources[2]<br>https://pressroom.toyota.com/toyotas-all-new-audio-multimedia-system-is-here-and-it-is-a-game-changer/<br>https://pressroom.lexus.com/the-all-new-lexus-interface-multimedia-system-is-here-and-it-is-a-game-changer/ |
| 23B | a non-transient, tangible computer readable medium comprising a microprocessor executable remote control module on board the vehicle that | The '786 Accused Instrumentalities include a non-transient, tangible computer readable medium comprising a microprocessor executable remote control module on board the vehicle. For example, the executable instructions of the remote control module, when executed by a microprocessor, direct the vehicle to receive requests to perform vehicle tasks or operations, determine whether requests are authorized by the vehicle owner, and, if so, perform the |

---

[1] These allegations are exemplary and AutoConnect reserves the right to supplement them as the case progresses through discovery and the claim construction process.
[2] The sources identified herein are merely exemplary.

# EXHIBIT D3 - U.S. PATENT 9,116,786
## Infringement Claim Chart

| U.S. Patent 9,116,786 | | Toyota Infringing Activities[1] |
|---|---|---|
| | | requested operations through Apple CarPlay and/or Android Auto software installed in vehicle memory. The remote control module of the '786 Accused Instrumentalities provide for a control of certain settings or components of the vehicle by a smart phone (mobile device) of a vehicle owner through Apple CarPlay and/or Android Auto.<br><br>**CONNECTING A DEVICE**<br>Apple CarPlay and Android Auto can be set up during the Bluetooth® pairing process.<br><br>Exemplary Sources<br>https://www.youtube.com/watch?v=jOLU2Cwym6g&list=PLsOvRYzJPCwWa2XJu8b0ZXLoNwBF4RZiv&index=5<br>https://www.toyota.com/content/dam/toyota/owners/amcs/pdf/new/Apple_CarPlay_Android-Auto-How-To-Guide.pdf<br>https://www.youtube.com/watch?v=CaPRCM5NGAQ<br>https://www.youtube.com/watch?v=3Gr8sVjAKlg |
| 23C | (a), when executed, receives, via a remote node of a vehicle owner, the remote node comprising one or more of a home computer, tablet computer, laptop computer, and smart phone, a command from the vehicle owner to perform an operation of a selected vehicle component and | The remote control module of the '786 Accused Instrumentalities includes instructions that, when executed by a microprocessor, receives, via a remote node of a vehicle owner, the remote node comprising one or more of a home computer, tablet computer, laptop computer, and smart phone, a command from the vehicle owner to perform an operation of a selected vehicle component. For example, the remote control module of the '786 Accused Instrumentalities receives commands to perform an operation of a selected vehicle component from a smart phone authorized to communicate with the vehicle using Apple CarPlay and/or Android Auto. The commands and associated vehicle components are described further in Row 23D.<br><br>*See also* Row 23B.<br><br>Exemplary Sources<br>https://www.howtogeek.com/685149/how-to-customize-the-apple-carplay-screen/ |

# EXHIBIT D3 - U.S. PATENT 9,116,786
## Infringement Claim Chart

| | U.S. Patent 9,116,786 | Toyota Infringing Activities[1] |
|---|---|---|
| | | https://www.idownloadblog.com/2022/06/09/how-to-add-remove-apps-from-carplay/ <br> https://www.androidcentral.com/how-use-new-android-auto <br> https://www.youtube.com/watch?v=6aykq1j8u_U |
| 23D | (b), when the vehicle owner is authenticated successfully, performs the operation of the selected vehicle component, wherein the operation is one or more of alter one or more of a setting, appearance, sound, wall paper, and displayed icon selection and location of a vehicle display panel, configure a programmable hard button, download media, customize vehicle performance, determine whether a light is on or off, determine whether a window is up or down, determine whether an on board alarm is on or off, determine whether a sunroof is open or closed, and reset the selected vehicle component. | The remote control module of the '786 Accused Instrumentalities includes instructions that, when the vehicle owner is authenticated successfully and when the instructions are executed by a microprocessor, performs the operation of the selected vehicle component, wherein the operation is one or more of alter one or more of a setting, appearance, sound, wall paper, and displayed icon selection and location of a vehicle display panel, configure a programmable hard button, download media, customize vehicle performance, determine whether a light is on or off, determine whether a window is up or down, determine whether an on board alarm is on or off, determine whether a sunroof is open or closed, and reset the selected vehicle component. For example, the remote control module instructions, when executed, will not cause the vehicle to perform the command unless the remote node (such as a smart phone) of the vehicle owner has been authenticated, such as through the process of pairing the device with the vehicle and authorizing the device to communicate with the vehicle using Apple CarPlay or Android Auto. Following successful authentication, the remote control module instructions, when executed, cause the vehicle to perform an operation to alter the displayed icon selection corresponding to the Apple CarPlay or Android Auto compatible applications displayed on the dashboard touchscreen. |

# EXHIBIT D3 - U.S. PATENT 9,116,786
## Infringement Claim Chart

| U.S. Patent 9,116,786 | Toyota Infringing Activities[1] |
|---|---|
|  | <br><br>See also Rows 23B and 23C.<br><br>Exemplary Sources<br>https://www.youtube.com/watch?v=R274Uix-Qx0&list=PLsOvRYzJPCwWa2XJu8b0ZXLoNwBF4RZiv&index=15<br>https://www.toyota.com/content/dam/toyota/owners/amcs/pdf/new/Apple_CarPlay_Android-Auto-How-To-Guide.pdf<br>https://www.youtube.com/watch?v=CaPRCM5NGAQ<br>https://www.youtube.com/watch?v=3Gr8sVjAKlg<br>https://www.youtube.com/watch?v=6aykq1j8u_U (showing how to control the dashboard touchscreen display, such as whether to show certain icons, the order of icons, and shortcuts for specific actions) |