# EXHIBIT D4 - U.S. PATENT 9,116,786
## Infringement Claim Chart

| U.S. Patent 9,116,786 | | Toyota Infringing Activities[1] |
|---|---|---|
| Row | Claim 23 | Toyota Vehicles with Toyota Apps |
| 23A | A vehicle, comprising:<br><br>a plurality of vehicle components comprising a power source, wheels, a transmission, a transmission gear controller, a power controller, a braking system, a steering wheel, a display panel, an occupant seating system, and a satellite positioning system receiver; and | Toyota has made, used, sold, offered for sale, and/or imported and are currently making, using, selling, offering for sale, and/or importing vehicles, vehicle systems (including in-vehicle multimedia systems), mobile applications (including the Toyota App), and hardware and software components thereof, including non-transient, tangible computer readable media in Toyota vehicles, in certain makes and models from the 2019 model year to the present, including those listed in Exhibit D2 ("the '786 Accused Instrumentalities").<br><br>The '786 Accused Instrumentalities each include a plurality of vehicle components, including a power source, wheels, a transmission, a transmission gear controller, a power controller (e.g., throttle), a braking system, a steering wheel, a display panel (e.g., in-dash display), an occupant seating system, and a satellite positioning system receiver. These are standard components in all makes and models included in the '786 Accused Instrumentalities.<br><br>Exemplary Sources[2]<br>https://pressroom.toyota.com/toyotas-all-new-audio-multimedia-system-is-here-and-it-is-a-game-changer/<br>https://pressroom.lexus.com/the-all-new-lexus-interface-multimedia-system-is-here-and-it-is-a-game-changer/ |
| 23B | a non-transient, tangible computer readable medium comprising a microprocessor executable remote control module on board the vehicle that | The '786 Accused Instrumentalities include a non-transient, tangible computer readable medium comprising a microprocessor executable remote control module on board the vehicle. For example, the executable instructions of the remote control module, when executed by a microprocessor, direct the vehicle to receive requests to perform vehicle tasks or operations, determine whether requests are authorized, and, if so, perform the requested operations through |

---

[1] These allegations are exemplary and AutoConnect reserves the right to supplement them as the case progresses through discovery and the claim construction process.
[2] The sources identified herein are merely exemplary.

# EXHIBIT D4 - U.S. PATENT 9,116,786
## Infringement Claim Chart

| U.S. Patent 9,116,786 | | Toyota Infringing Activities[1] |
|---|---|---|
| | | a Toyota app running on a mobile device. The Toyota app, for example, can indicate the status of certain settings or components of the vehicle such as windows and sunroofs.<br><br>**VEHICLE STATUS AND ALERTS**<br>With the touch of a button, you can remotely check the status of your vehicle's doors,* windows, moonroof, trunk and hood, as well as the vehicle's current fuel level, odometer or trip mileage. The system can also notify you with customizable alerts.<br><br>Exemplary Sources<br>https://www.toyota.com/connected-services/toyota-app/remote-connect/<br>https://www.lexus.com/My-Lexus/resources/connected-technology<br>https://www.youtube.com/watch?v=JZW3NUff7rY&t=72s |
| 23C | (a), when executed, receives, via a remote node of a vehicle owner, the remote node comprising one or more of a home computer, tablet computer, laptop computer, and smart phone, a command from the vehicle owner to perform an operation of a selected vehicle component and | The remote control module of the '786 Accused Instrumentalities includes instructions that, when executed by a microprocessor, receives, via a remote node of a vehicle owner, the remote node comprising one or more of a home computer, tablet computer, laptop computer, and smart phone, a command from the vehicle owner to perform an operation of a selected vehicle component. For example, the remote control module of the '786 Accused Instrumentalities receives, commands to perform an operation of a selected vehicle component issued by a the Toyota app running on a smart phone or tablet computer. The commands and associated vehicle components are described further in Row 23D.<br><br>*See also* Row 23B.<br><br>Exemplary Sources<br>https://www.toyota.com/connected-services/toyota-app/remote-connect/<br>https://www.lexus.com/My-Lexus/resources/connected-technology<br>https://www.youtube.com/watch?v=JZW3NUff7rY&t=72s |
| 23D | (b), when the vehicle owner is authenticated successfully, performs | The remote control module of the '786 Accused Instrumentalities includes instructions that, when the vehicle owner is authenticated successfully and when the instructions are executed by |

# EXHIBIT D4 - U.S. PATENT 9,116,786
## Infringement Claim Chart

| U.S. Patent 9,116,786 | Toyota Infringing Activities[1] |
|---|---|
| the operation of the selected vehicle component, wherein the operation is one or more of alter one or more of a setting, appearance, sound, wall paper, and displayed icon selection and location of a vehicle display panel, configure a programmable hard button, download media, customize vehicle performance, determine whether a light is on or off, determine whether a window is up or down, determine whether an on board alarm is on or off, determine whether a sunroof is open or closed, and reset the selected vehicle component. | a microprocessor, performs the operation of the selected vehicle component, wherein the operation is one or more of alter one or more of a setting, appearance, sound, wall paper, and displayed icon selection and location of a vehicle display panel, configure a programmable hard button, download media, customize vehicle performance, determine whether a light is on or off, determine whether a window is up or down, determine whether an on board alarm is on or off, determine whether a sunroof is open or closed, and reset the selected vehicle component.  For example, the remote control module instructions, when executed, will not cause the vehicle to perform the command unless the remote node (such a smart phone or tablet running the Toyota app) of the vehicle owner has been authenticated, such as through the process of registering the vehicle with an owner-approved mobile device through the Toyota app, and enrolling in an active Remote Connect trial or subscription.  Following successful authentication, the remote control module instructions, when executed, cause the vehicle to perform an operation to determine whether a window is up or down and/or whether a sunroof is open or closed.  Additionally, through the user profile feature of the Toyota app, the remote control module instructions, when executed by a microprocessor, will adjust settings and/or the appearance of the vehicle display panel in response to command originated from the Toyota app. |

# EXHIBIT D4 - U.S. PATENT 9,116,786
## Infringement Claim Chart

| U.S. Patent 9,116,786 | Toyota Infringing Activities[1] |
|---|---|
|  |  |

# EXHIBIT D4 - U.S. PATENT 9,116,786
# Infringement Claim Chart

| U.S. Patent 9,116,786 | Toyota Infringing Activities[1] |
|---|---|
|  | *See also* Rows 23B and 23C.<br><br>Exemplary Sources<br>https://www.youtube.com/watch?v=4fXjWv120TM<br>https://play.google.com/store/apps/details?id=com.lexus.oneapp&hl=en_US<br>https://apps.apple.com/us/app/lexus/id1468484450<br>https://support.lexus.com/s/article/How-do-I-view-the-Veh-10505<br>https://www.toyota.com/connected-services/toyota-app/remote-connect/<br>https://www.lexus.com/My-Lexus/resources/connected-technology<br>https://www.youtube.com/watch?v=JZW3NUff7rY&t=72s<br>https://support.lexus.com/s/article/Application-Setup-and-10348<br>https://support.toyota.com/s/article/Toyota-App-User-Profi-10735?language=en_US |