# EXHIBIT E3 - U.S. PATENT 9,123,186
## Infringement Claim Chart

| U.S. Patent 9,123,186 | | Toyota Infringing Activities[1] |
|---|---|---|
| Row | Claim 1 | Toyota Vehicles with Digital Key |
| 1A | A method, comprising:<br>(a) receiving, by a microprocessor executable vehicle control system, a request from a vehicle occupant to perform a vehicle task, function or operation; | Toyota has made, used, sold, offered for sale, and/or imported and are currently making, using, selling, offering for sale, and/or importing vehicles, vehicle systems (including in-vehicle multimedia systems), mobile applications (including the Toyota App), and hardware and software components thereof, including non-transitory computer readable media that stores microprocessor-executable instructions and hardware and software components that enable Toyota's Digital Key feature, in certain makes and models from the 2022 model year to the present, including those listed in Exhibit E2 ("the '186 Accused Instrumentalities").<br><br>The vehicle control system of the '186 Accused Instrumentalities receives a request from a vehicle occupant to perform a vehicle task, function or operation, such as starting the vehicle engine.  For example, the vehicle control system is responsible for a wide range of functions relating to the vehicle's operation, safety, and performance, including controlling the rights and privileges of users to control and operate the vehicle as described, for example, in Rows 1B-1E.  As one example, the '186 Accused Instrumentalities include a Digital Key feature that permits the use of a mobile device to function as a key to the vehicle. |
| 1B | (b) determining, by the microprocessor executable vehicle control system, that the vehicle occupant has been authenticated successfully; | The vehicle control system of the '186 Accused Instrumentalities determines that the vehicle occupant has been authenticated successfully.  This determination occurs, for example, through recognition of a mobile device that has been paired with the vehicle and associated with a user's Digital Key.  During the setup of a Digital Key, the mobile device is paired with the vehicle control system, which creates a unique encrypted link between the mobile device and the vehicle control system that can be used for secure communication between the device and vehicle when the device is recognized.  In addition, the vehicle and device are linked to an account on the My Toyota App with user account credentials during the Digital Key creation process.  To be granted control of vehicle tasks such as unlocking the vehicle or starting the engine, the vehicle control systems assess authentication of the vehicle occupant through recognition of the vehicle occupant's mobile device via an established Bluetooth |

---

[1] These allegations are exemplary and AutoConnect reserves the right to supplement them as the case progresses through discovery and the claim construction process.

# EXHIBIT E3 - U.S. PATENT 9,123,186
## Infringement Claim Chart

| U.S. Patent 9,123,186 | | Toyota Infringing Activities[1] |
|---|---|---|
| | | link with the vehicle, and the also assesses whether the vehicle occupant's user credentials in the Toyota App are recognized. <br><br> **How do I set up my vehicle to recognize my Primary User Profile when I enter it?** <br><br> Once a User Profile has been saved to the vehicle, there will be an option in the Toyota multimedia system settings to link or associate that profile with an 'Identification Device'. The saved Profile can be linked or associated via the following methods: <br><br> - Driver Monitor Camera - Face identification <br> - Smart Key / Key Fob <br> - Bluetooth® Mobile Phone <br><br> 1. Select 'Settings' <br> 2. Select 'Personal info' <br> 3. Select one of the preferred methods available and follow the on-screen instructions <br><br> Exemplary Sources[2] <br> https://support.toyota.com/s/article/How-do-I-set-up-my-ve-10883?language=en_US <br> https://support.toyota.com/s/article/What-are-the-key-features-of-a-User-Profile?language=en_US <br> https://www.youtube.com/watch?v=1mmN1wTTUdQ |
| 1C | (c) accessing, by the microprocessor executable vehicle control system, an account for the vehicle occupant, the account defining rights and privileges of the user with respect to controlling a vehicle task, function or | The vehicle control system of the '186 Accused Instrumentalities accesses an account for the vehicle occupant, the account defining rights and privileges of the user with respect to controlling a vehicle task, function or operation, wherein the vehicle task, function or operation is one or more of the following: monitoring, controlling, and/or operating an engine control unit ("ECU"), transmission control unit ("TCU"), door setting, window setting, blind spot monitor, safety equipment, vehicle sensor, vehicle engine, head light control unit, power steering, display panel, switch state control unit, power control unit, brake control unit, alert to a user and/or remote monitoring entity of a potential |

---

[2] The sources identified herein are merely exemplary.

# EXHIBIT E3 - U.S. PATENT 9,123,186
## Infringement Claim Chart

| U.S. Patent 9,123,186 | Toyota Infringing Activities[1] |
|---|---|
| operation, wherein the vehicle task, function or operation is one or more of the following: monitoring, controlling, and/or operating an engine control unit ("ECU"), transmission control unit ("TCU"), door setting, window setting, blind spot monitor, safety equipment, vehicle sensor, vehicle engine, head light control unit, power steering, display panel, switch state control unit, power control unit, brake control unit, alert to a user and/or remote monitoring entity of a potential problem with a vehicle operation, emission control, entertainment system, and media and/or multimedia content; | problem with a vehicle operation, emission control, entertainment system, and media and/or multimedia content.  For example, the vehicle control system accesses a Toyota account associated with the occupant that identifies rights and privileges of the occupant to control and operate the vehicle engine.  The vehicle control system determines whether the account is permitted to operate the vehicle engine by determining whether the account has Digital Key privileges.  For example, the vehicle control system determines whether the vehicle occupant's account has an active Remote Connect subscription with Digital Key, or whether the vehicle occupant has been granted Digital Key privileges by a user with an active subscription.<br><br><br><br>Exemplary Sources<br>https://www.youtube.com/watch?v=1mmN1wTTUdQ |

# EXHIBIT E3 - U.S. PATENT 9,123,186
## Infringement Claim Chart

| | U.S. Patent 9,123,186 | Toyota Infringing Activities[1] |
|---|---|---|
| 1D | (d) determining, by the microprocessor executable vehicle control system, at least one of an area and/or zone occupied by the vehicle occupant and an operating state of the vehicle; and | The vehicle control system of the '186 Accused Instrumentalities determines at least one of an area and/or zone occupied by the vehicle occupant and an operating state of the vehicle. For example, the vehicle control system determines whether the mobile device associated with the user is located in a zone inside the vehicle. It also determines whether the vehicle operating state is on or off. In describing operation of Digital Key, the Toyota user guide instructs the driver on starting the engine by stating, "[w]ith the mobile device in the vehicle, press the 'Start' button." Toyota vehicles with Digital Key also have Bluetooth Low Energy transceivers in the passenger compartment for operation of the Digital Key system.<br><br>*See also* Rows 1B-1C.<br><br>Exemplary Sources<br>https://toyotaaudioandconnectedservicessupport.com/toyota/feature/Digital%20Key/57384aa0-ee3f-11ec-b6b0-95bb90f1bc59?model=Toyota%20Crown&year=2023<br>https://autoparts.toyota.com/products/product/receiver-assy-ble-indoor-digital-key-890g0v1010 |
| 1E | (e) based upon the account corresponding to the vehicle occupant and the at least one of an area and/or zone occupied by the vehicle occupant and an operating state of the vehicle, applying, by the microprocessor executable vehicle control system, the following rules:<br>(i) when the account permits the vehicle occupant to perform the requested vehicle task, function or operation, performing or causing | In the '186 Accused Instrumentalities, based upon the account corresponding to the vehicle occupant and the at least one of an area and/or zone occupied by the vehicle occupant and an operating state of the vehicle, the vehicle control system applies the following rules: (1) when the account permits the vehicle occupant to perform the requested vehicle task, function or operation, performing or causing to be performed the vehicle task, function or operation; and (2) when the account does not permit the vehicle occupant to perform the requested vehicle task, function or operation, not performing or causing to be performed the vehicle task, function or operation. For example, the vehicle control system of the '186 Accused Instrumentalities, based on the identification of the mobile device and an associated user account, determines whether (1) that account holds Digital Key privileges, and (2) whether that device is located within the zone of the vehicle interior, to allow or deny the occupant the ability to perform a requested vehicle task, such as starting the vehicle engine from a non-operating state.<br><br>*See* Rows 1B-1D. |

4

# EXHIBIT E3 - U.S. PATENT 9,123,186
# Infringement Claim Chart

| U.S. Patent 9,123,186 | | Toyota Infringing Activities[1] |
|---|---|---|
| | to be performed the vehicle task, function or operation; and<br><br>(ii) when the account does not permit the vehicle occupant to perform the requested vehicle task, function or operation, not performing or causing to be performed the vehicle task, function or operation. | |
| **Row** | **Claim 8** | **Toyota Vehicles with Digital Key** |
| 8A | A vehicle, comprising:<br><br>a microprocessor executable vehicle control system operable to:<br><br>receive a request from a vehicle occupant to perform a vehicle task, function or operation; | The '186 Accused Instrumentalities include vehicles with a microprocessor executable vehicle control system operable to receive a request from a vehicle occupant to perform a vehicle task, function or operation.<br><br>*See* Claim 1, Row 1A. |
| 8B | determine that the vehicle occupant has been authenticated successfully; | The '186 Accused Instrumentalities include vehicles with a microprocessor executable vehicle control system operable to determine that the vehicle occupant has been authenticated successfully.<br><br>*See* Claim 1, Row 1B. |
| 8C | access an account for the vehicle occupant, the account defining rights and privileges of the user with respect to controlling a vehicle task, function or operation, | The vehicle control system of the '186 Accused Instrumentalities is operable to access an account for the vehicle occupant, the account defining rights and privileges of the user with respect to controlling a vehicle task, function or operation, wherein the vehicle task, function, or operation is one or more of the following: monitoring, controlling, and/or operating an engine control unit ("ECU"), transmission control unit ("TCU"), door setting, window setting, blind spot monitor, safety equipment, vehicle |

# EXHIBIT E3 - U.S. PATENT 9,123,186
# Infringement Claim Chart

| | U.S. Patent 9,123,186 | Toyota Infringing Activities[1] |
|---|---|---|
| | wherein the vehicle task, function, or operation is one or more of the following: monitoring, controlling, and/or operating an engine control unit ("ECU"), transmission control unit ("TCU"), door setting, window setting, blind spot monitor, safety equipment, vehicle sensor, vehicle engine, head light control unit, power steering, display panel, switch state control unit, power control unit, brake control unit, alert to a user and/or remote monitoring entity of a potential problem with a vehicle operation, emission control, entertainment system and media and/or multimedia content; | sensor, vehicle engine, head light control unit, power steering, display panel, switch state control unit, power control unit, brake control unit, alert to a user and/or remote monitoring entity of a potential problem with a vehicle operation, emission control, entertainment system and media and/or multimedia content.<br><br>*See* Claim 1, Row 1C. |
| 8D | determine at least one of an area and/or zone occupied by the vehicle occupant and an operating state of the vehicle; and | The vehicle control system of the '186 Accused Instrumentalities is operable to determine at least one of an area and/or zone occupied by the vehicle occupant and an operating state of the vehicle.<br><br>*See* Claim 1, Row 1D. |
| 8E | based upon the account corresponding to the vehicle occupant and the at least one of an area and/or zone occupied by the vehicle occupant and an operating state of the vehicle, apply the following rules: | The vehicle control system of the '186 Accused Instrumentalities is operable to, based upon the account corresponding to the vehicle occupant and the at least one of an area and/or zone occupied by the vehicle occupant and an operating state of the vehicle, apply the following rules:<br>(i) when the account permits the vehicle occupant to perform the requested vehicle task, function or operation, performing or causing to be performed the vehicle task, function or operation; and |

# EXHIBIT E3 - U.S. PATENT 9,123,186
## Infringement Claim Chart

| | U.S. Patent 9,123,186 | Toyota Infringing Activities[1] |
|---|---|---|
| | (i) when the account permits the vehicle occupant to perform the requested vehicle task, function or operation, performing or causing to be performed the vehicle task, function or operation; and<br>(ii) when the account does not permit the vehicle occupant to perform the requested vehicle task, function or operation, not performing or causing to be performed the vehicle task, function or operation. | (ii) when the account does not permit the vehicle occupant to perform the requested vehicle task, function or operation, not performing or causing to be performed the vehicle task, function or operation.<br><br>*See* Claim 1, Row 1E. |
| **Row** | **Claim 15** | **Toyota Vehicles with Digital Key** |
| 15A | A tangible and non-transient computer readable medium comprising microprocessor executable instructions to perform functions, comprising:<br><br>(a) receiving a request from a vehicle occupant to perform a vehicle task, function or operation, wherein the vehicle task, function or operation is one or more of the following: monitoring, controlling, and/or operating an engine control unit ("ECU"), transmission control unit ("TCU"), door setting, | The '186 Accused Instrumentalities include a tangible and non-transient computer readable medium comprising microprocessor executable instructions to perform functions that receive a request from a vehicle occupant to perform a vehicle task, function or operation, wherein the vehicle task, function or operation is one or more of the following: monitoring, controlling, and/or operating an engine control unit ("ECU"), transmission control unit ("TCU"), door setting, window setting, blind spot monitor, safety equipment, vehicle sensor, vehicle engine, head light control unit, power steering, display panel, switch state control unit, power control unit, brake control unit, alert to a user and/or remote monitoring entity of a potential problem with a vehicle operation, emission control, entertainment system, and media and/or multimedia content.<br><br>*See* Claim 1, Rows 1A and 1C. |

# EXHIBIT E3 - U.S. PATENT 9,123,186
## Infringement Claim Chart

| | U.S. Patent 9,123,186 | Toyota Infringing Activities[1] |
|---|---|---|
| | window setting, blind spot monitor, safety equipment, vehicle sensor, vehicle engine, head light control unit, power steering, display panel, switch state control unit, power control unit, brake control unit, alert to a user and/or remote monitoring entity of a potential problem with a vehicle operation, emission control, entertainment system, and media and/or multimedia content; | |
| 15B | (b) determining that the vehicle occupant has been authenticated successfully; | The microprocessor executable instructions of the '186 Accused Instrumentalities, when executed, cause the vehicle to determine whether the vehicle occupant has been authenticated successfully.<br><br>*See* Claim 1, Row 1B. |
| 15C | (c) accessing an account for the vehicle occupant, the account defining rights and privileges of the user with respect to controlling a vehicle task, function or operation; | The microprocessor executable instructions of the '186 Accused Instrumentalities, when executed, cause the vehicle to access an account for the vehicle occupant, the account defining rights and privileges of the user with respect to controlling a vehicle task, function or operation.<br><br>*See* Claim 1, Row 1C. |
| 15D | (d) determining at least one of an area and/or zone occupied by the vehicle occupant and an operating state of the vehicle; and | The microprocessor executable instructions of the '186 Accused Instrumentalities, when executed, cause the vehicle to determine at least one of an area and/or zone occupied by the vehicle occupant and an operating state of the vehicle.<br><br>*See* Claim 1, Row 1D. |

# EXHIBIT E3 - U.S. PATENT 9,123,186
# Infringement Claim Chart

| | U.S. Patent 9,123,186 | Toyota Infringing Activities[1] |
|---|---|---|
| 15E | (e) based upon the account corresponding to the vehicle occupant and the at least one of an area and/or zone occupied by the vehicle occupant and an operating state of the vehicle, applying the following rules:<br>(i) when the account permits the vehicle occupant to perform the requested vehicle task, function or operation, performing or causing to be performed the vehicle task, function or operation; and<br>(ii) when the account does not permit the vehicle occupant to perform the requested vehicle task, function or operation, not performing or causing to be performed the vehicle task, function or operation. | The microprocessor executable instructions of the '186 Accused Instrumentalities, when executed, cause the vehicle to apply the following rules based upon the account corresponding to the vehicle occupant and the at least one of an area and/or zone occupied by the vehicle occupant and an operating state of the vehicle: (i) when the account permits the vehicle occupant to perform the requested vehicle task, function or operation, performing or causing to be performed the vehicle task, function or operation; and (ii) when the account does not permit the vehicle occupant to perform the requested vehicle task, function or operation, not performing or causing to be performed the vehicle task, function or operation.<br><br>*See* Claim 1, Row 1E. |