# EXHIBIT F3 - U.S. PATENT 9,140,560
## Infringement Claim Chart

| U.S. Patent 9,140,560 | | Toyota Infringing Activities[1] |
|---|---|---|
| **Row** | **Claim 11** | **Toyota Vehicles Equipped with Apple CarPlay/Android Auto** |
| 11A | A vehicle communication system, comprising:<br><br>two or more BLUETOOTH transceivers; | Toyota has made, used, sold, offered for sale, and/or imported and are currently making, using, selling, offering for sale, and/or importing vehicles, vehicle communication systems (including an in-vehicle multimedia system), and hardware and software components thereof, including non-transitory computer readable media that store computer-executable instructions and hardware and software that enable Apple CarPlay and/or Android Auto in Toyota vehicles, in certain makes and models from the 2019 model year to the present, including those listed in Exhibit F2 ("the '560 Accused Instrumentalities").<br><br>The '560 Accused Instrumentalities include vehicle communication systems as described in Rows 11B-11I that include two or more Bluetooth transceivers. For example, multiple Bluetooth transceivers can allow the vehicle communication system to manage and identify more devices to determine the optimal connection strategy or designate transceivers to specific vehicle functions. The '560 Accused Instrumentalities include Bluetooth transceivers that provide for connection of multiple mobile devices to the vehicle. In addition, Toyota vehicles may also be equipped with Digital Key that enables the vehicle to communicate with a mobile device via Bluetooth Low Energy transceivers to provide for performance of various functions, such as unlocking and locking the vehicle doors and starting the vehicle. The digital key pairing process is separate from the process used to pair the smartphone with the vehicle's infotainment system.<br><br>Exemplary Sources[2]<br>https://support.toyota.com/s/article/What-is-Digital-Key-Toyota?language=en_US<br>https://support.lexus.com/s/article/What-is-Digital-Key<br>https://www.youtube.com/watch?v=jOLU2Cwym6g&list=PLsOvRYzJPCwWa2XJu8b0ZXLoNwBF4RZiv&index=5 |

---

[1] These allegations are exemplary and AutoConnect reserves the right to supplement them as the case progresses through discovery and the claim construction process.
[2] The sources identified herein are merely exemplary.

# EXHIBIT F3 - U.S. PATENT 9,140,560
## Infringement Claim Chart

| U.S. Patent 9,140,560 | | Toyota Infringing Activities[1] |
|---|---|---|
| | | https://www.toyota.com/content/dam/toyota/owners/amcs/pdf/new/Apple_CarPlay_Android-Auto-How-To-Guide.pdf<br>https://www.youtube.com/watch?v=CaPRCM5NGAQ<br>https://www.youtube.com/watch?v=1mmN1wTTUdQ |
| 11B | a communication system comprising:<br><br>two or more communication modules; | Toyota vehicles are equipped with a communication system comprising two or more communication modules. The specification describes exemplary communication modules that can be associated with various communication systems, such as Bluetooth transceivers and WiFi transceivers. *E.g.*, 15:1-15:8, 15:22-28, 23:28-24:35; and Figs. 5, 9-11. For example, Toyota vehicles provide transceivers and supporting software for WiFi connectivity and Bluetooth connectivity with connected devices.<br><br>Additionally, Apple CarPlay and Android Auto applications installed on vehicles can detect a mobile device connected via Bluetooth and/or WiFi and then set up a communication session for purposes of providing Apple CarPlay and Android Auto functionality. Toyota vehicles can also communicate with mobile devices via Bluetooth Low Energy to provide digital key functionality.<br><br>Exemplary Sources<br>https://support.toyota.com/s/article/What-is-Digital-Key-Toyota?language=en_US<br>https://support.lexus.com/s/article/What-is-Digital-Key<br>https://www.youtube.com/watch?v=jOLU2Cwym6g&list=PLsOvRYzJPCwWa2XJu8b0ZXLoNwBF4RZiv&index=5<br>https://www.toyota.com/content/dam/toyota/owners/amcs/pdf/new/Apple_CarPlay_Android-Auto-How-To-Guide.pdf<br>https://www.youtube.com/watch?v=CaPRCM5NGAQ<br>https://www.youtube.com/watch?v=1mmN1wTTUdQ<br>https://www.youtube.com/watch?v=3Gr8sVjAKlg |
| 11C | a signal processor; | The '560 Accused Instrumentalities are equipped with a signal processor that is operable to perform the functions identified in Rows 11D-11I below. A signal processor, for example, can be responsible for handling and managing the flow of data and signals between communication modules, devices, and systems within the vehicle. It performs various processing tasks to enable communication and |

# EXHIBIT F3 - U.S. PATENT 9,140,560
## Infringement Claim Chart

| U.S. Patent 9,140,560 | Toyota Infringing Activities[1] |
|---|---|
| | control functions in the system, particularly in relation to external devices and applications. In the '560 Accused Instrumentalities, for example, a signal processor facilitates communications between the vehicle and the mobile device to enable Apple CarPlay and Android Auto functionality applications. This can be seen, for example, when a CarPlay session is established and information is sent in both directions between the vehicle and the mobile device through communication protocols.<br><br>![Diagram showing Car and iPhone connected via Communication Protocols, Video, Audio, Audio with CarPlay]<br><br>In addition, the signal processor facilitates transmission of both audio and video from the mobile device to the '560 Accused Instrumentalities. The signal processor also facilitates transmission of vehicle sensor information and audio (such as voice command audio data) from the '560 Accused Instrumentalities to the mobile device. The following diagrams below illustrate the (wired or wireless) connection created by the '560 Accused Instrumentalities running Apple CarPlay and a mobile device. |

# EXHIBIT F3 - U.S. PATENT 9,140,560
## Infringement Claim Chart

| U.S. Patent 9,140,560 | Toyota Infringing Activities[1] |
|---|---|
|  |  The '560 Accused Instrumentalities running Android Auto establish communication between the '560 Accused Instrumentalities and the connected mobile device in a manner that is materially similar to Apple CarPlay. For example, the signal processor of the '560 Accused Instrumentalities facilities communication with the mobile device using connection protocols that enable audio and sensor information to be transmitted from the '560 Accused Instrumentalities to the device. |

# EXHIBIT F3 - U.S. PATENT 9,140,560
## Infringement Claim Chart

| U.S. Patent 9,140,560 | | Toyota Infringing Activities[1] |
|---|---|---|
| | | **Protocols of Communication**<br><br>Engineers who build Android Auto devices (like infotainment systems) and Android accessories (like smartphones) work with the AOA protocol. What exactly is the AOA protocol?<br><br>An Android accessory that connects to an Android device through USB should support the AOA (Android Open Accessory) protocol. Since Android devices have low power output, AOA necessitates the accessory to act as a USB host. The Android device will be the USB accessory. AOA is available in 2 versions – AOAv1 (for generic accessory communication) and AOAv2 (for human interface device capabilities).<br><br>Older Android devices can act only as USB devices; they cannot initiate connections with external USB devices. The main advantage offered by AOA is that it enables engineers to build accessories which can initiate connections and also, interact with a wide range of Android devices.<br><br>If the Android accessory connects with the Android device through Bluetooth, connection profiles/protocols that are supported by Android can be used - For example, Advanced Audio Distribution Profile (A2DP) and Simple Serial Protocol (SSP).<br><br>Exemplary Sources<br>https://android-developers.googleblog.com/2023/05/whats-new-with-android-for-cars.html<br>https://developer.android.com/training/cars/apps#carsensors<br>https://developer.android.com/training/cars/testing/dhu#sensor-configuration<br>https://developer.apple.com/videos/play/wwdc2016/722/<br>https://developer.apple.com/videos/play/wwdc2016/723/<br>https://www.embitel.com/blog/embedded-blog/what-is-android-auto-how-is-it-transforming-in-vehicle-experiences<br>https://support.lexus.com/s/article/Apple-CarPlay-10846<br>https://support.lexus.com/s/article/Android-Auto-10845<br>https://www.youtube.com/watch?v=CaPRCM5NGAQ |
| 11D | wherein the signal processor is operable to: | The '560 Accused Instrumentalities include a signal processor that is operable to determine at least one of available resources, available devices, and available sources. For example, the '560 Accused Instrumentalities running Apple CarPlay and Android Auto programs detect mobile devices connected |

# EXHIBIT F3 - U.S. PATENT 9,140,560
## Infringement Claim Chart

| U.S. Patent 9,140,560 | Toyota Infringing Activities[1] |
|---|---|
| determine one or more of available resources, available devices, and available sources; | via Bluetooth and/or WiFi and establish communication sessions. The signal processor determines device availability for which an Apple CarPlay or Android Auto communication session can be established. In addition, the signal processor determines application resources available on the mobile device, a representation of which is provided on the in-vehicle display. For example, once the signal processor determines device and resource availability, the vehicle display shows an active Apple CarPlay or Android Auto button.<br><br>The Apple CarPlay button is the most important indication that CarPlay is available. As soon as CarPlay starts, the Apple CarPlay button must become active in your top level menu.<br><br>And the Apple CarPlay must only appear when iPhone is connected and CarPlay is active.<br><br>Be sure to hide the Apple CarPlay button when iPhone is disconnected.<br><br>And they also show the Apple CarPlay button in an enabled state when CarPlay is active and in a disabled state when CarPlay is inactive. |

6

# EXHIBIT F3 - U.S. PATENT 9,140,560
## Infringement Claim Chart

| U.S. Patent 9,140,560 | | Toyota Infringing Activities[1] |
|---|---|---|
| | | *See also* Row 11C.<br><br>Exemplary Sources<br>https://www.androidpolice.com/android-auto-vs-car-play/<br>https://developer.apple.com/videos/play/wwdc2016/722/<br>https://www.youtube.com/watch?v=3Gr8sVjAKlg<br>https://www.youtube.com/watch?v=AU_dA2V0Qig<br>https://www.apple.com/ios/carplay/<br>https://www.youtube.com/watch?v=CaPRCM5NGAQ<br>https://www.youtube.com/watch?v=e7QqzkTCQEU&t=33s |
| 11E | determine cloud services connected to the available resources, available devices, and available sources; instructions to receive, from the device, data from the cloud service; and | The '560 Accused Instrumentalities include a signal processor that is operable to determine cloud services connected to the available resources, available devices, and available sources. For example, the signal processor detects applications that involve cloud services on the mobile device available through Apple CarPlay, such as Apple Music, Apple Podcasts, and Apple Maps. Similarly, the signal processor detects applications that involve cloud services on the mobile device available through Android Auto such as Google maps, Waze, Audible, Spotify, Pandora, and iHeartRadio. |

7

# EXHIBIT F3 - U.S. PATENT 9,140,560
# Infringement Claim Chart

| U.S. Patent 9,140,560 | | Toyota Infringing Activities[1] |
|---|---|---|
| | | *See also* Rows 11C and 11D.<br><br>Exemplary Sources<br>https://www.androidauthority.com/best-android-auto-apps-974891/ (Android Auto)<br>https://play.google.com/store/apps/editorial_collection/promotion_topic_3003388_androidauto_baselist?jsmode=du (listing applications compatible with Android Auto).<br>https://www.youtube.com/watch?v=CaPRCM5NGAQ&list=PLsOvRYzJPCwWa2XJu8b0ZXLoNwBF4RZiv&index=12<br>https://support.lexus.com/s/article/Android-Auto-10845 |
| 11F | receive input on a user interface of the vehicle, wherein the input requests a cloud service; | The '560 Accused Instrumentalities include a signal processor that is operable to receive input on a user interface of the vehicle corresponding to a request for a cloud service. For example, the '560 Accused Instrumentalities provide for user input that requests a cloud service available through Apple CarPlay or Android Auto via a touchscreen provided on the dashboard of the '560 Accused Instrumentalities. In some cases, users may also request cloud services through other interfaces on the '560 Accused Instrumentalities, such as via sensors that receive voice request. The signal processor receives information corresponding to those requests for further processing.<br><br>*See also* Rows 11C through 11E.<br><br>Exemplary Sources<br>https://developer.apple.com/videos/play/wwdc2016/722/<br>https://www.youtube.com/watch?v=XihTnaHOh8Y<br>https://www.youtube.com/watch?v=6eZhZfRj2mA&t=1s<br>https://www.youtube.com/watch?v=Pau-XMpXwpU |
| 11G | route the input to a device; | The '560 Accused Instrumentalities include a signal processor that can route the input to a device running Android Auto or Apple CarPlay. For example, the signal processor can route input received on the touchscreen or by sensors that receive voice requests to a connected device.<br><br>*See also* Rows 11C through 11F. |

# EXHIBIT F3 - U.S. PATENT 9,140,560
# Infringement Claim Chart

| U.S. Patent 9,140,560 | | Toyota Infringing Activities[1] |
|---|---|---|
| 11H | receive, from the device, data from the cloud service; and | The '560 Accused Instrumentalities include a signal processor that is operable to receive, from the device, data from the cloud service. For example, the signal processor of the '560 Accused Instrumentalities receives, through the communication link established during an Apple CarPlay or Android Auto session, data from a cloud service to be displayed on the vehicle's user interface, as well as data such as navigation information, audio, and video.<br><br>*See also* Rows 11C through 11G. |
| 11I | provide the data on a display of the vehicle. | The '560 Accused Instrumentalities include a signal processor that is operable to display the data on the display. For example, the signal processor provides the received data from the cloud service for display on the vehicle display.<br><br>*See also* Rows 11C through 11H<br><br>Exemplary Sources<br>https://www.youtube.com/watch?v=3Gr8sVjAKlg<br>https://www.youtube.com/watch?v=R274Uix-Qx0&list=PLsOvRYzJPCwWa2XJu8b0ZXLoNwBF4RZiv&index=17<br>https://www.youtube.com/watch?v=XihTnaHOh8Y |
| Row | Claim 16 | Apple CarPlay/Android Auto |
| 16A | A non-transitory computer readable medium having stored thereon computer-executable instructions, the computer executable instructions causing a processor to execute a method for providing a universal bus, the computer-executable instructions comprising: | The '560 Accused Instrumentalities include a non-transitory computer readable medium having stored thereon computer-executable instructions, which include instructions that cause a processor to execute a method for providing a universal bus as described in Rows 16B-16G. The universal bus provided by the '560 Accused Instrumentalities allows the '560 Accused Instrumentalities and a mobile device to exchange communications, data, and other information through Apple CarPlay and Android Auto applications equipped on the '560 Accused Instrumentalities.<br><br>*See* also Claim 11, Rows 11A and 11C. |

# EXHIBIT F3 - U.S. PATENT 9,140,560
# Infringement Claim Chart

| U.S. Patent 9,140,560 | | Toyota Infringing Activities[1] |
|---|---|---|
| 16B | instructions to determine one or more of available resources, available devices, and available sources; | The '560 Accused Instrumentalities include instructions to determine one or more of available resources, available devices, and available sources. For example, when an Apple CarPlay or Android Auto session is established, the instructions cause the processor to determine available devices, such as a mobile device, and available application sources.<br><br>*See also* Claim 11, Row 11D. |
| 16C | instructions to determine cloud services connected to the available resources, available devices, and available sources; | The '560 Accused Instrumentalities include instructions to determine cloud services connected to the available resources, available devices, and available sources. For example, , the signal processor detects applications that involve cloud services on the mobile device available through Apple CarPlay, such as Apple Music, Apple Podcasts, and Apple Maps. Similarly, the signal processor detects applications that involve cloud services on the mobile device available through Android Auto such as Google maps, Waze, Audible, Spotify, Pandora, and iHeartRadio.<br><br>*See also* Claim 11, Row 11E. |
| 16D | instructions to receive input on a user interface of the vehicle, wherein the input requests a cloud service; | The '560 Accused Instrumentalities include instructions to receive input on a user interface of the vehicle corresponding to a request for a cloud service. For example, the '560 Accused Instrumentalities provide instructions to receive user input that requests a cloud service available through Apple CarPlay or Android Auto via a touchscreen provided on the dashboard of the '560 Accused Instrumentalities. In some cases, the '560 Accused Instrumentalities provide instructions to receive requests for cloud services through other interfaces on the '560 Accused Instrumentalities, such as via sensors that receive voice request. The signal processor receives information corresponding to those requests for further processing.<br><br>*See also* Claim 11, Row 11F. |

# EXHIBIT F3 - U.S. PATENT 9,140,560
# Infringement Claim Chart

| U.S. Patent 9,140,560 | | Toyota Infringing Activities[1] |
|---|---|---|
| 16E | instructions to route the input to a device; | The '560 Accused Instrumentalities include instructions to route information corresponding to the received input to a device. For example, the '560 Accused Instrumentalities include instructions to route input received via a touchscreen provided on the dashboard of the '560 Accused Instrumentalities that requests a cloud service to a device having Apple CarPlay or Android Auto. In some cases, the '560 Accused Instrumentalities provide instructions to route input received through other interfaces on the '560 Accused Instrumentalities, such as via sensors that receive voice request, that requests a cloud services. The signal processor receives information corresponding to those requests for further processing.<br><br>*See also* Claim 11, Row 11G. |
| 16F | instructions to receive, from the device, data from the cloud service; and | The '560 Accused Instrumentalities include instructions to receive, from the device, data from the requested cloud service. For example, the '560 Accused Instrumentalities provide instructions to receive data from clouds services that are connected to the device.<br><br>*See also* Claim 11, Row 11H. |
| 16G | instructions to provide the data on a display of the vehicle. | The '560 Accused Instrumentalities include instructions to provide data from the requested cloud service on a display of the '560 Accused Instrumentalities. For example, the '560 Accused Instrumentalities display data such as video, graphics, or navigation information, on a touchscreen display of the '560 Accused Instrumentalities.<br><br>*See* also Claim 11, Row 11I. |