# EXHIBIT G2 - U.S. PATENT 9,147,296
## Accused Instrumentalities

| Model Year 2022 | Model Year 2023 | Model Year 2024/25 |
|---|---|---|
| Lexus ES | Lexus ES | Lexus ES |
| Lexus GX | Lexus GX | Lexus GX |
| Lexus IS | Lexus IS | Lexus IS |
| Lexus LC | Lexus LC | Lexus LC |
| Lexus LS | Lexus LS | Lexus LS |
| Lexus LX | Lexus LX | Lexus LX |
| Lexus NX | Lexus NX | Lexus NX |
| Lexus RC | Lexus RC | Lexus RC |
| Lexus RX | Lexus RX | Lexus RX |
| Lexus UX | Lexus RZ | Lexus RZ |
| Toyota 4Runner | Lexus UX | Lexus TX |
| Toyota Avalon | Toyota 4Runner | Lexus UX |
| Toyota Camry | Toyota bZ4X | Toyota 4Runner |
| Toyota C-HR | Toyota Camry | Toyota bZ4X |
| Toyota Corolla | Toyota Corolla | Toyota Camry |
| Toyota Corolla Cross | Toyota Corolla Cross | Toyota Corolla |
| Toyota GR86 | Toyota Crown | Toyota Corolla Cross |
| Toyota Highlander | Toyota GR86 | Toyota Crown |
| Toyota Mirai | Toyota Highlander | Toyota GR86 |
| Toyota Prius | Toyota Mirai | Toyota Grand Highlander |
| Toyota RAV4 | Toyota Prius | Toyota Highlander |
| Toyota Sequoia | Toyota RAV4 | Toyota Land Cruiser |
| Toyota Sienna | Toyota Sequoia | Toyota Mirai |
| Toyota Supra | Toyota Sienna | Toyota Prius |
| Toyota Tacoma | Toyota Supra | Toyota RAV4 |
| Toyota Tundra | Toyota Tacoma | Toyota Sequoia |
| Toyota Venza | Toyota Tundra | Toyota Sienna |
| | Toyota Venza | Toyota Supra |
| | | Toyota Tacoma |
| | | Toyota Tundra |
| | | Toyota Venza |