# EXHIBIT G3 - U.S. PATENT 9,147,296
## Infringement Claim Chart

| U.S. Patent 9,147,296 | | Toyota Infringing Activities[1] |
|---|---|---|
| **Row** | **Claim 7** | **Toyota Vehicles with User Profiles** |
| 7A | A method, comprising:<br><br>determining a location inside a vehicle associated with a user; | Toyota has made, used, sold, offered for sale, and/or imported and are currently making, using, selling, offering for sale, and/or importing vehicles, vehicle systems (including in-vehicle multimedia systems), mobile applications (including the Toyota App), and hardware and software components thereof, including non-transitory computer-readable media that store computer-executable instructions and hardware and software that enable User Profiles in Toyota vehicles, in certain makes and models from the 2022 model year to the present, including those listed in Exhibit G2 ("the '296 Accused Instrumentalities").<br><br>The '296 Accused Instrumentalities determine a location inside a vehicle associated with a user. For example, the '296 Accused Instrumentalities include a Multimedia user profile feature that can automatically load a user's driver settings, such as seat settings, by one of several recognition mechanisms when the vehicle is started. For example, the '296 Accused Instrumentalities can detect a user's mobile device using hardware and software, such as a Bluetooth antenna located in the Multimedia system and associated software that determines the mobile device is in an area of the vehicle and whether there is an associated user account. When a paired mobile device with an associated user account is detected by the vehicle, the '296 Accused Instrumentalities determine that the user associated with the account is located in the driver's seat. As another example, the '296 Accused Instrumentalities may include a Digital Key feature that enables the use of a Bluetooth-paired mobile device to lock, unlock, and/or start the vehicle. The mobile device with Digital Key is linked to the user's account through the Toyota App and recognized by the vehicle via Bluetooth transceivers, which causes the vehicle to load the driver profile associated with the Digital Key, including any saved driver seat settings. As another example, Toyota vehicles with Multimedia user profiles also have a driver-facing camera that is programmed to recognize the face of the user in the driver seat and load a profile associated with the user. |

---

[1] These allegations are exemplary and AutoConnect reserves the right to supplement them as the case progresses through discovery and the claim construction process.

# EXHIBIT G3 - U.S. PATENT 9,147,296
## Infringement Claim Chart

| U.S. Patent 9,147,296 | Toyota Infringing Activities[1] |
|---|---|
|  | A User Profile is created when you register an account within the Toyota app. Used on select model year 2022 & newer vehicles, User Profile allows for you & other drivers of the vehicle to customize their driving experience. Personalized settings and preferences stored in your profile are accessed when the vehicle recognizes the profile using any one of the identification devices supported.<br><br>Conveniently save a total of three (3) User profiles to a vehicle, one (1) Primary Driver & two (2) additional User Profiles. Each is tailored to their individual preferences and settings. The multimedia system in the vehicle first detects your profile when your Toyota app is open and signed in, and Bluetooth® is enabled on your smartphone. Once your profile is saved to the vehicle's multimedia system it can be linked to your mobile phone or smart key fob so it is detected automatically when you enter the vehicle. For additional assistance with User Profile, please visit our Audio & Connected Services Support Tool or reference your Owner's Manual.<br><br>Driver settings in the vehicle are saved to the User profile and can be carried along with you when switching between select model year 2022 and newer vehicles.<br><br>· Your radio and preset favorites<br>· Your preferences such as display day/night mode, seat settings, language<br>· Use your account PIN to easily sign in when your profile has been detected<br>· You can quickly sign out to Guest mode when using services like Valet<br>· Use various devices such as a smartphone Bluetooth® device, smart key/key fob, Digital Key, or Driver Monitor Face Identification to sign into your profile automatically<br><br>Note: Driver Monitor Camera Face Identification is only available on select model year 2023 and new vehicles. Digital Key is only available on select model year 2022 and newer vehicles. For additional assistance on your vehicle's features and capabilities please visit our Audio & Connected Services Support Tool or reference your Owner's Manual. |

# EXHIBIT G3 - U.S. PATENT 9,147,296
## Infringement Claim Chart

| U.S. Patent 9,147,296 | | Toyota Infringing Activities[1] |
|---|---|---|
| | | **What type of devices can be used to load my saved User Profile when I get into my vehicle?**<br><br>On select model year 2022 and newer vehicles are equipped with the User Profile feature. You can link a smartphone or smart key / key fob to identify your saved profile automatically when detected by your vehicle. To link a Smartphone to your profile, select 'Settings' (gear icon), then 'Personal info' and 'Link devices'. Continue following the instruction on the display to complete.<br><br>To link a smart key / key card to your profile, select 'Settings' (gear icon), then 'Personal info' and enable the 'Link key' while your smart key / key card is in the vehicle with you.<br><br>Note: Your User Profile is associated with your Digital Key and allows your profile to be loaded automatically. No further setup required.<br><br>Exemplary Sources[2]<br>https://www.youtube.com/watch?v=1mmN1wTTUdQ<br>https://support.toyota.com/s/article/What-is-a-User-Profile?language=en_US<br>https://support.toyota.com/s/article/Toyota-App-User-Profi-10737?language=en_US<br>https://support.toyota.com/s/article/How-do-I-set-up-my-ve-10883?language=en_US<br>https://toyotaaudioandconnectedservicessupport.com/toyota/feature/Digital%20Key/57384aa0-ee3f-11ec-b6b0-95bb90f1bc59?model=Toyota%20Crown&year=2023 |
| 7B | determining at least one vehicle control associated with the location inside the vehicle; | In loading the profile of the determined user, the '296 Accused Instrumentalities determine vehicle control settings associated with driver's seat position. For example, the profile can store preferred settings for various vehicle controls associated with the driver seat of the vehicle, such as seat position and mirror position.<br><br>*See also* Row 7A. |

---

[2] The sources identified herein are merely exemplary.

# EXHIBIT G3 - U.S. PATENT 9,147,296
## Infringement Claim Chart

| U.S. Patent 9,147,296 | | Toyota Infringing Activities[1] |
|---|---|---|
| 7C | referring to a user profile memory associated with the user for vehicle control settings; | The '296 Accused Instrumentalities store the user profile and associated settings onboard the vehicle in memory and/or in the cloud and refer to this memory to update the vehicle control settings. When the user is recognized and determined by the '296 Accused Instrumentalities to be in the driver seat, the '296 Accused Instrumentalities are programmed to refer to the profile for that user and determine whether any vehicle control settings are saved in the profile.<br><br>A User Profile is created when you register an account within the Toyota app. Used on select model year 2022 & newer vehicles, User Profile allows for you & other drivers of the vehicle to customize their driving experience. Personalized settings and preferences stored in your profile are accessed when the vehicle recognizes the profile using any one of the identification devices supported.<br><br>Conveniently save a total of three (3) User profiles to a vehicle, one (1) Primary Driver & two (2) additional User Profiles. Each is tailored to their individual preferences and settings. The multimedia system in the vehicle first detects your profile when your Toyota app is open and signed in, and Bluetooth® is enabled on your smartphone. Once your profile is saved to the vehicle's multimedia system it can be linked to your mobile phone or smart key fob so it is detected automatically when you enter the vehicle. For additional assistance with User Profile, please visit our Audio & Connected Services Support Tool or reference your Owner's Manual. |

# EXHIBIT G3 - U.S. PATENT 9,147,296
## Infringement Claim Chart

| U.S. Patent 9,147,296 | | Toyota Infringing Activities[1] |
|---|---|---|
| | | Driver settings in the vehicle are saved to the User profile and can be carried along with you when switching between select model year 2022 and newer vehicles.<br><br>· Your radio and preset favorites<br>· Your preferences such as display day/night mode, seat settings, language<br>· Use your account PIN to easily sign in when your profile has been detected<br>· You can quickly sign out to Guest mode when using services like Valet<br>· Use various devices such as a smartphone Bluetooth® device, smart key/key fob, Digital Key, or Driver Monitor Face Identification to sign into your profile automatically<br><br>Note: Driver Monitor Camera Face Identification is only available on select model year 2023 and new vehicles. Digital Key is only available on select model year 2022 and newer vehicles. For additional assistance on your vehicle's features and capabilities please visit our Audio & Connected Services Support Tool or reference your Owner's Manual.<br><br>*See also* Row 7A.<br><br>Exemplary Sources<br>https://support.toyota.com/s/article/What-is-a-User-Profile?language=en_US<br>https://support.toyota.com/s/article/Toyota-App-User-Profi-10735?language=en_US<br>https://support.toyota.com/s/article/What-are-the-key-features-of-a-User-Profile?language=en_US<br>https://www.toyota.com/owners/warranty-owners-manuals/digital/article/mirai/2023/om62112u/ksx1656552989289/<br>https://support.toyota.com/s/article/PIN-Popups?language=en_US |
| 7D | determining, based at least partially on the vehicle control settings, to adjust the at least one vehicle control associated with the location inside the vehicle; and | The '296 Accused Instrumentalities identify the current vehicle control settings and determine any settings associated with the driver seat position that need to be adjusted to match the saved user profile settings. For example, the '296 Accused Instrumentalities execute instructions that determine how the identified vehicle control settings must be adjusted to match the vehicle control settings associated with the determined location inside the vehicle saved in the user profile. For example, the '296 Accused Instrumentalities compares the state of vehicle controls for the driver seat at vehicle start, |

# EXHIBIT G3 - U.S. PATENT 9,147,296
## Infringement Claim Chart

| U.S. Patent 9,147,296 | | Toyota Infringing Activities[1] |
|---|---|---|
| | | such as seat positions and/or mirror positions, with the saved settings in the user profile and determines whether any adjustments are necessary for the vehicle controls to match the saved settings. *See also* Rows 7A-7C. |
| 7E | providing an adjustment output to a vehicle control system, wherein the vehicle control system is adapted to control the at least one vehicle control associated with the location inside the vehicle, wherein the at least one vehicle control is adjusted via the adjustment output to match the vehicle control settings in the user profile memory. | Upon determining a driver seat setting that needs to be adjusted to match the saved user profile settings, the '296 Accused Instrumentalities provide an adjustment output to the vehicle control system to update that setting. For example, after the vehicle control system of the '296 Accused Instrumentalities determines any settings for vehicle controls that differ from settings saved in the user's profile, the '296 Accused Instrumentalities executes instructions that cause the vehicle control system to adjust the vehicle controls to match the settings in the profile, such as by sending signals to motors and actuators in the vehicle to mechanically adjust the mirror positions or driver seat position. *See also* Rows 7A-7D. |
| Row | Claim 8 | Toyota Vehicles with User Profiles |
| 8A | A non-transitory computer readable medium having instructions stored thereon that, when executed by a processor, perform a method comprising: determining a location inside a vehicle associated with a user; | The '296 Accused Instrumentalities include instructions to perform the steps set forth in claim 8 that are stored in memory for operation by a processor located inside the vehicle. *See also* Claim 7, Rows 7A and 7C. |
| 8B | determining at least one vehicle control associated with the location inside the vehicle; | The '296 Accused Instrumentalities determine at least one vehicle control associated with a location inside the vehicle. *See* Claim 7, Row 7B. |

6

# EXHIBIT G3 - U.S. PATENT 9,147,296
## Infringement Claim Chart

| | U.S. Patent 9,147,296 | Toyota Infringing Activities[1] |
|---|---|---|
| 8C | referring to a user profile memory associated with the user for vehicle control settings; | The '296 Accused Instrumentalities refer to a user profile memory associated with the user for vehicle control settings.<br><br>*See* Claim 7, Row 7C. |
| 8D | determining, based at least partially on the vehicle control settings, to adjust the at least one vehicle control associated with the location inside the vehicle; and | The '296 Accused Instrumentalities determine, based at least partially on the vehicle control settings, to adjust the at least one vehicle control associated with the location inside the vehicle.<br><br>*See* Claim 7, Row 7D. |
| 8E | providing an adjustment output to a vehicle control system, wherein the vehicle control system is adapted to control the at least one vehicle control associated with the location inside the vehicle, wherein the at least one vehicle control is adjusted via the adjustment output to match the vehicle control settings in the user profile memory. | The '296 Accused Instrumentalities provide an adjustment output to a vehicle control system, wherein the vehicle control system is adapted to control the at least one vehicle control associated with the location inside the vehicle, wherein the at least one vehicle control is adjusted via the adjustment output to match the vehicle control settings in the user profile memory.<br><br>*See* Claim 7, Row 7E. |
| Row | Claim 14 | **Toyota Vehicles with User Profiles** |
| 14A | A vehicle control system, comprising:<br><br>a profile identification module contained in a memory and executed by a processor of the | The '296 Accused Instrumentalities each include a vehicle control system that includes a profile identification module that is stored in memory and performs the steps recited in Claim 14, including detection of a mobile device that has been associated with a user profile as corresponding to the driver's seat position of the vehicle. The specification describes a profile identification module at, for example, 7:8-24; 8:30-46; and 41:65-42:32. |

7

# EXHIBIT G3 - U.S. PATENT 9,147,296
## Infringement Claim Chart

| U.S. Patent 9,147,296 | | Toyota Infringing Activities[1] |
|---|---|---|
| | vehicle control system, the profile identification module configured to determine a location inside a vehicle associated with a user, | *See also* Claim 7, Rows 7A-7C. |
| 14B | determine at least one vehicle control associated with the location inside the vehicle, | As explained previously, the '296 Accused Instrumentalities determine at least one vehicle control associated with a location inside the vehicle.<br><br>*See* Claim 7, Row 7B. |
| 14C | refer to a user profile memory associated with the user for vehicle control settings, and | The '296 Accused Instrumentalities refer to a user profile memory associated with the user for vehicle control settings.<br><br>*See* Claim 7, Row 7C. |
| 14D | determine, based at least partially on the vehicle control settings, to adjust the at least one vehicle control associated with the location inside the vehicle, | The '296 Accused Instrumentalities determine, based at least partially on the vehicle control settings, to adjust the at least one vehicle control associated with the location inside the vehicle.<br><br>*See* Claim 7, Row 7D. |
| 14E | provide an adjustment output to the vehicle control system, wherein the vehicle control system is adapted to control the at least one vehicle control associated with the location inside the vehicle, wherein the at least one vehicle control is adjusted via the adjustment output to match the | The '296 Accused Instrumentalities provide an adjustment output to a vehicle control system, wherein the vehicle control system is adapted to control the at least one vehicle control associated with the location inside the vehicle, wherein the at least one vehicle control is adjusted via the adjustment output to match the vehicle control settings in the user profile memory.<br><br>*See* Claim 7, Rows 7A and 7E. |

# EXHIBIT G3 - U.S. PATENT 9,147,296
## Infringement Claim Chart

| U.S. Patent 9,147,296 | Toyota Infringing Activities[1] |
|---|---|
| vehicle control settings in the user profile memory. | |