# EXHIBIT H3 - U.S. PATENT 9,290,153
## Infringement Claim Chart

| U.S. Patent 9,290,153 | | Toyota Infringing Activities[1] |
|---|---|---|
| **Row** | **Claim 1** | **Toyota Multimedia System with Apple CarPlay or Android Auto** |
| 1A | A method, comprising:<br><br>discovering, by a microprocessor executing a microprocessor executable device discovery daemon, one or more communication devices connected wirelessly to a network and/or communication subsystem of a vehicle; | Toyota has made, used, sold, offered for sale, and/or imported and are currently making, using, selling, offering for sale, and/or importing vehicles, vehicle communication systems (including an in-vehicle multimedia system), and hardware and software components thereof, including non-transitory computer readable media that store computer-executable instructions and hardware and software that enable Apple CarPlay and/or Android Auto in Toyota vehicles, in certain makes and models from the 2019 model year to the present, including those listed in Exhibit H2 ("the '153 Accused Instrumentalities").<br><br>The '153 Accused Instrumentalities discover, by a microprocessor executing a microprocessor executable device discovery daemon, one or more communication devices connected wirelessly to a network and/or communication subsystem of a vehicle.  The '153 Accused Instrumentalities include a microprocessor-executable device discovery daemon that, for example, detects, identifies, and manages devices wirelessly connected to a network and/or communication subsystem of a vehicle.  For example, the device discovery daemon detects newly connected communication devices, such as a mobile device, or devices that are not yet recognized by the system.  The '153 Accused Instrumentalities include a network and a communication subsystem that allows communication devices to connect, for example, through a Bluetooth or WiFi wireless link.  The device discovery daemon, when executed by the microprocessor, determines whether a computation device is connected and/or attempting to connect to network and/or communication subsystems of the vehicle.  As one example, the device discovery daemon in the '153 Accused Instrumentalities determines that a mobile device has either established or is attempting to establish a communication link with a communication subsystem associated with Apple CarPlay and/or Android Auto applications installed in the vehicle. |

---

[1] These allegations are exemplary and AutoConnect reserves the right to supplement them as the case progresses through discovery and the claim construction process.

**EXHIBIT H3 - U.S. PATENT 9,290,153**
**Infringement Claim Chart**

| U.S. Patent 9,290,153 | Toyota Infringing Activities[1] |
|---|---|
| | The following passages from Toyota indicate that the device discovery daemon, when executed by the microprocessor, detects devices wirelessly connected to a network and/or to the Apple CarPlay or Android Auto communication subsystem.  They further indicate that various screen prompts may be used to pair the device to the network and communication subsystem, and, after the initial Bluetooth pairing, the discovery daemon automatically discovers such paired device(s).<br><br>**To establish wireless Apple CarPlay® connection:**<br>• Make sure that Bluetooth® on your iPhone® is turned on<br>• On your vehicle's multimedia screen, select Settings (gear icon) > 'Bluetooth® & devices' > 'Add another device' > 'Search for devices'<br>• Select your iPhone® name as it appears on list of discovered Bluetooth® devices<br>• Respond to the prompts on the multimedia screen to complete pairing your iPhone®. Select "Yes" when asked if you would like to enable CarPlay®<br>• You will be prompted on your iPhone® asking if you would like to use CarPlay®, select "use"<br>• Apple CarPlay® is launched. You can now use the compatible apps within CarPlay® to get directions, make calls, send/receive messages or listen to your favorite music apps.<br><br>**To establish wireless Android Auto™ connection:**<br>• Make sure that your Android™ Phone has Bluetooth® ON<br>• On the vehicle's multimedia screen select Settings (gear icon) > 'Bluetooth® & devices' > 'Add another device' > 'Search for devices'<br>• Select your phone's name as it appears on list of discovered Bluetooth® devices<br>• Check your Android™ phone for prompts and follow instructions on the phone<br>• Select "Yes" on the multimedia system when asked if you would like to enable Android Auto™ |

# EXHIBIT H3 - U.S. PATENT 9,290,153
## Infringement Claim Chart

| U.S. Patent 9,290,153 | Toyota Infringing Activities[1] |
|---|---|
| | <br><br>Exemplary Sources[2]<br>https://www.toyota.com/content/dam/toyota/owners/amcs/pdf/new/Apple_CarPlay_Android-Auto-How-To-Guide.pdf<br>https://www.youtube.com/watch?v=CaPRCM5NGAQ<br>https://support.lexus.com/s/article/Apple-CarPlay-10846<br>https://support.lexus.com/s/article/Android-Auto-10845<br>https://www.youtube.com/watch?v=sumhjdOKM90<br>https://www.prnewswire.com/news-releases/automotive-grade-linux-showcases-open-source-technology-and-software-defined-vehicle-at-ces-2023-301707708.html<br>https://docs.automotivelinux.org/en/pike/#04_Developer_Guides/01_Application_Framework/01_Introduction/<br>https://www.bluez.org/about/ |

---

[2] The sources identified herein are merely exemplary.

**EXHIBIT H3 - U.S. PATENT 9,290,153**
**Infringement Claim Chart**

| U.S. Patent 9,290,153 | | Toyota Infringing Activities[1] |
|---|---|---|
| 1B | for each of the discovered one or more communication devices, populating, by the microprocessor executing the device discovery daemon, system data with device information and capabilities; and | The microprocessor executing the device discovery daemon of the '153 Accused Instrumentalities populates system data with device information and capabilities for each of the discovered one or more communication devices.  For example, the microprocessor executing the device discovery daemon populates system data with device information such as the signal strength and battery level of the mobile device, which can be seen on the vehicle's display.  The microprocessor executing the device discovery daemon also populates system data with device capabilities, such as whether the device can provide access to services through Apple CarPlay or Android Auto.<br><br><br><br>The '153 Accused Instrumentalities are equipped with Apple CarPlay and/or Android Auto applications that create a communication session between the vehicle and the mobile device that involves updating the system data with device capabilities, such as the ability to transmit information to the vehicle that permits viewing and operating applications through the vehicle display and the ability to receive information from the vehicle, such as sensor information, through Apple CarPlay or Android Auto, as described in the following passages.<br>Apple CarPlay: |

4

**EXHIBIT H3 - U.S. PATENT 9,290,153**
**Infringement Claim Chart**

| U.S. Patent 9,290,153 | Toyota Infringing Activities[1] |
|---|---|
| | To support Hey Siri, the in-car microphone needs to be always active and undergo continuous voice processing.<br><br>The echo cancellation module runs all the time and removes any audio playing through the car's speakers as well as reduces background driving noise.<br><br>The process microphone data is sent to an audio ring buffer within the CarPlay communication plug-in which holds a couple of seconds of historical audio. This buffer is stored within the car until there is a trigger to send it to iPhone. So what is this trigger? In fact, there are two modules which can lead to audio exchange with iPhone. Both constantly analyze the process microphone data. One can trigger when the drive says Siri. That's the keyword detector. The other one triggers when the drive starts talking. That's the voice activity detector.<br><br>Both detectors must be available in the car as iPhone determines which one is used for a particular scenario.<br><br>Now let's say the keyword detector triggered so the car notifies iPhone through the communication plug-in.<br><br>iPhone opens a new audio stream called Aux In, requesting some historical audio data to be sent.<br><br>Sensor information is important to CarPlay.<br><br>CarPlay needs location information from the vehicle so that the map's app works well. Speed and GNSS information can be provided. Every vehicle needs to know its speed. Speed information is used by iPhone for dead reckoning and is critical if the vehicle does not have a GPS or GLONASS receiver. GNSS information includes latitude and longitude if the vehicle has that capability.<br><br>Satellite location information from the vehicle is used in addition to the iPhone's sensors to determine the location of the user. This data from the vehicle may be better since a larger antenna can be integrated into the car. This is the recommended configuration since it will result in the best maps user experience. Sending satellite location information to iPhone is required if the vehicle has the technology on board. GNSS information is also required for any system supporting wireless CarPlay since it's more likely that the phone will be in a pocket, bag, or somewhere where the phone itself has poor reception. |

5

**EXHIBIT H3 - U.S. PATENT 9,290,153**
**Infringement Claim Chart**

| U.S. Patent 9,290,153 | Toyota Infringing Activities[1] |
|---|---|
| | OK, so we have the full system. Now the question is how do those seemingly competing sub-systems work with each other? Let's understand it. First, let's look at how sensor data is exchanged. And we will take location data as an example. Location information includes data from a GPS receiver or sensor data like wheel speed or yield. The data reaches the device through iAP2, must be always available, and is requested by the phone when needed. CarPlay's appearance can change based on vehicle state, user settings, and time of day. For example, if your system shifts to a dark theme at night, your system simply informs CarPlay to change appearance based on time of day. And if your system activates night mode, CarPlay will automatically shift into a dark appearance. When the CarPlay UI is active, the unit is rendering the video stream on the primary display. And both the screen and the user input are used by the device. However, additional user controls on the steering wheel, like the Voice Recognition button, Next/Previous Track, may be linked to CarPlay even when the native UI is shown on the display. That way, Siri can be always launched or the next audio track played. |

**EXHIBIT H3 - U.S. PATENT 9,290,153**
**Infringement Claim Chart**

| U.S. Patent 9,290,153 | Toyota Infringing Activities[1] |
|---|---|
| | Android Auto:<br><br>The `CarSensors` class gives you access to the vehicle's accelerometer, gyroscope, compass, and location data. The availability of these values may depend on the OEM. The format for the data from the accelerometer, gyroscope, and compass is the same as you would get from the `SensorManager` API. For example, to check the vehicle's heading: |

**EXHIBIT H3 - U.S. PATENT 9,290,153**
**Infringement Claim Chart**

| U.S. Patent 9,290,153 | Toyota Infringing Activities[1] |
|---|---|
| | <table><tr><th>Name</th><th>Default</th><th>Type</th><th>Description</th></tr><tr><td>accelerometer</td><td>false</td><td>Boolean</td><td>Enable accelerometer sensor data.</td></tr><tr><td>compass</td><td>false</td><td>Boolean</td><td>Enable compass sensor data.</td></tr><tr><td>driving_status</td><td>false</td><td>Boolean</td><td>Enable driving status sensor data.</td></tr><tr><td>fuel</td><td>false</td><td>Boolean</td><td>Enable fuel sensor data.</td></tr><tr><td>gyroscope</td><td>false</td><td>Boolean</td><td>Enable gyroscope sensor data.</td></tr><tr><td>location</td><td>false</td><td>Boolean</td><td>Enable vehicle location sensor data.</td></tr><tr><td>night_mode</td><td>false</td><td>Boolean</td><td>Enable night mode sensor data.</td></tr><tr><td>odometer</td><td>false</td><td>Boolean</td><td>Enable odometer sensor data.</td></tr><tr><td>speed</td><td>false</td><td>Boolean</td><td>Enable speed sensor data.</td></tr><tr><td>toll_card</td><td>false</td><td>Boolean</td><td>Enable toll card sensor data.</td></tr><tr><td>gps_satellite</td><td>false</td><td>Boolean</td><td>Enable GPS satellite sensor data.</td></tr><tr><td>parking_brake</td><td>false</td><td>Boolean</td><td>Enable parking brake sensor data.</td></tr><tr><td>gear</td><td>false</td><td>Boolean</td><td>Enable gear sensor data.</td></tr></table> <br><br> Exemplary Sources <br> https://android-developers.googleblog.com/2023/05/whats-new-with-android-for-cars.html <br> https://developer.apple.com/videos/play/wwdc2016/722/ <br> https://developer.apple.com/videos/play/wwdc2019/252/ <br> https://developer.android.com/training/cars/apps#carsensors <br> https://developer.android.com/training/cars/testing/dhu#sensor-configuration <br> https://developer.android.com/guide/topics/connectivity/bluetooth |

**EXHIBIT H3 - U.S. PATENT 9,290,153**
**Infringement Claim Chart**

| U.S. Patent 9,290,153 | | Toyota Infringing Activities[1] |
|---|---|---|
| | | https://www.embitel.com/blog/embedded-blog/what-is-android-auto-how-is-it-transforming-in-vehicle-experiences <br> https://developer.apple.com/videos/play/wwdc2016/723/ <br> https://developer.apple.com/videos/play/wwdc2023/10150/ <br> https://www.youtube.com/watch?v=CaPRCM5NGAQ <br> https://www.youtube.com/watch?v=sumhjdOKM90 |
| 1C | refreshing, by the microprocessor executing a microprocessor executable desktop manager, graphical elements of a graphical display of the vehicle to reflect the discovered one or more communication devices. | The '153 Accused Instrumentalities include a microprocessor that executes a desktop manager that refreshes graphical elements of a graphical display of the vehicle to reflect the discovered one or more communication devices.  The desktop manager of the '153 Accused Instrumentalities manages the graphical user interface for the vehicle's display.  For example, when a communication device is discovered, the processor executes a desktop manager that receives data concerning the compatible Apple CarPlay or Android Auto device to refresh graphical elements of the vehicle display.  The graphical elements of the dashboard display refresh from the native display to a display corresponding to CarPlay or Android Auto environment including icons reflecting applications available on the connected device that can be accessed through the Apple CarPlay or Android Auto connection, and/or an active icon that can be used to launch the Apple CarPlay or Android Auto programs.  Examples of the refreshed graphical elements of the dashboard display can be seen in the following illustrations: |

# EXHIBIT H3 - U.S. PATENT 9,290,153
## Infringement Claim Chart

| U.S. Patent 9,290,153 | Toyota Infringing Activities[1] |
|---|---|
| |  |

**EXHIBIT H3 - U.S. PATENT 9,290,153**
**Infringement Claim Chart**

| U.S. Patent 9,290,153 | Toyota Infringing Activities[1] |
|---|---|
| | <br><br>*See also* Rows 1A and 1B.<br><br>Exemplary sources<br>https://www.youtube.com/watch?v=CaPRCM5NGAQ<br>https://www.youtube.com/watch?v=sumhjdOKM90 |

| Row | Claim 11 | Toyota Multimedia System with Apple CarPlay or Android Auto |
|---|---|---|
| 11 | A non-transitory and tangible computer readable medium comprising processor executable instructions that, when executed, perform the steps of claim 1. | The '153 Accused Instrumentalities include a non-transitory and tangible computer readable medium comprising processor executable instructions that, when executed, perform the steps of claim 1, as described in Rows 1A-1C.<br><br>*See* Claim 1. |

**EXHIBIT H3 - U.S. PATENT 9,290,153**
**Infringement Claim Chart**

| Row | Claim 12 | Toyota Multimedia System with Apple CarPlay or Android Auto |
|-----|----------|------------------------------------------------------------|
| 12A | A vehicle, comprising:<br>a microprocessor; | The '153 Accused Instrumentalities include a vehicle. Additionally, the '153 Accused Instrumentalities comprise a microprocessor that executes a device discovery daemon.<br><br>*See* Claim 1, Rows 1A. |
| 12B | a network and/or communication subsystem of a vehicle; | The '153 Accused Instrumentalities include a network and/or communication subsystem of a vehicle, such as a Bluetooth network and/or a WiFi network, and an Android Auto or Apple CarPlay communication subsystem.<br><br>*See* Claim 1, Row 1A. |
| 12C | a microprocessor executable device discovery daemon stored in a computer readable medium and configured to discover one or more communication devices connected wirelessly to the network and/or communication subsystem of a vehicle and, | The '153 Accused Instrumentalities include a microprocessor executable device discovery daemon stored in a computer readable medium and configured to discover one or more communication devices connected wirelessly to the network and/or communication subsystem of a vehicle. For example, the microprocessor is configured to execute a device discovery daemon stored in vehicle memory that detects the paired device.<br><br>*See* Claim 1, Row 1A. |
| 12D | for each of the discovered one or more communication device, populate system data with device information and capabilities; and | The '153 Accused Instrumentalities include a microprocessor executable device discovery daemon stored in a computer readable medium that, for each of the discovered one or more communication device, populate system data with device information and capabilities.<br><br>*See* Claim 1, Row 1B. |
| 12E | a microprocessor executable desktop manager stored in the computer readable medium and configured to refresh graphical elements of a graphical display of the vehicle to reflect the | The '153 Accused Instrumentalities include a microprocessor executable desktop manager stored in the computer readable medium that is configured to refresh graphical elements of a graphical display of the vehicle to reflect the discovered one or more communication devices.<br><br>*See* Claim 1, Rows 1B and 1C. |

12

**EXHIBIT H3 - U.S. PATENT 9,290,153**
**Infringement Claim Chart**

| | discovered one or more communication devices. | |
|---|---|---|