# EXHIBIT I3 - U.S. PATENT 10,862,764
# Infringement Claim Chart

| U.S. Patent 10,862,764 | | Toyota Infringing Activities[1] |
|---|---|---|
| **Row** | **Claim 1** | **Toyota Vehicles with Apple CarPlay or Android Auto** |
| 1A | A vehicle system, comprising:<br><br>a vehicle;<br><br>a communication network; | Toyota has made, used, sold, offered for sale, and/or imported and are currently making, using, selling, offering for sale, and/or importing vehicles, vehicle communication systems (including in-vehicle multimedia systems), and hardware and software components thereof, including non-transitory computer readable media that store computer-executable instructions and hardware and software that enable Apple CarPlay and/or Android Auto in Toyota vehicles, in certain makes and models from the 2019 model year to the present, including those listed in Exhibit I2 ("the '764 Accused Instrumentalities").<br><br>The vehicle system of the '764 Accused Instrumentalities includes a vehicle and a communication network.  For example, the '764 Accused Instrumentalities include a communication network enabling Bluetooth and WiFi connectivity (which can also facilitate communication outside of the vehicle through a cellular link).  The communication network may also provide Internet connectivity and enable connectivity with devices through USB ports in the vehicle.<br><br>Exemplary Sources[2]<br>https://www.toyota.com/connect/<br>https://www.toyota.com/content/dam/toyota/owners/amcs/pdf/new/Apple_CarPlay_Android-Auto-How-To-Guide.pdf<br>https://www.toyota.com/connected-services/wifi-connect<br>https://www.youtube.com/watch?v=CaPRCM5NGAQ&list=PLsOvRYzJPCwWa2XJu8b0ZXLoNwBF4RZiv&index=13&t=2s<br>https://www.lexus.com/My-Lexus/resources/video-detail-page/technology/enform-wifi-connecting-a-device-and-hotspot<br>https://support.lexus.com/s/article/Apple-CarPlay-10846 |

---

[1] These allegations are exemplary and AutoConnect reserves the right to supplement them as the case progresses through discovery and the claim construction process.

[2] The sources identified herein are merely exemplary.

# EXHIBIT I3 - U.S. PATENT 10,862,764
## Infringement Claim Chart

| | U.S. Patent 10,862,764 | Toyota Infringing Activities[1] |
|---|---|---|
| | | https://support.lexus.com/s/article/Android-Auto-10845 |
| 1B | a vehicle control system; | The '764 Accused Instrumentalities include a vehicle control system. For example, the vehicle control system in the '764 Accused Instrumentalities controls a wide range of functions relating to the vehicle's operation and performance. The vehicle control system, for example, manages and facilitates the flow of information through the vehicle's communication network. It may also process data from sensors in the vehicle, such as those identified in Row 1E. The vehicle control system also integrates with the vehicle's infotainment system, providing information, such as user interface information, information about the vehicle, and entertainment information, as well as managing the interaction of devices to the infotainment system. |
| 1C | a power control module; | The '764 Accused Instrumentalities include a power control module. For example, the '764 Accused Instrumentalities include a power control module that includes, for example, a battery, converters, and ports that enable a device to be connected to the power source of the '764 Accused Instrumentalities.<br><br>Exemplary Sources<br>https://support.toyota.com/s/article/Will-the-current-Andr-10808?language=en_US<br>https://support.toyota.com/s/article/How-do-I-operate-the-8415?language=en_US<br>https://www.youtube.com/watch?v=Z_9stN7vImU<br>https://www.youtube.com/watch?v=DBWK5c1yNxo |
| 1D | a device configured to communicate with the vehicle control system, the device connected to the power control module and attached to the vehicle; and | The '764 Accused Instrumentalities include a power control module that may be connected to a device, such as a mobile phone connected to the vehicle through a USB port or on a charging pad. Through these connections, the mobile device is attached to the vehicle. The mobile device may communicate with the vehicle control system, such as, for example, when the mobile device and vehicle run the Apple CarPlay and Android Auto applications through the USB connection or through a wireless link when placed on the charging pad.<br><br>The '764 Accused Instrumentalities are configured to provide for the exchange of data and other information by the device with the vehicle control system through the Apple CarPlay and Android Auto applications, either wirelessly or via the USB port. This can be seen, for example, when a |

# EXHIBIT I3 - U.S. PATENT 10,862,764
## Infringement Claim Chart

| U.S. Patent 10,862,764 | Toyota Infringing Activities[1] |
|---|---|
| | CarPlay session is established and communications are exchanged between the vehicle and the mobile device. For example, both audio and video can be sent from the mobile device to the vehicle. Audio can also be sent from the vehicle to the mobile device, such as voice command audio data. Vehicle sensor information can also be sent from the vehicle to the mobile device. Different combinations of these data streams may also be used.<br><br>The diagrams below illustrate the connection created in the vehicle for Apple CarPlay for both wired and wireless connections. |

# EXHIBIT I3 - U.S. PATENT 10,862,764
## Infringement Claim Chart

| U.S. Patent 10,862,764 | Toyota Infringing Activities[1] |
|---|---|
|  |  The '764 Accused Instrumentalities are configured to enable Android Auto to establish communication between the vehicle and the connected mobile device in a manner that is materially similar to Apple CarPlay. For example, when a mobile device is connected to the vehicle, audio can be sent from the device to the vehicle, and audio and sensor information can be sent from the vehicle to the device. |

# EXHIBIT I3 - U.S. PATENT 10,862,764
## Infringement Claim Chart

| U.S. Patent 10,862,764 | | Toyota Infringing Activities[1] |
|---|---|---|
| | | **Protocols of Communication**<br><br>Engineers who build Android Auto devices (like infotainment systems) and Android accessories (like smartphones) work with the AOA protocol. What exactly is the AOA protocol?<br><br>An Android accessory that connects to an Android device through USB should support the AOA (Android Open Accessory) protocol. Since Android devices have low power output, AOA necessitates the accessory to act as a USB host. The Android device will be the USB accessory. AOA is available in 2 versions – AOAv1 (for generic accessory communication) and AOAv2 (for human interface device capabilities).<br><br>Older Android devices can act only as USB devices; they cannot initiate connections with external USB devices. The main advantage offered by AOA is that it enables engineers to build accessories which can initiate connections and also, interact with a wide range of Android devices.<br><br>If the Android accessory connects with the Android device through Bluetooth, connection profiles/protocols that are supported by Android can be used - For example, Advanced Audio Distribution Profile (A2DP) and Simple Serial Protocol (SSP).<br><br>Exemplary sources<br>https://support.toyota.com/s/article/How-do-I-operate-the-8415?language=en_US<br>https://www.youtube.com/watch?v=Z_9stN7vImU<br>https://www.youtube.com/watch?v=DBWK5c1yNxo<br>https://support.lexus.com/s/article/Apple-CarPlay-10846<br>https://support.lexus.com/s/article/Android-Auto-10845<br>https://developer.android.com/training/cars/apps#carsensors<br>https://developer.android.com/training/cars/testing/dhu#sensor-configuration<br>https://developer.apple.com/videos/play/wwdc2016/722/<br>https://developer.apple.com/videos/play/wwdc2016/723/<br>https://www.embitel.com/blog/embedded-blog/what-is-android-auto-how-is-it-transforming-in-vehicle-experiences |
| 1E | a plurality of sensors configured to communicate via the | The '764 Accused Instrumentalities include a plurality of sensors configured to communicate via the communication network with the vehicle control system and the device. For example, the vehicle |

**EXHIBIT I3 - U.S. PATENT 10,862,764**
**Infringement Claim Chart**

| U.S. Patent 10,862,764 | Toyota Infringing Activities[1] |
|---|---|
| communication network with the vehicle control system and the device, wherein | sensors send information to, and receive information from, the vehicle control system via the communication network. Additionally, when the '764 Accused Instrumentalities establish an Apple CarPlay session with a mobile device connected to the power control module and attached to the vehicle, the vehicle sensors (e.g., vehicle state, location information, speed, audio sensed by a microphone) transmit information through the communication network to the mobile device.<br><br> |

6

# EXHIBIT I3 - U.S. PATENT 10,862,764
## Infringement Claim Chart

| U.S. Patent 10,862,764 | Toyota Infringing Activities[1] |
|---|---|
| | > Sensor information is important to CarPlay.<br><br>> CarPlay needs location information from the vehicle so that the map's app works well. Speed and GNSS information can be provided. Every vehicle needs to know its speed. Speed information is used by iPhone for dead reckoning and is critical if the vehicle does not have a GPS or GLONASS receiver. GNSS information includes latitude and longitude if the vehicle has that capability.<br><br>> Satellite location information from the vehicle is used in addition to the iPhone's sensors to determine the location of the user. This data from the vehicle may be better since a larger antenna can be integrated into the car. This is the recommended configuration since it will result in the best maps user experience. Sending satellite location information to iPhone is required if the vehicle has the technology on board. GNSS information is also required for any system supporting wireless CarPlay since it's more likely that the phone will be in a pocket, bag, or somewhere where the phone itself has poor reception.<br><br>> OK, so we have the full system. Now the question is how do those seemingly competing sub-systems work with each other? Let's understand it. First, let's look at how sensor data is exchanged. And we will take location data as an example. Location information includes data from a GPS receiver or sensor data like wheel speed or yield. The data reaches the device through iAP2, must be always available, and is requested by the phone when needed.<br><br>> CarPlay's appearance can change based on vehicle state, user settings, and time of day. For example, if your system shifts to a dark theme at night, your system simply informs CarPlay to change appearance based on time of day.<br><br>> And if your system activates night mode, CarPlay will automatically shift into a dark appearance.<br><br>As shown in Row 1D, Toyota vehicles also have sensors to detect user input, such as microphones to detect voice commands or touchscreen displays to detect touch commands. When Apple CarPlay is running, these sensors communicate with the mobile device and the vehicle control system via the communication network. |

# EXHIBIT I3 - U.S. PATENT 10,862,764
## Infringement Claim Chart

| U.S. Patent 10,862,764 | Toyota Infringing Activities[1] |
|---|---|
| | When the CarPlay UI is active, the unit is rendering the video stream on the primary display. And both the screen and the user input are used by the device. |
| | However, additional user controls on the steering wheel, like the Voice Recognition button, Next/Previous Track, may be linked to CarPlay even when the native UI is shown on the display. That way, Siri can be always launched or the next audio track played. |
| | The '764 Accused Instrumentalities are configured to permit Android Auto to establish communication between the vehicle and the connected device in a manner that is materially similar to Apple CarPlay. For example, data from sensors such as speed, direction, driving status, fuel level, location, vehicle mileage, transmission gear, and acceleration may be communicated with the vehicle control system and the device when a navigation app is running on Android Auto. |
| | The `CarSensors` class gives you access to the vehicle's accelerometer, gyroscope, compass, and location data. The availability of these values may depend on the OEM. The format for the data from the accelerometer, gyroscope, and compass is the same as you would get from the `SensorManager` API. For example, to check the vehicle's heading: |

# EXHIBIT I3 - U.S. PATENT 10,862,764
## Infringement Claim Chart

| U.S. Patent 10,862,764 | Toyota Infringing Activities[1] |
|---|---|
|  | | Name | Default | Type | Description |<br>|---|---|---|---|<br>| accelerometer | false | Boolean | Enable accelerometer sensor data. |<br>| compass | false | Boolean | Enable compass sensor data. |<br>| driving_status | false | Boolean | Enable driving status sensor data. |<br>| fuel | false | Boolean | Enable fuel sensor data. |<br>| gyroscope | false | Boolean | Enable gyroscope sensor data. |<br>| location | false | Boolean | Enable vehicle location sensor data. |<br>| night_mode | false | Boolean | Enable night mode sensor data. |<br>| odometer | false | Boolean | Enable odometer sensor data. |<br>| speed | false | Boolean | Enable speed sensor data. |<br>| toll_card | false | Boolean | Enable toll card sensor data. |<br>| gps_satellite | false | Boolean | Enable GPS satellite sensor data. |<br>| parking_brake | false | Boolean | Enable parking brake sensor data. |<br>| gear | false | Boolean | Enable gear sensor data. |<br><br>*See also* Claim 1, Row 1D.<br><br>Exemplary Sources<br>https://developer.apple.com/videos/play/wwdc2016/722/<br>https://developer.apple.com/videos/play/wwdc2016/723/ |

# EXHIBIT I3 - U.S. PATENT 10,862,764
## Infringement Claim Chart

| U.S. Patent 10,862,764 | | Toyota Infringing Activities[1] |
|---|---|---|
| | | https://developer.apple.com/videos/play/wwdc2023/10150/ <br> https://android-developers.googleblog.com/2023/05/whats-new-with-android-for-cars.html <br> https://developer.android.com/training/cars/apps#carsensors <br> https://developer.android.com/training/cars/testing/dhu#sensor-configuration <br> https://www.youtube.com/watch?v=CaPRCM5NGAQ&list=PLsOvRYzJPCwWa2XJu8b0ZXLoNwBF4RZiv&index=13&t=2s |
| 1F | wherein the vehicle control system is configured to use computing capability of the device. | The vehicle control system of the '764 Accused Instrumentalities is configured to use computing capability of the mobile device. For example, when certain user inputs are received by the vehicle control system requesting an application, the vehicle control system communicates the input as well as other information to the mobile device, which executes the application and communicates information to be displayed back to the vehicle control system for display on the vehicle. As one example, when a user selects an icon for an application on the vehicle display (e.g., via pressing the touch screen or using a voice command), the vehicle control system communicates this input to the device, which then executes the application request and communicates with the vehicle control system to show the application interface on the vehicle display and output audio through the vehicle speakers. |

**EXHIBIT I3 - U.S. PATENT 10,862,764**
**Infringement Claim Chart**

| U.S. Patent 10,862,764 | Toyota Infringing Activities[1] |
|---|---|
| | <br><br>As an additional example, when Apple CarPlay is running, the computing power of the device is used to manage resources between the native vehicle system and the device.  When both the native vehicle system and the device are requesting vehicle resources (e.g., navigation), the computing power of the device is used to provide route guidance. |

# EXHIBIT I3 - U.S. PATENT 10,862,764
## Infringement Claim Chart

| U.S. Patent 10,862,764 | Toyota Infringing Activities[1] |
|---|---|
| | the vehicle has been in the customer's hands for a while. Hence, the resource manager is implemented within iOS. And because the resource manager is the component with which the native system interacts, we refer to the iPhone as the controller, and the head unit as the accessory. But don't forget, all of the iPhone applications request the same resources in the same way as the native UI would.<br><br>As an additional example, the device's computing power is used to process voice commands sensed by the vehicle's microphone and communicated to the device.<br><br>However, additional user controls on the steering wheel, like the Voice Recognition button, Next/Previous Track, may be linked to CarPlay even when the native UI is shown on the display.<br><br>That way, Siri can be always launched or the next audio track played. |

# EXHIBIT I3 - U.S. PATENT 10,862,764
## Infringement Claim Chart

| U.S. Patent 10,862,764 | Toyota Infringing Activities[1] |
|---|---|
| | To support Hey Siri, the in-car microphone needs to be always active and undergo continuous voice processing.<br><br>The echo cancellation module runs all the time and removes any audio playing through the car's speakers as well as reduces background driving noise.<br><br>The process microphone data is sent to an audio ring buffer within the CarPlay communication plug-in which holds a couple of seconds of historical audio. This buffer is stored within the car until there is a trigger to send it to iPhone. So what is this trigger? In fact, there are two modules which can lead to audio exchange with iPhone. Both constantly analyze the process microphone data. One can trigger when the drive says Siri. That's the keyword detector. The other one triggers when the drive starts talking. That's the voice activity detector.<br><br>Both detectors must be available in the car as iPhone determines which one is used for a particular scenario.<br><br>Now let's say the keyword detector triggered so the car notifies iPhone through the communication plug-in.<br><br>iPhone opens a new audio stream called Aux In, requesting some historical audio data to be sent.<br><br>The received audio is reanalyzed by a voice trigger detector on iPhone which verifies that the user said, "Hey, Siri." The second pass detector uses offline keyword detection on iPhone similar to how Hey Siri is detected when the user is not driving.<br><br>Only after the second pass detector on iPhone triggers Siri is activated to process the data and respond to the user.<br><br>The '764 Accused Instrumentalities are configured to permit Android Auto to establish communication between the vehicle and the connected device in a manner that is materially similar to Apple CarPlay. *See* Claim 1, Row 1D. |

# EXHIBIT I3 - U.S. PATENT 10,862,764
# Infringement Claim Chart

| U.S. Patent 10,862,764 | Toyota Infringing Activities[1] |
|---|---|
|  | **Exemplary Sources**<br>https://developer.apple.com/videos/play/wwdc2016/723/<br>https://developer.apple.com/videos/play/wwdc2019/252/<br>https://www.youtube.com/watch?v=CaPRCM5NGAQ&list=PLsOvRYzJPCwWa2XJu8b0ZXLoNwBF4RZiv&index=13&t=2s |