# Exhibit J1

US011163931B2

(12) **United States Patent**
Ricci

(10) Patent No.: **US 11,163,931 B2**
(45) Date of Patent: **Nov. 2, 2021**

(54) **ACCESS AND PORTABILITY OF USER PROFILES STORED AS TEMPLATES**

(71) Applicant: **AutoConnect Holdings LLC**, Wellesley, MA (US)

(72) Inventor: **Christopher P. Ricci**, Saratoga, CA (US)

(73) Assignee: **AutoConnect Holdings LLC**, Newbury, CT (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **17/233,412**

(22) Filed: **Apr. 16, 2021**

(65) **Prior Publication Data**
US 2021/0256191 A1     Aug. 19, 2021

**Related U.S. Application Data**

(63) Continuation of application No. 16/247,128, filed on Jan. 14, 2019, which is a continuation of application
(Continued)

(51) **Int. Cl.**

| | |
|---|---|
| *G06F 21/32* | (2013.01) |
| *G06F 21/31* | (2013.01) |
| *G06F 21/44* | (2013.01) |
| *G06F 30/392* | (2020.01) |
| *G06F 30/39* | (2020.01) |
| *G06F 30/398* | (2020.01) |
| *H05K 3/00* | (2006.01) |

(52) **U.S. Cl.**
CPC ............ *G06F 30/392* (2020.01); *G06F 21/31* (2013.01); *G06F 21/32* (2013.01); *G06F 21/44* (2013.01); *G06F 30/39* (2020.01);

*G06F 30/398* (2020.01); *H05K 3/0005* (2013.01); *B60K 2370/73* (2019.05); *B60K 2370/741* (2019.05)

(58) **Field of Classification Search**
CPC ...... G06F 30/392; G06F 30/398; G06F 21/32; G06F 30/39; G06F 21/44; G06F 21/31; H05K 3/0005; B60K 2370/741; B60K 2370/73
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 5,838,251 A | 11/1998 | Brinkmeyer et al. |
| 6,124,805 A | 9/2000 | Gabbard |
(Continued)

OTHER PUBLICATIONS

U.S. Appl. No. 13/678,673, filed Nov. 16, 2012, Ricci.
(Continued)

*Primary Examiner* — Stacy Whitmore
(74) *Attorney, Agent, or Firm* — Fish & Richardson P.C.

(57) **ABSTRACT**

A system to access one or more user profiles that govern one or more vehicle functions. The system cooperates with a processor and verification module which are adapted to verify, using one or more of biometric information, gesture recognition, facial recognition and device identification information, that a user has authority to access the one or more user profiles, where the one or more profiles are stored in one or more of a vehicle, a cloud and a communications device. An edit module is further provided and adapted to allow the user to make one or more edits to the one or more user profiles.

**13 Claims, 39 Drawing Sheets**



## US 11,163,931 B2
Page 2

### Related U.S. Application Data

No. 14/252,663, filed on Apr. 14, 2014, now Pat. No. 9,411,925, said application No. 16/247,128 is a continuation of application No. 14/252,865, filed on Apr. 15, 2014, now abandoned, said application No. 16/247,128 is a continuation of application No. 14/252,868, filed on Apr. 15, 2014, now abandoned, said application No. 16/247,128 is a continuation of application No. 15/099,413, filed on Apr. 14, 2016, now abandoned, which is a continuation of application No. 14/252,871, filed on Apr. 15, 2014, now abandoned, said application No. 16/247,128 is a continuation of application No. 14/831,696, filed on Aug. 20, 2015, now Pat. No. 9,545,930, which is a continuation of application No. 14/252,876, filed on Apr. 15, 2014, now abandoned, said application No. 16/247,128 is a continuation of application No. 15/288,244, filed on Oct. 7, 2016, now abandoned, which is a continuation of application No. 14/252,863, filed on Apr. 15, 2014, now abandoned, said application No. 15/288,244 is a continuation of application No. 14/252,865, filed on Apr. 15, 2014, now abandoned, said application No. 15/288,244 is a continuation of application No. 14/252,868, filed on Apr. 15, 2014, now abandoned, said application No. 15/288,244 is a continuation of application No. 15/099,413, filed on Apr. 14, 2016, now abandoned, which is a continuation of application No. 14/252,871, filed on Apr. 15, 2014, now abandoned, said application No. 15/288,244 is a continuation of application No. 14/831,696, filed on Aug. 20, 2015, now Pat. No. 9,545,930, which is a continuation of application No. 14/252,876, filed on Apr. 15, 2014, now abandoned, said application No. 16/247,128 is a continuation of application No. 15/288,244, filed on Oct. 7, 2016, now abandoned, which is a continuation of application No. 14/252,863, filed on Apr. 15, 2014, now abandoned, said application No. 15/288,244 is a continuation of application No. 14/252,865, filed on Apr. 15, 2014, now abandoned, said application No. 15/288,244 is a continuation of application No. 14/252,868, filed on Apr. 15, 2014, now abandoned, said application No. 15/288,244 is a continuation of application No. 15/099,413, filed on Apr. 14, 2016, now abandoned, which is a continuation of application No. 14/252,871, filed on Apr. 15, 2014, now abandoned, said application No. 15/288,244 is a continuation of application No. 14/831,696, filed on Aug. 20, 2015, now Pat. No. 9,545,930, which is a continuation of application No. 14/252,876, filed on Apr. 15, 2014, now abandoned, said application No. 16/247,128 is a continuation of application No. 15/288,244, filed on Oct. 7, 2016, now abandoned.

(60) Provisional application No. 61/811,961, filed on Apr. 15, 2013, provisional application No. 61/865,954, filed on Aug. 14, 2013, provisional application No. 61/870,698, filed on Aug. 27, 2013, provisional application No. 61/891,217, filed on Oct. 15, 2013, provisional application No. 61/904,205, filed on Nov. 14, 2013, provisional application No. 61/924,572, filed on Jan. 7, 2014, provisional application No. 61/926,749, filed on Jan. 13, 2014, provisional application No. 61/811,981, filed on Apr. 15, 2013.

### (56) References Cited

#### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 6,542,794 B2 | 4/2003 | Obradovich | |
| 6,587,755 B1 | 7/2003 | Smith et al. | |
| 7,404,086 B2 | 7/2008 | Sands et al. | |
| 8,187,182 B2 | 5/2012 | Kahn et al. | |
| 8,402,268 B2 | 3/2013 | Dierickx | |
| 8,713,704 B2 | 4/2014 | Davis et al. | |
| 8,850,535 B2 | 9/2014 | Liberman et al. | |
| 8,979,159 B2 | 3/2015 | Ricci | |
| 9,324,234 B2 | 4/2016 | Ricci et al. | |
| 9,330,567 B2 | 5/2016 | Ricci | |
| 9,545,930 B2 | 1/2017 | Ricci | |
| 2002/0184091 A1 | 12/2002 | Pudar | |
| 2003/0046552 A1* | 3/2003 | Hamid | G07C 9/00896 713/186 |
| 2004/0014423 A1 | 1/2004 | Croome et al. | |
| 2004/0039504 A1 | 2/2004 | Coffee et al. | |
| 2006/0029015 A1 | 2/2006 | Hinsey | |
| 2006/0053296 A1 | 3/2006 | Busboom et al. | |
| 2007/0100514 A1 | 5/2007 | Park | |
| 2007/0250920 A1* | 10/2007 | Lindsay | G07F 7/1025 726/7 |
| 2009/0299572 A1 | 12/2009 | Fujikawa et al. | |
| 2009/0305667 A1 | 12/2009 | Schultz | |
| 2010/0023204 A1 | 1/2010 | Basir et al. | |
| 2010/0162319 A1 | 6/2010 | Piepenbrink et al. | |
| 2010/0318794 A1 | 12/2010 | Dierickx | |
| 2011/0246301 A1 | 10/2011 | Bae et al. | |
| 2012/0116609 A1 | 5/2012 | Jung et al. | |
| 2012/0231738 A1 | 9/2012 | Khamharn | |
| 2013/0030645 A1 | 1/2013 | Divine | |
| 2013/0104203 A1 | 4/2013 | Davis et al. | |
| 2013/0106581 A1 | 5/2013 | Hinsey | |
| 2013/0145360 A1 | 6/2013 | Ricci | |
| 2013/0151088 A1 | 6/2013 | Ricci | |
| 2013/0167159 A1 | 6/2013 | Ricci | |
| 2013/0241720 A1 | 9/2013 | Ricci et al. | |
| 2013/0245882 A1 | 9/2013 | Ricci | |
| 2013/0282946 A1 | 10/2013 | Ricci | |
| 2013/0293364 A1 | 11/2013 | Ricci et al. | |
| 2013/0293452 A1 | 11/2013 | Ricci et al. | |
| 2014/0028542 A1 | 1/2014 | Lovitt et al. | |
| 2014/0189807 A1 | 7/2014 | Cahill et al. | |
| 2014/0309892 A1 | 10/2014 | Ricci | |
| 2014/0310031 A1 | 10/2014 | Ricci | |
| 2014/0310788 A1 | 10/2014 | Ricci | |
| 2016/0050201 A1 | 2/2016 | Parker | |
| 2016/0247377 A1 | 8/2016 | Ricci | |
| 2016/0306615 A1* | 10/2016 | Ricci | G06F 17/00 |
| 2017/0272421 A1 | 9/2017 | Murakami et al. | |
| 2018/0288029 A1 | 10/2018 | Nath et al. | |
| 2020/0008060 A1 | 1/2020 | Dennis et al. | |
| 2020/0013492 A1 | 1/2020 | Ansari et al. | |

#### OTHER PUBLICATIONS

U.S. Appl. No. 13/678,691, filed Nov. 16, 2012, Ricci.
U.S. Appl. No. 13/678,710, filed Nov. 16, 2012, Ricci.
U.S. Appl. No. 13/678,722, filed Nov. 16, 2012, Ricci.
U.S. Appl. No. 13/678,726, filed Nov. 16, 2012, Ricci.
U.S. Appl. No. 13/678,735, filed Nov. 16, 2012, Ricci.
U.S. Appl. No. 13/678,745, filed Nov. 16, 2012, Ricci.
U.S. Appl. No. 13/678,753, filed Nov. 16, 2012, Ricci.
U.S. Appl. No. 13/678,762, filed Nov. 16, 2012, Ricci.
U.S. Appl. No. 13/678,773, filed Nov. 16, 2012, Ricci.
U.S. Appl. No. 13/679,204, filed Nov. 16, 2012, Ricci.
U.S. Appl. No. 13/679,234, filed Nov. 16, 2012, Ricci.
U.S. Appl. No. 13/679,292, filed Nov. 16, 2012, Ricci.
U.S. Appl. No. 13/679,350, filed Nov. 16, 2012, Ricci.
U.S. Appl. No. 13/679,358, filed Nov. 16, 2012, Ricci.
U.S. Appl. No. 13/679,363, filed Nov. 16, 2012, Ricci.
U.S. Appl. No. 13/679,368, filed Nov. 16, 2012, Ricci.
U.S. Appl. No. 13/679,369, filed Nov. 16, 2012, Ricci.

(56)            References Cited

OTHER PUBLICATIONS

U.S. Appl. No. 13/679,400, filed Nov. 16, 2012, Ricci.
U.S. Appl. No. 13/679,412, filed Nov. 16, 2012, Ricci.
U.S. Appl. No. 13/679,441, filed Nov. 16, 2012, Ricci.
U.S. Appl. No. 13/679,443, filed Nov. 16, 2012, Ricci.
U.S. Appl. No. 13/679,459, filed Nov. 16, 2012, Ricci.
U.S. Appl. No. 13/679,476, filed Nov. 16, 2012, Ricci.
U.S. Appl. No. 13/679,676, filed Nov. 16, 2012, Ricci.
U.S. Appl. No. 13/679,680, filed Nov. 16, 2012, Ricci.
U.S. Appl. No. 13/679,815, filed Nov. 16, 2012, Ricci.
U.S. Appl. No. 13/679,857, filed Nov. 16, 2012, Ricci.
U.S. Appl. No. 13/679,864, filed Nov. 16, 2012, Ricci.
U.S. Appl. No. 13/679,875, filed Nov. 16, 2012, Ricci.
U.S. Appl. No. 13/679,878, filed Nov. 16, 2012, Ricci.
U.S. Appl. No. 13/679,887, filed Nov. 16, 2012, Ricci.
[No Author Listed]," User's Manual," Ford Motor Company, Feb. 16, 2011, 102 pages.
[No Author Listed], "2013 MKZ Owner's Manual," Lincoln Motor Company, Sep. 2012, 474 pages.
[No Author Listed], "A Technical Companion to Windows Embedded Automotive 7,"Windows Embedded Automotive 7, Jul. 2010, 100 pages.
[No Author Listed], "MyFord Touch Defines Intuitive Driver Experience: Advanced Capabilities All Voice-Controlled Now," Ford Motor Company, Jan. 7, 2010, 7 pages.
[No Author Listed], "MyFord Touch/ MyLincoln Touch Handbook," Ford Motor Company, Jun. 2010, 52 pages.
[No Author Listed], "Sync Handbook: Quick Access to Frequently Used Features and Services," Ford Motor Company et al., Apr. 2009, 23 pages.
[No Author Listed], "Sync with MyFord Touch + Audio by Sony," Ford Motor Company, Jun. 2013, 1 page.
[No Author Listed], "User Guide: MyFord Touch," Ford Motor Company, Feb. 2012, 12 pages.
Browne [online], "Which Cars Are Made With a Remote Start System?," upon information and belief, available No. later than Dec. 1, 2020, retrieved from URL <https://itstillruns.com/program-am6-remote-starter-7451748.html>, 3 pages.
Cripps [online], "Hottie in seat 17D? Send her a drink!," Updated Apr. 24, 2013, retrieved Jul. 12, 2021, retrieved from URL <https://www.cnn.com/travel/article/virgin-seat-to-seat-service/index.html>, 2 pages.
Estrada [online], "Should You Pay for In-Car Navigation, or Use Your Phone?," Jul. 30, 2012, retrieved on Jul. 12, 2021, retrieved from URL <https://www.carsdirect.com/buying-guides/should-you-pay-for-in-car-navigation-or-use-your-phone>, 2 pages.
Everett [online], "Virgin launch in-flight flirting system," Apr. 25, 2013, retrieved on Jul. 12, 2021, retrieved from URL <https://www.cosmopolitan.com/uk/love-sex/relationships/a9867/in-flight-flirting-virgin-entertainment-drink-system/>, 3 pages.

Ford.com, [online] "About SYNC," Dec. 1, 2010, retrieved on Aug. 19, 2020, retrieved from URL <http://www.ford.com/technology/sync/about/>, 1 page.
Hollister [online], "Exclusive: VW's Terminal Mode prototype with a Nokia N97 at the helm, we go hands-on," Sep. 29, 2010, retrieved on Jul. 12, 2021, retrieved from URL <https://www.engadget.com/2010-09-29-exclusive-vws-terminal-mode-prototype-has-a-nokia-n97-at-the-h.html#/>, 7 pages.
Howard [online], "MirrorLink phone-to-dashboard screen mirroring gets rolling with 2 Sony car radios," Aug. 15, 2012, retrieved on Jul. 12, 2021, retrieved from URL <https://www.extremetech.com/extreme/134400-mirrorlink-phone-to-dashboard-connector-gets-rolling-with-2-sony-car-radios>, 4 pages.
Hyundai [online], "BlueLink: User's Manual," May 22, 2013, retrieved on Jul. 12, 2021, retrieved from URL <https://www.manualslib.com/manual/667719/Hyundai-Bluelink,html?page=14>, 1 page.
Levere [online], "Business Travel; Passengers on Jetblue will be able to watch live satellite-television programming from their seats," Jul. 21, 1999, retrieved on Jul. 12, 2021, retrieved from URL <https://www.nytimes.com/1999/07/21/business/business-travel-passengers-jetblue-will-be-able-watch-live-satellite-television.html>, 3 pages.
Oemdtc, [online] "12M02—Warranty Extension Covering Accessory Protocol Interface Module (APIM) Soilware and Hardware-2011-2014 Ford & Lincoln," May 11, 2016, retrieved on Aug. 19, 2020, retrieved from URL <https://ford.oemdtc.com/1745/12m02-warranty-extension-covering-accessory-protocol-interface-modlue-apim-software-and-hardware-2011-2014-ford-lincoln>,54 pages.
Quain [online], "Parental Controls Come to the Car." Apr. 12, 2009, retrieved on Jul. 12, 2021, retrieved from URL <https://wheels.blogs.nytimes.com/2009/04/12/parental-controls-come-to-the-car/>, 2 pages.
Rao [online], "American Airlines and Gogo Roll Out In-Flight Personal Device Video Streaming to 767 Fleet," Aug. 3, 2011, retrieved on Jul. 12, 2021, retrieved from URL <https://techcrunch.com/2011/08/03/american-airlines-rolls-out-in-flight-personal-device-video-streaming-to-767-fleet/>, 2 pages.
Rettie [online], "BMW's Car-to-x Communications," Oct. 21, 2011, retrieved on Jul. 12, 2021, retrieved from URL<https://www.roadandtrack.com/new-cars/car-technology/news/a3276/bmws-car-to-x-communications-27582/>, 3 pages.
RMT [online], "The Difference Between Active and Passive GPS Tracking Devices," May 25, 2009, retrieved on Jul. 12, 2021, retrieved from URL <https://rmtracking.com/blog/2009/05/25/the-difference-between-active-and-passive-gps-tracking-devices/>, 2 pages.
Vartabedian [online], "Remote helps a car keep its cool," May 28, 2008, retrieved on Jul. 12, 2021, retrieved from URL <https://www.latimes.com/archives/la-xpm-2008-may-28-hy-wheels28-story.html>, 6 pages.

* cited by examiner



*Fig. 1*



U.S. Patent

Nov. 2, 2021

Sheet 2 of 39

US 11,163,931 B2

**Fig. 2**



*Fig. 3*



Fig. 4



*Fig. 5A*

U.S. Patent     Nov. 2, 2021     Sheet 6 of 39     US 11,163,931 B2



**Internal Vehicle Communications** between Vehicle and one or more devices, or between devices
One or more of: Bluetooth®, NFC, WiFi, Mobile Hotspot, Point-to-Point, Point-to-Multiple Other Points, etc.

*Fig. 5B*

U.S. Patent

Nov. 2, 2021

Sheet 7 of 39

US 11,163,931 B2



**Internal Vehicle Communications** between Vehicle and one or more devices, or between devices
One or more of: Bluetooth®, NFC, WiFi, Mobile Hotspot, Ethernet, 802.11(x), Point-to-Point, Point-to-Multiple Other Points, etc.

*Fig. 5C*

U.S. Patent

Nov. 2, 2021

Sheet 8 of 39

US 11,163,931 B2



*Fig. 6A*



*Fig. 6B*

U.S. Patent

Nov. 2, 2021

Sheet 10 of 39

US 11,163,931 B2



**Fig. 7A**



Fig. 7B

U.S. Patent     Nov. 2, 2021     Sheet 11 of 39     US 11,163,931 B2



**Fig. 8A**

U.S. Patent    Nov. 2, 2021    Sheet 12 of 39    US 11,163,931 B2



*Fig. 8B*

U.S. Patent    Nov. 2, 2021    Sheet 13 of 39    US 11,163,931 B2

U.S. Patent    Nov. 2, 2021    Sheet 14 of 39    US 11,163,931 B2



*Fig. 8C*



*Fig. 9*



**Fig. 10**

U.S. Patent    Nov. 2, 2021    Sheet 16 of 39    US 11,163,931 B2

Tap



**FIG. 11A**

Long Press

**FIG. 11B**

Drag



**FIG. 11C**

Flick

**FIG. 11D**

Pinch



**FIG. 11E**

Spread



**FIG. 11F**



**FIG. 11G**



**FIG. 11H**



**FIG. 11I**



**FIG. 11J**



**FIG. 11K**

U.S. Patent

Nov. 2, 2021

Sheet 20 of 39

US 11,163,931 B2



1200

1204  1208  1212  1216  1220  1224  1228  1232  1236  1238  1242

| User | ID | Area | Zone | Settings | Health Data | Gestures | Safety Parameters | Profile Information | Linked Data |
|------|----|------|------|----------|-------------|----------|-------------------|---------------------|-------------|
| User 1 | Features 1 | 1 | 1 | 1, 2, 3, 4 | X, Y | 1, 2, 3 | X,Y | X, Y | A, B, C |
|  | Features 1 | 1 | 2 | 1, 2 | X, Y | 3, 4, 5 | X,Y | X, Y | A, B, C, D |
|  | Features 1 | 2 | 3 | 1, 2 | X, Y | 3, 4, 5 | X,Y | X, Y | A, B, C |
| User 2 | Features 2 | 2 | 3 | 1, 2, 3, 4, 5 | Z | 1, 2, 3 | X,Y | X, Y, Z | A, B, C |
|  | Features 2 | 2 | 4 |  | Z | 8,9,7 | X,Y | X, Y, Z | A, B |
|  | Features 2 | 3 | 7 | 5, 7, 9 | Z | 8,9,7 | X,Y | X, Y, Z | A, B |

1240A  1240B  1244  1248



**Fig. 12A**

U.S. Patent

Nov. 2, 2021

Sheet 21 of 39

US 11,163,931 B2



| Device | User ID | Device ID | Area | Zone | Settings | Capabilities | Priority | Registration Data | Profile Information | Linked Data |
|---|---|---|---|---|---|---|---|---|---|---|
| Device 1 | User 1 | XYZ123 | 1 | 1 | 1, 2, 3 | X, Y | A1 | X11 | X, Y | A, B, C |
| | User 2 | XYZ123 | 1 | 2 | 1, 2, 3, 4 | X, Y, Z | A2 | X12 | X, Y | A, C, D |
| | User 3 | XYZ123 | 2 | 3 | 1, 2 | X, Y, Z | B2 | X13 | X, Y | A, B, C |
| Device 2 | User 1 | ABC456 | 2 | 3 | 1, 2, 3, 4, 5 | Z | A1 | X21 | X, Y, Z | A, B |
| | User 4 | ABC456 | 2 | 4 | | Z | | | X, Y, Z | A, B |
| | User 6 | ABC456 | 3 | 7 | 5, 7, 9 | Z | C3 | X22 | X, Y, Z | A, B, C |

*Fig. 12B*

U.S. Patent

Nov. 2, 2021

Sheet 22 of 39

US 11,163,931 B2

1200

1270

| Vehicle System | Component ID | Priority Type | Area | Zone | Settings | Health Status | Communication Type(s) | Profile Information | Linked Data |
|---|---|---|---|---|---|---|---|---|---|
| System 1 | Component 1 | C | 1 | 1 | 1, 2 | X, Y | W1, W2, W3 | Y | A, B |
| | Component 2 | NC | 1 | 2 | 1 | X, Y | W2, W3 | X, Y | A, B, D |
| | Component 5 | C | 2 | 3 | 1, 2, 3 | X | W1, W2 | | A, C |
| System 2 | Component 3 | C | 2 | 3 | 1, 2, 3, 4 | X, Y | W1 | X, Y, Z | A, B |
| System 3 | Component 7 | NC | 2 | 8 | 1, 3 | X, Y, Z | W1, W2, W3, W4 | X, Y, Z | A, B, C |
| | Component 8 | NC | 3 | 9 | 5, 8 | | W1, W2, W3 | X | A, B |

1272  1274  1276  1216  1220  1224  1278  1279  1238  1242

1270A  1270B  1270C

1244



1248

*Fig. 12C*



1200

1280

1282 1284 1216 1220 1224 1278 1286 1238 1242

1280A

1280B

| Vehicle | ID | Area | Zone | Settings | Health Status | Warnings | Profile Information | Linked Data |
|---|---|---|---|---|---|---|---|---|
| Vehicle 1 | S1-1 | 1 | 1 | 1, 2, 3 | X | T1 | Y, Z | A, B, C |
| | S1-2 | 1 | 2 | 1, 2 | X, Y, Z | | X, Y | A, B, D |
| | SS-1 | 2 | 3 | 1, 2, 3, 4 | | T2 | X | A, C, E |
| Vehicle 2 | S2-1 | 2 | 3 | 1, 3, 4 | X, Y | T1, T2, T3 | X, Y, Z | A, B |
| | S2-2 | 2 | 6 | 1, 3, 5 | X, Z | | X, Y, Z | A, B, C |
| | S2-3 | 3 | 4 | 5, 8, 9 | X | | X, Y | A, B, D |

1244

1248

**Fig. 12D**



**Fig. 13**



**Fig. 14**



**Fig. 15**

U.S. Patent          Nov. 2, 2021          Sheet 27 of 39          US 11,163,931 B2



**Fig. 16**



**Fig. 17**

U.S. Patent        Nov. 2, 2021        Sheet 29 of 39        US 11,163,931 B2



*Fig. 18*



**Fig. 19**



U.S. Patent

Nov. 2, 2021

Sheet 31 of 39

US 11,163,931 B2

**Fig. 20**

U.S. Patent

Nov. 2, 2021

Sheet 32 of 39

US 11,163,931 B2



356

2116

Welcome Pat!
Your Personal Settings have been Imported and your Vehicle Updated!

**Seat Position:** 1
**Media:** Streaming Bluegrass Radio
**Headlights:** On
**Navigation:** On
**Suggestions:** On Etc.

**Temp:** 70 Driver | 72 Passenger

Not Pat? – Click Here

Associate Another Profile? – Click Here

2124

2120

User Identification Module

822

Profile Data

252

Profile Import/ Export Module

2032

Smartphone / Other Device

212

Profile Data

252

**Fig. 21**

U.S. Patent

Nov. 2, 2021

Sheet 33 of 39

US 11,163,931 B2



*Fig. 22*



**Fig. 23**



*Fig. 24*

U.S. Patent          Nov. 2, 2021          Sheet 36 of 39          US 11,163,931 B2



Fig. 25

Fig. 26



**Fig. 27**



**Fig. 28**



**Fig. 29**

US 11,163,931 B2

**1**

## ACCESS AND PORTABILITY OF USER PROFILES STORED AS TEMPLATES

### CROSS REFERENCE TO RELATED APPLICATIONS

The present application is a continuation of and claims priority to U.S. patent application Ser. No. 16/247,128, filed on Jan. 14, 2019, entitled "User Profile Exchange via Vehicle Supported Communications Protocol", which is a continuation of and claims priority to U.S. patent application Ser. No. 15/288,244, filed Oct. 7, 20216, entitled "Access and Portability of User Profiles Stored as Templates; which is a continuation of and claims priority to U.S. patent application Ser. No. 14/252,863, filed on Apr. 15, 2014, of the same title; Ser. No. 14/252,865, filed on Apr. 15, 2014, entitled "User Profile Exchange via Vehicle Supported Communications Protocol"; Ser. No. 14/252,868, filed on Apr. 15, 2014, entitled "Transfer of User Profile Data via Vehicle Agency Control"; Ser. No. 15/099,413, filed on Apr. 14, 2016, entitled "Guest Vehicle User Reporting", which is a continuation of U.S. patent application Ser. No. 14/252,871, filed on Apr. 15, 2014, of the same title; and Ser. No. 14/831,696, filed on Aug. 20, 2015, entitled "Parental Control over Vehicle Features and Child Alert System," which is a continuation of U.S. patent application Ser. No. 14/252,876, filed on Apr. 15, 2014, of the same title. Each of the foregoing applications claims the benefits of and priority, under 35 U.S.C. § 119(e), to U.S. Provisional Application Ser. No. 61/811,981, filed on Apr. 15, 2013, entitled "Functional Specification for a Next Generation Automobile"; Ser. No. 61/865,954, filed on Aug. 14, 2013, entitled "Gesture Control of Vehicle Features"; Ser. No. 61/870,698, filed on Aug. 27, 2013, entitled "Gesture Control and User Profiles Associated with Vehicle Features"; Ser. No. 61/891,217, filed on Oct. 15, 2013, entitled "Gesture Control and User Profiles Associated with Vehicle Features"; Ser. No. 61/904, 205, filed on Nov. 14, 2013, entitled "Gesture Control and User Profiles Associated with Vehicle Features"; Ser. No. 61/924,572, filed on Jan. 7, 2014, entitled "Gesture Control and User Profiles Associated with Vehicle Features"; and Ser. No. 61/926,749, filed on Jan. 13, 2014, entitled "Method and System for Providing Infotainment in a Vehicle." The entire disclosures of the applications listed above are hereby incorporated by reference, in their entirety, for all that they teach and for all purposes.

This application is also related to U.S. patent application Ser. No. 13/420,236, filed on Mar. 14, 2012, entitled, "Configurable Vehicle Console"; Ser. No. 13/420,240, filed on Mar. 14, 2012, entitled "Removable, Configurable Vehicle Console"; Ser. No. 13/462,593, filed on May 2, 2012, entitled "Configurable Dash Display"; Ser. No. 13/462,596, filed on May 2, 2012, entitled "Configurable Heads-Up Dash Display"; Ser. No. 13/679,459, filed on Nov. 16, 2012, entitled "Vehicle Comprising Multi-Operating System"; Ser. No. 13/679,234, filed on Nov. 16, 2012, entitled "Gesture Recognition for On-Board Display"; Ser. No. 13/679,412, filed on Nov. 16, 2012, entitled "Vehicle Application Store for Console"; Ser. No. 13/679,857, filed on Nov. 16, 2012, entitled "Sharing Applications/Media Between Car and Phone (Hydroid)"; Ser. No. 13/679,878, filed on Nov. 16, 2012, entitled "In-Cloud Connection for Car Multimedia"; Ser. No. 13/679,875, filed on Nov. 16, 2012, entitled "Music Streaming"; Ser. No. 13/679,676, filed on Nov. 16, 2012, entitled "Control of Device Features Based on Vehicle State"; Ser. No. 13/678,673, filed on Nov. 16, 2012, entitled "Insurance Tracking"; Ser. No. 13/678,691, filed on Nov. 16,

**2**

2012, entitled "Law Breaking/Behavior Sensor"; Ser. No. 13/678,699, filed on Nov. 16, 2012, entitled "Etiquette Suggestion"; Ser. No. 13/678,710, filed on Nov. 16, 2012, entitled "Parking Space Finder Based on Parking Meter Data"; Ser. No. 13/678,722, filed on Nov. 16, 2012, entitled "Parking Meter Expired Alert"; Ser. No. 13/678,726, filed on Nov. 16, 2012, entitled "Object Sensing (Pedestrian Avoidance/Accident Avoidance)"; Ser. No. 13/678,735, filed on Nov. 16, 2012, entitled "Proximity Warning Relative to Other Cars"; Ser. No. 13/678,745, filed on Nov. 16, 2012, entitled "Street Side Sensors"; Ser. No. 13/678,753, filed on Nov. 16, 2012, entitled "Car Location"; Ser. No. 13/679,441, filed on Nov. 16, 2012, entitled "Universal Bus in the Car"; Ser. No. 13/679,864, filed on Nov. 16, 2012, entitled "Mobile Hot Spot/Router/Application Share Site or Network"; Ser. No. 13/679,815, filed on Nov. 16, 2012, entitled "Universal Console Chassis for the Car"; Ser. No. 13/679, 476, filed on Nov. 16, 2012, entitled "Vehicle Middleware"; Ser. No. 13/679,306, filed on Nov. 16, 2012, entitled "Method and System for Vehicle Data Collection Regarding Traffic"; Ser. No. 13/679,369, filed on Nov. 16, 2012, entitled "Method and System for Vehicle Data Collection"; Ser. No. 13/679,680, filed on Nov. 16, 2012, entitled "Communications Based on Vehicle Diagnostics and Indications"; Ser. No. 13/679,443, filed on Nov. 16, 2012, entitled "Method and System for Maintaining and Reporting Vehicle Occupant Information"; Ser. No. 13/678,762, filed on Nov. 16, 2012, entitled "Behavioral Tracking and Vehicle Applications"; Ser. No. 13/679,292, filed Nov. 16, 2012, entitled "Branding of Electrically Propelled Vehicles Via the Generation of Specific Operating Output"; Ser. No. 13/679,400, filed Nov. 16, 2012, entitled "Vehicle Climate Control"; Ser. No. 13/840,240, filed on Mar. 15, 2013, entitled "Improvements to Controller Area Network Bus"; Ser. No. 13/678, 773, filed on Nov. 16, 2012, entitled "Location Information Exchange Between Vehicle and Device"; Ser. No. 13/679, 887, filed on Nov. 16, 2012, entitled "In Car Communication Between Devices"; Ser. No. 13/679,842, filed on Nov. 16, 2012, entitled "Configurable Hardware Unit for Car Systems"; Ser. No. 13/679,204, filed on Nov. 16, 2012, entitled "Feature Recognition for Configuring a Vehicle Console and Associated Devices"; Ser. No. 13/679,350, filed on Nov. 16, 2012, entitled "Configurable Vehicle Console"; Ser. No. 13/679,358, filed on Nov. 16, 2012, entitled "Configurable Dash Display"; Ser. No. 13/679,363, filed on Nov. 16, 2012, entitled "Configurable Heads-Up Dash Display"; and Ser. No. 13/679,368, filed on Nov. 16, 2012, entitled "Removable, Configurable Vehicle Console". The entire disclosures of the applications listed above are hereby incorporated by reference, in their entirety, for all that they teach and for all purposes.

This application is also related to PCT Patent Application Nos. PCT/US14/34092, filed on Apr. 15, 2014, entitled, "Building Profiles Associated with Vehicle Users"; PCT/ US14/34099, filed on Apr. 15, 2014, entitled "Access and Portability of User Profiles Stored as Templates"; PCT/ US14/34087, filed on Apr. 15, 2014, entitled "User Interface and Virtual Personality Presentation Based on User Profile"; PCT/US14/34088, filed on Apr. 15, 2014, entitled "Creating Targeted Advertising Profiles Based on User Behavior"; PCT/US14/34232, filed on Apr. 15, 2014, entitled "Behavior Modification via Altered Map Routes Based on User Profile Information"; PCT/US14/34098, filed on Apr. 15, 2014, entitled "Vehicle Location-Based Home Automation Triggers"; PCT/US14/34108, filed on Apr. 15, 2014, entitled "Vehicle Initiated Communications with Third Parties via Virtual Personalities"; PCT/US14/34101, filed on Apr. 15,

US 11,163,931 B2

3

2014, entitled "Vehicle Intruder Alert Detection and Indication"; PCT/US14/34103, filed on Apr. 15, 2014, entitled "Driver Facts Behavior Information Storage System"; PCT/US14/34114, filed on Apr. 15, 2014, entitled "Synchronization Between Vehicle and User Device Calendar"; PCT/US14/34125, filed on Apr. 15, 2014, entitled "User Gesture Control of Vehicle Features"; PCT/US14/34254, filed on Apr. 15, 2014, entitled "Central Network for the Automated Control of Vehicular Traffic"; and PCT/US14/34194, filed on Apr. 15, 2014, entitled "Vehicle-Based Multimode Discovery". The entire disclosures of the applications listed above are hereby incorporated by reference, in their entirety, for all that they teach and for all purposes.

## BACKGROUND

Whether using private, commercial, or public transport, the movement of people and/or cargo has become a major industry. In today's interconnected world, daily travel is essential to engaging in commerce. Commuting to and from work can account for a significant portion of a traveler's day. As a result, vehicle manufacturers have begun to focus on making this commute, and other journeys, more enjoyable.

Currently, vehicle manufacturers attempt to entice travelers to use a specific conveyance based on any number of features. Most of these features focus on vehicle safety or efficiency. From the addition of safety-restraints, air-bags, and warning systems to more efficient engines, motors, and designs, the vehicle industry has worked to appease the supposed needs of the traveler. Recently, however, vehicle manufactures have shifted their focus to user and passenger comfort as a primary concern Making an individual more comfortable while traveling instills confidence and pleasure in using a given vehicle, increasing an individual's preference for a given manufacturer and/or vehicle type.

One way to instill comfort in a vehicle is to create an environment within the vehicle similar to that of an individual's home. Integrating features in a vehicle that are associated with comfort found in an individual's home can ease a traveler's transition from home to vehicle. Several manufacturers have added comfort features in vehicles such as the following: leather seats, adaptive and/or personal climate control systems, music and media players, ergonomic controls, and, in some cases, Internet connectivity. However, because these manufacturers have added features to a conveyance, they have built comfort around a vehicle and failed to build a vehicle around comfort.

## SUMMARY

There is a need for a vehicle ecosystem, which can integrate both physical and mental comforts, while seamlessly communicating with current electronic devices to result in a totally intuitive and immersive user experience. These and other needs are addressed by the various aspects, embodiments, and/or configurations of the present disclosure. Also, while the disclosure is presented in terms of exemplary and optional embodiments, it should be appreciated that individual aspects of the disclosure can be separately claimed.

Exemplary aspects are directed toward:

A system to access one or more user profiles that govern one or more vehicle functions comprising: means for verifying, using a processor, one or more of biometric information, gesture recognition, facial recognition and device identification information, that a user has authority to access the one

4

or more user profiles, the one or more profiles being stored in one or more of a vehicle, a cloud and a communications device; and

means for allowing the user to make one or more edits to the one or more user profiles.

A system to associate a user profile with a vehicle comprising:

an import/export module adapted to receive the user profile from one or more of a communications device, a cloud, another vehicle and a computing device;

a profile subsystem module adapted to integrate the user profile into the vehicle; and

a position detection module adapted to determine a position of the user in the vehicle and one or more of enable and disable certain settings or preferences in the profile based on the determined position.

Any of the above aspects, further comprising utilizing one or more of NFC, RFID, Bluetooth®, wireless and IR communications to transfer the user profile.

Any of the above aspects, further comprising a dock adapted to pair the communications device with the vehicle.

Any of the above aspects, wherein feedback is provided to the user via a display of which settings or preferences were enabled or disabled.

Any of the above aspects, wherein the determined position is driver, front seat passenger, back seat passenger or front seat passenger/alternate driver.

Any of the above aspects, wherein a communication session is established between the communications device and the vehicle.

Any of the above aspects, wherein the user profile is received from another vehicle.

Any of the above aspects, wherein the user profile is retrieved from a rental car agency profile repository.

Any of the above aspects, wherein the user profile is exported to one or more of the communications device, the cloud, another vehicle and the computing device.

Any of the above aspects, wherein the user profile on the communications device is updated upon the user leaving the vehicle.

Any of the above aspects, wherein an updated profile is received at the communications device, and both the updated profile and the user profile are stored.

Any of the above aspects, wherein a user can select from multiple profiles for use in the vehicle.

A method to associate a user profile with a vehicle comprising:

receiving the user profile from one or more of a communications device, a cloud, another vehicle and a computing device;

integrating the user profile into the vehicle; and

determining a position of the user in the vehicle and one or more of enable and disable certain settings or preferences in the profile based on the determined position.

Any of the above aspects, further comprising utilizing one or more of NFC, RFID, Bluetooth®, wireless and IR communications to transfer the user profile.

Any of the above aspects, further comprising docking the communications device with the vehicle.

Any of the above aspects, further comprising providing feedback to the user via a display of which settings or preferences were enabled or disabled.

Any of the above aspects, wherein the determined position is driver, front seat passenger, back seat passenger or front seat passenger/alternate driver.

5

6

Any of the above aspects, further comprising establishing a communication session between the communications device and the vehicle.

Any of the above aspects, wherein the user profile is received from another vehicle.

Any of the above aspects, wherein the user profile is retrieved from a rental car agency profile repository.

Any of the above aspects, wherein the user profile is exported to one or more of the communications device, the cloud, another vehicle and the computing device.

Any of the above aspects, wherein the user profile on the communications device is updated upon the user leaving the vehicle.

Any of the above aspects, wherein an updated profile is received at the communications device, and both the updated profile and the user profile are stored.

Any of the above aspects, wherein a user can select from multiple profiles for use in the vehicle.

A non-transitory computer readable information storage media having stored thereon instructions, that when executed by a processor, cause to be performed a method to associate a user profile with a vehicle comprising:

receiving the user profile from one or more of a communications device, a cloud, another vehicle and a computing device;

integrating the user profile into the vehicle; and

determining a position of the user in the vehicle and one or more of enable and disable certain settings or preferences in the profile based on the determined position.

Any of the above aspects, further comprising utilizing one or more of NFC, RFID, Bluetooth®, wireless and IR communications to transfer the user profile.

A system to associate a user profile with a vehicle comprising:

means for receiving the user profile from one or more of a communications device, a cloud, another vehicle and a computing device;

means for integrating the user profile into the vehicle; and

means for determining a position of the user in the vehicle and one or more of enable and disable certain settings or preferences in the profile based on the determined position.

A system to associate a user profile with a vehicle comprising:

a system adapted to receive a reservation for a vehicle rental, the system querying a user if they would like to associate their user profile with a rental vehicle; and

when the user would like to associate their user profile with the rental vehicle, locating and uploading their user profile and associating their user profile with the reservation, and when the user does not wish to associate their user profile with the rental vehicle, querying the user if they would like to create a new profile or rent the vehicle without a profile.

Any of the above aspects, wherein the system further queries the user to associate a position in the vehicle with their user profile.

Any of the above aspects, wherein the system further queries the user to associate a position in the vehicle with one or more additional user profiles.

Any of the above aspects, further comprising an advertising module adapted to send one or more ads to one or more of the rental vehicle and a communications device associated with the user.

Any of the above aspects, wherein the user profile is initially stored on a communications device, a tablet, a smartphone and in a cloud.

Any of the above aspects, wherein a third party is capable of associating the user profile with the reservation.

Any of the above aspects, wherein, after completion of the reservation, the user is provided the option of associating their profile back with their communication device.

Any of the above aspects, wherein the communications device is used as a key for the vehicle. Any of the above aspects, wherein target advertising is provided to the vehicle at least based on the profile.

Any of the above aspects, wherein the user's profile is locatable by the system through the use of a telephone number.

Any of the above aspects, wherein the user's profile is automatically associated with a specific vehicle upon completion of a rental contract.

A method to associate a user profile with a vehicle comprising:

receiving a reservation for a vehicle rental, the system querying a user if they would like to associate their user profile with a rental vehicle; and

when the user would like to associate their user profile with the rental vehicle, locating and uploading their user profile and associating their user profile with the reservation, and when the user does not wish to associate their user profile with the rental vehicle, querying the user if they would like to create a new profile or rent the vehicle without a profile.

Any of the above aspects, further comprising querying the user to associate a position in the vehicle with their user profile.

Any of the above aspects, further comprising querying the user to associate a position in the vehicle with one or more additional user profiles.

Any of the above aspects, further comprising sending one or more ads to one or more of the rental vehicle and a communications device associated with the user.

Any of the above aspects, wherein the user profile is initially stored on a communications device, a tablet, a smartphone and in a cloud.

Any of the above aspects, wherein a third party is capable of associating the user profile with the reservation.

Any of the above aspects, wherein, after completion of the reservation, the user is provided the option of associating their profile back with their communication device.

Any of the above aspects, wherein the communications device is used as a key for the vehicle. Any of the above aspects, wherein target advertising is provided to the vehicle at least based on the profile.

Any of the above aspects, wherein the user's profile is locatable by the system through the use of a telephone number.

Any of the above aspects, wherein the user's profile is automatically associated with a specific vehicle upon completion of a rental contract.

A non-transitory computer readable information storage media having stored thereon instructions, that when executed by a processor, cause to be performed a method to associate a user profile with a vehicle comprising:

receiving a reservation for a vehicle rental, the system querying a user if they would like to associate their user profile with a rental vehicle; and

when the user would like to associate their user profile with the rental vehicle, locating and uploading their user profile and associating their user profile with the reservation, and

US 11,163,931 B2

7

when the user does not wish to associate their user profile with the rental vehicle, querying the user if they would like to create a new profile or rent the vehicle without a profile.

A system for associating a user profile with a vehicle comprising:

means for receiving a reservation for a vehicle rental; and

means for querying a user if they would like to associate their user profile with a rental vehicle; and

when the user would like to associate their user profile with the rental vehicle, locating and uploading their user profile and associating their user profile with the reservation, and

when the user does not wish to associate their user profile with the rental vehicle, querying the user if they would like to create a new profile or rent the vehicle without a profile.

A system that reports one or more vehicle conditions comprising:

a vehicle reporting module adapted to receive one or more of a request, a smart calendar item, a trigger and context information, and determine what one or more types of information should be monitored;

a communication system adapted to forward one or more of the one or more types of information to one or more destinations.

Any of the above aspects, wherein the one or more destinations include a smartphone, a communications device and a remote access device.

Any of the above aspects, wherein a smart calendar module initiates one or more triggers, the initiation based on one or more calendared events.

Any of the above aspects, wherein a context module determines context of the vehicle and based on one or more thresholds, initiates the trigger.

Any of the above aspects, wherein a context module cooperates with a breathalyzer and determines when monitoring should commence.

Any of the above aspects, wherein one or more of images, video, audio, GPS information, location information, passenger information and time at location information are monitored.

Any of the above aspects, wherein a parental control module initiates the request to begin monitoring.

Any of the above aspects, wherein one or more of an expression, facial ID and gestures are the trigger.

Any of the above aspects, wherein a remote access device can establish one or more of audio and video communication with the vehicle, and can also control one or more vehicle functions.

Any of the above aspects, wherein the remote access device is a communications device, a smartphone, a tablet computer and a computer.

A method to report one or more vehicle conditions comprising:

receiving one or more of a request, a smart calendar item, a trigger and context information, and determine what one or more types of information should be monitored;

forwarding one or more of the one or more types of information to one or more destinations.

Any of the above aspects, wherein the one or more destinations include a smartphone, a communications device and a remote access device.

Any of the above aspects, wherein a smart calendar module initiates one or more triggers, the initiation based on one or more calendared events.

Any of the above aspects, wherein a context module determines context of the vehicle and based on one or more thresholds, initiates the trigger.

8

Any of the above aspects, wherein a context module cooperates with a breathalyzer and determines when monitoring should commence.

Any of the above aspects, wherein one or more of images, video, audio, GPS information, location information, passenger information and time at location information are monitored.

Any of the above aspects, wherein a parental control module initiates the request to begin monitoring.

Any of the above aspects, wherein one or more of an expression, facial ID and gestures are the trigger.

Any of the above aspects, wherein a remote access device can establish one or more of audio and video communication with the vehicle, and can also control one or more vehicle functions.

Any of the above aspects, wherein the remote access device is a communications device, a smartphone, a tablet computer and a computer.

A non-transitory computer readable information storage media having stored thereon instructions, that when executed by a processor, cause to be performed a method to report one or more vehicle conditions comprising:

receiving one or more of a request, a smart calendar item, a trigger and context information, and determine what one or more types of information should be monitored;

forwarding one or more of the one or more types of information to one or more destinations.

A system to report one or more vehicle conditions comprising:

means for receiving one or more of a request, a smart calendar item, a trigger and context information, and determine what one or more types of information should be monitored;

means for forwarding one or more of the one or more types of information to one or more destinations.

A parental control system for a vehicle comprising:

a parental control module adapted to limit one or more vehicle functions based on one or more rules; and

a profile module adapted to interact with the parental control module to limit the one or more vehicle functions based on whether the profile is associated with a driver or a passenger.

Any of the above aspects, wherein vehicle reporting is activated.

Any of the above aspects, wherein context sensing is enabled.

Any of the above aspects, wherein communications are established with one or more remote devices.

Any of the above aspects, wherein one or more rules based functions are enabled or disabled, wherein the one or more rules based functions include at least one vehicle operational function.

Any of the above aspects, wherein real-time communications are established between the vehicle and a communications device or a computing device.

Any of the above aspects, wherein global context awareness is enabled and communications established with one or more smart systems.

Any of the above aspects, wherein the parental control module is activated based on one or more of a facial recognition and a profile associated with the vehicle.

Any of the above aspects, wherein real-time communications audio or video communications are established between the vehicle and a communications device or a computing device.

Any of the above aspects, wherein the one or more vehicle functions are limited based on a determined context of one or more of the vehicle and one or more passengers.

9
10

Any of the above aspects, wherein information from a local or remote breathalyzer is used as input to determine whether to limit the one or more vehicle functions.

A parental control method for a vehicle comprising:
limiting one or more vehicle functions based on one or more rules; and
interacting with the parental control module to limit the one or more vehicle functions based on whether the profile is associated with a driver or a passenger.

Any of the above aspects, wherein vehicle reporting is activated.

Any of the above aspects, wherein context sensing is enabled.

Any of the above aspects, wherein communications are established with one or more remote devices.

Any of the above aspects, wherein one or more rules based functions are enabled or disabled, wherein the one or more rules based functions include at least one vehicle operational function.

Any of the above aspects, wherein real-time communications are established between the vehicle and a communications device or a computing device.

Any of the above aspects, wherein global context awareness is enabled and communications established with one or more smart systems.

Any of the above aspects, wherein the parental control module is activated based on one or more of a facial recognition and a profile associated with the vehicle.

Any of the above aspects, wherein real-time communications audio or video communications are established between the vehicle and a communications device or a computing device.

Any of the above aspects, wherein the one or more vehicle functions are limited based on a determined context of one or more of the vehicle and one or more passengers.

Any of the above aspects, wherein information from a local or remote breathalyzer is used as input to determine whether to limit the one or more vehicle functions.

A parental control system for a vehicle comprising:
means for limiting one or more vehicle functions based on one or more rules; and
means for interacting with the parental control module to limit the one or more vehicle functions based on whether the profile is associated with a driver or a passenger.

A non-transitory computer readable information storage media having stored thereon instructions, that when executed by a processor, cause to be performed a parental control method for a vehicle comprising:
limiting one or more vehicle functions based on one or more rules; and
interacting with the parental control module to limit the one or more vehicle functions based on whether the profile is associated with a driver or a passenger.

The present disclosure can provide a number of advantages depending on the particular aspect, embodiment, and/ or configuration. The above and other advantages will be apparent from the disclosure.

The phrases "at least one," "one or more," and "and/or" are open-ended expressions that are both conjunctive and disjunctive in operation. For example, each of the expressions "at least one of A, B and C," "at least one of A, B or C," "one or more of A, B, and C," "one or more of A, B, or C" and "A, B, and/or C" means A alone, B alone, C alone, A and B together, A and C together, B and C together, or A, B and C together.

The term "a" or "an" entity refers to one or more of that entity. As such, the terms "a" (or "an"), "one or more," and "at least one" can be used interchangeably herein. It is also to be noted that the terms "comprising," "including," and "having" can be used interchangeably.

The term "automatic" and variations thereof, as used herein, refer to any process or operation done without material human input when the process or operation is performed. However, a process or operation can be automatic, even though performance of the process or operation uses material or immaterial human input, if the input is received before the performance of the process or operation. Human input is deemed to be material if such input influences how the process or operation will be performed. Human input that consents to the performance of the process or operation is not deemed to be "material."

The term "automotive navigation system" can refer to a satellite navigation system designed for use in vehicles. It typically uses a GPS navigation device to acquire position data to locate the user on a road in the unit's map database. Using the road database, the unit can give directions to other locations along roads also in its database. Dead reckoning using distance data from sensors attached to the drivetrain, a gyroscope and an accelerometer can be used for greater reliability, as GPS signal loss and/or multipath can occur due to urban canyons or tunnels.

The term "bus" and variations thereof, as used herein, can refer to a subsystem that transfers information and/or data between various components. A bus generally refers to the collection communication hardware interface, interconnects, bus architecture, standard, and/or protocol defining the communication scheme for a communication system and/or communication network. A bus may also refer to a part of a communication hardware that interfaces the communication hardware with the interconnects that connect to other components of the corresponding communication network. The bus may be for a wired network, such as a physical bus, or wireless network, such as part of an antenna or hardware that couples the communication hardware with the antenna. A bus architecture supports a defined format in which information and/or data is arranged when sent and received through a communication network. A protocol may define the format and rules of communication of a bus architecture.

The terms "communication device," "smartphone," and "mobile device," and variations thereof, as used herein, can be used interchangeably and may include any type of device capable of communicating with one or more of another device and/or across a communications network, via a communications protocol, and the like. Exemplary communication devices may include but are not limited to smartphones, handheld computers, laptops, netbooks, notebook computers, subnotebooks, tablet computers, scanners, portable gaming devices, phones, pagers, GPS modules, portable music players, and other Internet-enabled and/or network-connected devices.

A "communication modality" can refer to any protocol- or standard defined or specific communication session or interaction, such as Voice-Over-Internet-Protocol ("VoIP"), cellular communications (e.g., IS-95, 1G, 2G, 3G, 3.5G, 4G, 4G/IMT-Advanced standards, 3GPP, WIMAX™, GSM, CDMA, CDMA2000, EDGE, 1×EVDO, iDEN, GPRS, HSPDA, TDMA, UMA, UMTS, ITU-R, and 5G), Bluetooth™, text or instant messaging (e.g., AIM, Blauk, eBuddy, Gadu-Gadu, IBM Lotus Sametime, ICQ, iMessage, IMVU, Lync, MXit, Paltalk, Skype, Tencent QQ, Windows Live Messenger™ or MSN Messenger™, Wireclub, Xfire, and Yahoo! Messenger™), email, Twitter (e.g., tweeting), Digital Service Protocol (DSP), and the like.

US 11,163,931 B2

11

The term "communication system" or "communication network" and variations thereof, as used herein, can refer to a collection of communication components capable of one or more of transmission, relay, interconnect, control, or otherwise manipulate information or data from at least one transmitter to at least one receiver. As such, the communication may include a range of systems supporting point-to-point or broadcasting of the information or data. A communication system may refer to the collection individual communication hardware as well as the interconnects associated with and connecting the individual communication hardware. Communication hardware may refer to dedicated communication hardware or may refer a processor coupled with a communication means (i.e., an antenna) and running software capable of using the communication means to send and/or receive a signal within the communication system. Interconnect refers some type of wired or wireless communication link that connects various components, such as communication hardware, within a communication system. A communication network may refer to a specific setup of a communication system with the collection of individual communication hardware and interconnects having some definable network topography. A communication network may include wired and/or wireless network having a pre-set to an ad hoc network structure.

The term "computer-readable medium," as used herein refers to any tangible storage and/or transmission medium that participates in providing instructions to a processor for execution. Such a medium may take many forms, including but not limited to, non-volatile media, volatile media, and transmission media. Non-volatile media includes, for example, non-volatile random access memory (NVRAM), or magnetic or optical disks. Volatile media includes dynamic memory, such as main memory. Common forms of computer-readable media include, for example, a floppy disk, a flexible disk, hard disk, magnetic tape, or any other magnetic medium, magneto-optical medium, a compact disc read only memory (CD-ROM), any other optical medium, punch cards, paper tape, any other physical medium with patterns of holes, a random access memory (RAM), a programmable read only memory (PROM), and erasable programmable read only memory EPROM, a FLASH-EPROM, a solid state medium like a memory card, any other memory chip or cartridge, a carrier wave as described hereinafter, or any other medium from which a computer can read. A digital file attachment to an e-mail or other self-contained information archive or set of archives is considered a distribution medium equivalent to a tangible storage medium. When the computer-readable media is configured as a database, it is to be understood that the database may be any type of database, such as relational, hierarchical, object-oriented, and/or the like. Accordingly, the disclosure is considered to include a tangible storage medium or distribution medium and prior art-recognized equivalents and successor media, in which the software implementations of the present disclosure are stored. It should be noted that any computer readable medium that is not a signal transmission may be considered non-transitory.

The terms dash and dashboard and variations thereof, as used herein, may be used interchangeably and can be any panel and/or area of a vehicle disposed adjacent to an operator, user, and/or passenger. Dashboards may include, but are not limited to, one or more control panel(s), instrument housing(s), head unit(s), indicator(s), gauge(s), meter(s), light(s), audio equipment, computer(s), screen(s), display(s), HUD unit(s), and graphical user interface(s).

12

The term "module" as used herein refers to any known or later developed hardware, software, firmware, artificial intelligence, fuzzy logic, or combination of hardware and software that is capable of performing the functionality associated with that element.

The term "desktop" refers to a metaphor used to portray systems. A desktop is generally considered a "surface" that may include pictures, called icons, widgets, folders, etc. that can activate and/or show applications, windows, cabinets, files, folders, documents, and other graphical items. The icons are generally selectable to initiate a task through user interface interaction to allow a user to execute applications and/or conduct other operations.

The term "display" refers to a portion of a physical screen used to display the output of a computer to a user.

The term "displayed image" refers to an image produced on the display. A typical displayed image is a window or desktop. The displayed image may occupy all or a portion of the display.

The term "display orientation" refers to the way in which a rectangular display is oriented for viewing. The two most common types of display orientations are portrait and landscape. In landscape mode, the display is oriented such that the width of the display is greater than the height of the display (such as a 4:3 ratio, which is 4 units wide and 3 units tall, or a 16:9 ratio, which is 16 units wide and 9 units tall). Stated differently, the longer dimension of the display is oriented substantially horizontal in landscape mode while the shorter dimension of the display is oriented substantially vertical. In the portrait mode, by contrast, the display is oriented such that the width of the display is less than the height of the display. Stated differently, the shorter dimension of the display is oriented substantially horizontal in the portrait mode while the longer dimension of the display is oriented substantially vertical. A multi-screen display can have one composite display that encompasses all the screens. The composite display can have different display characteristics based on the various orientations of the device.

The term "electronic address" can refer to any contactable address, including a telephone number, instant message handle, e-mail address, Uniform Resource Locator ("URL"), Global Universal Identifier ("GUID"), Universal Resource Identifier ("URI"), Address of Record ("AOR"), electronic alias in a database, etc., combinations thereof.

The term "gesture" refers to a user action that expresses an intended idea, action, meaning, result, and/or outcome. The user action can include manipulating a device (e.g., opening or closing a device, changing a device orientation, moving a trackball or wheel, etc.), movement of a body part in relation to the device, movement of an implement or tool in relation to the device, audio inputs, etc. A gesture may be made on a device (such as on the screen) or with the device to interact with the device.

The term "gesture capture" refers to a sense or otherwise a detection of an instance and/or type of user gesture. The gesture capture can be received by sensors in three-dimensional space. Further, the gesture capture can occur in one or more areas of a screen, for example, on a touch-sensitive display or a gesture capture region. A gesture region can be on the display, where it may be referred to as a touch sensitive display, or off the display, where it may be referred to as a gesture capture area.

The terms "infotainment" and "infotainment system" may be used interchangeably and can refer to the hardware/software products, data, content, information, and/or systems, which can be built into or added to vehicles to enhance

US 11,163,931 B2

13

driver and/or passenger experience. Infotainment may provide media and/or multimedia content. An example is information-based media content or programming that also includes entertainment content.

A "multi-screen application" refers to an application that is capable of producing one or more windows that may simultaneously occupy one or more screens. A multi-screen application commonly can operate in single-screen mode in which one or more windows of the application are displayed only on one screen or in multi-screen mode in which one or more windows are displayed simultaneously on multiple screens.

A "single-screen application" refers to an application that is capable of producing one or more windows that may occupy only a single screen at a time.

The terms "online community," "e-community," or "virtual community" can mean a group of people that interact via a computer network, for social, professional, educational, and/or other purposes. The interaction can use a variety of media formats, including wikis, blogs, chat rooms, Internet forums, instant messaging, email, and other forms of electronic media. Many media formats may be used in social software separately and/or in combination, including text-based chat rooms and forums that use voice, video text or avatars.

The term "satellite positioning system receiver" can refer to a wireless receiver or transceiver to receive and/or send location signals from and/or to a satellite positioning system (SPS), such as the Global Positioning System ("GPS") (US), GLONASS (Russia), Galileo positioning system (EU), Compass navigation system (China), and Regional Navigational Satellite System (India).

The term "social network service" may include a service provider that builds online communities of people, who share interests and/or activities, or who are interested in exploring the interests and/or activities of others. Social network services can be network-based and may provide a variety of ways for users to interact, such as e-mail and instant messaging services.

The term "social network" can refer to a network-based social network.

The term "screen," "touch screen," "touchscreen," or "touch-sensitive display" refers to a physical structure that enables the user to interact with the computer by touching areas on the screen and provides information to a user through a display. The touch screen may sense user contact in a number of different ways, such as by a change in an electrical parameter (e.g., resistance or capacitance), acoustic wave variations, infrared radiation proximity detection, light variation detection, and the like. In a resistive touch screen, for example, normally separated conductive and resistive metallic layers in the screen pass an electrical current. When a user touches the screen, the two layers make contact in the contacted location, whereby a change in electrical field is noted and the coordinates of the contacted location calculated. In a capacitive touch screen, a capacitive layer stores electrical charge, which is discharged to the user upon contact with the touch screen, causing a decrease in the charge of the capacitive layer. The decrease is measured, and the contacted location coordinates determined. In a surface acoustic wave touch screen, an acoustic wave is transmitted through the screen, and the acoustic wave is disturbed by user contact. A receiving transducer detects the user contact instance and determines the contacted location coordinates.

The term "window" refers to a, typically rectangular, displayed image on at least part of a display that contains or provides content different from the rest of the screen. The

14

window may obscure the desktop. The dimensions and orientation of the window may be configurable either by another module or by a user. When the window is expanded, the window can occupy substantially all of the display space on a screen or screens.

The terms "determine," "calculate," and "compute," and variations thereof, as used herein, are used interchangeably and include any type of methodology, process, mathematical operation, or technique.

It shall be understood that the term "means," as used herein, shall be given its broadest possible interpretation in accordance with 35 U.S.C., Section 112, Paragraph 6 or other applicable law. Accordingly, a claim incorporating the term "means" shall cover all structures, materials, or acts set forth herein, and all of the equivalents thereof. Further, the structures, materials or acts and the equivalents thereof shall include all those described in the summary of the invention, brief description of the drawings, detailed description, abstract, and claims themselves.

The terms "vehicle," "car," "automobile," and variations thereof may be used interchangeably herein and can refer to a device or structure for transporting animate and/or inanimate or tangible objects (e.g., persons and/or things), such as a self-propelled conveyance. A vehicle as used herein can include any conveyance or model of a conveyance, where the conveyance was originally designed for the purpose of moving one or more tangible objects, such as people, animals, cargo, and the like. The term "vehicle" does not require that a conveyance moves or is capable of movement. Typical vehicles may include but are in no way limited to cars, trucks, motorcycles, busses, automobiles, trains, railed conveyances, boats, ships, marine conveyances, submarine conveyances, airplanes, space craft, flying machines, human-powered conveyances, and the like.

The term "profile," as used herein, can refer to any data structure, data store, and/or database that includes one or more items of information associated with a vehicle, a vehicle system, a device (e.g., a mobile device, laptop, mobile phone, etc.), or a person.

The term "in communication with," as used herein, refers to any coupling, connection, or interaction using electrical signals to exchange information or data, using any system, hardware, software, protocol, or format, regardless of whether the exchange occurs wirelessly or over a wired connection.

The preceding is a simplified summary of the disclosure to provide an understanding of some aspects of the disclosure. This summary is neither an extensive nor exhaustive overview of the disclosure and its various aspects, embodiments, and/or configurations. It is intended neither to identify key or critical elements of the disclosure nor to delineate the scope of the disclosure but to present selected concepts of the disclosure in a simplified form as an introduction to the more detailed description presented below. As will be appreciated, other aspects, embodiments, and/or configurations of the disclosure are possible utilizing, alone or in combination, one or more of the features set forth above or described in detail below.

BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 depicts an embodiment of a vehicle operating environment;

FIG. 2 is a block diagram of an embodiment of a vehicle system;

FIG. 3 is a block diagram of an embodiment of a vehicle control system environment;

US 11,163,931 B2

15

16

FIG. **4** is a block diagram of an embodiment of a vehicle communications subsystem;

FIG. **5A** is a first block diagram of an embodiment of a vehicle interior environment separated into areas and/or zones;

FIG. **5B** is a second block diagram of an embodiment of a vehicle interior environment separated into areas and/or zones;

FIG. **5C** is a third block diagram of an embodiment of a vehicle interior environment separated into areas and/or zones;

FIG. **6A** depicts an embodiment of a sensor configuration for a vehicle;

FIG. **6B** depicts an embodiment of a sensor configuration for a zone of a vehicle;

FIG. **7A** is a block diagram of an embodiment of interior sensors for a vehicle;

FIG. **7B** is a block diagram of an embodiment of exterior sensors for a vehicle;

FIG. **8A** is a block diagram of an embodiment of a media subsystem for a vehicle;

FIG. **8B** is a block diagram of an embodiment of a user and device interaction subsystem for a vehicle;

FIG. **8C** is a block diagram of an embodiment of a Navigation subsystem for a vehicle;

FIG. **9** is a block diagram of an embodiment of a communications subsystem for a vehicle;

FIG. **10** is a block diagram of an embodiment of a software architecture for the vehicle control system;

FIG. **11A** is a graphical representation of an embodiment of a gesture that a user may perform to provide input to a vehicle control system;

FIG. **11B** is a graphical representation of an embodiment of a gesture that a user may perform to provide input to a vehicle control system;

FIG. **11C** is a graphical representation of an embodiment of a gesture that a user may perform to provide input to a vehicle control system;

FIG. **11D** is a graphical representation of an embodiment of a gesture that a user may perform to provide input to a vehicle control system;

FIG. **11E** is a graphical representation of an embodiment of a gesture that a user may perform to provide input to a vehicle control system;

FIG. **11F** is a graphical representation of an embodiment of a gesture that a user may perform to provide input to a vehicle control system;

FIG. **11G** is a graphical representation of an embodiment of a gesture that a user may perform to provide input to a vehicle control system;

FIG. **11H** is a graphical representation of an embodiment of a gesture that a user may perform to provide input to a vehicle control system;

FIG. **11I** is a graphical representation of an embodiment of a gesture that a user may perform to provide input to a vehicle control system;

FIG. **11J** is a graphical representation of an embodiment of a gesture that a user may perform to provide input to a vehicle control system;

FIG. **11K** is a graphical representation of an embodiment of a gesture that a user may perform to provide input to a vehicle control system;

FIG. **12A** is a diagram of an embodiment of a data structure for storing information about a user of a vehicle;

FIG. **12B** is a diagram of an embodiment of a data structure for storing information about a device associated with or in a vehicle;

FIG. **12C** is a diagram of an embodiment of a data structure for storing information about a system of a vehicle;

FIG. **12D** is a diagram of an embodiment of a data structure for storing information about a vehicle;

FIG. **13** is a flow or process diagram of a method for storing one or more settings associated with a user;

FIG. **14** is a flow or process diagram of a method for establishing one or more settings associated with a user;

FIG. **15** is a flow or process diagram of a method for storing one or more settings associated with a user;

FIG. **16** is a flow or process diagram of a method for storing one or more gestures associated with a user;

FIG. **17** is a flow or process diagram of a method for reacting to a gesture performed by a user;

FIG. **18** is a flow or process diagram of a method for storing health data associated with a user;

FIG. **19** is a flow or process diagram of a method for reacting to a gesture performed by a user;

FIG. **20** illustrates an embodiment of additional vehicle subsystems and components;

FIG. **21** illustrates another embodiment of additional vehicle subsystems and components;

FIG. **22** illustrates another embodiment of additional vehicle subsystems and components;

FIG. **23** is a flowchart illustrating an exemplary method for profile management;

FIG. **24** is a flowchart illustrating vehicle to mobile device communication;

FIG. **25** is a flowchart illustrating an exemplary method for profile transferring;

FIG. **26** is a flowchart illustrating an exemplary method for associating one or more profiles with a reservation;

FIG. **27** is a flowchart illustrating an exemplary method for vehicle monitoring;

FIG. **28** is a flowchart illustrating an exemplary method for parental control;

FIG. **29** is a flowchart illustrating an exemplary method for global context awareness.

In the appended figures, similar components and/or features may have the same reference label. Further, various components of the same type may be distinguished by following the reference label by a letter that distinguishes among the similar components. If only the first reference label is used in the specification, the description is applicable to any one of the similar components having the same first reference label irrespective of the second reference letter or label.

DETAILED DESCRIPTION

Presented herein are embodiments of systems, devices, processes, data structures, user interfaces, etc. The embodiments may relate to an automobile and/or an automobile environment. The automobile environment can include systems associated with the automobile and devices or other systems in communication with the automobile and/or automobile systems. Furthermore, the systems can relate to communications systems and/or devices and may be capable of communicating with other devices and/or to an individual or group of individuals. Further, the systems can receive user input in unique ways. The overall design and functionality of the systems provide for an enhanced user experience making the automobile more useful and more efficient. As described herein, the automobile systems may be electrical, mechanical, electro-mechanical, software-based, and/or combinations thereof.

US 11,163,931 B2

17

A vehicle environment **100** that may contain a vehicle ecosystem is shown in FIG. **1**. The vehicle environment **100** can contain areas associated with a vehicle or conveyance **104**. The vehicle **104** is shown as a car but can be any type of conveyance. The environment **100** can include at least three zones. A first zone **108** may be inside a vehicle **104**. The zone **108** includes any interior space, trunk space, engine compartment, or other associated space within or associated with the vehicle **104**. The interior zone **108** can be defined by one or more techniques, for example, geo-fencing.

A second zone **112** may be delineated by line **120**. The zone **112** is created by a range of one or more sensors associated with the vehicle **104**. Thus, the area **112** is exemplary of the range of those sensors and what can be detected by those sensors associated with the vehicle **104**. Although sensor range is shown as a fixed and continuous oval, the sensor range may be dynamic and/or discontinuous. For example, a ranging sensor (e.g., radar, lidar, ladar, etc.) may provide a variable range depending on output power, signal characteristics, or environmental conditions (e.g., rain, fog, clear, etc.). The rest of the environment includes all space beyond the range of the sensors and is represented by space **116**. Thus, the environment **100** may have an area **116** that includes all areas beyond the sensor range **112**. The area **116** may include locations of travel that the vehicle **104** may proceed to in the future.

An embodiment of a vehicle system **200** is shown in FIG. **2**. The vehicle system **200** may comprise hardware and/or software that conduct various operations for or with the vehicle **104**. The operations can include, but are not limited to, providing information to the user **216**, receiving input from the user **216**, and controlling the functions or operation of the vehicle **104**, etc. The vehicle system **200** can include a vehicle control system **204**. The vehicle control system **204** can be any type of computing system operable to conduct the operations as described herein. An example of a vehicle control system may be as described in conjunction with FIG. **3**.

The vehicle control system **204** may interact with a memory or storage system **208** that stores system data. System data **208** may be any type of data needed for the vehicle control system **204** to control effectively the vehicle **104**. The system data **208** can represent any type of database or other storage system. Thus, the system data **208** can be a flat file data system, an object-oriented data system, or some other data system that may interface with the vehicle control system **204**.

The vehicle control system **204** may communicate with a device or user interface **212**, **248**. The user interface **212**, **248** may be operable to receive user input either through touch input, on one or more user interface buttons, via voice command, via one or more image sensors, or through a graphical user interface that may include a gesture capture region, as described in conjunction with the other figures provided herein. Further, the symbol **212**, **248** can represent a device that is located or associated with the vehicle **104**. The device **212**, **248** can be a mobile device, including, but not limited to, a mobile telephone, a mobile computer, or other type of computing system or device that is either permanently located in or temporarily associated with, but not necessarily connected to, the vehicle **104**. Thus, the vehicle control system **204** can interface with the device **212**, **248** and leverage the device's computing capability to provide one or more of the features or functions as described herein.

18

The device or user interface **212**, **248** can receive input or provide information to a user **216**. The user **216** may thus interact with the vehicle control system **204** through the interface or device **212**, **248**. Further, the device **212**, **248** may include or have access to device data **220** and/or profile data **252**. The device data **220** can be any type of data that is used in conjunction with the device **212**, **248** including, but not limited to, multimedia data, preferences data, device identification information, or other types of data. The profile data **252** can be any type of data associated with at least one user **216** including, but in no way limited to, bioinformatics, medical information, driving history, personal information (e.g., home physical address, business physical address, contact addresses, likes, dislikes, hobbies, size, weight, occupation, business contacts—including physical and/or electronic addresses, personal contacts—including physical and/or electronic addresses, family members, and personal information related thereto, etc.), other user characteristics, advertising information, user settings and feature preferences, travel information, associated vehicle preferences, communication preferences, historical information (e.g., including historical, current, and/or future travel destinations), Internet browsing history, or other types of data. In any event, the data may be stored as device data **220** and/or profile data **252** in a storage system similar to that described in conjunction with FIGS. **12A** through **12D**.

As an example, the profile data **252** may include one or more user profiles. User profiles may be generated based on data gathered from one or more of vehicle preferences (e.g., seat settings, HVAC settings, dash configurations, and the like), recorded settings, geographic location information (e.g., provided by a satellite positioning system (e.g., GPS), Wi-Fi hotspot, cell tower data, etc.), mobile device information (such as mobile device electronic addresses, Internet browsing history and content, application store selections, user settings and enabled and disabled features, and the like), private information (such as user information from a social network, user presence information, user business account, and the like), secure data, biometric information, audio information from on board microphones, video information from on board cameras, Internet browsing history and browsed content using an on board computer and/or the local area network enabled by the vehicle **104**, geographic location information (e.g., a vendor storefront, roadway name, city name, etc.), and the like.

The profile data **252** may include one or more user accounts. User accounts may include access and permissions to one or more settings and/or feature preferences associated with the vehicle **104**, communications, infotainment, content, etc. In one example, a user account may allow access to certain settings for a particular user, while another user account may deny access to the settings for another user, and vice versa. The access controlled by the user account may be based on at least one of a user account priority, role, permission, age, family status, a group priority (e.g., the user account priority of one or more users, etc.), a group age (e.g., the average age of users in the group, a minimum age of the users in the group, a maximum age of the users in the group, and/or combinations thereof, etc.).

For example, a user **216** may be allowed to purchase applications (e.g., software, etc.) for the vehicle **104** and/or a device associated with the vehicle **104** based on information associated with the user account. This user account information may include a preferred payment method, permissions, and/or other account information. As provided herein, the user account information may be part of the user profile and/or other data stored in the profile data **252**.

US 11,163,931 B2

19

20

As another example, an adult user (e.g., a user with an age of 18 years old and/or over, etc.) may be located in an area of a vehicle **104**, such as a rear passenger area. Continuing this example a child user (e.g., a user with an age of 17 years old and/or less, etc.) may be located in the same, or close, area. In this example, the user account information in the profile data **252** associated with both the adult user and the child user may be used by the vehicle **104** in determining whether content is appropriate for the area given the age of the child user. For instance, a graphic movie containing violence (e.g., a movie associated with a mature rating, such as a Motion Picture Association of America (MPAA) rating of "R," "NC-17," etc.) may be suitable to present to a display device associated with the adult user but may not be acceptable to present to the display device if a 12-year old child user may see and/or hear the content of the movie.

The vehicle control system **204** may also communicate with or through a communication network **224**. The communication network **224** can represent any type of wireless and/or wired communication system that may be included within the vehicle **104** or operable to communicate outside the vehicle **104**. Thus, the communication network **224** can include a local area communication capability and a wide area communication capability. For example, the communication network **224** can include a Bluetooth® wireless system, an 802.11x (e.g., 802.11G/802.11N/802.11AC, or the like, wireless system), a CAN bus, an Ethernet network within the vehicle **104**, or other types of communication networks that may function with or be associated with the vehicle **104**. Further, the communication network **224** can also include wide area communication capabilities, including one or more of, but not limited to, a cellular communication capability, satellite telephone communication capability, a wireless wide area network communication capability, or other types of communication capabilities that allow for the vehicle control system **204** to communicate outside the vehicle **104**.

The vehicle control system **204** may communicate through the communication network **224** to a server **228** that may be located in a facility that is not within physical proximity to the vehicle **104**. Thus, the server **228** may represent a cloud computing system or cloud storage that allows the vehicle control system **204** to either gain access to further computing capabilities or to storage at a location outside of the vehicle **104**. The server **228** can include a computer processor and memory and be similar to any computing system as understood to one skilled in the art.

Further, the server **228** may be associated with stored data **232**. The stored data **232** may be stored in any system or by any method, as described in conjunction with system data **208**, device data **220**, and/or profile data **252**. The stored data **232** can include information that may be associated with one or more users **216** or associated with one or more vehicles **104**. The stored data **232**, being stored in a cloud or in a distant facility, may be exchanged among vehicles **104** or may be used by a user **216** in different locations or with different vehicles **104**. Additionally or alternatively, the server may be associated with profile data **252** as provided herein. It is anticipated that the profile data **252** may be accessed across the communication network **224** by one or more components of the system **200**. Similar to the stored data **232**, the profile data **252**, being stored in a cloud or in a distant facility, may be exchanged among vehicles **104** or may be used by a user **216** in different locations or with different vehicles **104**.

The vehicle control system **204** may also communicate with one or more sensors **236**, **242**, which are either asso-ciated with the vehicle **104** or communicate with the vehicle **104**. Vehicle sensors **242** may include one or more sensors for providing information to the vehicle control system **204** that determine or provide information about the environment **100** in which the vehicle **104** is operating. Embodiments of these sensors may be as described in conjunction with FIGS. 6A-7B. Non-vehicle sensor **236** can be any type of sensor that is not currently associated with the vehicle **104**. For example, non-vehicle sensor **236** can be sensors in a traffic system operated by a third party that provides data to the vehicle control system **204**. Further, the non-vehicle sensor(s) **236** can be other types of sensors which provide information about the distant environment **116** or other information about the vehicle **104** or the environment **100**. These non-vehicle sensors **236** may be operated by third parties but provide information to the vehicle control system **204**. Examples of information provided by the sensors **236** and that may be used by the vehicle control system **204** may include weather tracking data, traffic data, user health tracking data, vehicle maintenance data, or other types of data, which may provide environmental or other data to the vehicle control system **204**. The vehicle control system **204** may also perform signal processing of signals received from one or more sensors **236**, **242**. Such signal processing may include estimation of a measured parameter from a single sensor, such as multiple measurements of a range state parameter from the vehicle **104** to an obstacle, and/or the estimation, blending, or fusion of a measured state parameter from multiple sensors such as multiple radar sensors or a combination of a ladar/lidar range sensor and a radar sensor. Signal processing of such sensor signal measurements may comprise stochastic signal processing, adaptive signal processing, and/or other signal processing techniques known to those skilled in the art.

The various sensors **236**, **242** may include one or more sensor memory **244**. Embodiments of the sensor memory **244** may be configured to store data collected by the sensors **236**, **242**. For example, a temperature sensor may collect temperature data associated with a vehicle **104**, user **216**, and/or environment, over time. The temperature data may be collected incrementally, in response to a condition, or at specific time periods. In this example, as the temperature data is collected, it may be stored in the sensor memory **244**. In some cases, the data may be stored along with an identification of the sensor and a collection time associated with the data. Among other things, this stored data may include multiple data points and may be used to track changes in sensor measurements over time. As can be appreciated, the sensor memory **244** can represent any type of database or other storage system.

The diagnostic communications module **256** may be configured to receive and transmit diagnostic signals and information associated with the vehicle **104**. Examples of diagnostics signals and information may include, but is in no way limited to, vehicle system warnings, sensor data, vehicle component status, service information, component health, maintenance alerts, recall notifications, predictive analysis, and the like. Embodiments of the diagnostic communications module **256** may handle warning/error signals in a predetermined manner. The signals, for instance, can be presented to one or more of a third party, occupant, vehicle control system **204**, and a service provider (e.g., manufacturer, repair facility, etc.).

Optionally, the diagnostic communications module **256** may be utilized by a third party (i.e., a party other than the user **216**, etc.) in communicating vehicle diagnostic information. For instance, a manufacturer may send a signal to a

US 11,163,931 B2

21

vehicle **104** to determine a status associated with one or more components associated with the vehicle **104**. In response to receiving the signal, the diagnostic communications module **256** may communicate with the vehicle control system **204** to initiate a diagnostic status check. Once the diagnostic status check is performed, the information may be sent via the diagnostic communications module **256** to the manufacturer. This example may be especially useful in determining whether a component recall should be issued based on the status check responses returned from a certain number of vehicles.

Wired/wireless transceiver/communications ports **260** may be included. The wired/wireless transceiver/communications ports **260** may be included to support communications over wired networks or links, for example with other communication devices, server devices, and/or peripheral devices. Examples of wired/wireless transceiver/communications ports **260** include Ethernet ports, Universal Serial Bus (USB) ports, Institute of Electrical and Electronics Engineers (IEEE) 1594, or other interface ports.

An embodiment of a vehicle control environment **300** including a vehicle control system **204** may be as shown in FIG. **3**. Beyond the vehicle control system **204**, the vehicle control environment **300** can include one or more of, but is not limited to, a power source and/or power control module **316**, a data storage module **320**, user interface(s)/input interface(s) **324**, vehicle subsystems **328**, user interaction subsystems **332**, Global Positioning System (GPS)/Navigation subsystems **336**, sensor(s) and/or sensor subsystems **340**, communication subsystems **344**, media subsystems **348**, and/or device interaction subsystems **352**. The subsystems, modules, components, etc. **316**-**352** may include hardware, software, firmware, computer readable media, displays, input devices, output devices, etc. or combinations thereof. The system, subsystems, modules, components, etc. **204**, **316**-**352** may communicate over a network or bus **356**. This communication bus **356** may be bidirectional and perform data communications using any known or future-developed standard or protocol. An example of the communication bus **356** may be as described in conjunction with FIG. **4**.

The vehicle control system **204** can include a processor **304**, memory **308**, and/or an input/output (I/O) module **312**. Thus, the vehicle control system **204** may be a computer system, which can comprise hardware elements that may be electrically coupled. The hardware elements may include one or more central processing units (CPUs) **304**; one or more components of the I/O module **312** including input devices (e.g., a mouse, a keyboard, etc.) and/or one or more output devices (e.g., a display device, a printer, etc.).

The processor **304** may comprise a general purpose programmable processor or controller for executing application programming or instructions. The processor **304** may, optionally, include multiple processor cores, and/or implement multiple virtual processors. Additionally or alternatively, the processor **304** may include multiple physical processors. As a particular example, the processor **304** may comprise a specially configured application specific integrated circuit (ASIC) or other integrated circuit, a digital signal processor, a controller, a hardwired electronic or logic circuit, a programmable logic device or gate array, a special purpose computer, or the like. The processor **304** generally functions to run programming code or instructions implementing various functions of the vehicle control system **204**.

The input/output module **312** and associated ports may be included to support communications over wired or wireless networks or links, for example with other communication

22

devices, server devices, and/or peripheral devices. Examples of an input/output module **312** include an Ethernet port, a Universal Serial Bus (USB) port, Institute of Electrical and Electronics Engineers (IEEE) 1594, or other interface.

The vehicle control system **204** may also include one or more storage devices **308**. By way of example, storage devices **308** may be disk drives, optical storage devices, solid-state storage devices such as a random access memory ("RAM") and/or a read-only memory ("ROM"), which can be programmable, flash-updateable and/or the like. The vehicle control system **204** may additionally include a computer-readable storage media reader; a communications system (e.g., a modem, a network card (wireless or wired), an infra-red communication device, etc.); and working memory **308**, which may include RAM and ROM devices as described above. The vehicle control system **204** may also include a processing acceleration unit, which can include a digital signal processor (DSP), a special-purpose processor, and/or the like.

The computer-readable storage media reader can further be connected to a computer-readable storage medium, together (and, optionally, in combination with storage device(s)) comprehensively representing remote, local, fixed, and/or removable storage devices plus storage media for temporarily and/or more permanently containing computer-readable information. The communications system may permit data to be exchanged with an external or internal network and/or any other computer or device described herein. Moreover, as disclosed herein, the term "storage medium" may represent one or more devices for storing data, including read only memory (ROM), random access memory (RAM), magnetic RAM, core memory, magnetic disk storage mediums, optical storage mediums, flash memory devices, and/or other machine readable mediums for storing information.

The vehicle control system **204** may also comprise software elements including an operating system and/or other code, as described in conjunction with FIG. **10**. It should be appreciated that alternates to the vehicle control system **204** may have numerous variations from that described herein. For example, customized hardware might also be used and/or particular elements might be implemented in hardware, software (including portable software, such as applets), or both. Further, connection to other computing devices such as network input/output devices may be employed.

The power source and/or power control module **316** can include any type of power source, including, but not limited to, batteries, alternating current sources (from connections to a building power system or power line), solar cell arrays, etc. One or more components or modules may also be included to control the power source or change the characteristics of the provided power signal. Such modules can include one or more of, but is not limited to, power regulators, power filters, alternating current (AC) to direct current (DC) converters, DC to AC converters, receptacles, wiring, other converters, etc. The power source and/or power control module **316** functions to provide the vehicle control system **204** and any other system with power.

The data storage **320** can include any module for storing, retrieving, and/or managing data in one or more data stores and/or databases. The database or data stores may reside on a storage medium local to (and/or resident in) the vehicle control system **204** or in the vehicle **104**. Alternatively, some of the data storage capability may be remote from the vehicle control system **204** or automobile, and in communication (e.g., via a network) to the vehicle control system

US 11,163,931 B2

23

**204**. The database or data stores may reside in a storage-area network ("SAN") familiar to those skilled in the art. Similarly, any necessary files for performing the functions attributed to the vehicle control system **204** may be stored locally on the respective vehicle control system **204** and/or remotely, as appropriate. The databases or data stores may be a relational database, and the data storage module **320** may be adapted to store, update, and retrieve data in response to specifically-formatted commands. The data storage module **320** may also perform data management functions for any flat file, object oriented, or other type of database or data store.

A first data store that may be part of the vehicle control environment **300** is a profile data store **252** for storing data about user profiles and data associated with the users. A system data store **208** can include data used by the vehicle control system **204** and/or one or more of the components **324-352** to facilitate the functionality described herein. The data stores **208** and/or **252** may be as described in conjunction with FIGS. **1** and/or **12A-12D**.

The user interface/input interfaces **324** may be as described herein for providing information or data and/or for receiving input or data from a user. Vehicle systems **328** can include any of the mechanical, electrical, electromechanical, computer, or other systems associated with the function of the vehicle **100**. For example, vehicle systems **328** can include one or more of, but is not limited to, the steering system, the braking system, the engine and engine control systems, the electrical system, the suspension, the drive train, the cruise control system, the radio, the heating, ventilation, air conditioning (HVAC) system, the windows and/or doors, etc. These systems are well known in the art and will not be described further.

Examples of the other systems and subsystems **324-352** may be as described further herein. For example, the user interface(s)/input interface(s) **324** may be as described in FIGS. **2** and **8**B; the vehicle subsystems **328** may be as described in FIG. **6***a* et. seq.; the user interaction subsystem **332** may be as described in conjunction with the user/device interaction subsystem **817** of FIG. **8**B; the Navigation subsystem **336** may be as described in FIGS. **6**A and **8**C; the sensor(s)/sensor subsystem **340** may be as described in FIGS. **7**A and **7**B; the communication subsystem **344** may be as described in FIGS. **2**, **4**, **5**B, **5**C, and **9**; the media subsystem **348** may be as described in FIG. **8**A; and, the device interaction subsystem **352** may be as described in FIG. **2** and in conjunction with the user/device interaction subsystem **817** of FIG. **8**B.

FIG. **4** illustrates an optional communications channel architecture **400** and associated communications components. FIG. **4** illustrates some of the optional components that can be interconnected via the communication channels/zones **404**. Communication channels/zones **404** can carry information on one or more of a wired and/or wireless communications link with, in the illustrated example, there being three communications channels/zones, **408**, **412**, and **416**.

This optional environment **400** can also include an IP router **420**, an operator cluster **424**, one or more storage devices **428**, one or more blades, such as master blade **432**, and computational blades **436** and **440**. Additionally, the communications channels/zones **404** can interconnect one or more displays, such as, remote display 1 **444**, remote display N **448**, and console display **452**. The communications channels/zones **404** also interconnect an access point **456**, a Bluetooth® access point/USB hub **460**, a Femtocell **464**, a storage controller **468**, that is connected to one or more of

24

USB devices **472**, DVDs **476**, or other storage devices **480**. To assist with managing communications within the communication channel, the environment **400** optionally includes a firewall **484** which will be discussed hereinafter in greater detail. Other components that could also share the communications channel/zones **404** include GPS **488**, media controller **492**, which is connected to one or more media sources **496**, and one or more subsystems, such as subsystem switches **498**.

Optionally, the communications channels/zones **404** can be viewed as an I/O network or bus where the communications channels are carried on the same physical media. Optionally, the communication channels **404** can be split amongst one or more physical media and/or combined with one or more wireless communications protocols. Optionally, the communications channels **404** can be based on wireless protocols with no physical media interconnecting the various elements described herein.

The environment **400** shown in FIG. **4** can include a collection of blade processors that are housed in a "crate." The crate can have a PC-style backplane connector **408** and a backplane Ethernet **408** that allows the various blades to communicate with one another using, for example, an Ethernet.

Various other functional elements illustrated in FIG. **4** can be integrated into this crate architecture with, as discussed hereinafter, various zones utilized for security. Optionally, as illustrated in FIG. **4**, the backplane **404/408** can have two separate Ethernet zones that may or may not be on the same communications channel Optionally, the zones exist on a single communications channel on the I/O network/bus **408**. Optionally, the zones are actually on different communications channels, e.g., **412**, **416**; however, the implementation is not restricted to any particular type of configuration. Rather, as illustrated in FIG. **4**, there can be a red zone **417** and a green zone **413**, and the I/O backplane on the network/bus **408** that enables standard I/O operations. This backplane or I/O network/bus **408** also optionally can provide power distribution to the various modules and blades illustrated in FIG. **4**. The red and green Ethernet zones, **417** and **413** respectively, can be implemented as Ethernet switches, with one on each side of the firewall **484**. Two Ethernets (untrusted and trusted) are not connected in accordance with an optional embodiment. Optionally, the connector geometry for the firewall can be different for the Ethernet zones than for the blades that are a part of the system.

The red zone **417** only needs to go from the modular connector to the input side of the backplane connector of the firewall **484**. While FIG. **4** indicates that there are five external red zone connectors to the firewall **484**, provisions can be made for any number of ports with the connections being made at the access point **456**, the Bluetooth® access point (combo controller) **460**, Femtocell **464**, storage controller **468**, and/or firewall **484**. Optionally, the external port connections can be made through a manufacturer configurable modular connector panel, and one or more of the red zone Ethernet ports could be available through a customer supplied crate which allows, for example, wired Ethernet connections from a bring-your-own-device (BYOD) to the firewall **484**.

The green zone **413** goes from the output side of the firewall **484** and generally defines the trusted Ethernet. The Ethernet on the backplane **408** essentially implements an Ethernet switch for the entire system, defining the Ethernet backbone of the vehicle **104**. All other modules, e.g., blades, etc., can connect to a standard backplane bus and the trusted

US 11,163,931 B2

25

Ethernet. Some number of switch ports can be reserved to connect to an output modular connector panel to distribute the Ethernet throughout the vehicle **104**, e.g., connecting such elements as the console display **452**, remote displays **444**, **448**, GPS **488**, etc. Optionally, only trusted components, either provided or approved by the manufacturer after testing, can be attached to the green zone **413**, which is by definition in the trusted Ethernet environment.

Optionally, the environment **400**, shown in FIG. **4**, utilizes IPv6 over Ethernet connections wherever possible. Using, for example, the Broadcom single-twisted pair Ethernet technology, wiring harnesses are simplified and data transmission speeds are maximized. However, while the Broadcom single-twisted pair Ethernet technology can be used, in general, systems and methods can work comparably well with any type of well-known Ethernet technology or other comparable communications technology.

As illustrated in FIG. **4** the I/O network/bus **408** is a split-bus concept that contains three independent bus structures:

The red zone **417**—the untrusted Ethernet environment. This zone **417** may be used to connect network devices and customer provided devices to the vehicle information system with these devices being on the untrusted side of the firewall **484**.

The green zone **413**—the trusted Ethernet environment, this zone **413** can be used to connect manufacturer certified devices such as GPS units, remote displays, subsystem switches, and the like, to the vehicle network **404**. Manufacturer certified devices can be implemented by vendors that allow the vehicle software system to validate whether or not a device is certified to operate with the vehicle **100**. Optionally, only certified devices are allowed to connect to the trusted side of the network.

The I/O bus **409**—the I/O bus may be used to provide power and data transmission to bus-based devices such as the vehicle solid state drive, the media controller blade **492**, the computational blades **436**, **440**, and the like.

As an example, the split-bus structure can have the following minimum configuration:

Two slots for the red zone Ethernet;

One slot for built-in LTE/WiMax access **420** from the car to other network resources such as the cloud/Internet;

One slot for user devices or bring-your-own device access, this slot can implement, for example, WiFi, Bluetooth®, and/or USB connectivity **456**, which can be provided in, for example, the customer crate;

One slot for combined red zone and green zone Ethernet, this slot can be reserved for the firewall controller;

Two slots for computational blades. Here the two computation blades are illustratively as shown the optional master blade and the multimedia blade or controller **492** which can be provided as standard equipment; and

The expansion controller that allows the I/O bus to be extended and provides additional Ethernet switch ports for one or more of the red or green zones, which may require that the basic green zone Ethernet switch implementation will support additional ports beyond the initial three that are needed for the basic exemplary system.

It should be possible to build 8 or 16 or more Ethernet switches that allow for the expansion with existing component(s) in a straight-forward manner.

The red zone **417** can be implemented as an 8-port Ethernet switch that has three actual bus ports within the

26

crate with the remaining five ports being available on the customer crate. The crate implements red zone slots for the firewall controller **484**, the combo controller which includes WiFi, Bluetooth®, USB hub (**456**, **460**) and the IP router **420**.

The firewall controller **484** can have a dedicated slot that bridges the red zone **417**, green zone **413**, and uses the I/O bus for power connections. In accordance with an optional low cost implementation, the firewall **484** can be implemented by a dummy module that simply bridges the red zone **417** and the green zone **413** without necessarily providing any firewall functionality. The combo controller **460** that includes the WiFi, Bluetooth®, and USB hub can be provided for consumer device connections. This controller can also implement the IPv6 (un-routable) protocol to insure that all information is packetized for transmission via IP over the Ethernet in the I/O network/bus **408**.

The combo controller **460** with the USB hub can have ports in the customer crate. The combo controller **460** can implement USB discovery functions and packetizes the information for transmission via IP over Ethernet. The combo controller **460** can also facilitate installation of the correct USB driver for the discovered device, such as a BYOD from the user. The combo controller **460** and USB hub can then map the USB address to a "local" IPv6 address for interaction with one or more of the computational blades which is generally going to be the media controller **492**.

The IP router **420** can implement Internet access through a manufacturer provided service. This service can allow, for example, a manufacturer to offer value-added services to be integrated into the vehicle information systems. The existence of the manufacturer provided Internet access can also allow the "e-Call" function and other vehicle data recorder functions to be implemented. IP router **420** also allows, for example, WiMax, 4G LTE, and other connections to the Internet through a service provider that can be, for example, contracted by the manufacturer. Internally, the IP router **420** can allow cellular handset connections to the Internet through a Femtocell **464** that is part of the IP router implementation. The IP router **420**, with the Femtocell **464**, can also allow a cone of silence functionality to be implemented. The IP router **420** can be an optional component for a vehicle provided by, for example, the manufacturer, a dealer, or installed by a user. In the absence of the IP router **420**, it is possible to connect a consumer handheld device to the I/O network/bus **408** using, for example, either WiFi or Bluetooth® **456**, **460**. While functionality may be somewhat reduced when using a handheld device instead of a built-in Ethernet connection, systems and methods of this invention can also work utilizing this consumer handheld device which then connects to the Internet via, for example, WiMax, 4G, 4G LTE, or the like.

FIGS. **5A**-**5C** show configurations of a vehicle **104**. In general, a vehicle **104** may provide functionality based at least partially on one or more areas, zones, and distances, associated with the vehicle **104**. Non-limiting examples of this functionality are provided herein below.

An arrangement or configuration for sensors within a vehicle **104** is as shown in FIG. **5A**. The sensor arrangement **500** can include one or more areas **508** within the vehicle. An area can be a larger part of the environment inside or outside of the vehicle **104**. Thus, area one **508**A may include the area within the trunk space or engine space of the vehicle **104** and/or the front passenger compartment. Area two **508**B may include a portion of the interior space **108** (e.g., a passenger compartment, etc.) of the vehicle **104**. The area N, **508**N, may include the trunk space or rear compartment

US 11,163,931 B2

27

area, when included within the vehicle **104**. The interior space **108** may also be divided into other areas. Thus, one area may be associated with the front passenger's and driver's seats, a second area may be associated with the middle passengers' seats, and a third area may be associated with a rear passenger's seat. Each area **508** may include one or more sensors that are positioned or operate to provide environmental information about that area **508**.

Each area **508** may be further separated into one or more zones **512** within the area **508**. For example, area 1 **508A** may be separated into zone A **512A**, and zone B **512B**. Each zone **512** may be associated with a particular portion of the interior occupied by a passenger. For example, zone A **512A** may be associated with a driver. Zone B **512B**, may be associated with a front passenger. Each zone **512** may include one or more sensors that are positioned or configured to collect information about the environment or eco-system associated with that zone or person.

A passenger area **508B** may include more than two zones as described in conjunction with area **508A**. For example, area **508B** may include three zones, **512C**, **512D**, and **512E**. These three separate zones **512C**, **512D**, and **512E** may be associated with three passenger seats typically found in the rear passenger area of a vehicle **104**. An area **508N** may include a single zone **512N** as there may be no separate passenger areas but may include a single trunk area within the vehicle **104**. The number of zones **512** is unlimited within the areas as the areas are also unlimited inside the vehicle **104**. Further, it should be noted that there may be one or areas **508** or zones **512** that may be located outside the vehicle **104** that may have a specific set of sensors associated therewith.

Optionally, each area/access point **508**, **456**, **516**, **520**, and/or zone **512**, associated with a vehicle **104**, may comprise one or more sensors to determine a presence of a user **216** and/or device **212**, **248** in and/or adjacent to each area **508**, **456**, **516**, **520**, and/or zone **512**. The sensors may include vehicle sensors **242** and/or non-vehicle sensors **236** as described herein. It is anticipated that the sensors may be configured to communicate with a vehicle control system **204** and/or the diagnostic communications module **256**. Additionally or alternatively, the sensors may communicate with a device **212**, **248**. The communication of sensors with the vehicle **104** may initiate and/or terminate the control of device **212**, **248** features. For example, a vehicle operator may be located in a second outside area **520** associated with a vehicle **104**. As the operator approaches the second outside area **516**, associated with the vehicle **104**, the vehicle control system **204** may determine to control features associated with one or more device **212**, **248** and diagnostic communications module **256**.

Optionally, the location of the device **212**, **248** relative to the vehicle **104** may determine vehicle functionality and/or features to be provided and/or restricted to a user **216**. By way of example, a device **212**, **248** associated with a user **216** may be located at a second outside area **520** from the vehicle **104**. In this case, and based at least partially on the distance of the device **212**, **248** from the vehicle **104** (e.g., provided by detecting the device **212**, **248** at or beyond the second outside area **520**) the vehicle **104** may lock one or more features (e.g., ignition access, vehicle access, communications ability, etc.) associated with the vehicle **104**. Optionally, the vehicle **104** may provide an alert based on the distance of the device **212**, **248** from the vehicle **104**. Continuing the example above, once the device **212**, **248** reaches the first outside area **516** of the vehicle **104** at least one of the vehicle features may be unlocked. For instance,

28

by reaching the first outside area **516**, the vehicle **104** may unlock a door of the vehicle **104**. In some cases, when the device is detected to be inside the vehicle **104**, the various sensors **236**, **242** may determine that the user **216** is in an area **508** and/or zone **512**. As is further described herein, features of the vehicle **104**, device **212**, **248**, and/or other components may be controlled based on rules stored in a memory.

FIG. 5B illustrates optional internal vehicle communications between one or more of the vehicle and one or more devices or between devices. Various communications can occur utilizing one or more Bluetooth®, NFC, WiFi, mobile hot spot, point-to-point communications, point-to-multipoint other point communications, an ad hoc network, or in general any known communications protocol over any known communications media or media-types.

Optionally, various types of internal vehicle communications can be facilitated using an access point **456** that utilizes one or more of Bluetooth®, NFC, WiFi, wireless Ethernet, mobile hot spot technology, or the like. Upon being connected with, and optionally authenticated to the access point **456**, the connected device is able to communicate with one or more of the vehicle and one or more other devices that are connected to the access point **456**. The type of connection to the access point **456** can be based on, for example, the zone **512**, in which the device is located.

The user may identify their zone **512** in conjunction with an authentication procedure to the access point **456**. For example, a driver in zone A **512A**, upon authenticating to the access point **456**, can cause the access point **456** to send a query to the device asking the device user in which zone **512** they are located. As discussed hereinafter, the zone **512** the user device is located in may have an impact on the type of communications, available bandwidth, the types of other devices or vehicle systems or subsystems the device could communicate with, and the like. As a brief introduction, internal communications with zone A **512A** may be given preferential treatment over those communications originating from area 2 **508B**, which could have in itself, preferential treatment over communications originating within area N **508N**.

Moreover, the device in zone A **512A** can include profile information that governs the other devices that are allowed to connect to the access point **456** and what those devices have access to, how they can communicate, how much bandwidth they are allocated, and the like. While, optionally, the device associated with zone A **512A** will be considered the "master" controller of the profile that governs the internal vehicle communications, it should be appreciated that this was arbitrarily chosen since it is assumed that there will always be a driver in a car that is present in zone A **512A**. However, it should be appreciated the driver in zone A **512A**, for example, may not have a communications device in which case a device associated with one of the other areas or zones, such as zone B **512B**, area 2 **508B**, or area N **508N** could also be associated with or control this master profile.

Optionally, various devices located within the various zones **512** can connect using, for example, ports provided by access point **456** or Bluetooth® access point/USB hub **460** as illustrated in FIG. **4**. Similarly, the device(s) could connect utilizing the Femtocell **464** and optionally be directly connected via, for example, a standard Ethernet port.

As discussed, each one of the areas, area 1 **508A**, area 2 **508B**, and area N **508N**, can each have associated therewith a profile that governs, for example, how many and what

US 11,163,931 B2

29

types of devices can connect from that area **508**, bandwidth allocated to that area **508**, the types of media or content available to device(s) within that area **508**, the interconnection of devices within that area **508** or between areas **508**, or, in general, can control any aspect of communication of an associated device with any one or more other associated devices/vehicle systems within the vehicle **104**.

Optionally, area 2 **508**B devices can be provided with full access to multimedia and infotainment available within the vehicle **104**, however, devices in area 2 **508**B may be restricted from any access to vehicle functions. Only devices in area 1 **508**A may be able to access vehicle control functions such as when "parents" are located in area 1 **508**A and the children are located in area 2 **508**B. Optionally, devices found in zone E **512**E of area 2 **508**B may be able to access limited vehicle control functionality such as climate control within area 2. Similarly, devices in area N **508**N may be able to control climate features within zone N **512**N.

As will be appreciated, profiles can be established that allow management of communications within each of the areas **508**, and further optionally within each of the zones **512**. The profile can be granular in nature controlling not only what type of devices can connect within each zone **512**, but how those devices can communicate with other devices and/or the vehicle and types of information that can be communicated.

To assist with identifying a location of a device within a zone **512**, a number of different techniques can be utilized. One optional technique involves one or more of the vehicle sensors detecting the presence of an individual within one of the zones **512**. Upon detection of an individual in a zone **512**, communications subsystems **344** and the access point **456** can cooperate to not only associate the device within the zone **512** with the access point **456** but to also determine the location of the device within an area, and optionally within a zone **512**. Once the device is established within a zone **512**, a profile associated with the vehicle **104** can store information identifying that device and/or a person and optionally associating it with a particular zone **512** as a default. As discussed, there can be a master profile optionally associated with the device in zone A **512**A, this master profile can govern communications with the communications subsystems **340** and where communications within vehicle **104** are to occur.

Some optional profiles are illustrated below where the Master Profile governs other device connectivity:

| Master Profile: | | | |
| --- | --- | --- | --- |
| Area 1 508A | Area 2 508B | Area N 508N | Other |
| All Communications | Allow Access to Infotainment | No Access | Master Profile acts as Firewall and Router |
| All Vehicle Controls | Allow Area 2 Climate Control | | |

| Secondary Profile (e.g., device in Zone B 512B, Area 1 508A) | | | |
| --- | --- | --- | --- |
| Area 1 508A | Area 2 508B | Area N 508N | Other |
| All Communications | Allow Access to Infotainment | Allow Access to Infotainment | Master Profile acts as Firewall and Router |
| All Vehicle Controls | Allow Area 2 Climate Control | Allow Area 2 Climate Control | |

30

| Secondary Profile, Option 2 | | | |
| --- | --- | --- | --- |
| Area 1 508A | Area 2 508B | Area N 508N | Other |
| All Communications | Allow Access to Infotainment, Internet | Allow Access to Infotainment | |
| All Vehicle Controls Except Driver-centric Controls | Allow Area 2 Climate Control | Allow Area 2 Climate Control | |

Some optional profiles are illustrated below where the Area/Zone governs device connectivity: Area 2 **508**B Profile:

| Area 1 508A | Area 2 508B | Area N 508N | Other |
| --- | --- | --- | --- |
| No Communications with Area 1 Devices | Allow Access to Infotainment, Allow Access to Other Area 2 or Zone N Devices, Internet | | |
| No Vehicle Controls | Allow Area 2 Climate Control | | |

| Area N 508N Profile: | | | |
| --- | --- | --- | --- |
| Area 1 508A | Area 2 508B | Area N 508N | Other |
| Communications with Area 1, Zone B Device | | Allow Infotainment, Allow Access to Other Area N or Zone N Devices | Access to |
| No Vehicle Controls | | Allow Area N Climate Control | |

| Area 2 508B Profile: | | | |
| --- | --- | --- | --- |
| Area 1 508A | Area 2 508B | Area N 508N | Other |
| Media Sharing with Area 1, Zone B and Vehicle | Allow Access to Infotainment, Allow Access to Other Area 2 or Zone N Devices, Internet and Femtocell | | |
| No Vehicle Controls | | | |

Optionally, a user's device, such as a SmartPhone, can store in, for example a profile, with which zone **512** the user's device is associated. Then, assuming the user sits in the same zone **512** and area **508** as previously, the user's device can re-establish the same communications protocols with the access point **456** as were previously established.

In addition or in the alternative, the areas **508** and zones **512** can have associated therewith restrictions as to which one or more other user's devices with which users' devices can connect. For example, a first user's device can connect

US 11,163,931 B2

31

with any other user device in area 2 **508**B or area N **508**N, however is restricted from communicating with a user device in area 1 **508**A, zone A **512**A. However, the first user device may be able to communicate with another user's device that is located in area 1 **508**A, zone B **512**B. These communications can include any type of standard communications such as sharing content, exchanging messages, forwarding or sharing multimedia or infotainment, or in general can include any communications that would ordinarily be available between two devices and/or the vehicle and vehicle systems. As discussed, there may be restrictions on the type of communications that can be sent to the device in area 1 **508**A, zone A **512**A. For example, the user's device in area 1 **508**A, zone A **512**A may be restricted from receiving one or more of text messages, multimedia, infotainment, or in general anything that can be envisioned as a potential distraction to the driver. Moreover, it should be appreciated that the communications between the various devices and the various zones **512** need not necessarily occur with the assistance of access point **456**, but the communications could also occur directly between the device(s).

FIG. **5**C outlines optional internal vehicle communications between one or more of the vehicle and one or more devices. More specifically, FIG. **5**C illustrates an example of vehicle communications where the vehicle **104** is equipped with the necessary transceivers to provide a mobile hot spot functionality to any user device(s) therein, such as user devices 248A and **248**N.

Optionally, and as discussed above, one or more user devices can connect to the access point **456**. This access point **456** is equipped to handle communications routing to not only the communication network/buses **224** for intra-vehicle communications, but optionally can also communicate with, for example, the Internet or the cloud, in cooperation with transceiver **260**. Optionally included is a firewall **484** that has the capability of not only blocking certain types of content, such as a malicious content, but can also operate to exclude certain type of communications from emanating from the vehicle **104** and transceiver **260**. As will be appreciated, various profiles could be established in the firewall **484** that controls not only the type of communications that can be received at the vehicle **104**, but the type of communications that can be sent from the vehicle **104**.

The transceiver **260** can be any type of well-known wireless transceiver that communicates using a known communications protocol such as WiMax, 4G, 4G LTE, 3G, or the like. The user devices can communicate via, for example, WiFi link **248** with the access point **456**, with the transceiver **260** providing Internet connectivity to the various user devices. As will be appreciated, there may need to be an account associated with transceiver **260** with a wireless carrier to provide data and/or voice connectivity to enable the user devices to communicate with the Internet. Typically, the account is established on a month-to-month basis with an associated fee but could also be performed based on the amount of data to be transmitted, received, or in any other manner.

Moreover, one or more of the user's devices and access point **456** can maintain profile information that governs how the user's devices are able to communicate with other devices, and optionally the Internet. Optionally, a profile can exist that only allows the user's devices to communicate with other user's devices and/or the vehicle, multimedia and/or the vehicle infotainment system, and may not be allowed access to the Internet via transceiver **260**. The profile can stipulate that the user's device could connect to the Internet via transceiver **260** for a specified period of time

32

and/or up to a certain amount of data usage. The user's device can have full access to the Internet via transceiver **260** with no limit on time or data usage which would reduce the data usage of the user's device since it is connected via WiFi to the access point **456**, but however, would increase the data usage by transceiver **260**, and therefore, shift the billing for that data usage to the transceiver **260** instead of the user's device. Still further, and as previously discussed, the various profiles may stipulate which user's device has priority for use of the bandwidth provided by the transceiver **260**. For example, a user's device located area 1 **508**A, zone A **512**A may be given preferential routing treatment of data above that of a user's device in zone N **512**N. In this manner, for example, a driver would be given priority for Internet access above that of the passengers. This could become important, for example, when the driver is trying to obtain traffic or direction information or, for example, when the vehicle is performing a download to update various software features.

As will be appreciated, the optional firewall **484** can cooperate with the access point **456** and the various profiles that area **508** associated with the various devices within the vehicle **104** and can fully implement communications restrictions, control bandwidth limits, Internet accessibility, malicious software blocking, and the like. Moreover, the optional firewall **484** can be accessed by an administrator with one or more of these configuration settings edited through an administrator's control panel. For example, in a scenario where parents are always in area 1 **508**A, it may be appropriate to give all of the user's devices in area 1 **508**A full access to the Internet utilizing transceiver **260**, however, while restricting access and/or bandwidth to any other user devices within the vehicle **104**. As the user's device and profile would be known by the firewall **484**, upon the user's device being associated with the access point **456**, the firewall **484** and transceiver **260** can be configured to allow communications in accordance with the stored profile.

A set of sensors or vehicle components **600** associated with the vehicle **104** may be as shown in FIG. **6**A. The vehicle **104** can include, among many other components common to vehicles, wheels **607**, a power source **609** (such as an engine, motor, or energy storage system (e.g., battery or capacitive energy storage system)), a manual or automatic transmission **612**, a manual or automatic transmission gear controller **616**, a power controller **620** (such as a throttle), a vehicle control system **204**, the display device **212**, a braking system **636**, a steering wheel **640**, a power source activation/deactivation switch **644** (e.g., an ignition), an occupant seating system **648**, a wireless signal receiver **653** to receive wireless signals from signal sources such as roadside beacons and other electronic roadside devices, and a satellite positioning system receiver **657** (e.g., a Global Positioning System ("GPS") (US), GLONASS (Russia), Galileo positioning system (EU), Compass navigation system (China), and the Regional Navigational Satellite System (India) receiver), driverless systems (e.g., cruise control systems, automatic steering systems, automatic braking systems, etc.).

The vehicle **104** can include a number of sensors in wireless or wired communication with the vehicle control system **204** and/or display device **212**, **248** to collect sensed information regarding the vehicle state, configuration, and/or operation. Exemplary sensors may include one or more of, but are not limited to, wheel state sensor **660** to sense one or more of vehicle speed, acceleration, deceleration, wheel rotation, wheel speed (e.g., wheel revolutions-per-minute), wheel slip, and the like, a power source energy output sensor

US 11,163,931 B2

33

664 to sense a power output of the power source 609 by measuring one or more of current engine speed (e.g., revolutions-per-minute), energy input and/or output (e.g., voltage, current, fuel consumption, and torque) (e.g., turbine speed sensor, input speed sensor, crankshaft position sensor, manifold absolute pressure sensor, mass flow sensor, and the like), and the like, a switch state sensor 668 to determine a current activation or deactivation state of the power source activation/deactivation switch 644, a transmission setting sensor 670 to determine a current setting of the transmission (e.g., gear selection or setting), a gear controller sensor 672 to determine a current setting of the gear controller 616, a power controller sensor 674 to determine a current setting of the power controller 620, a brake sensor 676 to determine a current state (braking or non-braking) of the braking system 636, a seating system sensor 678 to determine a seat setting and current weight of seated occupant, if any) in a selected seat of the seating system 648, exterior and interior sound receivers 690 and 692 (e.g., a microphone, sonar, and other type of acoustic-to-electric transducer or sensor) to receive and convert sound waves into an equivalent analog or digital signal. Examples of other sensors (not shown) that may be employed include safety system state sensors to determine a current state of a vehicular safety system (e.g., air bag setting (deployed or undeployed) and/or seat belt setting (engaged or not engaged)), light setting sensor (e.g., current headlight, emergency light, brake light, parking light, fog light, interior or passenger compartment light, and/or tail light state (on or off)), brake control (e.g., pedal) setting sensor, accelerator pedal setting or angle sensor, clutch pedal setting sensor, emergency brake pedal setting sensor, door setting (e.g., open, closed, locked or unlocked) sensor, engine temperature sensor, passenger compartment or cabin temperature sensor, window setting (open or closed) sensor, one or more interior-facing or exterior-facing cameras or other imaging sensors (which commonly convert an optical image into an electronic signal but may include other devices for detection objects such as an electromagnetic radiation emitter/receiver that emits electromagnetic radiation and receives electromagnetic waves reflected by the object) to sense objects, such as other vehicles and pedestrians and optionally determine the distance, trajectory and speed of such objects, in the vicinity or path of the vehicle, odometer reading sensor, trip mileage reading sensor, wind speed sensor, radar transmitter/receiver output, brake wear sensor, steering/torque sensor, oxygen sensor, ambient lighting sensor, vision system sensor, ranging sensor, parking sensor, heating, venting, and air conditioning (HVAC) sensor, water sensor, air-fuel ratio meter, blind spot monitor, hall effect sensor, microphone, radio frequency (RF) sensor, infrared (IR) sensor, vehicle control system sensors, wireless network sensor (e.g., Wi-Fi and/or Bluetooth® sensor), cellular data sensor, and other sensors either future-developed or known to those of skill in the vehicle art.

In the depicted vehicle embodiment, the various sensors can be in communication with the display device 212, 248 and vehicle control system 204 via signal carrier network 224. As noted, the signal carrier network 224 can be a network of signal conductors, a wireless network (e.g., a radio frequency, microwave, or infrared communication system using a communications protocol, such as Wi-Fi), or a combination thereof. The vehicle control system 204 may also provide signal processing of one or more sensors, sensor fusion of similar and/or dissimilar sensors, signal smoothing in the case of erroneous "wild point" signals, and/or sensor fault detection. For example, ranging measurements provided by one or more RF sensors may be

34

combined with ranging measurements from one or more IR sensors to determine one fused estimate of vehicle range to an obstacle target.

The control system 204 may receive and read sensor signals, such as wheel and engine speed signals, as a digital input comprising, for example, a pulse width modulated (PWM) signal. The processor 304 can be configured, for example, to read each of the signals into a port configured as a counter or configured to generate an interrupt on receipt of a pulse, such that the processor 304 can determine, for example, the engine speed in revolutions per minute (RPM) and the speed of the vehicle in miles per hour (MPH) and/or kilometers per hour (KPH). One skilled in the art will recognize that the two signals can be received from existing sensors in a vehicle comprising a tachometer and a speedometer, respectively. Alternatively, the current engine speed and vehicle speed can be received in a communication packet as numeric values from a conventional dashboard subsystem comprising a tachometer and a speedometer. The transmission speed sensor signal can be similarly received as a digital input comprising a signal coupled to a counter or interrupt signal of the processor 304 or received as a value in a communication packet on a network or port interface from an existing subsystem of the vehicle 104. The ignition sensor signal can be configured as a digital input, wherein a HIGH value represents that the ignition is on and a LOW value represents that the ignition is OFF. Three bits of the port interface can be configured as a digital input to receive the gear shift position signal, representing eight possible gear shift positions. Alternatively, the gear shift position signal can be received in a communication packet as a numeric value on the port interface. The throttle position signal can be received as an analog input value, typically in the range 0-5 volts. Alternatively, the throttle position signal can be received in a communication packet as a numeric value on the port interface. The output of other sensors can be processed in a similar fashion.

Other sensors may be included and positioned in the interior space 108 of the vehicle 104. Generally, these interior sensors obtain data about the health of the driver and/or passenger(s), data about the safety of the driver and/or passenger(s), and/or data about the comfort of the driver and/or passenger(s). The health data sensors can include sensors in the steering wheel that can measure various health telemetry for the person (e.g., heart rate, temperature, blood pressure, blood presence, blood composition, etc.). Sensors in the seats may also provide for health telemetry (e.g., presence of liquid, weight, weight shifts, etc.). Infrared sensors could detect a person's temperature; optical sensors can determine a person's position and whether the person has become unconscious. Other health sensors are possible and included herein.

Safety sensors can measure whether the person is acting safely. Optical sensors can determine a person's position and focus. If the person stops looking at the road ahead, the optical sensor can detect the lack of focus. Sensors in the seats may detect if a person is leaning forward or may be injured by a seat belt in a collision. Other sensors can detect that the driver has at least one hand on a steering wheel. Other safety sensors are possible and contemplated as if included herein.

Comfort sensors can collect information about a person's comfort. Temperature sensors may detect a temperature of the interior cabin. Moisture sensors can determine a relative humidity. Audio sensors can detect loud sounds or other distractions. Audio sensors may also receive input from a

US 11,163,931 B2

35

person through voice data. Other comfort sensors are possible and contemplated as if included herein.

FIG. **6**B shows an interior sensor configuration for one or more zones **512** of a vehicle **104** optionally. Optionally, the areas **508** and/or zones **512** of a vehicle **104** may include sensors that are configured to collect information associated with the interior **108** of a vehicle **104**. In particular, the various sensors may collect environmental information, user information, and safety information, to name a few. Embodiments of these sensors may be as described in conjunction with FIGS. **7**A-**8**B.

Optionally, the sensors may include one or more of optical, or image, sensors **622**A-B (e.g., cameras, etc.), motion sensors **624**A-B (e.g., utilizing RF, IR, and/or other sound/image sensing, etc.), steering wheel user sensors **642** (e.g., heart rate, temperature, blood pressure, sweat, health, etc.), seat sensors **677** (e.g., weight, load cell, moisture, electrical, force transducer, etc.), safety restraint sensors **679** (e.g., seatbelt, airbag, load cell, force transducer, etc.), interior sound receivers **692**A-B, environmental sensors **694** (e.g., temperature, humidity, air, oxygen, etc.), and the like.

The image sensors **622**A-B may be used alone or in combination to identify objects, users **216**, and/or other features, inside the vehicle **104**. Optionally, a first image sensor **622**A may be located in a different position within a vehicle **104** from a second image sensor **622**B. When used in combination, the image sensors **622**A-B may combine captured images to form, among other things, stereo and/or three-dimensional (3D) images. The stereo images can be recorded and/or used to determine depth associated with objects and/or users **216** in a vehicle **104**. Optionally, the image sensors **622**A-B used in combination may determine the complex geometry associated with identifying characteristics of a user **216**. For instance, the image sensors **622**A-B may be used to determine dimensions between various features of a user's face (e.g., the depth/distance from a user's nose to a user's cheeks, a linear distance between the center of a user's eyes, and more). These dimensions may be used to verify, record, and even modify characteristics that serve to identify a user **216**. As can be appreciated, utilizing stereo images can allow for a user **216** to provide complex gestures in a 3D space of the vehicle **104**. These gestures may be interpreted via one or more of the subsystems as disclosed herein. Optionally, the image sensors **622**A-B may be used to determine movement associated with objects and/or users **216** within the vehicle **104**. It should be appreciated that the number of image sensors used in a vehicle **104** may be increased to provide greater dimensional accuracy and/or views of a detected image in the vehicle **104**.

The vehicle **104** may include one or more motion sensors **624**A-B. These motion sensors **624**A-B may detect motion and/or movement of objects inside the vehicle **104**. Optionally, the motion sensors **624**A-B may be used alone or in combination to detect movement. For example, a user **216** may be operating a vehicle **104** (e.g., while driving, etc.) when a passenger in the rear of the vehicle **104** unbuckles a safety belt and proceeds to move about the vehicle **104**. In this example, the movement of the passenger could be detected by the motion sensors **624**A-B. Optionally, the user **216** could be alerted of this movement by one or more of the devices **212**, **248** in the vehicle **104**. In another example, a passenger may attempt to reach for one of the vehicle control features (e.g., the steering wheel **640**, the console, icons displayed on the head unit and/or device **212**, **248**, etc.). In this case, the movement (i.e., reaching) of the passenger may be detected by the motion sensors **624**A-B. Optionally, the

36

path, trajectory, anticipated path, and/or some other direction of movement/motion may be determined using the motion sensors **624**A-B. In response to detecting the movement and/or the direction associated with the movement, the passenger may be prevented from interfacing with and/or accessing at least some of the vehicle control features (e.g., the features represented by icons may be hidden from a user interface, the features may be locked from use by the passenger, combinations thereof, etc.). As can be appreciated, the user **216** may be alerted of the movement/motion such that the user **216** can act to prevent the passenger from interfering with the vehicle **104** controls. Optionally, the number of motion sensors in a vehicle **104**, or areas of a vehicle **104**, may be increased to increase an accuracy associated with motion detected in the vehicle **104**.

The interior sound receivers **692**A-B may include, but are not limited to, microphones and other types of acoustic-to-electric transducers or sensors. Optionally, the interior sound receivers **692**A-B may be configured to receive and convert sound waves into an equivalent analog or digital signal. The interior sound receivers **692**A-B may serve to determine one or more locations associated with various sounds in the vehicle **104**. The location of the sounds may be determined based on a comparison of volume levels, intensity, and the like, between sounds detected by two or more interior sound receivers **692**A-B. For instance, a first interior sound receiver **692**A may be located in a first area of the vehicle **104** and a second interior sound receiver **692**B may be located in a second area of the vehicle **104**. If a sound is detected at a first volume level by the first interior sound receiver **692**A and a second, higher, volume level by the second interior sound receiver **692**B in the second area of the vehicle **104**, the sound may be determined to be closer to the second area of the vehicle **104**. As can be appreciated, the number of sound receivers used in a vehicle **104** may be increased (e.g., more than two, etc.) to increase measurement accuracy surrounding sound detection and location, or source, of the sound (e.g., via triangulation, etc.).

Seat sensors **677** may be included in the vehicle **104**. The seat sensors **677** may be associated with each seat and/or zone **512** in the vehicle **104**. Optionally, the seat sensors **677** may provide health telemetry and/or identification via one or more of load cells, force transducers, weight sensors, moisture detection sensor, electrical conductivity/resistance sensor, and the like. For example, the seat sensors **677** may determine that a user **216** weighs 180 lbs. This value may be compared to user data stored in memory to determine whether a match exists between the detected weight and a user **216** associated with the vehicle **104**. In another example, if the seat sensors **677** detect that a user **216** is fidgeting, or moving, in a seemingly uncontrollable manner, the system may determine that the user **216** has suffered a nervous and/or muscular system issue (e.g., seizure, etc.). The vehicle control system **204** may then cause the vehicle **104** to slow down and in addition or alternatively the automobile controller **8104** (described below) can safely take control of the vehicle **104** and bring the vehicle **104** to a stop in a safe location (e.g., out of traffic, off a freeway, etc).

Health telemetry and other data may be collected via the steering wheel user sensors **642**. Optionally, the steering wheel user sensors **642** may collect heart rate, temperature, blood pressure, and the like, associated with a user **216** via at least one contact disposed on or about the steering wheel **640**.

The safety restraint sensors **679** may be employed to determine a state associated with one or more safety restraint

US 11,163,931 B2

37

devices in a vehicle **104**. The state associated with one or more safety restraint devices may serve to indicate a force observed at the safety restraint device, a state of activity (e.g., retracted, extended, various ranges of extension and/or retraction, deployment, buckled, unbuckled, etc.), damage to the safety restraint device, and more.

Environmental sensors **694**, including one or more of temperature, humidity, air, oxygen, carbon monoxide, smoke, and other environmental condition sensors may be used in a vehicle **104**. These environmental sensors **694** may be used to collect data relating to the safety, comfort, and/or condition of the interior space **108** of the vehicle **104**. Among other things, the data collected by the environmental sensors **694** may be used by the vehicle control system **204** to alter functions of a vehicle. The environment may correspond to an interior space **108** of a vehicle **104** and/or specific areas **508** and/or zones **512** of the vehicle **104**. It should be appreciate that an environment may correspond to a user **216**. For example, a low oxygen environment may be detected by the environmental sensors **694** and associated with a user **216** who is operating the vehicle **104** in a particular zone **512**. In response to detecting the low oxygen environment, at least one of the subsystems of the vehicle **104**, as provided herein, may alter the environment, especially in the particular zone **512**, to increase the amount of oxygen in the zone **512**. Additionally or alternatively, the environmental sensors **694** may be used to report conditions associated with a vehicle (e.g., fire detected, low oxygen, low humidity, high carbon monoxide, etc.). The conditions may be reported to a user **216** and/or a third party via at least one communications module as provided herein.

Among other things, the sensors as disclosed herein may communicate with each other, with devices **212**, **248**, and/or with the vehicle control system **204** via the signal carrier network **224**. Additionally or alternatively, the sensors disclosed herein may serve to provide data relevant to more than one category of sensor information including, but not limited to, combinations of environmental information, user information, and safety information to name a few.

FIGS. **7A-7B** show block diagrams of various sensors that may be associated with a vehicle **104**. Although depicted as interior and exterior sensors, it should be appreciated that any of the one or more of the sensors shown may be used in both the interior space **108** and the exterior space of the vehicle **104**. Moreover, sensors having the same symbol or name may include the same, or substantially the same, functionality as those sensors described elsewhere in the present disclosure. Further, although the various sensors are depicted in conjunction with specific groups (e.g., environmental **708**, **708E**, user interface **712**, safety **716**, **716E**, etc.) the sensors should not be limited to the groups in which they appear. In other words, the sensors may be associated with other groups or combinations of groups and/or disassociated from one or more of the groups shown. The sensors as disclosed herein may communicate with each other, the devices **212**, **248**, and/or the vehicle control system **204** via one or more communications channel(s) **356**.

FIG. **7A** is a block diagram of an embodiment of interior sensors **340** for a vehicle **104** is provided. The interior sensors **340** may be arranged into one or more groups, based at least partially on the function of the interior sensors **340**. The interior space **108** of a vehicle **104** may include an environmental group **708**, a user interface group **712**, and a safety group **716**. Additionally or alternatively, there may be sensors associated with various devices inside the vehicle (e.g., devices **212**, **248**, smart phones, tablets, mobile computers, etc.)

38

The environmental group **708** may comprise sensors configured to collect data relating to the internal environment of a vehicle **104**. It is anticipated that the environment of the vehicle **104** may be subdivided into areas **508** and zones **512** in an interior space **108** of a vehicle **104**. In this case, each area **508** and/or zone **512** may include one or more of the environmental sensors. Examples of environmental sensors associated with the environmental group **708** may include, but are not limited to, oxygen/air sensors **724**, temperature sensors **728**, humidity sensors **732**, light/photo sensors **736**, and more. The oxygen/air sensors **724** may be configured to detect a quality of the air in the interior space **108** of the vehicle **104** (e.g., ratios and/or types of gasses comprising the air inside the vehicle **104**, dangerous gas levels, safe gas levels, etc.). Temperature sensors **728** may be configured to detect temperature readings of one or more objects, users **216**, and/or areas **508** of a vehicle **104**. Humidity sensors **732** may detect an amount of water vapor present in the air inside the vehicle **104**. The light/photo sensors **736** can detect an amount of light present in the vehicle **104**. Further, the light/photo sensors **736** may be configured to detect various levels of light intensity associated with light in the vehicle **104**.

The user interface group **712** may comprise sensors configured to collect data relating to one or more users **216** in a vehicle **104**. As can be appreciated, the user interface group **712** may include sensors that are configured to collect data from users **216** in one or more areas **508** and zones **512** of the vehicle **104**. For example, each area **508** and/or zone **512** of the vehicle **104** may include one or more of the sensors in the user interface group **712**. Examples of user interface sensors associated with the user interface group **712** may include, but are not limited to, infrared sensors **740**, motion sensors **744**, weight sensors **748**, wireless network sensors **752**, biometric sensors **756**, camera (or image) sensors **760**, audio sensors **764**, and more.

Infrared sensors **740** may be used to measure IR light irradiating from at least one surface, user **216**, or other object in the vehicle **104**. Among other things, the Infrared sensors **740** may be used to measure temperatures, form images (especially in low light conditions), identify users **216**, and even detect motion in the vehicle **104**.

The motion sensors **744** may be similar to the motion detectors **624A-B**, as described in conjunction with FIG. **6B**. Weight sensors **748** may be employed to collect data relating to objects and/or users **216** in various areas **508** of the vehicle **104**. In some cases, the weight sensors **748** may be included in the seats and/or floor of a vehicle **104**.

Optionally, the vehicle **104** may include a wireless network sensor **752**. This sensor **752** may be configured to detect one or more wireless network(s) inside the vehicle **104**. Examples of wireless networks may include, but are not limited to, wireless communications utilizing Bluetooth®, Wi-Fi™ ZigBee, IEEE 802.11, and other wireless technology standards. For example, a mobile hotspot may be detected inside the vehicle **104** via the wireless network sensor **752**. In this case, the vehicle **104** may determine to utilize and/or share the mobile hotspot detected via/with one or more other devices **212**, **248** and/or components associated with the vehicle **104**.

Biometric sensors **756** may be employed to identify and/or record characteristics associated with a user **216**. It is anticipated that biometric sensors **756** can include at least one of image sensors, IR sensors, fingerprint readers, weight sensors, load cells, force transducers, heart rate monitors, blood pressure monitors, and the like as provided herein.

US 11,163,931 B2

39

40

The camera sensors **760** may be similar to image sensors **622**A-B, as described in conjunction with FIG. **6**B. Optionally, the camera sensors may record still images, video, and/or combinations thereof. The audio sensors **764** may be similar to the interior sound receivers **692**A-B, as described in conjunction with FIGS. **6**A-**6**B. The audio sensors may be configured to receive audio input from a user **216** of the vehicle **104**. The audio input from a user **216** may correspond to voice commands, conversations detected in the vehicle **104**, phone calls made in the vehicle **104**, and/or other audible expressions made in the vehicle **104**.

The safety group **716** may comprise sensors configured to collect data relating to the safety of a user **216** and/or one or more components of a vehicle **104**. The vehicle **104** may be subdivided into areas **508** and/or zones **512** in an interior space **108** of a vehicle **104** where each area **508** and/or zone **512** may include one or more of the safety sensors provided herein. Examples of safety sensors associated with the safety group **716** may include, but are not limited to, force sensors **768**, mechanical motion sensors **772**, orientation sensors **776**, restraint sensors **780**, and more.

The force sensors **768** may include one or more sensors inside the vehicle **104** configured to detect a force observed in the vehicle **104**. One example of a force sensor **768** may include a force transducer that converts measured forces (e.g., force, weight, pressure, etc.) into output signals.

Mechanical motion sensors **772** may correspond to encoders, accelerometers, damped masses, and the like. Optionally, the mechanical motion sensors **772** may be adapted to measure the force of gravity (i.e., G-force) as observed inside the vehicle **104**. Measuring the G-force observed inside a vehicle **104** can provide valuable information related to a vehicle's acceleration, deceleration, collisions, and/or forces that may have been suffered by one or more users **216** in the vehicle **104**. As can be appreciated, the mechanical motion sensors **772** can be located in an interior space **108** or an exterior of the vehicle **104**.

Orientation sensors **776** can include accelerometers, gyroscopes, magnetic sensors, and the like that are configured to detect an orientation associated with the vehicle **104**. Similar to the mechanical motion sensors **772**, the orientation sensors **776** can be located in an interior space **108** or an exterior of the vehicle **104**.

The restraint sensors **780** may be similar to the safety restraint sensors **679** as described in conjunction with FIGS. **6**A-**6**B. These sensors **780** may correspond to sensors associated with one or more restraint devices and/or systems in a vehicle **104**. Seatbelts and airbags are examples of restraint devices and/or systems. As can be appreciated, the restraint devices and/or systems may be associated with one or more sensors that are configured to detect a state of the device/ system. The state may include extension, engagement, retraction, disengagement, deployment, and/or other electrical or mechanical conditions associated with the device/ system.

The associated device sensors **720** can include any sensors that are associated with a device **212**, **248** in the vehicle **104**. As previously stated, typical devices **212**, **248** may include smart phones, tablets, laptops, mobile computers, and the like. It is anticipated that the various sensors associated with these devices **212**, **248** can be employed by the vehicle control system **204**. For example, a typical smart phone can include, an image sensor, an IR sensor, audio sensor, gyroscope, accelerometer, wireless network sensor, fingerprint reader, and more. It is an aspect of the present

disclosure that one or more of these associated device sensors **720** may be used by one or more subsystems of the vehicle system **200**.

In FIG. **7**B, a block diagram of an embodiment of exterior sensors **340** for a vehicle **104** is shown. The exterior sensors may include sensors that are identical, or substantially similar, to those previously disclosed in conjunction with the interior sensors of FIG. **7**A. Optionally, the exterior sensors **340** may be configured to collect data relating to one or more conditions, objects, users **216**, and other events that are external to the interior space **108** of the vehicle **104**. For instance, the oxygen/air sensors **724** may measure a quality and/or composition of the air outside of a vehicle **104**. As another example, the motion sensors **744** may detect motion outside of a vehicle **104**.

The external environmental group **708**E may comprise sensors configured to collect data relating to the external environment of a vehicle **104**. In addition to including one or more of the sensors previously described, the external environmental group **708**E may include additional sensors, such as, vehicle sensors **750**, biological sensors, and wireless signal sensors **758**. Vehicle sensors **750** can detect vehicles that are in an environment surrounding the vehicle **104**. For example, the vehicle sensors **750** may detect vehicles in a first outside area **516**, a second outside area **520**, and/or combinations of the first and second outside areas **516**, **520**. Optionally, the vehicle sensors **750** may include one or more of RF sensors, IR sensors, image sensors, and the like to detect vehicles, people, hazards, etc. that are in an environment exterior to the vehicle **104**. Additionally or alternatively, the vehicle sensors **750** can provide distance/directional information relating to a distance (e.g., distance from the vehicle **104** to the detected object) and/or a direction (e.g., direction of travel, etc.) associated with the detected object.

The biological sensors **754** may determine whether one or more biological entities (e.g., an animal, a person, a user **216**, etc.) is in an external environment of the vehicle **104**. Additionally or alternatively, the biological sensors **754** may provide distance information relating to a distance of the biological entity from the vehicle **104**. Biological sensors **754** may include at least one of RF sensors, IR sensors, image sensors and the like that are configured to detect biological entities. For example, an IR sensor may be used to determine that an object, or biological entity, has a specific temperature, temperature pattern, or heat signature. Continuing this example, a comparison of the determined heat signature may be compared to known heat signatures associated with recognized biological entities (e.g., based on shape, locations of temperature, and combinations thereof, etc.) to determine whether the heat signature is associated with a biological entity or an inanimate, or non-biological, object.

The wireless signal sensors **758** may include one or more sensors configured to receive wireless signals from signal sources such as Wi-Fi™ hotspots, cell towers, roadside beacons, other electronic roadside devices, and satellite positioning systems. Optionally, the wireless signal sensors **758** may detect wireless signals from one or more of a mobile phone, mobile computer, keyless entry device, RFID device, near field communications (NFC) device, and the like.

The external safety group **716**E may comprise sensors configured to collect data relating to the safety of a user **216** and/or one or more components of a vehicle **104**. Examples of safety sensors associated with the external safety group **716**E may include, but are not limited to, force sensors **768**,

US 11,163,931 B2

41

mechanical motion sensors **772**, orientation sensors **776**, vehicle body sensors **782**, and more. Optionally, the exterior safety sensors **716**E may be configured to collect data relating to one or more conditions, objects, vehicle components, and other events that are external to the vehicle **104**. For instance, the force sensors **768** in the external safety group **716**E may detect and/or record force information associated with the outside of a vehicle **104**. For instance, if an object strikes the exterior of the vehicle **104**, the force sensors **768** from the exterior safety group **716**E may determine a magnitude, location, and/or time associated with the strike.

The vehicle **104** may include a number of vehicle body sensors **782**. The vehicle body sensors **782** may be configured to measure characteristics associated with the body (e.g., body panels, components, chassis, windows, etc.) of a vehicle **104**. For example, two vehicle body sensors **782**, including a first body sensor and a second body sensor, may be located at some distance apart. Continuing this example, the first body sensor may be configured to send an electrical signal across the body of the vehicle **104** to the second body sensor, or vice versa. Upon receiving the electrical signal from the first body sensor, the second body sensor may record a detected current, voltage, resistance, and/or combinations thereof associated with the received electrical signal. Values (e.g., current, voltage, resistance, etc.) for the sent and received electrical signal may be stored in a memory. These values can be compared to determine whether subsequent electrical signals sent and received between vehicle body sensors **782** deviate from the stored values. When the subsequent signal values deviate from the stored values, the difference may serve to indicate damage and/or loss of a body component. Additionally or alternatively, the deviation may indicate a problem with the vehicle body sensors **782**. The vehicle body sensors **782** may communicate with each other, a vehicle control system **204**, and/or systems of the vehicle system **200** via a communications channel **356**. Although described using electrical signals, it should be appreciated that alternative embodiments of the vehicle body sensors **782** may use sound waves and/or light to perform a similar function.

FIG. **8**A is a block diagram of an embodiment of a media controller subsystem **348** for a vehicle **104**. The media controller subsystem **348** may include, but is not limited to, a media controller **804**, a media processor **808**, a match engine **812**, an audio processor **816**, a speech synthesis module **820**, a network transceiver **824**, a signal processing module **828**, memory **832**, and a language database **836**. Optionally, the media controller subsystem **348** may be configured as a dedicated blade that implements the media-related functionality of the system **200**. Additionally or alternatively, the media controller subsystem **348** can provide voice input, voice output, library functions for multimedia, and display control for various areas **508** and/or zones **512** of the vehicle **104**.

Optionally, the media controller subsystem **348** may include a local IP address (e.g., IPv4, IPv6, combinations thereof, etc.) and even a routable, global unicast address. The routable, global unicast address may allow for direct addressing of the media controller subsystem **348** for streaming data from Internet resources (e.g., cloud storage, user accounts, etc.). It is anticipated, that the media controller subsystem **348** can provide multimedia via at least one Internet connection, or wireless network communications module, associated with the vehicle **104**. Moreover, the media controller subsystem **348** may be configured to service multiple independent clients simultaneously.

42

The media processor **808** may comprise a general purpose programmable processor or controller for executing application programming or instructions related to the media subsystem **348**. The media processor **808** may include multiple processor cores, and/or implement multiple virtual processors. Optionally, the media processor **808** may include multiple physical processors. By way of example, the media processor **808** may comprise a specially configured application specific integrated circuit (ASIC) or other integrated circuit, a digital signal processor, a controller, a hardwired electronic or logic circuit, a programmable logic device or gate array, a special purpose computer, or the like. The media processor **808** generally functions to run programming code or instructions implementing various functions of the media controller **804**.

The match engine **812** can receive input from one or more components of the vehicle system **800** and perform matching functions. Optionally, the match engine **812** may receive audio input provided via a microphone **886** of the system **800**. The audio input may be provided to the media controller subsystem **348** where the audio input can be decoded and matched, via the match engine **812**, to one or more functions available to the vehicle **104**. Similar matching operations may be performed by the match engine **812** relating to video input received via one or more image sensors, cameras **878**, and the like.

The media controller subsystem **348** may include a speech synthesis module **820** configured to provide audio output to one or more speakers **880**, or audio output devices, associated with the vehicle **104**. Optionally, the speech synthesis module **820** may be configured to provide audio output based at least partially on the matching functions performed by the match engine **812**.

As can be appreciated, the coding/decoding, the analysis of audio input/output, and/or other operations associated with the match engine **812** and speech synthesis module **820**, may be performed by the media processor **808** and/or a dedicated audio processor **816**. The audio processor **816** may comprise a general purpose programmable processor or controller for executing application programming or instructions related to audio processing. Further, the audio processor **816** may be similar to the media processor **808** described herein.

The network transceiver **824** can include any device configured to transmit and receive analog and/or digital signals. Optionally, the media controller subsystem **348** may utilize a network transceiver **824** in one or more communication networks associated with the vehicle **104** to receive and transmit signals via the communications channel **356**. Additionally or alternatively, the network transceiver **824** may accept requests from one or more devices **212**, **248** to access the media controller subsystem **348**. One example of the communication network is a local-area network (LAN). As can be appreciated, the functionality associated with the network transceiver **824** may be built into at least one other component of the vehicle **104** (e.g., a network interface card, communications module, etc.).

The signal processing module **828** may be configured to alter audio/multimedia signals received from one or more input sources (e.g., microphones **886**, etc.) via the communications channel **356**. Among other things, the signal processing module **828** may alter the signals received electrically, mathematically, combinations thereof, and the like.

The media controller **804** may also include memory **832** for use in connection with the execution of application programming or instructions by the media processor **808**, and for the temporary or long term storage of program

US 11,163,931 B2

43

instructions and/or data. As examples, the memory **832** may comprise RAM, ROM, DRAM, SDRAM, or other solid state memory.

The language database **836** may include the data and/or libraries for one or more languages, as are used to provide the language functionality as provided herein. In one case, the language database **836** may be loaded on the media controller **804** at the point of manufacture. Optionally, the language database **836** can be modified, updated, and/or otherwise changed to alter the data stored therein. For instance, additional languages may be supported by adding the language data to the language database **836**. In some cases, this addition of languages can be performed via accessing administrative functions on the media controller **804** and loading the new language modules via wired (e.g., USB, etc.) or wireless communication. In some cases, the administrative functions may be available via a vehicle console device **248**, a user device **212**, **248**, and/or other mobile computing device that is authorized to access administrative functions (e.g., based at least partially on the device's address, identification, etc.).

One or more video controllers **840** may be provided for controlling the video operation of the devices **212**, **248**, **882** associated with the vehicle. Optionally, the video controller **840** may include a display controller for controlling the operation of touch sensitive screens, including input (touch sensing) and output (display) functions. Video data may include data received in a stream and unpacked by a processor and loaded into a display buffer. In this example, the processor and video controller **840** can optimize the display based on the characteristics of a screen of a display device **212**, **248**, **882**. The functions of a touch screen controller may be incorporated into other components, such as a media processor **808** or display subsystem.

The audio controller **844** can provide control of the audio entertainment system (e.g., radio, subscription music service, multimedia entertainment, etc.), and other audio associated with the vehicle **104** (e.g., navigation systems, vehicle comfort systems, convenience systems, etc.). Optionally, the audio controller **844** may be configured to translate digital signals to analog signals and vice versa. As can be appreciated, the audio controller **844** may include device drivers that allow the audio controller **844** to communicate with other components of the system **800** (e.g., processors **816**, **808**, audio I/O **874**, and the like).

The system **800** may include a profile identification module **848** to determine whether a user profile is associated with the vehicle **104**. Among other things, the profile identification module **848** may receive requests from a user **216**, or device **212**, **228**, **248**, to access a profile stored in a profile database **856** or profile data **252**. Additionally or alternatively, the profile identification module **848** may request profile information from a user **216** and/or a device **212**, **228**, **248**, to access a profile stored in a profile database **856** or profile data **252**. In any event, the profile identification module **848** may be configured to create, modify, retrieve, and/or store user profiles in the profile database **856** and/or profile data **252**. The profile identification module **848** may include rules for profile identification, profile information retrieval, creation, modification, and/or control of components in the system **800**.

By way of example, a user **216** may enter the vehicle **104** with a smart phone or other device **212**. In response to determining that a user **216** is inside the vehicle **104**, the profile identification module **848** may determine that a user profile is associated with the user's smart phone **212**. As another example, the system **800** may receive information

44

about a user **216** (e.g., from a camera **878**, microphone **886**, etc.), and, in response to receiving the user information, the profile identification module **848** may refer to the profile database **856** to determine whether the user information matches a user profile stored in the database **856**. It is anticipated that the profile identification module **848** may communicate with the other components of the system to load one or more preferences, settings, and/or conditions based on the user profile. Further, the profile identification module **848** may be configured to control components of the system **800** based on user profile information.

Optionally, data storage **852** may be provided. Like the memory **832**, the data storage **852** may comprise a solid state memory device or devices. Alternatively or in addition, the data storage **852** may comprise a hard disk drive or other random access memory. Similar to the data storage **852**, the profile database **856** may comprise a solid state memory device or devices.

An input/output module **860** and associated ports may be included to support communications over wired networks or links, for example with other communication devices, server devices, and/or peripheral devices. Examples of an input/output module **860** include an Ethernet port, a Universal Serial Bus (USB) port, CAN Bus, Institute of Electrical and Electronics Engineers (IEEE) 1594, or other interface. Users may bring their own devices (e.g., Bring Your Own Device (BYOD), device **212**, etc.) into the vehicle **104** for use with the various systems disclosed. Although most BYOD devices can connect to the vehicle systems (e.g., the media controller subsystem **348**, etc.) via wireless communications protocols (e.g., Wi-Fi™, Bluetooth®, etc.) many devices may require a direct connection via USB, or similar. In any event, the input/output module **860** can provide the necessary connection of one or more devices to the vehicle systems described herein.

A video input/output interface **864** can be included to receive and transmit video signals between the various components in the system **800**. Optionally, the video input/output interface **864** can operate with compressed and uncompressed video signals. The video input/output interface **864** can support high data rates associated with image capture devices. Additionally or alternatively, the video input/output interface **864** may convert analog video signals to digital signals.

The infotainment system **870** may include information media content and/or entertainment content, informational devices, entertainment devices, and the associated programming therefor. Optionally, the infotainment system **870** may be configured to handle the control of one or more components of the system **800** including, but in no way limited to, radio, streaming audio/video devices, audio devices **880**, **882**, **886**, video devices **878**, **882**, travel devices (e.g., GPS, navigational systems, etc.), wireless communication devices, network devices, and the like. Further, the infotainment system **870** can provide the functionality associated with other infotainment features as provided herein.

An audio input/output interface **874** can be included to provide analog audio to an interconnected speaker **880** or other device, and to receive analog audio input from a connected microphone **886** or other device. As an example, the audio input/output interface **874** may comprise an associated amplifier and analog to digital converter. Alternatively or in addition, the devices **212**, **248** can include integrated audio input/output devices **880**, **886** and/or an audio jack for interconnecting an external speaker **880** or microphone **886**. For example, an integrated speaker **880** and an integrated microphone **886** can be provided, to

US 11,163,931 B2

45

46

support near talk, voice commands, spoken information exchange, and/or speaker phone operations.

Among other things, the system **800** may include devices that are part of the vehicle **104** and/or part of a device **212**, **248** that is associated with the vehicle **104**. For instance, these devices may be configured to capture images, display images, capture sound, and present sound. Optionally, the system **800** may include at least one of image sensors/ cameras **878**, display devices **882**, audio input devices/ microphones **886**, and audio output devices/speakers **880**. The cameras **878** can be included for capturing still and/or video images. Alternatively or in addition, image sensors **878** can include a scanner or code reader. An image sensor/ camera **878** can include or be associated with additional elements, such as a flash or other light source. In some cases, the display device **882** may include an audio input device and/or an audio output device in addition to providing video functions. For instance, the display device **882** may be a console, monitor, a tablet computing device, and/or some other mobile computing device.

FIG. **8B** is a block diagram of an embodiment of a user/device interaction subsystem **817** in a vehicle system **800**. The user/device interaction subsystem **817** may comprise hardware and/or software that conduct various operations for or with the vehicle **104**. For instance, the user/ device interaction subsystem **817** may include at least one user interaction subsystem **332** and device interaction subsystem **352** as previously described. These operations may include, but are not limited to, providing information to the user **216**, receiving input from the user **216**, and controlling the functions or operation of the vehicle **104**, etc. Among other things, the user/device interaction subsystem **817** may include a computing system operable to conduct the operations as described herein.

Optionally, the user/device interaction subsystem **817** can include one or more of the components and modules provided herein. For instance, the user/device interaction subsystem **817** can include one or more of a video input/output interface **864**, an audio input/output interface **874**, a sensor module **814**, a device interaction module **818**, a user identification module **822**, a vehicle control module **826**, an environmental control module **830**, and a gesture control module **834**. The user/device interaction subsystem **817** may be in communication with other devices, modules, and components of the system **800** via the communications channel **356**.

The user/device interaction subsystem **817** may be configured to receive input from a user **216** and/or device via one or more components of the system. By way of example, a user **216** may provide input to the user/device interaction subsystem **817** via wearable devices **802**, **806**, **810**, video input (e.g., via at least one image sensor/camera **878**, etc.) audio input (e.g., via the microphone, audio input source, etc.), gestures (e.g., via at least one image sensor **878**, motion sensor **888**, etc.), device input (e.g., via a device **212**, **248** associated with the user, etc.), combinations thereof, and the like.

The wearable devices **802**, **806**, **810** can include heart rate monitors, blood pressure monitors, glucose monitors, pedometers, movement sensors, wearable computers, and the like. Examples of wearable computers may be worn by a user **216** and configured to measure user activity, determine energy spent based on the measured activity, track user sleep habits, determine user oxygen levels, monitor heart rate, provide alarm functions, and more. It is anticipated that the wearable devices **802**, **806**, **810** can communicate with the user/device interaction subsystem **817** via wireless communications channels or direct connection (e.g., where the device docks, or connects, with a USB port or similar interface of the vehicle **104**).

A sensor module **814** may be configured to receive and/or interpret input provided by one or more sensors in the vehicle **104**. In some cases, the sensors may be associated with one or more devices (e.g., wearable devices **802**, **806**, **810**, smart phones **212**, mobile computing devices **212**, **248**, and the like). Optionally, the sensors may be associated with the vehicle **104**, as described in conjunction with FIGS. **6A**-**7B**.

The device interaction module **818** may communicate with the various devices as provided herein. Optionally, the device interaction module **818** can provide content, information, data, and/or media associated with the various subsystems of the vehicle system **800** to one or more devices **212**, **248**, **802**, **806**, **810**, **882**, etc. Additionally or alternatively, the device interaction module **818** may receive content, information, data, and/or media associated with the various devices provided herein.

The user identification module **822** may be configured to identify a user **216** associated with the vehicle **104**. The identification may be based on user profile information that is stored in profile data **252**. For instance, the user identification module **822** may receive characteristic information about a user **216** via a device, a camera, and/or some other input. The received characteristics may be compared to data stored in the profile data **252**. Where the characteristics match, the user **216** is identified. As can be appreciated, where the characteristics do not match a user profile, the user identification module **822** may communicate with other subsystems in the vehicle **104** to obtain and/or record profile information about the user **216**. This information may be stored in a memory and/or the profile data storage **252**.

The vehicle control module **826** may be configured to control settings, features, and/or the functionality of a vehicle **104**. In some cases, the vehicle control module **826** can communicate with the vehicle control system **204** to control critical functions (e.g., driving system controls, braking, accelerating, etc.) and/or noncritical functions (e.g., driving signals, indicator/hazard lights, mirror controls, window actuation, etc.) based at least partially on user/device input received by the user/device interaction subsystem **817**.

The environmental control module **830** may be configured to control settings, features, and/or other conditions associated with the environment, especially the interior environment, of a vehicle **104**. Optionally, the environmental control module **830** may communicate with the climate control system (e.g. changing cabin temperatures, fan speeds, air direction, etc.), oxygen and/or air quality control system (e.g., increase/decrease oxygen in the environment, etc.), interior lighting (e.g., changing intensity of lighting, color of lighting, etc.), an occupant seating system **648** (e.g., adjusting seat position, firmness, height, etc.), steering wheel **640** (e.g., position adjustment, etc.), infotainment/entertainment system (e.g., adjust volume levels, display intensity adjustment, change content, etc.), and/or other systems associated with the vehicle environment. Additionally or alternatively, these systems can provide input, set-points, and/or responses to the environmental control module **830**. As can be appreciated, the environmental control module **830** may control the environment based at least partially on user/ device input received by the user/device interaction subsystem **817**.

The gesture control module **834** is configured to interpret gestures provided by a user **216** in the vehicle **104**. Optionally, the gesture control module **834** may provide control

US 11,163,931 B2

47

signals to one or more of the vehicle systems **300** disclosed herein. For example, a user **216** may provide gestures to control the environment, critical and/or noncritical vehicle functions, the infotainment system, communications, networking, and more. Optionally, gestures may be provided by a user **216** and detected via one or more of the sensors as described in conjunction with FIGS. **6B-7A**. As another example, one or more motion sensors **888** may receive gesture input from a user **216** and provide the gesture input to the gesture control module **834**. Continuing this example, the gesture input is interpreted by the gesture control module **834**. This interpretation may include comparing the gesture input to gestures stored in a memory. The gestures stored in memory may include one or more functions and/or controls mapped to specific gestures. When a match is determined between the detected gesture input and the stored gesture information, the gesture control module **834** can provide a control signal to any of the systems/subsystems as disclosed herein.

FIG. **8C** illustrates a GPS/Navigation subsystem(s) **336**. The Navigation subsystem(s) **336** can be any present or future-built navigation system that may use location data, for example, from the Global Positioning System (GPS), to provide navigation or control the vehicle **104**. The Navigation subsystem(s) **336** can include several components or modules, such as, one or more of, but not limited to, a GPS Antenna/receiver **892**, a location module **896**, a maps database **8100**, an automobile controller **8104**, a vehicle systems transceiver **8108**, a traffic controller **8112**, a network traffic transceiver **8116**, a vehicle-to-vehicle transceiver **8120**, a traffic information database **8124**, etc. Generally, the several components or modules **892-8124** may be hardware, software, firmware, computer readable media, or combinations thereof.

A GPS Antenna/receiver **892** can be any antenna, GPS puck, and/or receiver capable of receiving signals from a GPS satellite or other navigation system, as mentioned hereinbefore. The signals may be demodulated, converted, interpreted, etc. by the GPS Antenna/receiver **892** and provided to the location module **896**. Thus, the GPS Antenna/receiver **892** may convert the time signals from the GPS system and provide a location (e.g., coordinates on a map) to the location module **896**. Alternatively, the location module **896** can interpret the time signals into coordinates or other location information.

The location module **896** can be the controller of the satellite navigation system designed for use in automobiles. The location module **896** can acquire position data, as from the GPS Antenna/receiver **892**, to locate the user or vehicle **104** on a road in the unit's map database **8100**. Using the road database **8100**, the location module **896** can give directions to other locations along roads also in the database **8100**. When a GPS signal is not available, the location module **896** may apply dead reckoning to estimate distance data from sensors **242** including one or more of, but not limited to, a speed sensor attached to the drive train of the vehicle **104**, a gyroscope, an accelerometer, etc. GPS signal loss and/or multipath can occur due to urban canyons, tunnels, and other obstructions. Additionally or alternatively, the location module **896** may use known locations of Wi-Fi hotspots, cell tower data, etc. to determine the position of the vehicle **104**, such as by using time difference of arrival (TDOA) and/or frequency difference of arrival (FDOA) techniques.

The maps database **8100** can include any hardware and/or software to store information about maps, geographical information system information, location information, etc.

48

The maps database **8100** can include any data definition or other structure to store the information. Generally, the maps database **8100** can include a road database that may include one or more vector maps of areas of interest. Street names, street numbers, house numbers, and other information can be encoded as geographic coordinates so that the user can find some desired destination by street address. Points of interest (waypoints) can also be stored with their geographic coordinates. For example, a point of interest may include speed cameras, fuel stations, public parking, and "parked here" (or "you parked here") information. The map database contents can be produced or updated by a server connected through a wireless system in communication with the Internet, even as the vehicle **104** is driven along existing streets, yielding an up-to-date map.

An automobile controller **8104** can be any hardware and/or software that can receive instructions from the location module **896** or the traffic controller **8112** and operate the vehicle **104**. The automobile controller **8104** receives this information and data from the sensors **242** to operate the vehicle **104** without driver input. Thus, the automobile controller **8104** can drive the vehicle **104** along a route provided by the location module **896**. The route may be adjusted by information sent from the traffic controller **8112**. Discrete and real-time driving can occur with data from the sensors **242**. To operate the vehicle **104**, the automobile controller **8104** can communicate with a vehicle systems transceiver **8108**.

The vehicle systems transceiver **8108** can be any present or future-developed device that can comprise a transmitter and/or a receiver, which may be combined and can share common circuitry or a single housing. The vehicle systems transceiver **8108** may communicate or instruct one or more of the vehicle control subsystems **328**. For example, the vehicle systems transceiver **8108** may send steering commands, as received from the automobile controller **8104**, to an electronic steering system, to adjust the steering of the vehicle **100** in real time. The automobile controller **8104** can determine the effect of the commands based on received sensor data **242** and can adjust the commands as need be. The vehicle systems transceiver **8108** can also communicate with the braking system, the engine and drive train to speed or slow the car, the signals (e.g., turn signals and brake lights), the headlights, the windshield wipers, etc. Any of these communications may occur over the components or function as described in conjunction with FIG. **4**.

A traffic controller **8112** can be any hardware and/or software that can communicate with an automated traffic system and adjust the function of the vehicle **104** based on instructions from the automated traffic system. An automated traffic system is a system that manages the traffic in a given area. This automated traffic system can instruct cars to drive in certain lanes, instruct cars to raise or lower their speed, instruct a car to change their route of travel, instruct cars to communicate with other cars, etc. To perform these functions, the traffic controller **8112** may register the vehicle **104** with the automated traffic system and then provide other information including the route of travel. The automated traffic system can return registration information and any required instructions. The communications between the automated traffic system and the traffic controller **8112** may be received and sent through a network traffic transceiver **8116**.

The network traffic transceiver **8116** can be any present or future-developed device that can comprise a transmitter and/or a receiver, which may be combined and can share common circuitry or a single housing. The network traffic

US 11,163,931 B2

49

transceiver **8116** may communicate with the automated traffic system using any known or future-developed, protocol, standard, frequency, bandwidth range, etc. The network traffic transceiver **8116** enables the sending of information between the traffic controller **8112** and the automated traffic system.

The traffic controller **8112** can also communicate with another vehicle, which may be in physical proximity (i.e., within range of a wireless signal), using the vehicle-to-vehicle transceiver **8120**. As with the network traffic transceiver **8116**, the vehicle-to-vehicle transceiver **8120** can be any present or future-developed device that can comprise a transmitter and/or a receiver, which may be combined and can share common circuitry or a single housing. Generally, the vehicle-to-vehicle transceiver **8120** enables communication between the vehicle **104** and any other vehicle. These communications allow the vehicle **104** to receive traffic or safety information, control or be controlled by another vehicle, establish an alternative communication path to communicate with the automated traffic system, establish a node including two or more vehicle that can function as a unit, etc. The vehicle-to-vehicle transceiver **8120** may communicate with the other vehicles using any known or future-developed, protocol standard, frequency, bandwidth range, etc.

The traffic controller **8112** can control functions of the automobile controller **8104** and communicate with the location module **896**. The location module **896** can provide current location information and route information that the traffic controller **8112** may then provide to the automated traffic system. The traffic controller **8112** may receive route adjustments from the automated traffic system that are then sent to the location module **896** to change the route. Further, the traffic controller **8112** can also send driving instructions to the automobile controller **8104** to change the driving characteristics of the vehicle **104**. For example, the traffic controller **8112** can instruct the automobile controller **8104** to accelerate or decelerate to a different speed, change lanes, or perform another driving maneuver. The traffic controller **8112** can also manage vehicle-to-vehicle communications and store information about the communications or other information in the traffic information database **8124**.

The traffic information database **8124** can be any type of database, such as relational, hierarchical, object-oriented, and/or the like. The traffic information database **8124** may reside on a storage medium local to (and/or resident in) the vehicle control system **204** or in the vehicle **104**. The traffic information database **8124** may be adapted to store, update, and retrieve information about communications with other vehicles or any active instructions from the automated traffic system. This information may be used by the traffic controller **8112** to instruct or adjust the performance of driving maneuvers.

FIG. **9** illustrates an optional communications architecture where, the host device **908** may include one more routing profiles, permission modules, and rules that control how communications within the vehicle **104** are to occur. This communications architecture can be used in conjunction with the routing tables, rules and permissions associated with access point **456** and optional firewall **484**, or can be in lieu thereof. For example, the host device **908** acts as a mobile hot spot to one or more other devices within vehicle **104**, such as, other device 1 **912**, other device 2 **916**, other device 3 **920**, and other device N **924**. Optionally, one or more of the other devices **912** can communicate directly with the host device **908** which then provides Internet access to those devices **912** via the device **908**. The host device **908**

50

can act as a mobile hot spot for any one or more of the other devices **912**, which may not need to communicate over the network/communications buses **224/404**, but could instead connect directly to the host device **908** via, for example, NFC, Bluetooth®, WiFi, or the like. When the device **908** is acting as the host device, the device **908** can include one or more routing profiles, permissions, rules modules, and can also act as a firewall for the various inter and intra vehicle communications.

As will be appreciated, there could be alternative host devices, such as, host **904** which could also act as, for example, a co-host in association with device **908**. Optionally, one or more of the routing profile, permission information, and rules could be shared between the co-host devices **904**, **908**, both of those devices being usable for Internet access for one or more of the other devices, **912-924**. As will be appreciated, the other devices **912-924** need not necessarily connect to one or more of host device **908** and the other device **904** via a direct communications link, but could also interface with those devices **904**, **908** utilizing the network/communications buses **224/404** associated with the vehicle **100**. As previously discussed, one or more of the other devices can connect to the network/communications buses **224/404** utilizing the various networks and/or buses discussed herein which would therefore enable, for example, regulation of the various communications based on the Ethernet zone that the other device **912** is associated with.

An embodiment of one or more modules that may be associated with the vehicle control system **204** may be as shown in FIG. **10**. The modules can include a communication subsystem interface **1008** in communication with an operating system **1004**. The communications may pass through a firewall **1044**. The firewall **1044** can be any software that can control the incoming and outgoing communications by analyzing the data packets and determining whether the packets should be allowed through the firewall, based on applied rule set. A firewall **1044** can establish a "barrier" between a trusted, secure internal network and another network (e.g., the Internet) that is not assumed to be secure and trusted.

In some situations, the firewall **1044** may establish security zones that are implemented by running system services and/or applications in restricted user groups and accounts. A set of configuration files and callbacks may then be linked to an IP table firewall. The IP table firewall can be configured to notify a custom filter application at any of the layers of the Ethernet packet. The different users/group rights to access the system may include: system users, which may have exclusive right over all device firewall rules and running software; a big-brother user, which may have access to on board device (OBD) control data and may be able to communicate with the vehicle subsystem **328** and may be able to alter the parameters in the vehicle control system **204**; a dealer user, which can have rights to read OBD data for diagnostics and repairs; a dashboard user, which can have rights to launch dashboard applications and/or authenticate guest users and change their permissions to trusted/friend/family, and can read but cannot write into OBD diagnostic data; a world wide web (WWW) data user, which can have HTTP rights to respond to HTTP requests (the HTTP requests also can target different user data, but may be filtered by default user accounts); a guest user, which may have no rights; a family/friend user, which may have rights to play media from the media subsystem **348** and/or to stream media to the media subsystem **348**.

The operating system **1004** can be a collection of software that manages computer hardware resources and provides

US 11,163,931 B2

51                                                          52

common services for applications and other programs. The operating system **1004** may schedule time-sharing for efficient use of the system. For hardware functions, such as input, output, and memory allocation, the operating system **1004** can act as an intermediary between applications or programs and the computer hardware. Examples of operating systems that may be deployed as operating system **1004** include Android, BSD, iOS, Linux, OS X, QNX, Microsoft Windows, Windows Phone, IBM z/OS, etc.

The operating system **1004** can include one or more sub-modules. For example, a desktop manager **1012** can manage one or more graphical user interfaces (GUI) in a desktop environment. Desktop GUIs can help the user to easily access and edit files. A command-line interface (CLI) may be used if full control over the operating system (OS) **1004** is required. The desktop manager **1012** is described further hereinafter.

A kernel **1028** can be a computer program that manages input/output requests from software and translates them into data processing instructions for the processor **304** and other components of the vehicle control system **204**. The kernel **1028** is the fundamental component of the operating system **1004** that can execute many of the functions associated with the OS **1004**.

The kernel **1028** can include other software functions, including, but not limited to, driver(s) **1056**, communication software **1052**, and/or Internet Protocol software **1048**. A driver **1056** can be any computer program that operates or controls a particular type of device that is attached to a vehicle control system **204**. A driver **1056** can communicate with the device through the bus **356** or communications subsystem **1008** to which the hardware connects. When a calling program invokes a routine in the driver **1056**, the driver **1056** may issue one or more commands to the device. Once the device sends data back to the driver **1056**, the driver **1056** may invoke routines in the original calling program. Drivers can be hardware-dependent and operating-system-specific. Driver(s) **1056** can provide the interrupt handling required for any necessary asynchronous time-dependent hardware interface.

The IP module **1048** can conduct any IP addressing, which may include the assignment of IP addresses and associated parameters to host interfaces. The address space may include networks and sub-networks. The IP module **1048** can perform the designation of network or routing prefixes and may conduct IP routing, which transports packets across network boundaries. Thus, the IP module **1048** may perform all functions required for IP multicast operations.

The communications module **1052** may conduct all functions for communicating over other systems or using other protocols not serviced by the IP module **1048**. Thus, the communications module **1052** can manage multicast operations over other busses or networks not serviced by the IP module **1048**. Further, the communications module **1052** may perform or manage communications to one or more devices, systems, data stores, services, etc. that are in communication with the vehicle control system **204** or other subsystems through the firewall **1044**. Thus, the communications module **1052** can conduct communications through the communication subsystem interface **1008**.

A file system **1016** may be any data handling software that can control how data is stored and retrieved. The file system **1016** can separate the stored data into individual pieces, and giving each piece a name, can easily separate and identify the pieces of data. Each piece of data may be considered a "file". The file system **1016** can construct data structure and

logic rules used to manage the information and the identifiers for the information. The structure and logic rules can be considered a "file system."

A device discovery daemon **1020** may be a computer program that runs as a background process that can discover new devices that connect with the network **356** or communication subsystem **1008** or devices that disconnect from the network **356** or communication subsystem **1008**. The device discovery daemon **1020** can ping the network **356** (the local subnet) when the vehicle **104** starts, when a vehicle door opens or closes, or upon the occurrence of other events. Additionally or alternatively, the device discovery daemon **1020** may force Bluetooth®, USB, and/or wireless detection. For each device that responds to the ping, the device discovery daemon **1020** can populate the system data **208** with device information and capabilities, using any of one or more protocols, including one or more of, but not limited to, IPv6 Hop-by-Hop Option (HOPOPT), Internet Control Message Protocol (ICMP), Internet Group Management Protocol (IGMP), Gateway-to-Gateway Protocol (GGP), Internet Protocol (IP), Internet Stream Protocol (ST), Transmission Control Protocol (TCP), Exterior Gateway Protocol (EGP), CHAOS, User Datagram Protocol (UDP), etc.

For example, the device discovery daemon **1020** can determine device capabilities based on the opened ports the device exposes. If a camera exposes port **80**, then the device discovery daemon **1020** can determine that the camera is using a Hypertext Transfer Protocol (HTTP). Alternatively, if a device is supporting Universal Plug and Play (UPnP), the system data **208** can include more information, for example, a camera control universal resource locator (URL), a camera zoom URL, etc. When a scan stops, the device discovery daemon **1020** can trigger a dashboard refresh to ensure the user interface reflects the new devices on the desktop.

A desktop manager **1012** may be a computer program that manages the user interface of the vehicle control system **204**. The desktop environment may be designed to be customizable and allow the definition of the desktop configuration look-and-feel for a wide range of appliances or devices from computer desktops, mobile devices, computer tablets, etc. Launcher(s), panels, desktop areas, the desktop background, notifications, panes, etc., can be configured from a dashboard configuration file managed by the desktop manager **1012**. The graphical elements in which the desktop manager **1012** controls can include launchers, the desktop, notification bars, etc.

The desktop may be an area of the display where the applications are running. The desktop can have a custom background. Further, the desktop may be divided into two or more areas. For example, the desktop may be divided into an upper half of a display and a lower half of the display. Each application can be configured to run in a portion of the desktop. Extended settings can be added to the desktop configuration file, such that, some objects may be displayed over the whole desktop or in custom size out of the context of the divided areas.

The notification bar may be a part of a bar display system, which may provide notifications by displaying, for example, icons and/or pop-up windows that may be associated with sound notifications. The notification mechanism can be designed for separate plug-ins, which run in separate processes and may subscribe to a system Intelligent Input Bus (IBUS)/D-BUS event service. The icons on the notifications bar can be accompanied with application short-cuts to

US 11,163,931 B2

53

54

associated applications, for example, a Bluetooth® manager, a USB manager, radio volume and or tone control, a security firewall, etc.

The desktop manager **1012** may include a windows manager **1032**, an application launcher **1036**, and/or a panel launcher **1040**. Each of these components can control a different aspect of the user interface. The desktop manager **1012** can use a root window to create panels that can include functionality for one or more of, but not limited to: launching applications, managing applications, providing notifications, etc.

The windows manager **1032** may be software that controls the placement and appearance of windows within a graphical user interface presented to the user. Generally, the windows manager **1032** can provide the desktop environment used by the vehicle control system **204**. The windows manager **1032** can communicate with the kernel **1028** to interface with the graphical system that provides the user interface(s) and supports the graphics hardware, pointing devices, keyboard, touch-sensitive screens, etc. The windows manager **1032** may be a tiling window manager (i.e., a window manager with an organization of the screen into mutually non-overlapping frames, as opposed to a coordinate-based stacking of overlapping objects (windows) that attempts to fully emulate the desktop metaphor). The windows manager **1032** may read and store configuration files, in the system data **208**, which can control the position of the application windows at precise positions.

An application manager **1036** can control the function of any application over the lifetime of the process. The process or application can be launched from a panel launcher **1040** or from a remote console. The application manager **1036** can intercept the process name and may take appropriate action to manage that process. If the process is not running, the application manager **1036** can load the process and may bring the process to a foreground in a display. The application manager **1036** may also notify the windows manager **1032** to bring the associated window(s) to a top of a window stack for the display. When a process starts from a shell or a notification out of the context of the desktop, the application manager **1036** can scan files to match the process name with the entry name provided. When a match is found, the application manager **1036** can configure the process according to a settings file.

In some situations, the application manager **1036** may restrict an application as singleton (i.e., restricts the instantiation of a class to one object). If an application is already running and the application manager **1036** is asked to run the application again, the application manager **1036** can bring the running process to a foreground on a display. There can be a notification event exchange between the windows manager **1032** and the application manager **1036** for activating the appropriate window for the foreground process. Once an application is launched, the application may not be terminated or killed. The application can be sent to the background, except, possibly, for some applications (e.g., media player, Bluetooth®, notifications, etc.), which may be given a lowest process priority.

The panel launcher **1040** can be a widget configured to be placed along a portion of the display. The panel launcher **1040** may be built from desktop files from a desktop folder. The desktop folder location can be configured by a configuration file stored in system data **208**. The panel launcher **1040** can allow for the launching or executing of applications or processes by receiving inputs from a user interface to launch programs.

A desktop plugin **1024** may be a software component that allows for customization of the desktop or software interface through the initiation of plug-in applications.

One or more gestures used to interface with the vehicle control system **204** may be described in conjunction with FIG. **11A** through **11K**. FIGS. **11A** through **11H** depict various graphical representations of gesture inputs that may be recognized by the devices **212**, **248**. The gestures may be performed not only by a user's body part, such as a digit, but also by other devices, such as a stylus, that may be sensed by the contact sensing portion(s) of a screen associated with the device **212**, **248**. In general, gestures are interpreted differently, based on where the gestures are performed (either directly on a display or in a gesture capture region). For example, gestures in a display may be directed to a desktop or application, and gestures in a gesture capture region may be interpreted as for the system.

With reference to FIGS. **11A-11H**, a first type of gesture, a touch gesture **1120**, is substantially stationary on a portion (e.g., a screen, a display, etc.) of a device **212**, **248** for a selected length of time. A circle **1128** represents a touch or other contact type received at particular location of a contact sensing portion of the screen. The circle **1128** may include a border **1132**, the thickness of which indicates a length of time that the contact is held substantially stationary at the contact location. For instance, a tap **1120** (or short press) has a thinner border **1132**A than the border **1132**B for a long press **1124** (or for a normal press). The long press **1124** may involve a contact that remains substantially stationary on the screen for longer time period than that of a tap **1120**. As will be appreciated, differently defined gestures may be registered depending upon the length of time that the touch remains stationary prior to contact cessation or movement on the screen.

With reference to FIG. **11C**, a drag gesture **1100** on the screen is an initial contact (represented by circle **1128**) with contact movement **1136** in a selected direction. The initial contact **1128** may remain stationary on the screen for a certain amount of time represented by the border **1132**. The drag gesture typically requires the user to contact an icon, window, or other displayed image at a first location followed by movement of the contact in a drag direction to a new second location desired for the selected displayed image. The contact movement need not be in a straight line but have any path of movement so long as the contact is substantially continuous from the first to the second locations.

With reference to FIG. **11D**, a flick gesture **1104** on the screen is an initial contact (represented by circle **1128**) with truncated contact movement **1136** (relative to a drag gesture) in a selected direction. A flick may have a higher exit velocity for the last movement in the gesture compared to the drag gesture. The flick gesture can, for instance, be a finger snap following initial contact. Compared to a drag gesture, a flick gesture generally does not require continual contact with the screen from the first location of a displayed image to a predetermined second location. The contacted displayed image is moved by the flick gesture in the direction of the flick gesture to the predetermined second location. Although both gestures commonly can move a displayed image from a first location to a second location, the temporal duration and distance of travel of the contact on the screen is generally less for a flick than for a drag gesture.

With reference to FIG. **11E**, a pinch gesture **1108** on the screen is depicted. The pinch gesture **1108** may be initiated by a first contact **1128**A to the screen by, for example, a first digit and a second contact **1128**B to the screen by, for example, a second digit. The first and second contacts

US 11,163,931 B2

55

1128A,B may be detected by a common contact sensing portion of a common screen, by different contact sensing portions of a common screen, or by different contact sensing portions of different screens. The first contact **1128A** is held for a first amount of time, as represented by the border **1132A**, and the second contact **1128B** is held for a second amount of time, as represented by the border **1132B**. The first and second amounts of time are generally substantially the same, and the first and second contacts **1128A,B** generally occur substantially simultaneously. The first and second contacts **1128A,B** generally also include corresponding first and second contact movements **1136A,B**, respectively. The first and second contact movements **1136A,B** are generally in opposing directions. Stated another way, the first contact movement **1136A** is towards the second contact **1136B**, and the second contact movement **1136B** is towards the first contact **1136A**. More simply stated, the pinch gesture **1108** may be accomplished by a user's digits touching the screen in a pinching motion.

With reference to FIG. **11F**, a spread gesture **1110** on the screen is depicted. The spread gesture **1110** may be initiated by a first contact **1128A** to the screen by, for example, a first digit, and a second contact **1128B** to the screen by, for example, a second digit. The first and second contacts **1128A,B** may be detected by a common contact sensing portion of a common screen, by different contact sensing portions of a common screen, or by different contact sensing portions of different screens. The first contact **1128A** is held for a first amount of time, as represented by the border **1132A**, and the second contact **1128B** is held for a second amount of time, as represented by the border **1132B**. The first and second amounts of time are generally substantially the same, and the first and second contacts **1128A,B** generally occur substantially simultaneously. The first and second contacts **1128A,B** generally also include corresponding first and second contact movements **1136A,B**, respectively. The first and second contact movements **1136A,B** are generally in an opposing direction. Stated another way, the first and second contact movements **1136A,B** are away from the first and second contacts **1128A,B**. More simply stated, the spread gesture **1110** may be accomplished by a user's digits touching the screen in a spreading motion.

The above gestures may be combined in any manner, such as those shown by FIGS. **11G** and **11H**, to produce a determined functional result. For example, in FIG. **11G** a tap gesture **1120** is combined with a drag or flick gesture **1112** in a direction away from the tap gesture **1120**. In FIG. **11H**, a tap gesture **1120** is combined with a drag or flick gesture **1116** in a direction towards the tap gesture **1120**.

The functional result of receiving a gesture can vary depending on a number of factors, including a state of the vehicle **104**, display, or screen of a device, a context associated with the gesture, or sensed location of the gesture, etc. The state of the vehicle **104** commonly refers to one or more of a configuration of the vehicle **104**, a display orientation, and user and other inputs received by the vehicle **104**. Context commonly refers to one or more of the particular application(s) selected by the gesture and the portion(s) of the application currently executing, whether the application is a single- or multi-screen application, and whether the application is a multi-screen application displaying one or more windows. A sensed location of the gesture commonly refers to whether the sensed set(s) of gesture location coordinates are on a touch sensitive display or a gesture capture region of a device **212**, **248**, whether the sensed set(s) of gesture location coordinates are associated with a common or different display, or screen, or device **212**,

56

**248**, and/or what portion of the gesture capture region contains the sensed set(s) of gesture location coordinates.

A tap, when received by a touch sensitive display of a device **212**, **248**, can be used, for instance, to select an icon to initiate or terminate execution of a corresponding application, to maximize or minimize a window, to reorder windows in a stack, and/or to provide user input such as by keyboard display or other displayed image. A drag, when received by a touch sensitive display of a device **212**, **248**, can be used, for instance, to relocate an icon or window to a desired location within a display, to reorder a stack on a display, or to span both displays (such that the selected window occupies a portion of each display simultaneously). A flick, when received by a touch sensitive display of a device **212**, **248** or a gesture capture region, can be used to relocate a window from a first display to a second display or to span both displays (such that the selected window occupies a portion of each display simultaneously). Unlike the drag gesture, however, the flick gesture is generally not used to move the displayed image to a specific user-selected location but to a default location that is not configurable by the user.

The pinch gesture, when received by a touch sensitive display or a gesture capture region of a device **212**, **248**, can be used to minimize or otherwise increase the displayed area or size of a window (typically when received entirely by a common display), to switch windows displayed at the top of the stack on each display to the top of the stack of the other display (typically when received by different displays or screens), or to display an application manager (a "pop-up window" that displays the windows in the stack). The spread gesture, when received by a touch sensitive display or a gesture capture region of a device **212**, **248**, can be used to maximize or otherwise decrease the displayed area or size of a window, to switch windows displayed at the top of the stack on each display to the top of the stack of the other display (typically when received by different displays or screens), or to display an application manager (typically when received by an off-screen gesture capture region on the same or different screens).

The combined gestures of FIG. **11G**, when received by a common display capture region in a common display or screen of a device **212**, **248**, can be used to hold a first window location constant for a display receiving the gesture while reordering a second window location to include a window in the display receiving the gesture. The combined gestures of FIG. **11H**, when received by different display capture regions in a common display or screen of a device **212**, **248** or in different displays or screens of one more devices **212**, **248**, can be used to hold a first window location for a display receiving the tap part of the gesture while reordering a second window location to include a window in the display receiving the flick or drag gesture. Although specific gestures and gesture capture regions in the preceding examples have been associated with corresponding sets of functional results, it is to be appreciated that these associations can be redefined in any manner to produce differing associations between gestures and/or gesture capture regions and/or functional results.

Gestures that may be completed in three-dimensional space and not on a touch sensitive screen or gesture capture region of a device **212**, **248** may be as shown in FIGS. **11I-11K**. The gestures may be completed in an area where a sensor, such as an optical sensor, infrared sensor, or other type of sensor, may detect the gesture. For example, the gesture **1140** in FIG. **11I** may be executed by a person when the person opens their hand **1164** and moves their hand in a

US 11,163,931 B2

57

back and forth direction **1148** as a gesture **1140** to complete some function with the vehicle **104**. For example gesture **1140** may change the station of the radio in the vehicle **104**. The sensors **242** may both determine the configuration of the hand **1164** and the vector of the movement. The vector and hand configuration can be interpreted to mean certain things to the vehicle control system **204** and produce different results.

In another example of a gesture **1152** in FIG. **11**J, a user may configure their hand **1164** to extend two fingers and move the hand **1164** in an up and down operation **1156**. This gesture **1152** may control the volume of the radio or some other function. For instance, this gesture **1152** may be configured to place the vehicle in a "valet" mode to, among other things, restrict access to certain features associated with the vehicle **104**. Again, the sensors **242** may determine how the person has configured their hand **1164**, and the vector of the movement. In another example of a gesture **1160** shown in FIG. **11**K, a user may extend their middle three fingers at an angle that is substantially straight 45° for vertical from straight vertical and circle the hand in a counter-clockwise motion **1166**. This gesture **1160** may cause the automobile to change the heat setting or do some other function. As can be understood by one skilled in the art, the configurations of the hand and the types of movement are variable. Thus, the user may configure the hand **1164** in any way imaginable and may also move that hand **1164** in any direction with any vector in three-dimensional space.

The gestures **1140**, **1152**, **1160**, as shown in FIGS. **11**I-**11**K, may occur in a predetermined volume of space within the vehicle **104**. For example, a sensor may be configured to identify such gestures **1140**, **1152**, **1160** between the front passenger's and front driver's seats over a console area within the passenger compartment of the vehicle **104**. The gestures **1140**, **1152**, **1160** may be made within area 1 **508**A between zones A **512**A and B **512**B. However, there may be other areas **508** where a user may use certain gestures, where sensors **242** may be able to determine a certain function is desired. Gestures that may be similar but used in different areas within the vehicle **104** may cause different functions to be performed. For example, the gesture **1140** in FIG. **11**I, if used in zone E **512**E, may change the heat provided in zone E **512**E, but may change the station of a radio if used in zone A **512**A and/or zone B **512**B. Further, the gestures may be made with other body parts or, for example, different expressions of a person's face and may be used to control functions in the vehicle **104**. Also, the user may use two hands in some circumstances or do other types of physical movements that can cause different reactions in the vehicle **104**.

FIGS. **12**A-**12**D show various embodiments of a data structure **1200** to store different settings. The data structure **1200** may include one or more of data files or data objects **1204**, **1250**, **1270**, **1280**. Thus, the data structure **1200** may represent different types of databases or data storage, for example, object-oriented data bases, flat file data structures, relational database, or other types of data storage arrangements. Embodiments of the data structure **1200** disclosed herein may be separate, combined, and/or distributed. As indicated in FIGS. **12**A-**12**D, there may be more or fewer portions in the data structure **1200**, as represented by ellipses **1244**. Further, there may be more or fewer files in the data structure **1200**, as represented by ellipses **1248**.

Referring to FIG. **12**A, a first data structure is shown. The data file **1204** may include several portions **1208**-**1242** representing different types of data. Each of these types of data may be associated with a user, as shown in portion **1208**.

58

There may be one or more user records **1240** and associated data stored within the data file **1204**. As provided herein, the user can be any person that uses or rides within the vehicle or conveyance **104**. The user may be identified in portion **1212**. For the vehicle **104**, the user may include a set of one or more features that may identify the user. These features may be the physical characteristics of the person that may be identified by facial recognition or some other type of system. In other situations, the user may provide a unique code to the vehicle control system **204** or provide some other type of data that allows the vehicle control system **204** to identify the user. The features or characteristics of the user are then stored in portion **1212**.

Each user, identified in portion **1208**, may have a different set of settings for each area **508** and/or each zone **512** within the vehicle **104**. Thus, each set of settings may also be associated with a predetermined zone **512** or area **508**. The zone **512** is stored in portion **1220**, and the area **508** is stored in portion **1216**.

One or more settings may be stored in portion **1224**. These settings **1224** may be the configurations of different functions within the vehicle **104** that are specified by or for that user. For example, the settings **1224** may be the position of a seat, the position of a steering wheel, the position of accelerator and/or brake pedals, positions of mirrors, a heating/cooling setting, a radio setting, a cruise control setting, or some other type of setting associated with the vehicle **104**. Further, in vehicles adapted to have a configurable console or a configurable dash or heads-up display, the settings **1224** may also provide for how that heads-up display, dash, or console are configured for this particular user.

Each setting **1224** may be associated with a different area **508** or zone **512**. Thus, there may be more settings **1224** for when the user is the driver and in zone A **512**A, **512**A, of area 1, **508**A. However, there may be similar settings **1224** among the different zones **512** or areas **508** as shown in portion **1224**. For example, the heating or radio settings for the user may be similar in every zone **512**.

The sensors **242** within the vehicle **104** may be able to either obtain or track health data in portion **1228**. Health data **1228** may include any type of physical characteristic associated with the user. For example, a heart rate, a blood pressure, a temperature, or other types of heath data may be obtained and stored in portion **1228**. The user may have this health data tracked over a period of time to allow for statistical analysis of the user's health while operating the vehicle **104**. In this way, if some function of the user's health deviates from a norm (e.g., a baseline measurement, average measurements taken over time, and the like), the vehicle **104** may be able to determine there is a problem with the person and react to that data.

One or more gestures may be stored in portion **1232**. Thus, the gestures used and described in conjunction FIG. **11**A through **11**K may be configurable. These gestures may be determined or created by the user and stored in portion **1132**. A user may have different gestures for each zone **512** or area **508** within the vehicle. The gestures that do certain things while driving may do other things while in a different area **508** of the vehicle **104**. Thus, the user may use a first set of gestures while driving and a second set while a passenger. Further, one or more users may share gestures as shown in portion **1232**. Each driver may have a common set of gestures that they use in zone A **512**A, **512**A. Each of these gestures may be determined or captured and then stored with their characteristics (e.g., vector, position of gesture, etc.) in portion **1232**.

US 11,163,931 B2

59

One or more sets of safety parameters may be stored in portion **1236**. Safety parameters **1236** may be common operating characteristics for this driver/passenger or for all drivers/passengers that if deviated from may determine there is a problem with the driver/passenger or the vehicle **104**. For example, a certain route may be taken repeatedly and an average speed or mean speed may be determined. If the mean speed deviates by some number of standard deviations, a problem with the vehicle **104** or the user may be determined. In another example, the health characteristics or driving experience of the user may be determined. If user drives in a certain position where their head occupies a certain portion of three-dimensional space within the vehicle **104**, the vehicle control system **204** may determine that the safety parameter includes the users face or head being within this certain portion of the vehicle interior space. If the user's head deviates from that interior space for some amount of time, the vehicle control system **204** can determine that something is wrong with the driver and change the function or operation of the vehicle **104** to assist the driver. This may happen, for example, when a user falls asleep at the wheel. If the user's head droops and no longer occupies a certain three dimensional space, the vehicle control system **204** can determine that the driver has fallen asleep and may take control of the operation of the vehicle **204** and the automobile controller **8104** may steer the vehicle **204** to the side of the road. In other examples, if the user's reaction time is too slow or some other safety parameter is not nominal, the vehicle control system **204** may determine that the user is inebriated or having some other medical problem. The vehicle control system **204** may then assume control of the vehicle to ensure that the driver is safe.

Information corresponding to a user and/or a user profile may be stored in the profile information portion **1238**. For example, the profile information **1238** may include data relating to at least one of current data, historical data, a user preference, user habit, user routine, observation, location data (e.g., programmed and/or requested destinations, locations of parking, routes traveled, average driving time, etc.), social media connections, contacts, brand recognition (e.g., determined via one or more sensors associated with the vehicle **104**, a device **212**, **248**, etc.), audible recording data, text data, email data, political affiliation, preferred retail locations/sites (e.g., physical locations, web-based locations, etc.), recent purchases, behavior associated with the aforementioned data, and the like. The data in the profile information portion **1238** may be stored in one or more of the data structures **1200** provided herein. As can be appreciated, these one or more data structures may be stored in one or more memory locations. Examples of various memory locations are described in conjunction with FIG. **2**.

One or more additional data fields may be stored in the linked data portion **1242** as data and/or locations of data. The linked data **1242** may include at least one of pointers, addresses, location identification, data source information, and other information corresponding to additional data associated with the data structure **1200**. Optionally, the linked data portion **1242** may refer to data stored outside of a particular data structure **1200**. For example, the linked data portion **1242** may include a link/locator to the external data. Continuing this example, the link/locator may be resolved (e.g., via one or more of the methods and/or systems provided herein, etc.) to access the data stored outside of the data structure **1200**. Additionally or alternatively, the linked data portion **1242** may include information configured to link the data objects **1204** to other data files or data objects **1250**, **1270**, **1280**. For instance, the data object **1204** relating

60

to a user may be linked to at least one of a device data object **1250**, a vehicle system data object **1270**, and a vehicle data object **1280**, to name a few.

An embodiment of a data structure **1200** to store information associated with one or more devices is shown in FIG. 12B. The data file **1250** may include several portions **1216**-**1262** representing different types of data. Each of these types of data may be associated with a device, as shown in portion **1252**.

There may be one or more device records **1250** and associated data stored within the data file **1250**. As provided herein, the device may be any device that is associated with the vehicle **104**. For example, a device may be associated with a vehicle **104** when that device is physically located within the interior space **108** of the vehicle **104**. As another example, a device may be associated with a vehicle **104** when the device registers with the vehicle **104**. Registration may include pairing the device with the vehicle **104** and/or one or more of the vehicle systems (e.g., as provided in FIG. **3**). In some cases, the registration of a device with a vehicle **104** may be performed manually and/or automatically. An example of automatic registration may include detecting, via one or more of the vehicle systems, that a device is inside the vehicle **104**. Upon detecting that the device is inside the vehicle **104**, the vehicle system may identify the device and determine whether the device is or should be registered. Registration may be performed outside of a vehicle **104** via providing a unique code to the vehicle **104** and/or at least one of the vehicle systems.

The device may be identified in portion **1256**. Among other things, the device identification may be based on the hardware associated with the device (e.g., Media Access Control (MAC) address, Burned-In Address (BIA), Ethernet Hardware Address (EHA), physical address, hardware address, and the like).

Optionally, a device may be associated with one or more users. For example, a tablet and/or graphical user interface (GUI) associated with the vehicle **104** may be used by multiple members of a family. For instance, the GUI may be located in a particular area **508** and/or zone **512** of the vehicle **104**. Continuing this example, when a family member is located in the particular area **508** and/or zone **512**, the device may include various settings, features, priorities, capabilities, and the like, based on an identification of the family member. The user may be identified in portion **1254**. For the device, the user identification portion **1254** may include a set of one or more features that may identify a particular user. These features may be the physical characteristics of the person that may be identified by facial recognition, or some other type of system, associated with the device and/or the vehicle **104**. Optionally, the user may provide a unique code to the device, or provide some other type of data, that allows the device to identify the user. The features or characteristics of the user are then stored in portion **1254**.

Each device identified in the device identification portion **1256** may have a different set of settings for each area **508** and/or each zone **512**, and/or each user of the device. Thus, each set of settings may also be associated with a predetermined zone **512**, area **508**, and/or user. The zone **512** is stored in portion **1220** and the area **508** is stored in portion **1216**.

One or more settings may be stored in portion **1224**. These settings **1224** may be similar and/or identical to those previously described. Further, the settings **1224** may also provide for how a device is configured for a particular user. Each setting **1224** may be associated with a different area

US 11,163,931 B2

61

508 or zone 512. Thus, there may be more restrictive settings 1224 (e.g., restricted multimedia, texting, limited access to device functions, and the like) for the device when the user is the driver and in zone A 512A, 512A, of area 1, 508A. However, when the user is in another zone 512 or area 508, for example, where the user is not operating a vehicle 104, the settings 1224 may provide unrestricted access to one or more features of the device (e.g., allowing texting, multimedia, etc.).

Optionally, the capabilities of a device may be stored in portion 1258. Examples of device capabilities may include, but are not limited to, a communications ability (e.g., via wireless network, EDGE, 3G, 4G, LTE, wired, Bluetooth®, Near Field Communications (NFC), Infrared (IR), etc.), hardware associated with the device (e.g., cameras, gyroscopes, accelerometers, touch interface, processor, memory, display, etc.), software (e.g., installed, available, revision, release date, etc.), firmware (e.g., type, revision, etc.), operating system, system status, and the like. Optionally, the various capabilities associated with a device may be controlled by one or more of the vehicle systems provided herein. Among other things, this control allows the vehicle 104 to leverage the power and features of various devices to collect, transmit, and/or receive data.

One or more priorities may be stored in portion 1260. The priority may correspond to a value, or combination of values, configured to determine how a device interacts with the vehicle 104 and/or its various systems. The priority may be based on a location of the device (e.g., as stored in portions 1216, 1220). A default priority can be associated with each area 508 and/or zone 512 of a vehicle 104. For example, the default priority associated with a device found in zone 1 512A of area 1 508A (e.g., a vehicle operator position) may be set higher than an (or the highest of any) alternative zone 512 or area 508 of the vehicle 104. Continuing this example, the vehicle 104 may determine that, although other devices are found in the vehicle, the device, having the highest priority, controls features associated with the vehicle 104. These features may include vehicle control features, critical and/or non-critical systems, communications, and the like. Additionally or alternatively, the priority may be based on a particular user associated with the device. Optionally, the priority may be used to determine which device will control a particular signal in the event of a conflict.

Registration data may be stored in portion 1262. As described above, when a particular device registers with a vehicle 104, data related to the registration may be stored in the registration data portion 1262. Such data may include, but is not limited to, registration information, registration codes, initial registration time, expiration of registration, registration timers, and the like. Optionally, one or more systems of the vehicle 104 may refer to the registration data portion 1262 to determine whether a device has been previously registered with the vehicle 104. As shown in FIG. 12B, User 4 of Device 2 has not been registered. In this case, the registration data field 1262, for this user, may be empty, contain a null value, or other information/indication that there is no current registration information associated with the user.

Additionally or alternatively, the data structure 1200 may include a profile information portion 1238 and/or a linked data portion 1242. Although the profile information portion 1238 and/or the linked data portion 1242 may include different information from that described above, it should be appreciated that the portions 1238, 1242 may be similar, or identical, to those as previously disclosed.

62

An embodiment of a data structure 1200 to store information associated with one or more vehicle systems is shown in FIG. 12C. The data file 1270 may include several portions 1216-1279 representing different types of data. Each of these types of data may be associated with a vehicle system, as shown in portion 1272.

There may be one or more system records 1270 and associated data stored within the data file 1270. As provided herein, the vehicle systems may be any system and/or subsystem that is associated with the vehicle 104. Examples of various systems are described in conjunction with FIG. 3 and other related figures (e.g., systems 324-352, etc.). One example of a system associated with the vehicle 104 is the vehicle control system 204. Other systems may include communications subsystems 344, vehicle subsystems 328, and media subsystems 348, to name a few. It should be appreciated that the various systems may be associated with the interior space 108 and/or the exterior of the vehicle 104.

Each system may include one or more components. The components may be identified in portion 1274. Identification of the one or more components may be based on hardware associated with the component. This identification may include hardware addresses similar to those described in conjunction with the devices of FIG. 12B. Additionally or alternatively, a component can be identified by one or more signals sent via the component. Such signals may include an Internet Protocol (IP), or similar, address as part of the signal. Optionally, the signal may identify the component sending the signal via one or more of a header, a footer, a payload, and/or an identifier associated with the signal (e.g., a packet of a signal, etc.).

Each system and/or component may include priority type information in portion 1276. Among other things, the priority type information stored in portion 1276 may be used by the various methods and systems provided herein to differentiate between critical and non-critical systems. Non-limiting examples of critical systems may correspond to those systems used to control the vehicle 104, such as, steering control, engine control, throttle control, braking control, and/or navigation informational control (e.g., speed measurement, fuel measurement, etc.) Non-critical systems may include other systems that are not directly related to the control of the vehicle 104. By way of example, non-critical systems may include media presentation, wireless communications, comfort settings systems (e.g., climate control, seat position, seat warmers, etc.), and the like. Although examples of critical and/or non-critical systems are provided above, it should be appreciated that the priority type of a system may change (e.g., from critical to non-critical, from non-critical to critical, etc.) depending on the scenario. For instance, although the interior climate control system may be classified as a non-critical system at a first point in time, it may be subsequently classified as a critical system when a temperature inside/outside of the vehicle 104 is measured at a dangerous level (e.g., sub-zero Fahrenheit, greater than 90-degrees Fahrenheit, etc.). As such, the priority type may be associated with temperature conditions, air quality, times of the day, condition of the vehicle 104, and the like.

Each system may be associated with a particular area 508 and/or zone 512 of a vehicle 104. Among other things, the location of a system may be used to assess a state of the system and/or provide how the system interacts with one or more users of the vehicle 104. As can be appreciated each system may have a different set of settings for each area 508 and/or each zone 512, and/or each user of the system. Thus, each set of settings may also be associated with a predeter-

US 11,163,931 B2

63

mined zone **512**, area **508**, system, and/or user. The zone **512** is stored in portion **1220** and the area **508** is stored in portion **1216**.

One or more settings may be stored in portion **1224**. These settings **1224** may be similar and/or identical to those previously described. Further, the settings **1224** may also provide for how a system is configured for a particular user. Each setting **1224** may be associated with a different area **508** or zone **512**. For instance, a climate control system may be associated with more than one area **508** and/or zone **512**. As such, a first user seated in zone 1 **512**A of area 1 **508**A may store settings related to the climate control of that zone **512**A that are different from other users and/or zones **512** of the vehicle **104**. Optionally, the settings may not be dependent on a user. For instance, specific areas **508** and/or zones **512** of a vehicle **104** may include different, default, or the same settings based on the information stored in portion **1224**.

The various systems and/or components may be able to obtain or track health status data of the systems and/or components in portion **1278**. The health status **1278** may include any type of information related to a state of the systems. For instance, an operational condition, manufacturing date, update status, revision information, time in operation, fault status, state of damage detected, inaccurate data reporting, and other types of component/system health status data may be obtained and stored in portion **1278**.

Each component and/or system may be configured to communicate with users, systems, servers, vehicles, third parties, and/or other endpoints via one or more communication type. At least one communication ability and/or type associated with a system may be stored in the communication type portion **1279**. Optionally, the communication types contained in this portion **1279** may be ordered in a preferential order of communication types. For instance, a system may be configured to preferably communicate via a wired communication protocol over one or more wired communication channels (e.g., due to information transfer speeds, reliability, and the like). However, in this instance, if the one or more wired communication channels fail, the system may transfer information via an alternative communication protocol and channel (e.g., a wireless communication protocol and wireless communication channel, etc.). Among other things, the methods and systems provided herein may take advantage of the information stored in the communication type portion **1279** to open available communication channels in the event of a communication channel failure, listen on other ports for information transmitted from the systems, provide a reliability rating based on the number of redundant communication types for each component, and more. Optionally, a component or system may be restricted from communicating via a particular communication type (e.g., based on rules, traffic, critical/non-critical priority type, and the like). In this example, the component or system may be forced by the vehicle control system **204** to use an alternate communication type where available, cease communications, or store communications for later transfer.

Additionally or alternatively, the data structure **1200** may include a profile information portion **1238** and/or a linked data portion **1242**. Although the profile information portion **1238** and/or the linked data portion **1242** may include different information from that described above, it should be appreciated that the portions **1238**, **1242** may be similar, or identical, to those as previously disclosed.

Referring now to FIG. **12**D, a data structure **1200** is shown optionally. The data file **1280** may include several

64

portions **1216**-**1286** representing different types of data. Each of these types of data may be associated with a vehicle, as shown in portion **1282**.

There may be one or more vehicle records **1280** and associated data stored within the data file **1282**. As provided herein, the vehicle **104** can be any vehicle or conveyance **104** as provided herein. The vehicle **104** may be identified in portion **1282**. Additionally or alternatively, the vehicle **104** may be identified by one or more systems and/or subsystems. The various systems of a vehicle **104** may be identified in portion **1284**. For example, various features or characteristics of the vehicle **104** and/or its systems may be stored in portion **1284**. Optionally, the vehicle **104** may be identified via a unique code or some other type of data that allows the vehicle **104** to be identified.

Each system may be associated with a particular area **508** and/or zone **512** of a vehicle **104**. Among other things, the location of a system may be used to assess a state of the system and/or provide how the system interacts with one or more users of the vehicle **104**. As can be appreciated each system may have a different set of settings for each area **508** and/or each zone **512**, and/or each user of the system. Thus, each set of settings may also be associated with a predetermined zone **512**, area **508**, system, and/or user. The zone **512** is stored in portion **1220** and the area **508** is stored in portion **1216**.

One or more settings may be stored in portion **1224**. These settings **1224** may be similar and/or identical to those previously described. Further, the settings **1224** may also provide for how a vehicle and/or its systems are configured for one or more users. Each setting **1224** may be associated with a different area **508** or zone **512**. Optionally, the settings may not be dependent on a particular user. For instance, specific areas **508** and/or zones **512** of a vehicle **104** may include different, default, or the same settings based on the information stored in portion **1224**.

The various systems and/or components may be able to obtain or track health status data of the systems and/or components in portion **1278**. The health status **1278** may include any type of information related to a state of the systems. For instance, an operational condition, manufacturing date, update status, revision information, time in operation, fault status, state of damage detected, inaccurate data reporting, and other types of component/system health status data may be obtained and stored in portion **1278**.

One or more warnings may be stored in portion **1286**. The warnings data **1286** may include warning generated by the vehicle **104**, systems of the vehicle **104**, manufacturer of the vehicle, federal agency, third party, and/or a user associated with the vehicle. For example, several components of the vehicle may provide health status information (e.g., stored in portion **1278**) that, when considered together, may suggest that the vehicle **104** has suffered some type of damage and/or failure. Recognition of this damage and/or failure may be stored in the warnings data portion **1286**. The data in portion **1286** may be communicated to one or more parties (e.g., a manufacturer, maintenance facility, user, etc.). In another example, a manufacturer may issue a recall notification for a specific vehicle **104**, system of a vehicle **104**, and/or a component of a vehicle **104**. It is anticipated that the recall notification may be stored in the warning data field **1286**. Continuing this example, the recall notification may then be communicated to the user of the vehicle **104** notifying the user of the recall issued by the manufacturer.

Additionally or alternatively, the data structure **1200** may include a profile information portion **1238** and/or a linked data portion **1242**. Although the profile information portion

US 11,163,931 B2

65

**1238** and/or the linked data portion **1242** may include different information from that described above, it should be appreciated that the portions **1238**, **1242** may be similar, or identical, to those as previously disclosed.

An embodiment of a method **1300** for storing settings for a user **216** associated with vehicle **104** is shown in FIG. **13**. While a general order for the steps of the method **1300** is shown in FIG. **13**, the method **1300** can include more or fewer steps or can arrange the order of the steps differently than those shown in FIG. **13**. Generally, the method **1300** starts with a start operation **1304** and ends with an end operation **1336**. The method **1300** can be executed as a set of computer-executable instructions executed by a computer system and encoded or stored on a computer readable medium. Hereinafter, the method **1300** shall be explained with reference to the systems, components, modules, software, data structures, user interfaces, etc. described in conjunction with FIGS. **1-12**.

A person may enter the vehicle space **108**. One or more sensors **242** may then identify that a person is sitting within the vehicle **104**, in step **1308**. For example, sensors **242** in a seat, may determine that some new amount of weight has been registered. The amount of weight may fall within predetermined parameters (e.g., over a threshold, in a specific range, etc.). This weight may then be determined to be a person by one or more optical or other sensors **242**. The vehicle control system **204** may then determine that a person is in a certain zone **512** or area **508**. For example, the sensors **242** may send signals to the vehicle controls system **204** that an event has occurred. This information may be sent to the vehicle control system processor **304** to determine the zone **512** and area **508** where the event occurred. Further, the vehicle control system **204** may then identify the person, in step **1312**.

The vehicle control system **204** can receive the information from the sensors **242** and use that information to search the database **1200** that may be stored within the system data **208**. The sensor data may be compared to ID characteristics **1212** to determine if the person has already been identified. The vehicle control system **204** may also send the characteristic data from the sensors to the communication network **224** to a server **228** to compare the sensor data to stored data **232** that may be stored in a cloud system. The person's features can be compared to stored features **1212** to determine if the person in the vehicle **104** can be identified.

If the person has been identified previously and their characteristics stored in portion **1212**, the method **1300** proceeds YES to step **1316** where that person may be identified. In identifying a person, the information associated with that person **1240** may be retrieved and provided to the vehicle control system **204** for further action. If a person cannot be identified by finding their sensor characteristics in portion **1212**, the method **1300** proceeds NO to step **1320**. In step **1320**, the vehicle control system **204**, using an application, may create a new record in table **1200** for the user. This new record may store a user identifier and their characteristics **1212**. It may also store the area **508** and zone **512** in data portions **1216** and **1220**. The new record may then be capable of receiving new settings data for this particular user. In this way, the vehicle **104** can automatically identify or characterize a person so that settings may be established for the person in the vehicle **104**.

The input module **312** may then determine if settings are to be stored, in step **1324**. Settings might be any configuration of the vehicle **104** that may be associated with the user. The determination may be made after receiving a user input from the user. For example, the user may make a

66

selection on a touch sensitive display indicating that settings currently made are to be stored. In other situations, a period of time may elapse after the user has made a configuration. After determining that the user is finished making changes to the settings, based on the length of the period of time since the setting was established, the vehicle control system **204** can save the setting. Thus, the vehicle control system **204** can make settings automatically based on reaching a steady state for settings for user.

The vehicle control system **204** may then store the settings for the person, in step **1328**. The user interaction subsystem **332** can make a new entry for the user **1208** in data structure **1204**. The new entry may be either a new user or a new settings listed in **1224**. The settings may be stored based on the area **508** and zone **512**. As explained previously, the settings can be any kind of configuration of the vehicle **104** that may be associated with the user in that area **508** and the zone **512**.

The settings may also be stored in cloud storage, in step **1332**. Thus, the vehicle control system **204** can send the new settings to the server **228** to be stored in storage **232**. In this way, these new settings may be ported to other vehicles for the user. Further, the settings in storage system **232** may be retrieved, if local storage does not include the settings in storage system **208**.

Additionally or alternatively, the settings may be stored in profile data **252**. As provided herein, the profile data **252** may be associated with one or more devices **212**, **248**, servers **228**, vehicle control systems **204**, and the like. Optionally, the settings in profile data **252** may be retrieved in response to conditions. For instance, the settings may be retrieved from at least one source having the profile data if local storage does not include the settings in storage system **208**. As another example, a user **216** may wish to transfer settings stored in profile data **252** to the system data **208**. In any event, the retrieval and transfer of settings may be performed automatically via one or more devices **204**, **212**, **248**, associated with the vehicle **104**.

An embodiment of a method **1400** to configure the vehicle **104** based on stored settings is shown in FIG. **14**. A general order for the steps of the method **1400** is shown in FIG. **14**. Generally, the method **1400** starts with a start operation **1404** and ends with an end operation **1428**. The method **1400** can include more or fewer steps or can arrange the order of the steps differently than those shown in FIG. **14**. The method **1400** can be executed as a set of computer-executable instructions executed by a computer system and encoded or stored on a computer readable medium. Hereinafter, the method **1400** shall be explained with reference to the systems, components, modules, software, data structures, user interfaces, etc. described in conjunction with FIGS. **1-13**.

The vehicle control system **204** can determine if a person is in a zone **512** or area **508**, in step **1408**. This determination may be made by receiving data from one or more sensors **242**. The vehicle **104** can use facial recognition, weight sensors, heat sensors, or other sensors to determine whether a person is occupying a certain zone **512**.

Using the information from the sensors **242**, the vehicle control system **204** can identify the person, in step **1412**. The vehicle control system **204** can obtain characteristics for the user currently occupying the zone **512** and compare those characteristics to the identifying features in portion **1212** of data structure **1204**. Thus, the settings in portion **1224** may be retrieved by identifying the correct zone **512**, area **508**, and characteristics for the user.

US 11,163,931 B2

67

The vehicle control system **204** can first determine if there are settings associated with the identified person for that zone **512** and/or area **508**, in step **1416**. After identifying the user by matching characteristics with the features in portion **1212**, the vehicle control system **204** can determine if there are settings for the user for the area **1216** and zone **1220** the user currently occupies. If there are settings, then the vehicle control system **204** can make the determination that there are settings in portion **1224**, and the vehicle control system **204** may then read and retrieve those settings, in step **1420**. The settings may be then used to configure or react to the presence of the user, in step **1424**. Thus, these settings may be obtained to change the configuration of the vehicle **104**, for example, how the position of the seats or mirrors are set, how the dash, console, or heads up display is configured, how the heat or cooling is configured, how the radio is configured, or how other different configurations are made.

Embodiments of a method **1500** for storing settings in cloud storage are shown in FIG. **15**. A general order for the steps of the method **1500** is shown in FIG. **15**. Generally, the method **1500** starts with a start operation **1504** and ends with an end operation **1540**. The method **1500** can include more or fewer steps or can arrange the order of the steps differently than those shown in FIG. **15**. The method **1500** can be executed as a set of computer-executable instructions executed by a computer system and encoded or stored on a computer readable medium. Hereinafter, the method **1500** shall be explained with reference to the systems, components, modules, software, data structures, user interfaces, etc. described in conjunction with FIGS. **1-14**.

The vehicle control system **204** can determine if a person is in a zone **512** or area **508**, in step **1508**. As explained previously, the vehicle control system **204** can receive vehicle sensor data from vehicle sensors **242** that show a person has occupied a zone **512** or an area **508** of the vehicle **104**. Using the vehicle sensor data, the vehicle control system **204** can determine characteristics of the person, in step **1512**. These characteristics are compared to the features in portion **1212** of the data structure **1204**. From this comparison, the vehicle control system **204** can determine if the person is identified within the data structure **1204**, in step **1516**. If there is a comparison and the person can be identified, the method **1500** proceeds YES to step **1520**. However, if the person cannot be identified, the method **1500** proceeds NO, to step **1524**.

In step **1520**, the person is identified in portion **1208** by the successful comparison of the characteristics and the features. It should be noted that there may be a degree of variability between the characteristics and the features in portion **1212**. Thus, the comparison may not be an exact comparison but may use methods known in the art to make a statistically significant comparison between the characteristics received from the sensors **242** and the features stored in portion **1212**. In step **1524**, the characteristics received from sensors **242** are used to characterize the person. In this way, the received characteristics may be used as an ID, in portion **1212**, for a new entry for a new user in portion **1208**.

The user may make one or more settings for the vehicle **104**. The vehicle control system **204** may determine if the settings are to be stored, in step **1528**. If the settings are to be stored, the method **1500** proceeds YES to step **1536**. If the settings are not to be stored or if there are no settings to be stored, the method **1500** proceeds NO to step **1532**. In step **1532**, the vehicle control system **204** can retrieve the settings in the portion **1224** of the data structure **1204**. Retrieval of the settings may be as described in conjunction with FIG. **14**. If settings are to be stored, the vehicle control system **204**

68

can send those settings to server **228** to be stored in data storage **232**, in step **1536**. Data storage **232** acts as cloud storage that can be used to retrieve information on the settings from other vehicles or from other sources. Thus, the cloud storage **232** allows for permanent and more robust storage of user preferences for the settings of the vehicle **104**.

An embodiment of a method **1600** for storing gestures associated with the user is shown in FIG. **16**. A general order for the steps of the method **1600** is shown in FIG. **16**. Generally, the method **1600** starts with a start operation **1604** and ends with an end operation **1640**. The method **1600** can include more or fewer steps or can arrange the order of the steps differently than those shown in FIG. **16**. The method **1600** can be executed as a set of computer-executable instructions executed by a computer system and encoded or stored on a computer readable medium. Hereinafter, the method **1600** shall be explained with reference to the systems, components, modules, software, data structures, user interfaces, etc. described in conjunction with FIGS. **1-15**.

Vehicle control system **204** may receive sensor data from sensors **242** to determine a person is occupying a zone **512** in an area **508** of the vehicle **104**, in step **1608**. The sensor data may provide characteristics for the person, in step **1612**. The vehicle control system **204** may then use the characteristics to determine if the person can be identified, in step **1616**. The vehicle control system **204** may compare the characteristics to the features in portion **1212** for the people having been recognized and having data associated therewith. If a comparison is made between the characteristics and the features in portion **1212**, the person can be identified, and the method **1600** proceeds YES to step **1620**. If there is no comparison, the method **1600** may proceed NO to step **1624**. In step **1620**, the person may be identified by the vehicle control system **204**. Thus, the person's features and associated data record **1240** may be determined and the user identified in portion **1208**. If the person is not identified, the vehicle control system **204** can characterize the person in step **1624** by establishing a new record in data structure **1204** using the characteristics, received from the sensors **242**, for the features in portion **1212**.

Thereinafter, the vehicle control system **204** may determine if gestures are to be stored and associated with the user, in step **1628**. The vehicle control system **204** may receive user input on a touch sensitive display or some other type of gesture capture region which acknowledges that the user wishes to store one or more gestures. Thus, the user may create their own gestures such as those described in conjunction with FIGS. **11A-11K**. These gestures may then be characterized and stored in data structure **1204**. If there are gestures to be stored, the method **1600** proceeds YES to step **1636**. If gestures are not to be stored the method **1600** may proceed NO to step **1632**.

In step **1632**, the vehicle control system **204** can retrieve current gestures from portion **1232**, which are associated with user **1240**. These gestures may be used then to configure how the vehicle **104** will react if a gesture is received. If gestures are to be stored, the vehicle control system **204** may store characteristics, in step **1636**, as received from sensor **242** or from one more user interface inputs. These characteristics may then be used to create the stored gestures **1232**, in data structure **1204**. The characteristics may include what the gesture looks like or appears and also what affect the gesture should have. This information may then be used to change the configuration or operation of the vehicle **104** based on the gesture if it is received at a later time.

US 11,163,931 B2

69

An embodiment of a method **1700** for receiving a gesture and configuring the vehicle **104** based on the gesture may be as provided in FIG. **17**. A general order for the steps of the method **1700** is shown in FIG. **17**. Generally, the method **1700** starts with a start operation **1704** and ends with an end operation **1728**. The method **1700** can include more or fewer steps or can arrange the order of the steps differently than those shown in FIG. **17**. The method **1700** can be executed as a set of computer-executable instructions executed by a computer system and encoded or stored on a computer readable medium. Hereinafter, the method **1700** shall be explained with reference to the systems, components, modules, software, data structures, user interfaces, etc. described in conjunction with FIGS. **1-16**.

A vehicle control system **204** can receive sensor data from vehicle sensors **242**. The vehicle sensor data can be used by the vehicle control system **204** to determine that a person is in a zone **512** or area **508**, in step **1708**. The vehicle sensor data may then be used to compare against feature characteristics **1212** to identify a person, in step **1712**. The vehicle control system **204** thereinafter may receive a gesture, in step **1716**. The gesture may be perceived by vehicle sensors **242** or received in a gesture capture region. The gesture may be as described in conjunction with FIGS. **11A-11K**. Upon receiving the gesture, the vehicle control system **204** can compare the gesture to gesture characteristics in portion **1232**, in step **1720**. The comparison may be made so that a statistically significant cooerelation between the sensor data or gesture data and the gesture characteristic **1232** is made. Upon identifying the gesture, the vehicle control system **204** can configure the vehicle **104** and/or react to the gesture, in step **1724**. The configuration or reaction to the gesture may be as prescribed in the gesture characteristic **1232**.

An embodiment of a method **1800** for storing health data may be as shown in FIG. **18**. A general order for the steps of the method **1800** is shown in FIG. **18**. Generally, the method **1800** starts with a start operation **1804** and ends with an end operation **1844**. The method **1800** can include more or fewer steps or can arrange the order of the steps differently than those shown in FIG. **18**. The method **1800** can be executed as a set of computer-executable instructions executed by a computer system and encoded or stored on a computer readable medium. Hereinafter, the method **1800** shall be explained with reference to the systems, components, modules, software, data structures, user interfaces, etc. described in conjunction with FIGS. **1-17**.

Vehicle control system **204** can receive sensor data from sensors **242**. The sensor data may be used to determine that a person is in a zone **512** or area **508**, in step **1808**. The sensor data may then be used to determine characteristics of the person, in step **1812**. From the characteristics, the vehicle control system **204** can determine if a person may be identified in data structure **1204**, in step **1816**. If it is determined that the person can be identified in step **1816**, the method **1800** proceeds YES to step **1820**. If the person cannot be identified, the method **1800** proceeds NO to step **1824**. A person may be identified by matching the characteristics of a person from the sensor data to the features shown in portion **1212**. If these comparisons are statistically significant, the person may be identified in portion **1208**, in step **1820**. However, if the person is not identified in portion **1208**, the vehicle control system **204** can characterize the person using the vehicle sensor data, in step **1824**. In this way, the vehicle control system **204** can create a new record for a new user in data structure **1204**.

Thereinafter, the vehicle control system **204** may receive health and/or safety data from the vehicle sensors **242**, in

70

step **1828**. The vehicle control system **204** can determine if the health or safety data is to be stored, in step **1832**. The determination is made as to whether or not there is sufficient health data or safety parameters, in portion **1228** and **1236**, to provide a reasonable baseline data pattern for the user **1240**. If there is data to be received and stored, the vehicle control system **204** can store the data for the person in portions **1228** and **1236** of the data structure **1204**, in step **1832**.

The vehicle control system **204** may then wait a period of time, in step **1836**. The period of time may be any amount of time from several seconds to minutes to days. Thereinafter, the vehicle control system **204** can receive new data from vehicle sensors **242**, in step **1828**. Thus, the vehicle control system **204** can receive data periodically and update or continue to refine the health data and safety parameters in data structure **1204**. Thereinafter, the vehicle control system **204** may optionally store the health and safety data in cloud storage **232** by sending it through the communication network **224** to the server **228**, in step **1840**.

An embodiment of a method **1900** for monitoring the health of a user may be as shown in FIG. **19**. A general order for the steps of the method **1900** is shown in FIG. **19**. Generally, the method **1900** starts with a start operation **1904** and ends with an end operation **1928**. The method **1900** can include more or fewer steps or can arrange the order of the steps differently than those shown in FIG. **19**. The method **1900** can be executed as a set of computer-executable instructions executed by a computer system and encoded or stored on a computer readable medium. Hereinafter, the method **1900** shall be explained with reference to the systems, components, modules, software, data structures, user interfaces, etc. described in conjunction with FIGS. **1-18**.

The vehicle control system **204** can receive health data from sensors **242**. The health data may be received in step **1908**. The vehicle control system **204** may then compare the received health data to stored health parameters in portion **1228** or portion **1236**, in step **1912**. The comparison may check if there is statistically significant separation or disagreement between the received health data and the stored health data. Thus, the vehicle control system **204** can make a health comparison of the user based on a baseline of health data previously stored. A statistically significant comparison may include determining if there are any parameters more than three standard deviations from the average or norm, any parameter that is increasing or decreasing over a period of eight different measurements, a measurement that is more than two standard deviations from the norm more than three measurements consecutively, or other types of statistical comparisons.

If the vehicle control system **204** determines that measured health parameter does deviate from the norm, the vehicle control system **204** can determine whether the health data is within acceptable limits, in step **1916**. If the health data is within acceptable limits, the method **1900** proceeds YES back to receiving new health data, in step **1908**. In this way, the health data is periodically or continually monitored to ensure that the driver is in a healthy state and able to operate the vehicle. If the health data is not within acceptable parameters, the method **1900** may proceed NO to step **1924** where the vehicle control system **204** may react to the change in the health data. The reaction may include any measure to provide for the safety of the user, such as stopping the vehicle, beginning to drive the vehicle, driving the vehicle to a new location, such as a hospital, waking the

US 11,163,931 B2

71

72

driver with an alarm or other noise, or performing some other function that may help maintain the health or safety of the user.

The health data received may be a reaction from the driver. For example, the driver may call for help or ask the vehicle for assistance. For example, the driver or passenger may say that they are having a medical emergency and ask the car to perform some function to help. The function to help may include driving the person to a hospital or stopping the car and calling for emergency assistance.

FIG. **20** illustrates optional componentry that can be utilized with the system **200**. In particular, the optional componentry includes a profile subsystem **2004**, an edit/modification module **2008**, a verification module **2012**, a shopping module **2016**, an encryption module **2020**, a template module **2024**, a global standard template **2028**, a profile import/export module **2032**, a communications device **212**, such as a smart phone, tablet, or other device, one or more other communication devices **2044**, one or more other vehicles **2048**, one or more other entities/servers **2052**, a profile repository **2056**, a purchased item/environmental item detection module **2036**, an advertising module **2040**, and profile data stored in profile database **252**, all connected by bus **356**.

As discussed, one or more user profiles can be stored in the profile database **252**. A user profile may be accessed and/or modified by a user providing authorization through a verification system in cooperation with the verification module **2012**. For example, by employing one or more of a biometric, a gesture, a feature, a device notification, or authentication information, the user can be authorized to access one or more user profiles. In accordance with an optional embodiment, a verification module **212** includes one or more of a biometric recognition module, a gesture recognition module, a feature recognition module, a device identification database and a device identification authentication module. An authorization and verification performed by the verification module **2012**, cooperating with the profile subsystem **2004**, may also optionally rely on verifying a user's biometric information in addition to a recognized identity of a specific device, e.g., smartphone, electronic user device, or in general any device associated with the user.

The user profiles, whether created for a driver, a passenger, or a user, or others, are portable and can follow the user from vehicle to vehicle. As such, there may be a need to allow the user to edit/modify their profile through use of the edit/modification module **2008**. Although not shown, the edit/modification module can include an appropriate user interface, such as a graphical user interface, that can be provided on one or more of a vehicle display, a communications device, such as a smart phone, a personal computer, a tablet computer, or in general any device capable of displaying an interface that allows for a user to access, and edit, or modify their profile data.

As briefly discussed above, user profiles may be generated based on data gathered from one or more of the vehicle preferences, such as seat settings, HVAC settings, multimedia settings, navigation settings, entertainment preferences, recorded settings, geographical location information, such as that provided by a satellite positioning system, mobile device information, such as mobile device, electronic addresses, internet browsing history and content, application store selections, user settings, enabled and disabled vehicle features, and the like, private information, such as user information from a social network, user presence information, user business accounts, and the like, secure data,

biometric information, audio information from onboard microphones, video information from onboard cameras, internet browsing history and browsed content using an onboard computer and with the local area network enabled by the vehicle, an electronic map correlating geographic location information with a map feature, such as a vendor's storefront, roadway name, city name, and the like, and so forth. In general, the user profile can also optionally generally store user setting preferences with respect to a selected object, such as the vehicle, user purchasing preferences, such as vendor name, location, purchased items, and the like, user driving behavior and preferences, user behavior with respect to the selected object, user socioeconomic status, user residence and business addresses, user communication devices and electronic addresses thereof, user biometric information and other user identification information, user family members and, for each family member, any one or more of the above listed information.

In some instances, the user profile data may be stored as part of a template, in cooperation with a template module **2024**. The user template may be stored locally, such as at the vehicle, at a mobile device, at a remote location(s), or the like. In a similar manner, user profile data may be stored remotely, such as at a central server, on the cloud, or combinations thereof, such as on a communication device **212**, at another entity/server **2052**, on another vehicle **2048**, or on another communication device or smart phone **2044**. As can be appreciated, there are multiple storage options for user profile information and user templates. Among other things, the profiles may be stored on the cloud, on a phone, on a vehicle, on a local storage memory, in a key fob, in a rental vehicle, or associated with another profile, such as a user's travel profile.

In accordance with an optional embodiment, and in cooperation with the encryption module **2020**, the user profile may be all or partially encrypted. This user profile may be accessed/modified via a user provided authorization through the verification module **2012**. As discussed, this can include employing at least one of a biometric, gesture recognition, feature recognition, device identification recognition, or other authentication technique(s). The authorization may rely on verifying the user's biometric information in addition to a recognized identity of a specific device.

In accordance with one optional embodiment, in cooperation with the template module **2024** and the global standard template **2028**, a global standard template may be created. The global standard template can be common among vehicles, manufacturers, company users, family members, or the like. As one example, a particular vehicle manufacturer may determine to build a global standard template to provide a reliable framework for the presentation of vehicle features and/or providing certain vehicle functionality. The global standard template may be used in an advertising approach, to refine GPS and/or mapping route selection, present advertisements, offer savings, and communicate with the user. In another optional embodiment, a business may continually rent vehicles from a rental agency for its traveling employs. As such, the business may wish to build a global standard template that is always presented to their employees to ensure consistency and reliability of presented vehicle features.

In some optional embodiments, the global standard template may be adopted by a user. In this scenario, the user may use a global standard template and build the user's personal preferences, settings, and other user profile information from this "base" global standard template stored in the global standard template database **2028**. In conjunction with the

US 11,163,931 B2

73

template module **2024** and the edit/modification module **2008**, the user can access this global standard template and then edit/modify this template to personalize it with their own personal settings and user information. As such, the global standard template may be provided as a starting point, upon which the user may build to create a truly personalized user profile which then can be stored as profile data **252**.

The authentication performed by the verification module **2012** can be based on the exchange of the security keys between the user, the vehicle, and/or even a server(s). This type of encryption may be cryptographically asymmetric in nature, such as private and public keys. In one example, a user may maintain a private key on a mobile device, and a public key be provided by a vehicle, such a rental vehicle. In another example, the user may maintain the private key on the mobile device, and the private key may be provided by the vehicle, such as a rental vehicle. Other embodiments may use a private key on the communication device and a private key provided by the vehicle and/or a public key on the phone and a public key provided by the vehicle. In yet another embodiment, the exchange of keys may be facilitated via a certified trusted authority, similar to a certificate of authority (CA).

In another optional embodiment, a biometric verification, or confirmation, of the user may be required prior to initiating the authentication process performed by the verification module **2012**. For example, the first step of authentication may include identifying one or more biometric features of a user using any one or more of the sensors disclosed herein. Once the user is confirmed, the authentication may proceed to exchange security keys.

Communications between a mobile device and a vehicle may be established via one or more of near field communications, RFID, Bluetooth®, or other communications protocol, whether it be proprietary or open source. Any of these communication protocols can be used to exchange profile data and/or verification/authentication information.

The profile data may include a corresponding user interface or personality defined or configured by the user. The profile can be an animated character that follows the user from car-to-car, and from communication device-to-communication device. The profile can optionally be updated globally though interactions with the selected device (whether a vehicle or communication device) with, for example, cloud-based data storage storing the profile. The animated character can have the same appearance and voice characteristics as, for example, the user. The animated character can also provide the user with feedback and recommendations and receive user commands and requests, through one or more of tactile, audio and/or video processing techniques as discussed hereinafter.

The user profiles, whether created for a passenger or user, such as the driver, are portable and can follow a user(s) from vehicle to vehicle. In cooperation with the profile subsystem **2004**, the profile data **252** can be passed through the profile import/export module **2032** to one or more other devices, such as device **212**, another communication device such as smart phone **204**, or another vehicle(s) **2048**, or to another entity, or to, for example, a cloud **2052**.

In one optional embodiment, the user profile can be accessed by any vehicle, and based on the position of a user in the vehicle, populate available settings in the vehicle. As discussed, the various settings can be different based on whether the user is the driver or a passenger, the position of the user in the vehicle, and/or other characteristics such as whether the user is of driving age, whether there are parental controls in place associated with the user profile, and the

74

like. It is anticipated that the user profile may be constantly improved, updated and refined. As such, data may be constantly recorded to modify an existing user profile and stored as profile data **252**. In certain circumstances, a user may wish to cease recording data associated with a user profile and/or edit or alter the user profile to include or exclude or modify selected information. In accordance with the profile subsystem **2004** and the edit/modification module **2008**, a user may turn off user template data recording. For instance, the user may wish to travel to Las Vegas for a bachelor/bachelorette party. Although the user may travel to numerous sites in and about Las Vegas, purchase many different goods and/or services, and even stay at one or more hotels/motels, the data may not be congruent with the user's typical behavior. Accordingly, the user may place the recording of data in the profile on "pause" such that the data acquired in Las Vegas may be restricted from being recorded by a user's selection and approval.

In accordance with this optional "pause" feature, which can be evoked by the edit/modification module **2008**, one or more of the shopping module **2016**, purchased items/environmental items detection module **2036**, advertising module **2040**, the profile data itself **252** to be placed in a "paused" state where the profile data **252** is not updated. As will be appreciated, the user could also specify if the profile subsystem **2004** is to query the user each time the system believes a profile update is to be performed. The user could then be provided the option, such a via a graphical user interface, on whether or not that particular update should be recorded in the profile data **252**.

As generally discussed, user profiles and the global standard template, such as **2028**, can include, but are in no way limited to, the following data and/or information: vehicle settings and other user profile data that may be stored to a mobile device associated with the user, on the cloud, and/or a memory associated with the vehicle. This data can be portable, and in cooperation with the profile import/export module **2032**, be transferred from one vehicle to another, or from a vehicle to another device or storage location(s).

Passenger information, including but not limited to shopping characteristics, searched web pages, vehicle settings, such as climate controls, radio stations, window tint levels, color schemes, information presentation write outs, etcetera, can be saved to a passenger profile and similarly stored as profile data **252**. In a like manner, there can be different types of global standard templates **2028** that can be used as a starting point when developing a profile.

For example if a user is not of driving age, and will only be a passenger, a global standard template can be provided **2028** that is specifically for a passenger who does not have a drivers license, and may not have some of the features, settings, and preferences that the global standard template for a user, who has a drivers license, may have. In a similar manner, and as discussed, and in cooperation with the template module **2024** and edit/modification module **2008**, a user could edit/modify this template which has been stored as profile data **252**. Again, this profile data could be portable and also stored and/or transferred to one or more other devices, such as device **212**, another smart phone **2044**, the cloud, or the like, as discussed.

In accordance with another optional embodiment, and in cooperation with the purchased item/environmental item detection module **2036**, and one or more of the sensors/monitors disclosed herein, purchased items can be identified and their identification stored with the profile data **252**. For example, utilizing one or more of audio, a camera, or other video input, RFID readers and tags, bar code readers, QR

US 11,163,931 B2

75

(Quick Response) code readers or the like, one or more purchased items could be determined and identified and the purchased item(s) (or other item/object placed in the vehicle) associated with the user and/or vehicle and stored in a profile data **252**. For example, what a user is wearing, such as brand names, styles, etcetera, can be recognized and stored as profile data **252**, as well as what a user has purchased, such as by observing that a fast food chain bag is in the car, a particular brand of coffee, as identified by reading a company logo, information from one or more shopping bags, etcetera, can all be analyzed and an assessment of the origin of the products determined. This can be then used by, for example, the advertising module **2040** as discussed hereinafter to determine an advertising scheme to present one or more advertisements to the user.

Again, this information, e.g. logos, brand names, shopping bag identifiers, etcetera, can be detected using one or more of RFID, QR codes, bar codes, video analysis, camera analysis, or the like. Similarly, the purchased item/environmental item detection module **2036** can detect a digital receipt associated with a mobile device, such as device **212**, and determined which purchases have been made therefrom. For example, interacting with one or more of a frequent fueler card, a loyalty card, a coffee shop chain mobile application, or the like, the purchased item/environmental item detection module **2036** can determine which purchases a user has made. This information could then optionally be stored with the profile data **252**. It is to be appreciated that

76

the various sensors, cameras, readers, and the like, can also be included in a trunk of a vehicle/bed of a vehicle to facilitate the detection of one or more purchased items or other objects as discussed herein.

Optionally, GPS information can be used to assist with determining what the one or more purchased items/environmental item introduced into the vehicle are. This GPS information can similarly be stored in the profile data **252** such as where a user shops, which stores a user parks close to, which stores a user frequents, and the like. For example, utilizing GPS technology, the user's travel path during a time period can be tracked and is correlated to where the user has shopped. This can be then used in conjunction with the techniques discussed above to further supplement the information in the profile data **252** with information such as where the user has shopped, where they frequent, and can further be used to assist in determining which item(s) have been brought into the vehicle. Additionally, the purchased item/environmental item detection module **2036** could query another device, such as a smart phone, and if the smart phone includes GPS capabilities, determine where the user was based on the information from the smart phone, when they were not in their vehicle. This information could further be used to refine and optionally help identify which purchased items the user may now have with them in the vehicle.

An Example of the Global Standard Template for a specific vehicle manufacturer is:

| Car Brand X | |
| --- | --- |
| Setting: | User 1 |
| Seat Position | Position 2 |
| Mirror Position | X,Y,Z Position |
| Infotainment Settings | Radio On, 99.5 FM, Volume 4 |
| Navigation Settings | Navigation On, Map View |
| Vehicle Mode | Sport Mode |
| HVAC | Driver 68, Passenger 70 |
| Car Brand X Advertising | Off |
| Car Brand X Reminders | On (Display on Video Only, no Audio) |
| Car Brand X Vehicle Statistics Reporting | On-Send to Both User and Manufacturer and Dealer/Maintenance Shop |

An example of the multiple profiles that can be managed by a single vehicle are as follows: (as should be appreciated, rules/preferences may exist such that the vehicle uses one user's settings instead of another user's settings, e.g., driver instead of back seat passenger in the event of a conflict)

| Profiles Associated with Vehicle | | | |
| --- | --- | --- | --- |
| Setting: | User 1 (Driver) | User 2 (Front Seat Passenger) | User 2 (Back Seat Passenger) |
| Seat Position | Position 2 | Position 3 | N/A |
| Mirror Position | X,Y,Z Position | N/A | N/A |
| Infotainment Settings | Radio On, 99.5 FM, Volume 4 | CD Player On, Volume 2, Bass +5, Treble −1 | DVD Player-Vol. 11 |
| Navigation Settings | Navigation On, Map View | Off | N/A |
| Vehicle Mode | Sport Mode | Comfort | N/A |
| HVAC | Driver 68, Passenger 70 | Driver 70, Passenger 70 | 65 |
| Car Brand X Advertising | Off | Off | On-Send to Phone |
| Car Brand X Reminders | On (Display on Video Only, no Audio) | Off | N/A |

US 11,163,931 B2

77

78

-continued

| Profiles Associated with Vehicle | | | |
|---|---|---|---|
| Car Brand X Vehicle Statistics Reporting | On-Send to Both User and Manufacturer and Dealer/Maintenance Shop | Off | N/A |

In accordance with another optional embodiment, and in cooperation with the shopping module **2016**, one or more of shopping lists, reminders, favorite shopping locations, and shopping deals of interest may be provided to a user based on, for example, information in the profile data **252**. Additionally, as discussed hereinafter, information maintained by the shopping module **2016** may be utilized by the advertising module **2040** to provide, for example, targeted advertising for one or more users in the vehicle. This targeted advertising can be sent to the vehicle itself for display on, for example, a screen, and/or could be sent directly to a user's communications device such as a smart phone.

As discussed, communications between a mobile device, such as device **212**, and a vehicle may be established via one or more of near field communications, RFID, Bluetooth®, or other communications protocol, be it proprietary or open source. By way of example, a user with a mobile device, such as a smart phone, tablet, laptop computer, etcetera, such as device **212**, having at least one user profile associated therewith, may enter a vehicle where the vehicle is configured to enable communications with the mobile device. In cooperation with the profile import/export module **2032**, and one or more sensors as discussed above, the vehicle may determine a location of the mobile device inside the vehicle, and based, at least partially on that location, provide one or more features and/or controls to the user via, for example, a display associated with the mobile device. As will be appreciated, these features and/or controls could also be provided audibly to a user, with the user confirming whether or not they want that feature and/or control, or providing the value or setting of that feature and/or control back to the system in an audible manner which can be detected by one or more microphones in the vehicle. In some cases, the user may pair their mobile device with the vehicle via a physical presence and/or contact. For instance, one example of the physical contact may include positioning the mobile device into a range associated with a NFC. Another example of physical contact may include a user physically pairing the device via Bluetooth®, via a wired connection, or by a dock associated with/installed in the vehicle.

In accordance with an optional embodiment, user profile(s) may be presented, or uploaded, to a vehicle in advance of a user reaching a vehicle. For example, in a rental car scenario, a car rental agency can maintain a profile for each customer and upload their profile onto the car rented to the customer at the time the leasing is consummated, or, for example, when the user picks-up the leased vehicle. In one embodiment, a user may save a user profile with a rental vehicle agency during the registration/reservation process. Saving the user profile may be performed automatically or, for example, via user input. For example, a user profile may be associated with a smart phone, tablet, computer, or other device as provided herein. While the user in this example is making a reservation with a rental agency via the device, the user profile associated with the user may be automatically transmitted to the rental agency via the device. Transmission

of the user profile may be timed to coincide with payment of rental and/or reservation fees.

More specifically, and in accordance with an exemplary usage scenario, a user's profile is stored as profile data **252** on a smart phone **212**. When the user, utilizing a car rental agency app on a smart phone **212**, places a reservation for a rental car the app could query the user as to whether they would like to associate their profile data **252** with the vehicle rental. If the user opts to associate their profile data **252** with the rental, their profile data **252** can be communicated from the smart phone **212** to, for example, server **2052**, which in this exemplary embodiment, is associated with the car rental agency and then stored in the car rental agency's profile repository **2056**. Then, upon the user renting the vehicle, the profile which was stored in profile repository **2056**, can be forwarded in cooperation with the profile import/export module **2032** associated and stored in the vehicle that the user has leased. In a similar manner, upon the user completing the vehicle lease, any updates made to the profile could then be exported from the rental vehicle, in cooperation with the rental vehicle's profile import/export module **2032**, and stored in the profile repository **2056**. This updated profile information could then, for example, be used for future vehicle leases and/or reconciled with the user's profile data stored on, for example, their smart phone and/or a primary vehicle that they may drive.

In accordance with an optional embodiment, upon the user completing the necessary paperwork for the leased vehicle, and in cooperation with the profile repository **2056** and the profile import/export module **2032** associated with the rental vehicle, while the user is walking from the rental desk to their car, the car can be automatically adjusting all of the vehicle settings as set forth in the user's profile (to the extent possible). In this way, the user need not manually select any settings when he or she begins driving the rental vehicle.

For instance, as part of a travel package, a rental car system may be able to link a reservation to where the user is staying, where the user has dinner reservations, and the like, based on the mobile device associated with the user. The system may then export, for example, one or more of a text message, an email, a phone call, or other signal to the mobile device, and request access to the user's profile stored on that mobile device. If the system is authorized to retrieve the user's profile from the mobile device, this user profile can be obtained and associated with the rental vehicle and the settings associated with the user profile used to update the leased vehicle prior the user actually using the leased vehicle.

Similarly, and given the portability of the user's profile stored as profile data, administrative assistants, travel agents, family members, and the like, can reserve a vehicle on behalf of another individual and link (or associate) the user profile of the person renting the vehicle to the reservation based on, for example, the user's mobile device phone number. In accordance with this optional working embodiment, the profile data **252** need not necessarily be

US 11,163,931 B2

79

stored in the profile repository **2056**, but can rather be retrieved from the user's mobile communications device, that way insuring that the most up to date profile data is available when the user leases the vehicle.

In accordance with another optional embodiment, the mobile device can act as the key. For example, a phone number may be embedded in the private key of the mobile device. The public key may be presented to the rental car. In some cases, a combination of phone number and device ID, such as EIN, MAC address, and the like, may be used as part of the authentication process. Utilizing these various portions of information, a mobile device can then act as the key to enable operation of the vehicle.

As illustrated in FIG. **21**, an exemplary scenario is shown where a user approaches a rental vehicle that they have leased. In cooperation with the profile import/export module **2032**, profile data is obtained from the smart phone **2104** and sent to the rental vehicle. User identification module **822** confirms, as discussed herein, this is the appropriate user for the lease of the vehicle and triggers the association of the profile data **252** from the smart phone **212** with the profile data repository **252** in the vehicle. Upon integration of the profile data **252** into the vehicle, the vehicle can optionally show, via display **2116**, a welcome message to the vehicle lessee, as well as a summary that shows, for example, which of their profile data settings have been used to update the operation of the vehicle. Additionally, interface **2116** optionally asked the user if they would want to associate another profile with the vehicle by providing button **2120** which would allow the user, upon selection, to associate one or more other profiles with the vehicle. Optionally, further, another button **2124** could be provided where, for example, the profile recognized by the vehicle is not the appropriate profile for the current driver. This could happen in a scenario where, for example, multiple drivers have been associated with a rental lease and the profile associated with the vehicle may not be the current driver, and the system needs to select another profile associated with the lease based on who the current driver will be.

In accordance with another optional embodiment, in cooperation with the advertising module **2040** as discussed above, various advertisements could be sent to one or more of the vehicle associated with the profile data, the mobile device associated with the user, or the like. The advertising module **2040** can also operate in a dynamic manner such that the advertising module **2040** is capable of updating radio or multimedia advertisements presented to a vehicle based on information in the profile data. Even further, when a user is finished with a vehicle lease, the advertising module **2040** may continue to send advertisements to the mobile device and/or email of the user who rented the vehicle.

Furthermore, in cooperation with one or more of the shopping module **2016** and the purchased items/environmental items detection module **2036**, the system can allow truly comparative shopping. For example, information may be presented to a user, including, but not limited to, coupons, savings, deals, gas prices, vehicle maintenance specials, and the like. This information may be presented based on previous purchases and shopping behavior associated with the user profile, where the user typically travels or is expected to travel, or the like. For example, the system may know that the user recently bought tomatoes and onions on the last shopping trip one week ago. The system may also know that super store Y is currently offering 40% off of all onions and tomatoes and the user is expected to pass by super store Y in the next five minutes. The system, in cooperation with the advertising module **2040**, could then

80

provide this information to the user one or more of audibly and visually and indicate to the user that they will be passing super store Y shortly, on the right hand side of the road.

FIG. **22** outlines an optional embodiment utilized for guest vehicle user reporting as well as other functionality. This subsystem includes, for example, vehicle personality data **2204**, a vehicle reporting module **2208**, a smart calendar module **2212**, a context module **2216** that can cooperate with, for example, breathalyzer **2220**, one or more remote access devices **2224**, a camera application module **2224**, an expression/facial ID/gesture repository **2228**, and a parental control module **2232**.

In accordance with an optional operational embodiment, a vehicle may report vehicle conditions, such as number of passengers in the vehicle, speeds—average, maximum, minimum—time at a location, time leaving a location, time arriving at a location, GPS data, and in general, any information associated with the vehicle, to a user at the user's request, automatically, or when a user is away from a vehicle. The user may request and obtain one or more of images of the inside the vehicle, and can optionally directly communicate with the vehicle, and even control certain vehicle features and functions. The vehicle could also be instructed to shut down when the owner leaves for a weekend, and does not want others using it.

The vehicle may initiate communications with one or more third parties based on context of the vehicle and/or the user, in cooperation with the context module **2216**. For example, in some cases, the vehicle can set up a social personality for the user via the user's mobile device. As one example, communications sent via the vehicle, not the user, can be associated with a vehicle personality. In some embodiments, the second personality may be identified via an icon or other identifier associated with a communication. As one example, the vehicle may set up a group personality to represent two or more users associated with the vehicle. The group personality which can be stored in the vehicle personality data repository **2204** may depend on the number of people detected in the vehicle. Moreover, the group personality may send communications via at least one of the user's mobile devices. For example, communication(s) sent via the vehicle, not the user(s), could be associated with a vehicle group personality. Similar to the second personality previously disclosed, in some embodiments, the group personality may be identified via an icon or other identifier associated with the communication. As one example, a user may be traveling home from work, with this determination capable of being predicted based on prior trips made of the same or similar time of day by the same user, the vehicle may send a message, such as a text message, phone call, email, etcetera, to a third party to indicate the user is coming home. In some cases, the message may be identified as being sent from the vehicle, utilizing a vehicle icon associated with the message, or other similar identifier. The third party may respond to the message, which can then be relayed, one or more of visually and/or audibly, to the user via the components of the vehicle, such as via a dashboard display, head unit, speakers, or the like. By way of example, a third party may state "Please pick up some eggs and fabric softener before you come home, thanks" This information then can be relayed by the vehicle and to, for example, the driver. In this manner, the context module **2216** can monitor one or more aspects of the vehicle, including time leaving a location, destination information entered into the navigation system, arrival time at the destination, projected travel path, etc., and conclude, for example, as in the above scenario, that the user has left work and they are on their way home.

US 11,163,931 B2

81

Continuing on with the above example, on receipt of the message that eggs and fabric softener are to be picked up, the context module **2216**, cooperating with one or more of vehicle personality data **2204**, shopping module **2016**, and navigation module, could, upon recognizing that shopping items are to be picked up, appropriately reroute the user to the closest or preferred shopping location on the trip home to obtain the requested items.

In another optional embodiment, a vehicle may report vehicle conditions, such as the number of passengers in the vehicle, speed, etcetera, to a user at the user's communication or electronic device, or when a user is away from a vehicle. For example, and in cooperation with remote access device **2224** and the vehicle reporting module **2208**, a user could remotely access a vehicle and query information regarding any aspect of the vehicle's operation, as well as vehicle conditions as enumerated as above. The user, again using the remote access device **2224**, could also request and obtain one or more of an image or images of the inside of the vehicle, directly communicate with the vehicle, and/or control certain features of the vehicle. For example, the user could remotely connect to the vehicle using the remote access device **2224**, and their identity confirmed in cooperation with the user identification module **822** and information in profile data **252**. Upon confirming the user is authorized to access and perform one or more functions and/or request information from the vehicle, the user is allowed to perform these functions. It should be appreciated, however, that based on current operating conditions of the vehicle, and optionally based on information in the profile, there may be restrictions on the type of functions the remote user is able to enable/disable as well as the type of communications that are allowed to be communicated to the vehicle.

In accordance with an optional embodiment, vehicle functions can be controlled based on information obtained from the vehicle reporting module **2208**. For example, if it is determined, by using the camera application module **2224**, that the vehicle is overcrowded, an instruction could be provided to the driver indicating that they are to stop the vehicle because it is overcrowded and remove one or more passengers from the vehicle before they are allowed to continue. These various functions and controls can further be modified based on information associated with the parental control module **2232**. For example, the parent could impose a restriction that a young driver is not to have more than two people in the vehicle, even though the vehicle could, for example, hold six individuals. Thus, when the vehicle reporting module **2208**, cooperating with the camera application module **2224**, determines that the vehicle has more occupants than that allowed by the parental control module **2232**, this information can be reported to the remote access device **2224**, as well as optionally sent to one or more other devices, such as smart phone **212**. As discussed, one or more of vehicle functionality and/or communications could then be established to ensure the problem with vehicle overcrowding has been addressed, and the vehicle is now in conformance with one or more rules managed by the parental control module **2232**.

In accordance with another optional embodiment, the car can sync with one or more calendars to create one or more of smart alarms and updates. A smart alarm is an alarm that instead of a standard 15 minute warning before a meeting, if it is an offsite meeting with an address entered, the system can determine how much time it will take based on traffic, driving habits, and the amount of time it generally takes to exit the office and get to the car, etcetera, and change the

82

smart alarm accordingly. The updates can be triggered based upon the time of arrival, determination from the GPS, or as calculated above, and a message such as an email, text message or the like, sent to the other attendees to advise them as to when the user is expected to arrive. Similarly, a prompt can be provided for the user to call the meeting moderator, advising them of their ETA.

Similarly, if the vehicle determines that it is stopping for a coffee, an update could be sent to the other meeting attendees asking them whether they would like anything from the coffee shop. This information could then be communicated to the user via one or more the vehicle or on another device, such as their smart phone.

This smart calendar module **2212** is further capable of accessing information from a remote device, such as the smart phone **212**, and integrating various information therefrom, such as from a calendar on the smart phone. In a similar manner, the smart calendar module **2212** can remotely communicate with the user's calendar that might be associated with the vehicle or stored on the cloud. Utilizing one or more of the various communication functions of the vehicle, information in the user's calendar in the cloud could be obtained and utilized, as discussed above, to assist the user with their daily tasks.

In accordance with another exemplary embodiment, context module **2216** can cooperate with another sensor, such as breathalyzer **2220** to ensure compliance with drunk driving laws. In a working example, the context module **2216**, cooperating with the user identification module **822**, determines that a user who has had a bad past experience with driving while under the influence is currently identified as the driver of the vehicle. The profile data **252** can indicate the driver, perhaps, has a past DUI and is not allowed to drive any vehicle unless they pass a breathalyzer test. In this scenario, the context module **2216** can limit functionality of the vehicle, and for example, not allow the driver to start the vehicle, unless the breathalyzer test has been completed successfully. Moreover, and in cooperation with the vehicle reporting module **2208**, the results of this breathalyzer test can be sent to one or more entities, such as a monitoring entity, that monitors whether or not the driver has attempted to drive the vehicle that is under the influence. Similarly, the vehicle reporting module **2208** could establish communications with a law enforcement agency indicating the current GPS coordinates of the vehicle, and that a user who is under the influence has not passed a breathalyzer test and is attempting to drive the vehicle. A log of the various breathalyzer tests could also be stored in the profile data **252**, and accessed by, for example, a law enforcement agency.

In accordance with another exemplary operational scenario, and in cooperation, for example, with a smart calendar module **2212**, context module **2216** and vehicle reporting module **2208**, the vehicle can determine that the user is going to be out of town for the weekend, and not using the vehicle, based on information in user's calendar. In this context, the context module **2216** would know that the user is not going to be using the vehicle, so the vehicle shouldn't be used. Thus, if someone tries to the use the vehicle, the vehicle, cooperating with the vehicle reporting module **2208**, could contact one or more of the user's smart phone and remote access device **2224** and ask the owner whether permission is granted for someone to use the vehicle. Moreover, and in cooperation with the camera application module **2224**, the vehicle reporting module **2208** could send an image of the vehicle occupant(s) along to the owner with the request for permission to use the vehicle. If the owner denies permission, the owner could return a message to the

US 11,163,931 B2

83

vehicle indicating that the vehicle is not to be used, and the context module **2216** cooperating with various vehicle functions and systems shut down the vehicle to prevent the vehicles use.

In another exemplary scenario, the context module **2216** cooperating with the parental control module **2232** could require the vehicle to receive test results from the breathalyzer **2220** if a child is out past 8 PM and trying to use the vehicle. In a similar manner, and in again in concert with the context module **2216** and the GPS module, the system could determine that the vehicle has been sitting outside of a bar for over an hour, and implement a similar requirement for a breathalyzer test to be performed before the ignition is activated.

In accordance with another exemplary operational scenario, the vehicle could know a child's curfew and also know the distance from home. Given that information, the context module **2216**, cooperating with the vehicle reporting module **2208**, could inform the child, via a communication to a smart phone, that they have to go. Furthermore, since the system can know the occupants, utilizing one or more of the user identification module **822**, the camera application module **2224**, and the profile data associated with the vehicle, the context module **2216** could also include information to assist with successfully delivering the other vehicle occupants home in a timely manner.

In accordance with another exemplary operational scenario, the camera application module **2224**, in cooperation with the expression/facial ID/gesture database **2228**, and the context module **2216**, can determine the emotional state of one or more occupants in the vehicle. Information from the camera application module **2224** can be correlated with profile data and through use of the user identification data module **822** determine which captured image(s) belongs to which vehicle occupant. For example, the profile data **252** may include biometric information, such as facial information, for the user associated with that profile. A controller or processor could then map the obtained one or more images to information in the profile data utilizing known facial recognition techniques, and in cooperation with the context module **2216**, determine an emotional state associated with one or more of the users in the vehicle. These various emotional states could then be reported, for example, using the vehicle reporting module **2208**, to one or more other destinations, such as to the occupants' parents via a communication to their smart phone or other electronic device.

In a similar manner, the camera application module **2224** cooperating with the context module **2216** and vehicle reporting module **2208** could monitor for unusual behavior, such as obscene gestures by one of the vehicle occupants. The obscene gestures could be recognized based on information in the gesture database **2228**, and upon detection of one of these gestures by the camera application module **2224**, the vehicle reporting module **2208** send an appropriate communication to, for example, parents or owners of the vehicle indicating that one or more of the occupants may be behaving in an unsafe manner. An image of the obscene gesture could also be sent along with the communication to one or more of the parents or owners of the vehicle, as well as this information optionally stored in the user's profile for use in some other application, such as insurance reporting and monitoring as discussed herein.

As an extension for the above scenario, the vehicle could use one or more of its sensors, such as a camera in the camera application module **2224**, to recognize the face of a person blowing into the breathalyzer **2220** for affirmative identification and to prevent fraudulent attempts to bypass

84

the system. As discussed, profile data **252** can include information usable for facial recognition. This information is useable by the context module **2216** to confirm the individual utilizing the breathalyzer is the person that will be operating the vehicle. As a parental control, and in cooperation with the parental control module **2232**, the vehicle could require a child to use it prior to activating the ignition on any night they are out past 8 PM. The car could know the child's curfew, and also know the distance from home. Given that information the vehicle could inform the child they need to leave immediately in order to make it home on time, and it can optionally require the child to utilize the breathalyzer before enabling the ignition system. It is to be appreciated that parental control is not limited to a parent-child relationship, but may also refer to one who is in control of a subordinate or lawbreaker, such as a child, a parolee, an employee, and the like. As discussed, notification of a user failing to pass a breathalyzer test, whether the breathalyzer is part of the vehicle or another vehicle, remote or otherwise, could be sent to the police or authorities as appropriate. In some cases, the signal may continue to be sent unless deactivated by an authorized party. This could assist law enforcement officers with apprehending drivers who may be under the influence.

In accordance with another optional embodiment, other car-based camera applications can be implemented by the camera application module **2224**, cooperating with one or more of the other elements of the vehicle systems. For sleep detection, such as driver head bobbing, blink rate, and other gestures which indicate a driver is falling asleep, the camera application module **2224**, cooperating with the expression/facial ID/gesture database **2228**, could trigger one or more of an audible, visual, or tactile warning to the driver to wake up. Furthermore, this warning could be sent to one or more of the other vehicle occupants, and alert them to the fact that the driver is falling asleep, and they should engage the driver to ensure they stay awake.

In another optional embodiment, the camera, cooperating with the camera application module **2224**, can utilize the detection of positional based movements to regulate accessibility to the car control console. For example, when a driver reaches for the console, this can result in limited access to functionality to the console, or as a passenger reaching for the console, this could result in additional functionality being provided to that user. An example of this is manipulation of the navigational system. Most navigational systems require the user, e.g. driver, to be stopped before they are allowed to enter information such as destination address information. However, camera application module **2224**, cooperating with one or more of the vehicle cameras, could determine that in the instance when the passenger is attempting to access the navigation system, the navigation system allows for the passenger to enter destination address information, even though the vehicle may be traveling at a rapid rate. In a similar manner, the camera can be capable of sensing direction from which a motion is coming, and change the accessibility to one or more functions of the console, where, for example, a 3D camera can be used to capture gestures in space. Capturing a three-dimensional gesture in space can be used in a similar manner to the above, where the vehicle control console functionality is modified based on who is trying to access it.

Context module **2216**, cooperating with one or more of the user identification module, various profile data, and a camera, as well as the camera application module and associated database **2228**, can also recognize the number of passengers in the car, and optionally, who the passengers are.

US 11,163,931 B2

85

86

Based on this information, the context module **2216** can change the environment depending upon who is in the car. This includes, but is not limited to, music, climate, seat position, and the like. For example, if the context module **2216** is able to determine, based on facial recognition and information in the profile data, that the user in the front passenger is 4'11" tall, and the passenger in the rear seat behind front seat passenger is 6'2", the context module **2216** could adjust the seat of the front seat passenger to provide greater leg room to the rear seat passenger. The context module **2216** can further be utilized to recognize, with the assistance of the camera application module **2224** and the expression database **2228** facial expressions of one or more of the vehicle occupants and adjust the cabin environment accordingly or even driving characteristics of the vehicle. For example, if it is determined that the vehicle occupants appear to be drowsy, the context module **2216** can instruct the HVAC system to lower the temperature of the vehicle to assist with waking up the vehicle occupants. This could be especially important if it is determined that the driver is showing signs of drowsiness as discussed above.

In accordance with another optional embodiment, the camera application module **2224** can cooperate with one or more vehicle cameras and/or sensors such that gestures in the air, such as swipes, drags, or the like, that many people are already familiar with by virtue of smart phone technology and tablets, can be recognized without the user necessarily touching a touch screen. These recognized expression by the camera application module **2224** could then be used to control one or more functions of the vehicle, provide control of one or more touchscreen displays, and/or can be used in a virtual environment such as when a 3D touchscreen is provided that is manipulatable via one or more three-dimensional gestures or expressions.

The parental control module **2232** can also be utilized in conjunction with facial recognition technology and camera application module **2224** such that pictures of all the allowed drives and/or passengers are known by the various vehicle systems. In the event that a vehicle system doesn't recognize an occupant as one of the allowed individuals, the car control system can be managed by the context module **2216**, and rules in the parental control module **2232**, to take various actions, such as not allowing the engine to start, sending an alert via the vehicle or warning module **2208**, or the like. In a similar manner, facial recognition of a driver can be used to limit what young drivers can do in the car, or to generate an automatic alert if certain "rules" are broken that are maintained in the parental control module **2232**. For example, one or more rules in the parental control module **2232** may dictate that a young driver cannot drive more than 20 miles from home, cannot go on the interstate, or the like. In these instances, if these "rules" are broken, and in cooperation with the context module **2216** and vehicle reporting module **2208**, various notifications can be sent to one or more destinations. In a similar manner, these "rules" could be used to regulate one or more car functions, such as the vehicle's maximum speed, number of occupants in the vehicle, the availability of multimedia/infotainment information, infotainment volumes settings, and the like. Engine/vehicle operational rules can also be established that restrict or otherwise regulate any vehicle function, and in cooperation with the context module **2216** can prohibit undesired or unwanted vehicle operations, e.g., flooring the accelerator.

As will be appreciated, the above situational control of the car's environment or access to various controls and/or entertainment and/or functionality, can be dynamic and based on who is in the car, where the car is located, driving conditions, e.g. weather conditions, and the like.

In accordance with another optional embodiment, the context module **2216** functionality can be extended to the user's smartphone, tablet, or other computing device. For example, the context module **2216** could have an extension application that runs on one or more of these user devices, to assist with integrating user context into the vehicle experience. For example, when a user does a search at the office or at home for directions to a particular destination, and then the context module **2216** determines that the user gets in their vehicle the directions and/or map that the user just searched for can be sent to the vehicle's navigation system. This functionality can be extended to cooperation with the smart calendar module **2212**, such that if it is 20 minutes before a user's appointment, and the user looks up the address associated with information in the appointment, the context module **2216** could make the assumption that the user has requested the directions/map for this appointment, and ensure the vehicle has this information to assist with the user arriving at their destination in a timely manner.

In accordance with another optional embodiment, the breathalyzer **2220** need not necessarily be associated with the vehicle, but information from a remote breathalyzer, coupled with time proximity information be utilized to control various car functions. For example, if an intended driver blows into a remote breathalyzer 45 seconds before entering a vehicle, the context module **2216** could assume that the breathalyzer information is accurate, and in cooperation with the parental control module **2232**, allow operation of the vehicle if the user is under a predetermined limit.

In a further example of the sophistication of the context module **2216**, the context module **2216** can cooperate with vehicle GPS information to control one or more functions of the vehicle, as well as one or more other remote functions, such as functions at home. For example, as a user drives away from their home, the thermostat can be set to a, for example, lower predetermined temperature. When the user returns home, or is within a certain proximity of their home, the thermostat can be returned to a preset level. When the user is a certain distance from their home, the garage door may open upon checking, utilizing the user identification module **822**, that the occupant of the vehicle is the home-owner. The inside garage door to the home can be opened, and upon the vehicle entering the garage, the outside garage door closed. As a further example of the knowledge and sophistication of the context module **2216**, the context module can cooperate with one or more other systems such that context module **2216** is aware of what the user was watching in the home, so if the user leaves the home to go on a shopping trip during a football game, the car entertainment system can tune into the game and make it available to the user while they are on their shopping trip. In this manner, profile data can be extended to include information from the cable or TV provider and/or the cable or TV provider can be in communication with the vehicle. Expanding further upon these basic concepts, in any smart home environment, one or more smart home appliances are able to communicate with the vehicle to provide information to the driver about the need, for example, for various consumables. For example, a smart refrigerator could contact the vehicle and inform the driver that they are out of milk.

The context module **2216** is, however, not limited to user-centered context determination. Rather, the context module **2216** could be used in association with any vehicle functionality, and could be especially useful with automatic diagnostic assessments about a vehicle's "health" with this

US 11,163,931 B2

87

information usable to determine maintenance schedules, the need for repair parts, or the like. For example, the context module **2216** can cooperate with one or more of the vehicle sensors to determine when a vehicle needs maintenance. This information could further be used to determine which repair parts are required, send this list to the dealer or other repair shop that the user prefers, and also schedule an appointment, while taking into consideration any information in the user's calendar by the smart calendar module **2212**. As will be appreciated, if this is done on a large scale, a car manufacturer can actually collect large sets of data to assess a particular make and model's design flaws, reliability, service requirements, fuel, and/or oil or other consumables consumption, or the like. The receipt of this information could result in automatic alerts being sent to one or more of the driver or another entity, such as a dealer, and as discussed, could also result in the automatic ordering of parts needed for repair and/or maintenance of the vehicle.

In accordance with another optional embodiment, the context module **2216** can use smart GPS information to assist the driver with arriving at their destination. For example, if a user contacts a restaurant via the vehicle communication system and/or a smartphone while in the vehicle, to make a reservation for dinner, the destination restaurant can return to the user, in a special message, GPS information associated with that restaurant's location. This message can be assessed and integrated into the necessary vehicle system, and in particular, the navigation system, such that navigational directions can be provided to the user to assist them with arrival at this destination restaurant. For example, on establishment of the communication session between the user and the restaurant, the user's phone number is known by the restaurant, and since this communication device, and hence the phone number, has been paired with the vehicle, the vehicle is capable of receiving the message, and hence the destination restaurant GPS information.

FIG. **23** outlines an exemplary method of profile editing/modification. In particular, control begins in step **S2300** and continues to step **S2304**. In step **S2304**, the user profile access request is received. Next, in step **S2308**, a determination is made if a profile already exists. If a profile does not exist, control continues to step **S2312**, where a new profile can be created. As discussed, this new profile can be created from scratch, or can be based on a global standard template, or based on some other template, for example, which can be that of another user. Control then continues to step **S2316**.

In step **S2316**, a verification could optionally be performed to ensure the user is authorized to access the profile. Similarly, in step **S2320**, one or more of biometric information, gesture recognition, feature recognition, device identification, password recognition, or the like, can be used for verification of the user before access to the requested profile is granted. Next, in step **S2324**, the authentication and exchanging of one or more keys can optionally be performed, such as the exchange of a public and/or private key, as discussed above. Then, in step **S2328**, if one or more of verification or authentication are successful, the user can be allowed to edit/modify the accessed profile. Upon completion of any edit/modifications, the profile can be saved in step **S2332**, with control continuing to step **S2336**.

In step **S2336**, the saved profile can optionally be transmitted to one or more other vehicles, or one or more other devices or locations on a communications network as discussed. Next, in step **S2340**, a determination is made as to whether the transmission of the profile to one or more other destinations provides a conflict, and whether or not the transferred profile should overwrite the local profile at the

88

destination. If the local profile is to be overwritten, control continues to step **S2444**, where the local profile is overwritten by settings in the transmitted profile. Control then continues to step **S2348**, where the control sequence ends.

If the local profile is not to be overwritten, control continues to step **S2352**, where any conflicting data can be reconciled. For example, a user can be queried to confirm whether or not they would like to overwrite the local profile, and/or provide information regarding which profile settings are in conflict, to allow the user to selectively determine which one of the local profile settings should be overwritten. This process can continue until all conflicts between the profiles have been resolved, where control continues to step **S2356**, where the control sequence ends.

FIG. **24** outlines exemplary communications between a mobile device and a vehicle, and the transferring of a profile. In particular, with a mobile device, control begins in step **S2404**, and for the vehicle, control begins in step **S2460**. The vehicle, in step **S2464**, detects a presence of a mobile device, such as a via Bluetooth®, RFID, user request, or the like, and sends a message to the mobile device requesting establishment of communication in step **S2408**. In step **S2412**, the mobile device commences communication with the vehicle, through an optional pairing step between the mobile device and the vehicle in step **S2468**. One or more of the mobile device and vehicle, in step **S2416**, and step **S2472**, respectively, can optionally perform authentication and/or verification of the mobile device as discussed herein. In accordance with one exemplary embodiment, on establishment of communication between the mobile device and the vehicle, the vehicle in step **S2476** receives the profile from the mobile device, which is sent in step **S2420**. It should be appreciated that optionally the profile need not be transferred from the mobile device to the vehicle, but the profile cold rather reside on the mobile device when, for example, the mobile device is paired with the vehicle. Next, in step **S2480**, the position of the mobile device in the vehicle is determined. Then, in step **S2484**, one or more vehicle features/controls are enabled based, at least partially, on the determined location of the mobile device within the vehicle. For example, certain vehicle features/controls may be enabled if it is determined if the mobile device is associated with the driver. Other features/controls may be enabled if it is determined that the profile is associated with user in the back seat. Control then continues to step **S2488**.

In step **S2488**, the mobile device is detected as leaving the vehicle. Upon this detection, the profile could optionally be updated, and if the profile is being stored on the mobile device, the updated profile transferred to the mobile device and/or a remote location, such as a cloud, with the updated profile being received by the mobile device and/or cloud in step **S2424**. Control then respectively continues to step **S2428**, and step **S2492**, where the control sequence ends.

FIG. **25** outlines an exemplary method for transferring a profile. In particular, control begins in step **S2500**, and continues to step **S2504**, where the profile is transferred to another entity or directly to another vehicle. This can be done one or more of automatically, based on a user request, based on context, or based on other information such as the detection by a smart calendar of a user having an appointment with a rental agency for a leased vehicle. Next, in step **S2508**, one or more profiles that are available to be transferred are identified. Then, in step **S2502**, the identified profile(s) to be transferred are one or more of uploaded, transferred, or registered, or otherwise associated with one or more of an entity, another vehicle, a communication

US 11,163,931 B2

89

90

device, or the like. Control then continues to step S2516, where the control sequence ends.

FIG. 26 outlines an exemplary method for associating a profile with a reservation. In particular, control begins in step S2600, and continues to step S2604. In step S2604, the rental reservation is commenced. Next, in step S2608, the user is queried as to whether they would like to associate one or more profiles with the rental reservation. Then, in step S2612, the user is asked which profile(s) should be associated with which position in the vehicle, e.g. driver, alternate driver, passenger, or the like. Control then continues to step S2616.

In step S2616, the profile(s) that are to be associated with the rental reservation are located and uploaded and associated with the reservation. As will be appreciated, this uploading of the profiles can be done at the time of the reservation, and could also optionally be done immediately before the user takes control of the leased vehicle to ensure that the latest version of the profile is being associated with the leased vehicle. Then, in step S2620, when the user actually takes possession of the leased vehicle, their profile can be associated therewith. Control then continues to step S2624.

In step S2624, one or more ads can optionally be sent to the vehicle and/or user's communication device based on their profile, with these ads capable of continuing after completion of the rental reservation. As will be appreciated, and after completion of the rental reservation, these ads can be sent to one or more of the user's communication or other device, and/or the user's other vehicle(s). Control then continues to step S2628, where the control sequence ends.

FIG. 27 outlines an exemplary method S2704, where vehicle reporting is turned on. Turning on vehicle reporting can be based on one or more of a request, such as a user request, insurance agency request, parent request, or the like. Vehicle reporting can further be turned on based on one or more of smart calendar information, a trigger, a context associated with one or more of the vehicle, driver, vehicle occupants, or the like. Next, in step S2708, a determination and/or query as to what type of information should be monitored is performed. As discussed, this can include one or more of number of passengers, speed information, vehicle location information, GPS information, and the like. Then, in step S2712, communication with the vehicle can optionally be established to allow for, for example, real-time control of one or more vehicle functions. Control then continues to step S2716.

In step S2716, it is determined whether information based on one or more of context, the above request, smart calendar information, and/or a trigger is needed. If information is needed, control continues to step S2728, with control otherwise continuing to step S2720. In step S2720, a determination is made as to whether reporting should end. If vehicle reporting is determined to have been completed, control continues to step S2724, where the control sequence ends. Otherwise, control jumps back to step S2716.

In step S2728, necessary/needed information based on one or more of the requests, smart calendar, trigger, or the like, is obtained. Then, in step S2732, this obtained information can optionally be forwarded to one or more destinations, can be stored, or can be used with, for example, a remote access device to assist with controlling one or more vehicle functions. Control then continues to step S2736, where the control sequence ends.

FIG. 28 outlines an exemplary method of operation of a parental control mode. In particular, control begins in step S2800, and continues to step S2804. In step S2804, a determination is made as to whether the parental control mode should be activated. If the parental control mode should be activated, control continues to step S2816, with control otherwise continuing to step S2808. In step S2808, vehicle operation continues as normal with control continuing to step S2812, where the control sequence ends.

In step S2816, the parental control mode of the vehicle is activated. Next, in step S2820, certain vehicle functions can be limited based on "rules" associated with a parental control mode profile. Then, in step S2824, vehicle reporting, as discussed herein, can optionally be turned on. Additionally, in step S2828, smart context sensing can also be optionally turned on. As discussed, smart context sensing can be used to assist with ensuring children arrive home prior to their curfew, can be used to require a driver to take a breathalyzer after being parked outside of a restaurant/bar, or the like. Furthermore, in step S2832, one or more rules based functions can also be turned on that, for example, limit vehicle's performance, limit infotainment availability, and the like. Control then continues to step S2836.

In step S2836, communications can optionally be established directly with the vehicle, such as via a remote access device 2224. As discussed, the remote access device can be equipped with display that shows one or more operational states of the vehicle, such as speed, direction, location, images of occupants, infotainment information, or the like, such that a user using the remote access device has complete visibility as to one or more of the vehicle's operational conditions. This could be especially useful if a parent is trying to monitor a young driver's performance in the vehicle. Control then continues to step S2840 where parental control is deactivated and the control sequence ends.

FIG. 29 outlines an exemplary method for global context awareness. In particular, control begins in step S2800 and continues to step S2804. In step S2804, global context awareness is enabled. As discussed, global context awareness allows the vehicle and vehicle systems and subsystems to integrate with one or more other systems, and optionally and in cooperation with context, can be used to exchange messages, control various functions, and the like. Next, in step S2808, the vehicle communicates with one or more other smart systems, such as a refrigerator, door locks, garage openers, calendars, cloud-based storage, or the like. Then, in step S2812, messages can be exchanged between the vehicle and the one or more other smart systems, with those messages including one or more of status information, notice information, or the like. An example of status information can include, for example, that the coffee pot at their home was left on. Control then continues to step S2816.

In step S2816, control messages can be exchanged between the vehicle and one or more other smart systems. For example, control information or control messages can include an instruction to turn off the coffee pot that was determined above to have been left on. Control messages can further include, for example, instructions to open or close a garage door, instructions to unlock an interior door, instructions to control an HVAC system in the user's house, or the like. In general, the vehicle is capable of communicating with any one or more smart systems, receiving information therefrom, and controlling one or more functions thereof, via, for example, a display in the vehicle and/or a user's communication device. Control then continues to step S2820 where the control sequence ends.

The exemplary systems and methods of this disclosure have been described in relation to configurable vehicle consoles and associated devices. However, to avoid unnecessarily obscuring the present disclosure, the preceding

US 11,163,931 B2

91                                                                 92

description omits a number of known structures and devices. This omission is not to be construed as a limitation of the scopes of the claims. Specific details are set forth to provide an understanding of the present disclosure. It should however be appreciated that the present disclosure may be practiced in a variety of ways beyond the specific detail set forth herein.

Furthermore, while the exemplary aspects, embodiments, options, and/or configurations illustrated herein show the various components of the system collocated, certain components of the system can be located remotely, at distant portions of a distributed network, such as a LAN and/or the Internet, or within a dedicated system. Thus, it should be appreciated, that the components of the system can be combined in to one or more devices, such as a Personal Computer (PC), laptop, netbook, smart phone, Personal Digital Assistant (PDA), tablet, etc., or collocated on a particular node of a distributed network, such as an analog and/or digital telecommunications network, a packet-switch network, or a circuit-switched network. It will be appreciated from the preceding description, and for reasons of computational efficiency, that the components of the system can be arranged at any location within a distributed network of components without affecting the operation of the system. For example, the various components can be located in a switch such as a PBX and media server, gateway, in one or more communications devices, at one or more users' premises, or some combination thereof. Similarly, one or more functional portions of the system could be distributed between a telecommunications device(s) and an associated computing device.

Furthermore, it should be appreciated that the various links connecting the elements can be wired or wireless links, or any combination thereof, or any other known or later developed element(s) that is capable of supplying and/or communicating data to and from the connected elements. These wired or wireless links can also be secure links and may be capable of communicating encrypted information. Transmission media used as links, for example, can be any suitable carrier for electrical signals, including coaxial cables, copper wire and fiber optics, and may take the form of acoustic or light waves, such as those generated during radio-wave and infra-red data communications.

Also, while the flowcharts have been discussed and illustrated in relation to a particular sequence of events, it should be appreciated that changes, additions, and omissions to this sequence can occur without materially affecting the operation of the disclosed embodiments, configuration, and aspects.

A number of variations and modifications of the disclosure can be used. It would be possible to provide for some features of the disclosure without providing others.

It should be appreciated that the various processing modules (e.g., processors, vehicle systems, vehicle subsystems, modules, etc.), for example, can perform, monitor, and/or control critical and non-critical tasks, functions, and operations, such as interaction with and/or monitoring and/or control of critical and non-critical on board sensors and vehicle operations (e.g., engine, transmission, throttle, brake power assist/brake lock-up, electronic suspension, traction and stability control, parallel parking assistance, occupant protection systems, power steering assistance, self-diagnostics, event data recorders, steer-by-wire and/or brake-by-wire operations, vehicle-to-vehicle interactions, vehicle-to-infrastructure interactions, partial and/or full automation, telematics, navigation/SPS, multimedia systems, audio systems, rear seat entertainment systems, game consoles, tuners

(SDR), heads-up display, night vision, lane departure warning, adaptive cruise control, adaptive headlights, collision warning, blind spot sensors, park/reverse assistance, tire pressure monitoring, traffic signal recognition, vehicle tracking (e.g., LoJack™), dashboard/instrument cluster, lights, seats, climate control, voice recognition, remote keyless entry, security alarm systems, and wiper/window control). Processing modules can be enclosed in an advanced EMI-shielded enclosure containing multiple expansion modules. Processing modules can have a "black box" or flight data recorder technology, containing an event (or driving history) recorder (containing operational information collected from vehicle on board sensors and provided by nearby or roadside signal transmitters), a crash survivable memory unit, an integrated controller and circuitry board, and network interfaces.

Critical system controller(s) can control, monitor, and/or operate critical systems. Critical systems may include one or more of (depending on the particular vehicle) monitoring, controlling, operating the ECU, TCU, door settings, window settings, blind spot monitor, monitoring, controlling, operating the safety equipment (e.g., airbag deployment control unit, collision sensor, nearby object sensing system, seat belt control unit, sensors for setting the seat belt, etc.), monitoring and/or controlling certain critical sensors such as the power source controller and energy output sensor, engine temperature, oil pressure sensing, hydraulic pressure sensors, sensors for headlight and other lights (e.g., emergency light, brake light, parking light, fog light, interior or passenger compartment light, and/or tail light state (on or off)), vehicle control system sensors, wireless network sensor (e.g., Wi-Fi and/or Bluetooth sensors, etc.), cellular data sensor, and/or steering/torque sensor, controlling the operation of the engine (e.g., ignition, etc.), head light control unit, power steering, display panel, switch state control unit, power control unit, and/or brake control unit, and/or issuing alerts to a user and/or remote monitoring entity of potential problems with a vehicle operation.

Non-critical system controller(s) can control, monitor, and/or operate non-critical systems. Non-critical systems may include one or more of (depending on the particular vehicle) monitoring, controlling, operating a non-critical system, emissions control, seating system controller and sensor, infotainment/entertainment system, monitoring certain non-critical sensors such as ambient (outdoor) weather readings (e.g., temperature, precipitation, wind speed, and the like), odometer reading sensor, trip mileage reading sensor, road condition sensors (e.g., wet, icy, etc.), radar transmitter/receiver output, brake wear sensor, oxygen sensor, ambient lighting sensor, vision system sensor, ranging sensor, parking sensor, heating, venting, and air conditioning (HVAC) system and sensor, water sensor, air-fuel ratio meter, hall effect sensor, microphone, radio frequency (RF) sensor, and/or infrared (IR) sensor.

It is an aspect of the present disclosure that one or more of the non-critical components and/or systems provided herein may become critical components and/or systems, and/or vice versa, depending on a context associated with the vehicle.

Optionally, the systems and methods of this disclosure can be implemented in conjunction with a special purpose computer, a programmed microprocessor or microcontroller and peripheral integrated circuit element(s), an ASIC or other integrated circuit, a digital signal processor, a hard-wired electronic or logic circuit such as discrete element circuit, a programmable logic device or gate array such as PLD, PLA, FPGA, PAL, special purpose computer, any

US 11,163,931 B2

93

comparable means, or the like. In general, any device(s) or means capable of implementing the methodology illustrated herein can be used to implement the various aspects of this disclosure. Exemplary hardware that can be used for the disclosed embodiments, configurations and aspects includes computers, handheld devices, telephones (e.g., cellular, Internet enabled, digital, analog, hybrids, and others), and other hardware known in the art. Some of these devices include processors (e.g., a single or multiple microprocessors), memory, nonvolatile storage, input devices, and output devices. Furthermore, alternative software implementations including, but not limited to, distributed processing or component/object distributed processing, parallel processing, or virtual machine processing can also be constructed to implement the methods described herein.

In yet another embodiment, the disclosed methods may be readily implemented in conjunction with software using object or object-oriented software development environments that provide portable source code that can be used on a variety of computer or workstation platforms. Alternatively, the disclosed system may be implemented partially or fully in hardware using standard logic circuits or VLSI design. Whether software or hardware is used to implement the systems in accordance with this disclosure is dependent on the speed and/or efficiency requirements of the system, the particular function, and the particular software or hardware systems or microprocessor or microcomputer systems being utilized.

In yet another embodiment, the disclosed methods may be partially implemented in software that can be stored on a storage medium, executed on programmed general-purpose computer with the cooperation of a controller and memory, a special purpose computer, a microprocessor, or the like. In these instances, the systems and methods of this disclosure can be implemented as program embedded on personal computer such as an applet, JAVA® or CGI script, as a resource residing on a server or computer workstation, as a routine embedded in a dedicated measurement system, system component, or the like. The system can also be implemented by physically incorporating the system and/or method into a software and/or hardware system.

Examples of the processors as described herein may include, but are not limited to, at least one of Qualcomm® Snapdragon® 800 and 801, Qualcomm® R Snapdragon® 610 and 615 with 4G LTE Integration and 64-bit computing, Apple® A7 processor with 64-bit architecture, Apple® M7 motion coprocessors, Samsung® Exynos® R series, the Intel® Core™ family of processors, the Intel® Xeon® family of processors, the Intel® Atom™ family of processors, the Intel Itanium® R family of processors, Intel® Core® i5-4670K and i7-4770K 22 nm Haswell, Intel® Core® i5-3570K 22 nm Ivy Bridge, the AMD® FX™ family of processors, AMD® FX-4300, FX-6300, and FX-8350 32 nm Vishera, AMD® Kaveri processors, Texas Instruments® Jacinto C6000™ automotive infotainment processors, Texas Instruments® OMAP™ automotive-grade mobile processors, ARM® Cortex™-M processors, ARM® Cortex-A and ARM926EJ-S™ processors, other industry-equivalent processors, and may perform computational functions using any known or future-developed standard, instruction set, libraries, and/or architecture.

Although the present disclosure describes components and functions implemented in the aspects, embodiments, and/or configurations with reference to particular standards and protocols, the aspects, embodiments, and/or configurations are not limited to such standards and protocols. Other similar standards and protocols not mentioned herein are in

94

existence and are considered to be included in the present disclosure. Moreover, the standards and protocols mentioned herein and other similar standards and protocols not mentioned herein are periodically superseded by faster or more effective equivalents having essentially the same functions. Such replacement standards and protocols having the same functions are considered equivalents included in the present disclosure.

The present disclosure, in various aspects, embodiments, and/or configurations, includes components, methods, processes, systems and/or apparatus substantially as depicted and described herein, including various aspects, embodiments, configurations embodiments, subcombinations, and/or subsets thereof. Those of skill in the art will understand how to make and use the disclosed aspects, embodiments, and/or configurations after understanding the present disclosure. The present disclosure, in various aspects, embodiments, and/or configurations, includes providing devices and processes in the absence of items not depicted and/or described herein or in various aspects, embodiments, and/or configurations hereof, including in the absence of such items as may have been used in previous devices or processes, e.g., for improving performance, achieving ease and/or reducing cost of implementation.

The foregoing discussion has been presented for purposes of illustration and description. The foregoing is not intended to limit the disclosure to the form or forms disclosed herein. In the foregoing Detailed Description for example, various features of the disclosure are grouped together in one or more aspects, embodiments, and/or configurations for the purpose of streamlining the disclosure. The features of the aspects, embodiments, and/or configurations of the disclosure may be combined in alternate aspects, embodiments, and/or configurations other than those discussed above. This method of disclosure is not to be interpreted as reflecting an intention that the claims require more features than are expressly recited in each claim Rather, as the following claims reflect, inventive aspects lie in less than all features of a single foregoing disclosed aspect, embodiment, and/or configuration. Thus, the following claims are hereby incorporated into this Detailed Description, with each claim standing on its own as a separate preferred embodiment of the disclosure.

Moreover, though the description has included description of one or more aspects, embodiments, and/or configurations and certain variations and modifications, other variations, combinations, and modifications are within the scope of the disclosure, e.g., as may be within the skill and knowledge of those in the art, after understanding the present disclosure. It is intended to obtain rights which include alternative aspects, embodiments, and/or configurations to the extent permitted, including alternate, interchangeable and/or equivalent structures, functions, ranges or steps to those claimed, whether or not such alternate, interchangeable and/or equivalent structures, functions, ranges or steps are disclosed herein, and without intending to publicly dedicate any patentable subject matter.

What is claimed is:

1. A vehicle system comprising:
a vehicle including a locking system configured to lock and unlock the vehicle;
a database storing vehicle profile data that associates a vehicle profile for the vehicle with at least one mobile device;
a first user computing device that is used by a first user and generates a user interface configured to receive a user input from the first user;

US 11,163,931 B2

95

a second user computing device that is used by a second user;

a server system configured to communicate with the vehicle and the first user computing device,

wherein the first user computing device is further configured to:

receive, via the user interface, a command to grant vehicle control permission for the vehicle to the second user computing device; and

transmit, to the server system, the command and an identifier of the second user computing device,

wherein the server system is further configured to:

receive, from the first user computing device, the command and the identifier of the second user computing device;

access the database to retrieve the vehicle profile data;

update the vehicle profile data by associating the vehicle profile for the vehicle with the identifier of the second user computing device; and

transmit, to the vehicle the updated vehicle profile data;

wherein the vehicle is further configured to:

receive, from the server system, the updated vehicle profile data;

wirelessly receive, from a mobile computing device in proximity to the vehicle, an identifier of the mobile computing device;

identify the mobile computing device as the second user computing device by matching the wirelessly-received identifier of the mobile computing device with the updated vehicle profile data that stores the identifier of the second user computing device; and

based on the identification, control the lock system to lock or unlock the vehicle while the mobile computing device is in proximity to the vehicle.

2. The vehicle system of claim 1, wherein the vehicle profile data includes authentication data to authenticate the first user computing device with respect to the vehicle.

3. The vehicle system of claim 2, wherein the server system is further configured to:

receive, from the first user computing device, an identifier of the first user computing device; and

upon receiving, from the first user computing device, the command and the identifier of the second user computing device, authenticate the first user computing device based on the identifier of the first user computing device and the vehicle profile data.

4. The vehicle system of claim 1,

wherein the first user computing device is further configured to:

receive, via the user interface, a command to remove the vehicle control permission from the second user computing device; and

transmit, to the server system, the removal command and the identifier of the second user computing device;

wherein the server system is further configured to remove the vehicle control permission from the second user computing device.

5. The vehicle system of claim 4, wherein the server system is configured to remove the vehicle control permission by performing operations comprising:

receive, from the first user computing device, the removal command and the identifier of the second user computing device; and

based on the removal command and the identifier of the second user computing device, update the vehicle pro-

96

file data by disassociating the vehicle profile of the vehicle from the second user computing device; and

transmit, to the vehicle, the updated vehicle profile data, and

wherein the vehicle is further configured to:

receive, from the server system, the updated vehicle profile data; and

store the updated vehicle profile data.

6. The vehicle system of claim 5, wherein, after storing the updated vehicle profile data, the vehicle is further configured to:

wirelessly receive, from the second user computing device in proximity to the vehicle, the identifier of the second user computing device;

deny access to the second user computing device based on the identifier of the second user computing device not being included in updated vehicle profile data.

7. The vehicle system of claim 1,

wherein the first user computing device is further configured to:

receive, via the user interface, a command to restrict a vehicle function while the second user computing device is located in the vehicle; and

transmit, to the server system, the restriction command and the identifier of the second user computing device;

wherein the server system is further configured to restrict the vehicle function during operation of the vehicle while the second user computing device is located in the vehicle.

8. The vehicle system of claim 7, wherein the server system is further configured to restrict the vehicle function by performing operations comprising:

receive, from the first user computing device, the restriction command and the identifier of the second user computing device;

based on the restriction command and the identifier of the second user computing device, update the vehicle pro-file data to indicate that the vehicle function is restricted when the second user computing device is located in the vehicle; and

transmit, to the vehicle, the updated vehicle profile data, and

wherein the vehicle is further configured to:

receive, from the server system, the updated vehicle profile data; and

store the updated vehicle profile data.

9. The vehicle system of claim 1, wherein the updated vehicle profile data includes instructions to transmit vehicle condition data for the vehicle to the server system while the second user computing device is located in or within a threshold distance of the vehicle.

10. The vehicle system of claim 9,

wherein the server system is further configured to:

receive, from the vehicle, vehicle condition data while the second user computing device is located in or within a threshold distance of the vehicle; and

transmit, to the first user computing device, the vehicle condition data, and

wherein the first user computing device is further configured to:

receive, from the server system, the vehicle condition data; and

display the vehicle condition data.

11. The vehicle system of claim 10, wherein the vehicle condition data include at least one of number of passengers

US 11,163,931 B2

97          98

in the vehicle, speeds, current and historical locations, or timestamps associated with the locations.

**12**. The vehicle system of claim **1**, wherein the updated vehicle profile data includes instructions to transmit location data for the vehicle's current location to the server system while the second user computing device is located in or within a threshold distance of the vehicle.

**13**. The vehicle system of claim **1**,

wherein the server system is further configured to:

    receive, from the vehicle, location data of the vehicle while the second user computing device is located in or within a threshold distance of the vehicle;

    determine that the vehicle is located outside a geographical limitation, the geographical limitation being included in the vehicle profile data; and

    transmit, to the first user computing device, alert data that indicates the vehicle is located outside the geographical limitation, and

wherein the first user computing device is further configured to:

    receive, from the server system, the alert data; and

    based on the alert data, output a notification indicating that the vehicle is located outside the geographical limitation.

\*   \*   \*   \*   \*