## EXHIBIT J3 - U.S. PATENT 11,163,931
## Infringement Claim Chart

| U.S. Patent 11,163,931 | Toyota Infringing Activities[1] |
|---|---|
| **Row** / **Claim 1** | **Toyota Vehicles with Digital Key** |
| **1A** — A vehicle system comprising:<br><br>a vehicle including a locking system configured to lock and unlock the vehicle; | Toyota has made, used, sold, offered for sale, and/or imported and are currently making, using, selling, offering for sale, and/or importing vehicles, vehicle systems (including in-vehicle multimedia systems), server systems, mobile applications (including the Toyota App), computing devices that execute the Toyota App, and hardware and software components thereof, including non-tangible computer-readable media that stores microprocessor-executable instructions and Toyota's in-vehicle hardware and software components that enable Toyota's Digital Key feature, in certain makes and models from the 2022 model year to the present, including those listed in Exhibit J2 ("the '931 Accused Instrumentalities").<br><br>The vehicles of the '931 Accused Instrumentalities include a locking system configured to lock and unlock the vehicle.  For example, such vehicles may be locked and unlocked using, for example, a remote key fob, and/or a digital key.<br><br> |

*Note: In the above table, the header cell labeled "Row" and "Claim 1" appear as two separate columns in the original, with "Toyota Vehicles with Digital Key" spanning the right column.*

---

[1] These allegations are exemplary and AutoConnect reserves the right to supplement them as the case progresses through discovery and the claim construction process.

**EXHIBIT J3 – U.S. PATENT 11,163,931**
**Infringement Claim Chart**

| U.S. Patent 11,163,931 | Toyota Infringing Activities[1] |
|---|---|
| | Exemplary Sources[2]<br>https://assets.sia.toyota.com/publications/en/om-s/OM0E126U/pdf/OM0E126U.pdf (p. 110, 113-114)<br>https://support.lexus.com/s/article/What-is-Digital-Key<br>https://www.youtube.com/watch?v=1mmN1wTTUdQ<br>https://www.youtube.com/watch?v=uV2Ll0aIUU8 |
| 1B a database storing vehicle profile data that associates a vehicle profile for the vehicle with at least one mobile device; | The '931 Accused Instrumentalities include a database storing vehicle profile data that associates a profile for the vehicle with at least one mobile device.  For example, to create a Digital Key, the user must be logged in with user credentials through the Toyota app and must enter vehicle information, including the vehicle identification number, which is then stored with that user's account information in Toyota's database.  The Digital Key is linked uniquely to the specific mobile device used to create the Digital Key.<br><br>**Digital key usage conditions**<br>In order to use the Digital Key, you need to install the Toyota App. Register the Vehicle to the customer's Toyota App profile, and subscribe to Remote Services, and enroll in Digital Key.<br><br>**How do I add my vehicle?** ⊖<br>To get started adding your vehicle to the Toyota App, [*] launch the app on your smartphone and sign in or register. Select "Add Vehicle" and follow the steps in the app. |

---

[2] The sources identified herein are merely exemplary.

**EXHIBIT J3 – U.S. PATENT 11,163,931**
**Infringement Claim Chart**

| U.S. Patent 11,163,931 | Toyota Infringing Activities[1] |
|---|---|
| | <br><br>Exemplary sources<br>https://assets.sia.toyota.com/publications/en/om-s/OM0E126U/pdf/OM0E126U.pdf  (p. 113)<br>https://www.toyota.com/connected-services/toyota-app/<br>https://www.youtube.com/watch?v=1mmN1wTTUdQ<br>https://www.youtube.com/watch?v=uV2Ll0aIUU8 |
| 1C | a first user computing device that is used by a first user and generates a user interface configured to receive a user input from the first user; | The '931 Accused Instrumentalities include an application that generates a user interface configured to receive a user input from a first user on the first user's computing device, such as a smartphone, that is used by the vehicle owner to interact with the system.  For example, the Toyota App of the '931 Accused Instrumentalities is programmed to generate a user interface specifically designed to receive input from the user on a first user's computing device.  This input can include actions such as entering account credentials, pairing the computing device with the vehicle control system, or requesting the creation of a Digital Key. |

**EXHIBIT J3 - U.S. PATENT 11,163,931**
**Infringement Claim Chart**

| U.S. Patent 11,163,931 | Toyota Infringing Activities[1] |
|---|---|
| | Exemplary sources<br>https://www.youtube.com/watch?v=1mmN1wTTUdQ<br>https://www.youtube.com/watch?v=uV2Ll0aIUU8 |
| 1D | a second user computing device that is used by a second user; | The '931 Accused Instrumentalities also utilize a second user computing device, such as a smartphone, used by a second user. For example, the Toyota App may be installed and executed on a second smartphone for use by a second user, which can receive a Digital Key shared by a first user via the first user computing device. |

**EXHIBIT J3 - U.S. PATENT 11,163,931**
**Infringement Claim Chart**

| U.S. Patent 11,163,931 | Toyota Infringing Activities[1] |
|---|---|
| |  Exemplary sources https://www.youtube.com/watch?v=1mmN1wTTUdQ |
| 1E | a server system configured to communicate with the vehicle and the first user computing device, | The '931 Accused Instrumentalities include a server system configured to communicate with the vehicle and the first user computing device. The server system communicates with both the vehicle and the first user computing device, as evidenced by the requirement that the first user is logged in using account credentials on their smartphone to use a Digital Key. The server facilitates data exchange, such as transmitting authentication data from the mobile device to the vehicle and sending vehicle status updates to the user's Toyota App. Further, Toyota indicates that the '931 Accused Instrumentalities may not be functional without an active internet connection at either the vehicle or the device. |

**EXHIBIT J3 - U.S. PATENT 11,163,931**
**Infringement Claim Chart**

| U.S. Patent 11,163,931 | Toyota Infringing Activities[1] |
|---|---|
| | **How do I get a Digital Key?**<br><br>Register an account via the Toyota app to begin your Digital Key setup*. Ensure you have an active Remote Connect with Digital Key subscription.<br><br>Follow the steps in the Toyota app to set up the Digital Key to your smartphone and your vehicle. Test the unlock, start, and lock functions to confirm the setup process was successful.<br><br>*Select Model Year 2022 and newer vehicles. You can review your vehicle's features and capabilities from within the Toyota app or refer to your Owner's Manual.<br><br>*Digital Key requires an active trial/subscription to Toyota Remote Connect with Digital Key. Use only if aware of circumstances surrounding vehicle and it is legal and safe to do so (eg., do not remotely start motor if vehicle is occupied by child). Toyota Remote Connect with Digital Key depends on factors outside of Toyota control, including an operative telematics device, a cellular connection, GPS signal, and the availability of a compatible wireless network, without which system functionality and availability may be limited or precluded. Service may vary by vehicle and region. Registration and download of Toyota app required. Terms of Use apply. Data charges may apply. Remote start/stop not available on manual transmission-equipped vehicles. Services subject to change at any time without notice. To learn about Toyota Connected Services data collection, use, sharing and retention practices, please visit https://www.Toyota.com/privacyvts/.*<br><br>*See also* Row 1C.<br><br>Exemplary sources<br>https://assets.sia.toyota.com/publications/en/om-s/OM0E126U/pdf/OM0E126U.pdf (p. 113-114)<br>https://support.toyota.com/s/article/How-do-I-get-a-Digital-Key-Toyota?language=en_US |
| 1F | wherein the first user computing device is further configured to: | The '931 Accused Instrumentalities utilize the user interface of the Toyota App for entry of a command to grant vehicle control permission to the second user computing device on which the Toyota App has been installed.  For example, the first user may navigate to an option to share their Digital Key within the Toyota App, where they can add a second user by entering the second user's |

**EXHIBIT J3 – U.S. PATENT 11,163,931**
**Infringement Claim Chart**

| U.S. Patent 11,163,931 | Toyota Infringing Activities[1] |
|---|---|
| receive, via the user interface, a command to grant vehicle control permission for the vehicle to the second user computing device; and | computing device information or sending an invitation link to be opened on the second user computing device to create a Digital Key on the second user computing device. A first user can grant permission for up to seven other users, with each additional user being added to the database, which manages and maintains access control for each registered device.<br><br><br><br>*See also* Row 1C-1E.<br><br><u>Exemplary sources</u><br><u>https://www.youtube.com/watch?v=1mmN1wTTUdQ</u> |
| 1G | transmit, to the server system, the command and an identifier of the second user computing device, | The '931 Accused Instrumentalities transmit, to the Toyota server system, the command to grant access to a second mobile device, along with an identifier of the second mobile device. For example, to share a Digital Key with a second user, a first user must enter a second user's name and the phone number of the second user's computing device into the first user's Toyota account. The first user may then transmit, to Toyota's server system, the command to allow the second user to create a Digital |

**EXHIBIT J3 - U.S. PATENT 11,163,931**
**Infringement Claim Chart**

| U.S. Patent 11,163,931 | Toyota Infringing Activities[1] |
|---|---|
| | Key with vehicle control access, and the identifier of the device on which the Digital Key may be created.  The process requires a server to transmit the information to the second user computing device and update the database for the vehicle with the authorization for the second user's computing device to create a Digital Key.<br><br><br><br>*See also* Row 1F.<br><br>Exemplary sources<br>https://www.youtube.com/watch?v=1mmN1wTTUdQ<br>https://support.toyota.com/s/article/How-do-I-get-a-Digital-Key-Toyota?language=en_US |
| 1H | wherein the server system is further configured to: | The server system utilized by the '931 Accused Instrumentalities receives the command and the identifier of the second mobile device from the first mobile device.  For example, after entry of the name and number in the Toyota App on the first mobile device, the command to grant access and an identifier of the second mobile device is received by the Toyota server system, as evidenced by the |

**EXHIBIT J3 - U.S. PATENT 11,163,931**
**Infringement Claim Chart**

| U.S. Patent 11,163,931 | Toyota Infringing Activities[1] |
|---|---|
| receive, from the first user computing device, the command and the identifier of the second user computing device; | server system sending a text message to the second user's smartphone stating that a Digital Key has been shared.<br><br><br><br>*See also* Row 1G.<br><br><u>Exemplary sources</u><br>https://www.youtube.com/watch?v=1mmN1wTTUdQ<br>https://support.toyota.com/s/article/How-do-I-get-a-Digital-Key-Toyota?language=en_US |
| 1I | access the database to retrieve the vehicle profile data; | The server system of the '931 Accused Instrumentalities accesses an associated database to retrieve the vehicle profile data.  For example, the vehicle profile data stored on the database accessed by the server is shown in the Toyota App on the second user's smartphone after the link in the message described previously. |

**EXHIBIT J3 - U.S. PATENT 11,163,931**
**Infringement Claim Chart**

| U.S. Patent 11,163,931 | Toyota Infringing Activities[1] |
|---|---|
| | <br><br>*See also* Row 1B, 1E.<br><br><u>Exemplary Sources</u><br>https://www.youtube.com/watch?v=1mmN1wTTUdQ |
| 1J | update the vehicle profile data by associating the vehicle profile for the vehicle with the identifier of the second user computing device; and | The server system of the '931 Accused Instrumentalities updates the vehicle profile data by associating the profile for the vehicle with the identifier of the second mobile device. This association is shown, for example, in the list of Digital Keys on the Toyota App on the second mobile device, the Toyota App on the first mobile device, and the vehicle. |

## EXHIBIT J3 - U.S. PATENT 11,163,931
## Infringement Claim Chart

| U.S. Patent 11,163,931 | Toyota Infringing Activities[1] |
|---|---|
| |  |

**EXHIBIT J3 - U.S. PATENT 11,163,931**
**Infringement Claim Chart**

| U.S. Patent 11,163,931 | | Toyota Infringing Activities[1] |
|---|---|---|
| | | *See also* Row 1B, 1E.<br><br>Exemplary Sources<br>https://www.youtube.com/watch?v=1mmN1wTTUdQ |
| 1K | transmit, to the vehicle the updated vehicle profile data;<br><br>wherein the vehicle is further configured to:<br><br>receive, from the server system, the updated vehicle profile data; | The server system of the '931 Accused Instrumentalities transmits the updated vehicle profile data to the vehicle, as evidenced by the vehicle control system maintaining a list of active Digital Keys, including the second user's computing device.<br><br><br><br>*See also* Row 1B, 1J.<br><br>Exemplary Sources<br>https://www.youtube.com/watch?v=1mmN1wTTUdQ |

# EXHIBIT J3 - U.S. PATENT 11,163,931
## Infringement Claim Chart

| U.S. Patent 11,163,931 | Toyota Infringing Activities[1] |
|---|---|
| 1L | wirelessly receive, from a mobile computing device in proximity to the vehicle, an identifier of the mobile computing device; | The vehicle of the '931 Accused Instrumentalities is programmed to wirelessly receive an identifier of a mobile computing device that is in proximity to the vehicle. For example, after the second user receives a message providing a shared Digital Key, the second user may accept the Digital Key through the Toyota App on the second user computing device, which allows the second user computing device to broadcast a Bluetooth signal associated with the Digital Key. The vehicle is programmed to wirelessly receive Bluetooth signals via its Digital Key hardware, including Bluetooth Low Energy transceivers located in the vehicle doors, when a mobile device with a Digital Key is in proximity to the vehicle. When the second user computing device is in proximity to the vehicle, its Digital Key signal, which includes a unique identifier of the mobile device, may be wirelessly received by the vehicle. A Toyota website explains that "[v]ehicle-side firmware ensures that [Digital] keys are strongly tied to an identifiable device." Further, the Bluetooth assemblies used for Digital Key have limited signal range to ensure that mobile computing devices are in proximity to the vehicle to communicate with the vehicle.<br><br> |

**EXHIBIT J3 – U.S. PATENT 11,163,931**
**Infringement Claim Chart**

| U.S. Patent 11,163,931 | Toyota Infringing Activities[1] |
|---|---|
| | *See also* Row 1G.<br><br>Exemplary sources<br>https://www.toyotaconnected.com/insights/digital-key<br>https://www.youtube.com/watch?v=1mmN1wTTUdQ |
| 1M | identify the mobile computing device as the second user computing device by matching the wirelessly-received identifier of the mobile computing device with the updated vehicle profile data that stores the identifier of the second user computing device; and | The vehicle of the '931 Accused Instrumentalities identifies the mobile computing device as the second user computing device by matching the wirelessly-received identifier of the mobile computing device with the updated vehicle profile data that stores the identifier of the second user computing device. For example, when the second user's smartphone is brought within proximity of the vehicle, the vehicle reads the wirelessly transmitted Bluetooth signal provided by the second user's smartphone and matches it to the identifier transmitted to the second user computing device by the server system.<br><br> |

**EXHIBIT J3 - U.S. PATENT 11,163,931**
**Infringement Claim Chart**

| U.S. Patent 11,163,931 | Toyota Infringing Activities[1] |
|---|---|
| | *See also* Row 1L.<br><br>Exemplary sources<br>https://www.youtube.com/watch?v=1mmN1wTTUdQ |
| 1N | based on the identification, control the lock system to lock or unlock the vehicle while the mobile computing device is in proximity to the vehicle. | In the '931 Accused Instrumentalities, the vehicle controls the lock system to lock or unlock the vehicle while the mobile computing device is in proximity to the vehicle based on the identification of the mobile computing device.  For example, as explained previously, once the second user has set up the Digital Key, the vehicle can identify the smartphone through Bluetooth communication, allowing Digital Key functionality, which includes locking and unlocking the vehicle.  The vehicle contains hardware that detects the signal of the second user computing device's Digital Key and transmits information to software that verifies the Digital Key and, when the device and the Digital Key are properly identified, sends a signal to the vehicle control system to unlock (or lock) the vehicle.<br><br>● A smartphone with the Digital Key App enabled will be able to lock and unlock the doors, start the engine and perform any other operations as same as the electronic key of the vehicle. Be especially careful not to lose the smartphone or allow it to be stolen.<br><br>To use the Digital Key after setup, log into your Toyota app and ensure your smartphone Bluetooth is turned ON and has a network connection.<br>• Touch the door handle to unlock the vehicle<br>• Press the brake and push the 'Start' button to start the engine<br>• Touch the door handle to lock the vehicle |

**EXHIBIT J3 - U.S. PATENT 11,163,931**
**Infringement Claim Chart**

| U.S. Patent 11,163,931 | | Toyota Infringing Activities[1] |
|---|---|---|
| | | Exemplary sources <br> https://www.youtube.com/watch?v=1mmN1wTTUdQ <br> https://support.toyota.com/s/article/How-do-I-use-the-Digital-Key-features-Toyota?language=en_US <br> https://assets.sia.toyota.com/publications/en/om-s/OM0E126U/pdf/OM0E126U.pdf  (p. 114) |