# EXHIBIT K3 - U.S. PATENT 12,039,243
## Infringement Claim Chart

| U.S. Patent 12,039,243 | | Toyota Infringing Activities[1] |
|---|---|---|
| Row | Claim 1 | Toyota Vehicles with User Profiles |
| 1A | A system, comprising:<br><br>memory; | Toyota has made, used, sold, offered for sale, and/or imported and are currently making, using, selling, offering for sale, and/or importing vehicles, vehicle systems (including in-vehicle multimedia systems), mobile applications (including the Toyota App), and hardware and software components thereof, including non-transitory computer-readable media that store computer-executable instructions and hardware and software that enable User Profiles in Toyota vehicles, in certain makes and models from the 2023 model year to the present, including those listed in Exhibit K2 ("the '243 Accused Instrumentalities").<br><br>The '243 Accused Instrumentalities include memory that stores, for example, machine-readable instructions that, when executed by a processor, perform the steps recited in Rows 1C-1F. Among other things, the memory also enables users to "save multiple user profiles on the vehicle."<br><br>**Last Load Profile.** Owners of certain vehicles may choose to create and save multiple user profiles on the vehicle. If you choose to save a user profile on your vehicle, the Last Load Profile feature will use your **Profile Data** and **Account Information** to reload the last saved user profile at vehicle start.<br><br>driver is essential. Through the new multimedia system's **User Profile** feature, the driver's personalized settings and experience, from preferred media or radio station to climate settings in some models, will be retained and accessible when the driver next returns to the vehicle.<br><br>Exemplary sources[2]<br>https://pressroom.toyota.com/toyota-motor-north-america-introduces-next-generation-multimedia-system-to-deliver-best-in-car-user-experience/ |

---

[1] These allegations are exemplary and AutoConnect reserves the right to supplement them as the case progresses through discovery and the claim construction process.
[2] The sources identified herein are merely exemplary.

# EXHIBIT K3 - U.S. PATENT 12,039,243
## Infringement Claim Chart

| U.S. Patent 12,039,243 | | Toyota Infringing Activities[1] |
|---|---|---|
| | | https://www.toyota.com/privacyvts/<br>https://www.youtube.com/watch?v=vunE-OodF50 |
| 1B | machine-readable instructions; and | The '243 Accused Instrumentalities include machine-readable instructions. For example, as explained previously, the '243 Accused Instrumentalities include machine-readable instructions stored in memory that, when executed by a processor, perform the steps recited in Rows 1C-1F.<br><br>*See also* Row 1A. |
| 1C | one or more processors to execute the machine-readable instructions to:<br><br>receive a request to access a user profile stored at a vehicle, the user profile including one or more preferences associated with functions or settings of the vehicle; | The '243 Accused Instrumentalities include one or more processors to execute machine-readable instructions. For example, as explained previously, the '243 Accused Instrumentalities include machine-readable instructions stored in memory that, when executed by a processor, perform the steps recited in Rows 1C-1F.<br><br>The processor of the '243 Accused Instrumentalities executes the machine-readable instructions to receive a request to access a user profile stored at a vehicle, the user profile including one or more preferences associated with functions or settings of the vehicle. For example, the '243 Accused Instrumentalities provide for saving preferences associated with functions or settings of the vehicle as part of a user profile that is stored at the vehicle. Such settings include, for example, screen display settings, music settings, seat settings, notification settings, and preferred language settings. The processor receives a request to access a user profile via, for example, receiving input from the vehicle display requesting access to the user profile, receiving a signal from a mobile device requesting access to the user profile, and/or receiving input from the face identification system requesting access to the user profile.<br><br>To load your saved profile, select 'Settings' (gear icon) within the menu there is a list of 'Saved profiles' to select from. Select the desired profile for the Driver. When prompted enter your profile PIN. Once the PIN is confirmed the profile is loaded to the vehicle. A banner will confirm that your profile has been successfully loaded to the multimedia system. You can also Link your preferred identification device to automatically load your saved profile. For assistance on how to Link your preferred identification device please visit our Audio & |

# EXHIBIT K3 - U.S. PATENT 12,039,243
## Infringement Claim Chart

| U.S. Patent 12,039,243 | | Toyota Infringing Activities[1] |
|---|---|---|
| | | Face identification (1) (2) — Driver identification is performed using a face and the applicable profile is loaded. Touch Setup face to register. Registering face identification<br><br>*See also* Row 1A.<br><br>Exemplary sources<br>https://pressroom.toyota.com/toyota-motor-north-america-introduces-next-generation-multimedia-system-to-deliver-best-in-car-user-experience/<br>https://pressroom.toyota.com/toyotas-all-new-audio-multimedia-system-is-here-and-it-is-a-game-changer/<br>https://support.toyota.com/s/article/Toyota-App-User-Profi-10737?language=en_US#:~:text=How%20do%20I%20reset%20my,vehicle%20if%20it%20was%20saved.<br>https://support.toyota.com/s/article/Toyota-App-User-Profi-10735?language=en_US#:~:text=a%20User%20Profile?-,A%20User%20Profile%20is%20created%20when%20you%20register%20an%20account,is%20loaded%20to%20the%20vehicle<br>https://www.toyota.com/owners/warranty-owners-manuals/digital/article/grand-highlander/2024/om0e131u/opv1675239972127/<br>https://www.youtube.com/watch?app=desktop&v=lBS6mlpArFQ<br>https://www.youtube.com/watch?v=vunE-OodF50<br>https://support.lexus.com/s/article/How-do-I-load-my-saved-profile |
| 1D | determine, by performing at least one of a verification process or an authentication process in response to the request, whether the request is authorized to access the user profile; | The '243 Accused Instrumentalities determine, by performing at least one of a verification process or an authentication process in response to the request, whether the request is authorized to access the user profile. For example, the processor determines whether the request is authorized by performing a verification and/or authentication process that involves input of a PIN into the vehicle display or a facial recognition scan. The processor determines whether the provided information matches information saved in memory to determine whether to grant access to the user profile. |

**EXHIBIT K3 - U.S. PATENT 12,039,243**
**Infringement Claim Chart**

| U.S. Patent 12,039,243 | Toyota Infringing Activities[1] |
|---|---|
|  | As an additional example, as explained in Row 1C, the request to access the user profile may come from a user's mobile device, in which case the processor determines whether the request is authorized by performing a verification and/or authentication process that involves determining whether the request was transmitted by a mobile device that has been paired to the vehicle and associated with a user profile. The verification and/or authentication process is also based on the exchange of security keys between the mobile device and the '243 Accused Instrumentalities. |

4

# EXHIBIT K3 - U.S. PATENT 12,039,243
## Infringement Claim Chart

| U.S. Patent 12,039,243 | Toyota Infringing Activities[1] |
|---|---|
|  | <br><br>Exemplary sources<br>https://www.youtube.com/watch?app=desktop&v=lBS6mlpArFQ<br>https://support.toyota.com/s/article/Toyota-App-User-Profi-10737?language=en_US#:~:text=How%20do%20I%20reset%20my,vehicle%20if%20it%20was%20saved.<br>https://support.toyota.com/s/article/Toyota-App-User-Profi-10735?language=en_US#:~:text=a%20User%20Profile?- |

# EXHIBIT K3 - U.S. PATENT 12,039,243
# Infringement Claim Chart

| U.S. Patent 12,039,243 | | Toyota Infringing Activities[1] |
|---|---|---|
| | | ,A%20User%20Profile%20is%20created%20when%20you%20register%20an%20account,is%20loaded%20to%20the%20vehicle. https://support.toyota.com/s/article/PIN-Popups?language=en_US#:~:text=Only%20Answer-,Answer,PIN%20inside%20the%20Toyota%20app. https://www.toyota.com/owners/warranty-owners-manuals/digital/article/grand-highlander/2024/om0e131u/opv1675239972127/ https://support.lexus.com/s/article/How-do-I-load-my-saved-profile https://support.lexus.com/s/article/PIN-Popup https://support.lexus.com/s/article/How-do-I-set-up-my-ve-10876 |
| 1E | in response to determining that the request is authorized to access the user profile, determine one or more requested modifications to at least one of the one or more preferences; and | The '243 Accused Instrumentalities, in response to determining that the request is authorized to access the user profile, determine one or more requested modifications to at least one of the one or more preferences. For example, if the processor determines that the request to access the user profile is authorized, the processor receives input from the vehicle display requesting modifications to one or more of the preferences saved to the user profile referenced in Row 1C.<br><br>> Your profile preferences and settings can be modified in different areas depending on what you'd like to change. Some preferences, such as radio favorites, display day/night mode, seat settings, display language, etc. can be changed and stored within your profile as you adjust them in the vehicle. Other personalized profile settings such as your profile name and profile image can be changed from within the Toyota app.<br><br>*See also* Row 1C.<br><br>Exemplary sources<br>https://support.toyota.com/s/article/Toyota-App-User-Profi-10737?language=en_US#:~:text=How%20do%20I%20reset%20my,vehicle%20if%20it%20was%20saved. |

# EXHIBIT K3 - U.S. PATENT 12,039,243
## Infringement Claim Chart

| | U.S. Patent 12,039,243 | Toyota Infringing Activities[1] |
|---|---|---|
| 1F | in response to the one or more requested modifications, create an updated user profile at the vehicle, the updated user profile including one or more updated preferences based on the one or more requested modifications. | The '243 Accused Instrumentalities, in response to the one or more requested modifications, create an updated user profile at the vehicle, the updated user profile including one or more updated preferences based on the one or more requested modifications. For example, if the processor determines that a modification has been requested, the processor updates the user profile to reflect the updated preferences, which are stored within the updated profile.<br><br>Exemplary sources<br>https://support.toyota.com/s/article/Toyota-App-User-Profi-10737?language=en_US#:~:text=How%20do%20I%20reset%20my,vehicle%20if%20it%20was%20saved. |
| | **Claim 11** | **Toyota Vehicles with User Profiles** |
| 11A | A method, comprising:<br><br>receiving a request to access a user profile stored at a vehicle, the user profile including one or more preferences associated with functions or settings of the vehicle; | The '243 Accused Instrumentalities contain a processor that receives a request to access a user profile stored at a vehicle, the user profile including one or more preferences associated with functions or settings of the vehicle. For example, the processor receives input from the vehicle display requesting access to the user profile, receives a signal from a mobile device requesting access to the user profile, and/or receives input from the face identification system requesting access to the user profile. The user profile includes preferences associated with functions or settings of the vehicle. Such settings include, for example, screen display settings, music settings, seat settings, notification settings, and preferred language settings.<br><br>*See also* Claim 1, Row 1C. |
| 11B | determining, by performing at least one of a verification process or an authentication process via one or more processors in response to the request, whether the request is authorized to access the user profile; | The '243 Accused Instrumentalities determine, by performing at least one of a verification process or an authentication process via one or more processors in response to the request, whether the request is authorized to access the user profile. For example, the processor performs a verification and/or authentication process that involves determining whether an input PIN or facial recognition scan matches information saved in memory, or whether the request was transmitted by a mobile device that has been paired to the vehicle and associated with a user profile. The verification and/or authentication process may also involve exchange of security keys between the mobile device and the |

# EXHIBIT K3 - U.S. PATENT 12,039,243
## Infringement Claim Chart

| U.S. Patent 12,039,243 | | Toyota Infringing Activities[1] |
|---|---|---|
| | | '243 Accused Instrumentalities. The processor determines whether the request to access the user profile is authorized to access the user profile based on this verification and/or authentication process.<br><br>*See also* Claim 1, Row 1D. |
| 11C | in response to determining that the request is authorized to access the user profile, determining, via the one or more processors, one or more requested modifications to at least one of the one or more preferences; and | The '243 Accused Instrumentalities, in response to determining that the request is authorized to access the user profile, determine, via the one or more processors, one or more requested modifications to at least one of the one or more preferences. For example, if the processor determines that the access request is authorized, the processor determines one or more requested modifications to one or more preferences by receiving input from the vehicle or the Toyota application on an authenticated device.<br><br>*See also* Claim 1, Row 1E. |
| 11D | in response to the one or more requested modifications, creating, via the one or more processors, an updated user profile at the vehicle, the updated user profile including one or more updated preferences based on the one or more requested modifications. | The '243 Accused Instrumentalities, in response to the one or more requested modifications, create, via the one or more processors, an updated user profile at the vehicle, the updated user profile including one or more updated preferences based on the one or more requested modifications. For example, the processor creates an updated user profile that includes the updated preferences based on the requested modifications.<br><br>*See also* Claim 1, Row 1F. |