IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **AUTOCONNECT HOLDINGS LLC,** | |
| *Plaintiff,* | |
| **v.** | **Case No. 2:24-cv-00802-JRG-RSP** |
| | (Lead Case) |
| **TOYOTA MOTOR CORPORATION, ET AL.,** | |
| | **JURY TRIAL DEMANDED** |
| *Defendants.* | |
| **AUTOCONNECT HOLDINGS LLC,** | |
| *Plaintiff,* | |
| **v.** | **Case No. 2:24-cv-00877-JRG-RSP** |
| | (Member Case) |
| **GENERAL MOTORS LLC** | |
| *Defendants.* | |

## DEFENDANTS' ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S COMPLAINT

Defendants Toyota Motor Corporation ("TMC"), Toyota Motor North America, Inc. ("TMNA"), Toyota Motor Engineering & Manufacturing North America, Inc. ("TEMA"), and Toyota Motor Sales, U.S.A., Inc. ("TMS") (collectively, "Toyota") answer and assert defenses to the Complaint for Patent Infringement ("Complaint") filed by AutoConnect Holdings LLC ("AutoConnect" or "Plaintiff") on October 3, 2024 (Dkt. No. 1).

## THE PARTIES

1.      Toyota lacks sufficient knowledge and information to admit or deny the allegations in paragraph 1 of the Complaint and therefore denies them.

2.      Toyota lacks sufficient knowledge and information to admit or deny the allegations in paragraph 2 of the Complaint and therefore denies them.

3.      Toyota lacks sufficient knowledge and information to admit or deny the allegations in paragraph 3 of the Complaint and therefore denies them.

4.      Toyota lacks sufficient knowledge and information to admit or deny the allegations in paragraph 4 of the Complaint and therefore denies them.

5.      Toyota lacks sufficient knowledge and information to admit or deny the allegations in paragraph 5 of the Complaint and therefore denies them.

6.      Toyota lacks sufficient knowledge and information to admit or deny the allegations in paragraph 6 of the Complaint and therefore denies them.

7.      Toyota lacks sufficient knowledge and information to admit or deny the allegations in paragraph 7 of the Complaint and therefore denies them.

8.      Toyota lacks sufficient knowledge and information to admit or deny the allegations in paragraph 8 of the Complaint and therefore denies them.

9.      Toyota lacks sufficient knowledge and information to admit or deny the allegations in paragraph 10 of the Complaint and therefore denies them.

10.      Toyota lacks sufficient knowledge and information to admit or deny the allegations in paragraph 10 of the Complaint and therefore denies them.

11.    Toyota lacks sufficient knowledge and information to admit or deny the allegations in paragraph 11 of the Complaint and therefore denies them.

12.    TMC admits it is a corporation organized and existing under the laws of Japan and is headquartered at 1 Toyota-cho, Toyota City, Aichi Prefecture 471-8571, Japan. TMC denies the remaining allegations of paragraph 12 of the Complaint.

13.    TMNA admits it is a corporation organized under the laws of California and is headquartered at 6565 Headquarters Dr., Plano, Texas, 75024. TMNA admits that its work involves Toyota and Lexus-branded vehicles. TMNA further admits that the quoted material appears on  https://www.toyota.com/usa/operations/map/tcal.  TMNA denies the remaining allegations of paragraph 13 of the Complaint.

14.    TEMA admits it is a corporation organized and existing under the laws of the State of Kentucky headquartered at 6565 Headquarters Drive, Plano, Texas 75024. TEMA admits that its work involves Toyota and Lexus-branded vehicles. TEMA denies the remaining allegations of paragraph 14 of the Complaint.

15.    TMS admits it is a corporation organized and existing under the laws of the State of California headquartered at 6565 Headquarters Drive, Plano, Texas 75024. TMS admits that its work involves Toyota and Lexus-branded vehicles. TMS denies the remaining allegations of paragraph 14 of the Complaint.

16.    This paragraph contains legal conclusions to which no response is required. To the extent any response is required, Toyota denies the remaining allegations of paragraph 16 of the Complaint.

**THE ASSERTED PATENTS**

17.    Toyota admits that the Complaint purports to assert claims of patent infringement. Toyota denies the merits of all such allegations and specifically denies that it has committed any acts of patent infringement.

18.    Toyota admits that US Patent Application 13/679,204 issued as U.S. Patent No. 8,793,034 (the '034 Patent) on July 29, 2014, and is titled "FEATURE RECOGNITION FOR CONFIGURING A VEHICLE CONSOLE AND ASSOCIATED DEVICES." Toyota admits that Exhibit A1 to the Complaint appears to be a copy of the '034 Patent. Toyota lacks sufficient knowledge and information to admit or deny the remaining allegations in paragraph 18 of the Complaint and therefore denies them.

19.    Toyota admits that US Patent Application 13/679,857 issued as U.S. Patent No. 9,020,491 (the '491 Patent) on April 28, 2015, and is titled "SHARING APPLICATIONS/MEDIA BETWEEN CAR AND PHONE (HYDROID)." Toyota admits that Exhibit B1 to the Complaint appears to be a copy of the '491 Patent. Toyota lacks sufficient knowledge and information to admit or deny the remaining allegations in paragraph 19 of the Complaint and therefore denies them.

20.    Toyota admits that US Patent Application 14/253,312 issued as U.S. Patent No. 9,020,697 (the '697 Patent) on April 28, 2015, and is titled "VEHICLE-BASED MULTIMODE DISCOVERY." Toyota admits that Exhibit C1 to the Complaint appears to be a copy of the '697 Patent. Toyota lacks sufficient knowledge and information to admit or deny the remaining allegations in paragraph 20 of the Complaint and therefore denies them.

21.    Toyota admits that US Patent Application 13/828,513 issued as U.S. Patent No. 9,116,786 (the '786 Patent) on August 28, 2015, and is titled "ON BOARD VEHICLE NETWORKING MODULE." Toyota admits that Exhibit D1 to the Complaint appears to be a copy of the '786 Patent. Toyota lacks sufficient knowledge and information to admit or deny the remaining allegations in paragraph 21 of the Complaint and therefore denies them.

22.    Toyota admits that US Patent Application 14/253,371 issued as U.S. Patent No. 9,123,186 (the '186 Patent) on September 1, 2015, and is titled "REMOTE CONTROL OF ASSOCIATED VEHICLE DEVICES." Toyota admits that Exhibit E1 to the Complaint appears to be a copy of the '786 Patent. Toyota lacks sufficient knowledge and information to admit or deny the remaining allegations in paragraph 22 of the Complaint and therefore denies them.

23.    Toyota admits that US Patent Application 13/679,878 issued as U.S. Patent No. 9,140,560 (the '560 Patent) on September 22, 2015, and is titled "IN-CLOUD CONNECTION FOR CAR MULTIMEDIA." Toyota admits that Exhibit F1 to the Complaint appears to be a copy of the '560 Patent. Toyota lacks sufficient knowledge and information to admit or deny the remaining allegations in paragraph 23 of the Complaint and therefore denies them.

24.    Toyota admits that US Patent Application 14/253,204 issued as U.S. Patent No. 9,147,296 (the '296 Patent) on September 29, 2015, and is titled "CUSTOMIZATION OF VEHICLE CONTROLS AND SETTINGS BASED ON USER PROFILE DATA." Toyota admits that Exhibit G1 to the Complaint appears to be a copy of the '296 Patent. Toyota lacks sufficient knowledge and information to admit or deny the remaining allegations in paragraph 24 of the Complaint and therefore denies them.

25.    Toyota admits that US Patent Application 14/684,856 issued as U.S. Patent No. 9,290,153 (the '153 Patent) on March 22, 2016, and is titled "VEHICLE-BASED MULTIMODE DISCOVERY." Toyota admits that Exhibit H1 to the Complaint appears to be a copy of the '153 Patent. Toyota lacks sufficient knowledge and information to admit or deny the remaining allegations in paragraph 25 of the Complaint and therefore denies them.

26.    Toyota admits that US Patent Application 16/243,051 issued as U.S. Patent No. 10,862,764 (the '764 Patent) on December 8, 2020, and is titled "UNIVERSAL CONSOLE CHASSIS FOR THE CAR." Toyota admits that Exhibit I1 to the Complaint appears to be a copy of the '764 Patent. Toyota lacks sufficient knowledge and information to admit or deny the remaining allegations in paragraph 26 of the Complaint and therefore denies them.

27.    Toyota admits that US Patent Application 17/233,412 issued as U.S. Patent No. 11,163,931 (the '931 Patent) on November 2, 2021, and is titled "ACCESS AND PORTABILITY OF USER PROFILES STORED AS TEMPLATES." Toyota admits that Exhibit J1 to the Complaint appears to be a copy of the '931 Patent. Toyota lacks sufficient knowledge and information to admit or deny the remaining allegations in paragraph 27 of the Complaint and therefore denies them.

28.    Toyota admits that US Patent Application 17/515,961 issued as U.S. Patent No. 12,039,243 (the '243 Patent) on July 16, 2024, and is titled "ACCESS AND PORTABILITY OF USER PROFILES STORED AS TEMPLATES." Toyota admits that Exhibit K1 to the Complaint appears to be a copy of the '243 Patent. Toyota lacks sufficient knowledge and information to admit or deny the remaining allegations in paragraph 28 of the Complaint and therefore denies them.

29.    Toyota admits that the Complaint describes the '034, '491, '697, '786, '186, '560, '296, '153, '764, '931, and '243 patents as the "Asserted Patents."

30.    Toyota lacks sufficient knowledge and information to admit or deny the allegations in paragraph 30 of the Complaint and therefore denies them.

## JURISDICTION AND VENUE

31.    This paragraph contains legal conclusions to which no response is required. To the extent any response is required, Toyota denies any remaining allegations of paragraph 31.

32.    This paragraph contains legal conclusions to which no response is required. To the extent a response is required, for the purposes of this action only, Toyota does not contest personal jurisdiction. Toyota denies the remaining allegations of paragraph 32.

33.    This paragraph contains legal conclusions to which no response is required. To the extent any response is required, Toyota denies any remaining allegations of paragraph 33, and specifically denies that it has committed any acts of infringement.

34.    This paragraph contains legal conclusions to which no response is required. To the extent any response is required, Toyota denies any remaining allegations of paragraph 34.

35.    This paragraph contains legal conclusions to which no response is required. To the extent a response is required, for the purposes of this action only, Toyota does not dispute that venue is proper in this District. Toyota denies the remaining allegations of paragraph 35.

36.    This paragraph contains legal conclusions to which no response is required. To the extent a response is required, for the purposes of this action only, Toyota does not dispute that venue is proper in this District. Toyota denies the remaining allegations of paragraph 36, and specifically denies that it has committed any acts of infringement.

## **PRE-SUIT-DISCUSSION**

37.     Toyota admits that in December 2023, TMNA received a letter from AutoConnect identifying some of the Asserted Patents and attaching claim charts. The content of the letter speaks for itself. Toyota denies the remaining allegations in paragraph 37.

38.     Toyota admits that in December 2023, TMNA received a letter from AutoConnect requesting a telephone conference with a Toyota representative. The content of the letter speaks for itself.  Toyota denies any remaining allegations of paragraph 38.

39.     Toyota admits that a January 3, 2024, letter confirmed TMNA's receipt of AutoConnect's December 13 letter, stated that TMNA was reviewing AutoConnect's December 13 letter, and requested future correspondence be directed to Ms. Kelly Chen. The content of the letter speaks for itself.  Toyota denies any remaining allegations of paragraph 39.

40.     Toyota admits that on January 19, 2024, Masanobu Yamashita sent a letter to AutoConnect on behalf of Toyota, following up on Ms. Chen's January letter. The content of the letter speaks for itself.  Toyota denies any remaining allegations of paragraph 40.

41.     Toyota admits that it met with AutoConnect on May 21, 2024, and provided a presentation responding to at least some of AutoConnect's allegations. The content of the presentation speaks for itself. Toyota denies any remaining allegations in paragraph 41.

42.     Toyota admits that it identified certain suppliers to AutoConnect, including at least Panasonic Automotive Systems, Co., Ltd., and suggested that AutoConnect could contact these suppliers for additional information concerning its infringement allegations. Toyota lacks sufficient knowledge and information to admit or deny the remaining allegations in paragraph 42 of the Complaint and therefore denies them.

8

43. Toyota admits it received a July 15, 2024, letter addressed to Atsushi Sajiki. The content of the letter speaks for itself. Toyota denies any remaining allegations of paragraph 43.

44. Toyota admits there were further communications between AutoConnect and Toyota. Toyota lacks sufficient knowledge and information to admit or deny the remaining allegations in paragraph 44 of the Complaint and therefore denies them.

45. Toyota admits there was a meeting in October 2024, during which Toyota shared a presentation responding to at least some of AutoConnect's allegations. The content of the presentation speaks for itself. Toyota denies any remaining allegations in paragraph 45.

46. Denied.

47. Toyota lacks sufficient knowledge and information to admit or deny the allegations in paragraph 47 of the Complaint and therefore denies them.

48. Toyota denies that it infringes any valid claim of the Asserted Patents. Toyota lacks sufficient knowledge and information to admit or deny the remaining allegations in paragraph 48 of the Complaint and therefore denies them..

## COUNT I
(Alleged Infringement of U.S. Patent No. 8,793,034)

49. Toyota incorporates its responses to paragraphs 1-48 by reference as if fully set forth herein.

50. Denied.

51. Denied.

52. Denied.

53. Denied.

54.    Denied.

55.    Denied

56.    Denied.

57.    Denied.

58.    Denied.

59.    Denied.

60.    Denied.

61.    Denied.

62.    Toyota denies that it infringes any valid claim of the Asserted Patents. Toyota lacks sufficient knowledge and information to admit or deny the remaining allegations in paragraph 62 of the Complaint and therefore denies them.

63.    Toyota denies that it infringes any valid claim of the Asserted Patents. Toyota lacks sufficient knowledge and information to admit or deny the remaining allegations in paragraph 63 of the Complaint and therefore denies them.

64.    Denied.

65.    Denied.

66.    Denied.

67.    Denied.

<u>**COUNT II**</u>
(Alleged Infringement of U.S. Patent No. 9,020,491)

68.    Toyota incorporates its responses to paragraphs 1-67 by reference as if fully set forth herein.

69.     Denied.

70.     Denied.

71.     Denied.

72.     Denied.

73.     Denied.

74.     Denied.

75.     Denied.

76.     Denied.

77.     Denied.

78.     Denied.

79.     Denied.

80.     Denied.

81.     Toyota denies that it infringes any valid claim of the Asserted Patents. Toyota lacks sufficient knowledge and information to admit or deny the remaining allegations in paragraph 81 of the Complaint and therefore denies them.

82.     Toyota denies that it infringes any valid claim of the Asserted Patents. Toyota lacks sufficient knowledge and information to admit or deny the remaining allegations in paragraph 82 of the Complaint and therefore denies them.

83.     Denied.

84.     Denied.

85.     Denied.

86. Denied.

## COUNT III

(Alleged Infringement of U.S. Patent No. 9,020,697)

87. Toyota incorporates its responses to paragraphs 1-86 by reference as if fully set forth herein.

88. Denied.

89. Denied.

90. Denied.

91. Denied.

92. Denied.

93. Denied.

94. Denied.

95. Denied.

96. Denied.

97. Denied.

98. Denied.

99. Denied.

100. Toyota denies that it infringes any valid claim of the Asserted Patents. Toyota lacks sufficient knowledge and information to admit or deny the remaining allegations in paragraph 100 of the Complaint and therefore denies them.

101.    Toyota denies that it infringes any valid claim of the Asserted Patents. Toyota lacks sufficient knowledge and information to admit or deny the remaining allegations in paragraph 101 of the Complaint and therefore denies them.

102.    Denied.

103.    Denied.

104.    Denied.

105.    Denied.

**COUNT IV**

(Alleged Infringement of U.S. Patent No. 9,116,786)

106.    Toyota incorporates its responses to paragraphs 1-105 by reference as if fully set forth herein.

107.    Denied.

108.    Denied.

109.    Denied.

110.    Denied.

111.    Denied.

112.    Denied.

113.    Denied.

114.    Denied.

115.    Denied.

116.    Denied.

117.    Denied.

118.    Denied.

119.    Toyota denies that it infringes any valid claim of the Asserted Patents. Toyota lacks sufficient knowledge and information to admit or deny the remaining allegations in paragraph 119 of the Complaint and therefore denies them.

120.    Toyota denies that it infringes any valid claim of the Asserted Patents. Toyota lacks sufficient knowledge and information to admit or deny the remaining allegations in paragraph 120 of the Complaint and therefore denies them.

121.    Denied.

122.    Denied.

123.    Denied.

124.    Denied.

**COUNT V**
(Alleged Infringement of U.S. Patent No. 9,123,186)

125.    Toyota incorporates its responses to paragraphs 1-124 by reference as if fully set forth herein.

126.    Denied.

127.    Denied.

128.    Denied.

129.    Denied.

130.    Denied.

131.    Denied.

14

132.     Denied.

133.     Denied.

134.     Denied.

135.     Denied.

136.     Denied.

137.     Denied.

138.     Toyota denies that it infringes any valid claim of the Asserted Patents. Toyota lacks sufficient knowledge and information to admit or deny the remaining allegations in paragraph 138 of the Complaint and therefore denies them.

139.     Toyota denies that it infringes any valid claim of the Asserted Patents. Toyota lacks sufficient knowledge and information to admit or deny the remaining allegations in paragraph 139 of the Complaint and therefore denies them.

140.     Denied.

141.     Denied.

142.     Denied.

## COUNT VI
(Alleged Infringement of U.S. Patent No. 9,140,560)

143.     Toyota incorporates its responses to paragraphs 1-142 by reference as if fully set forth herein.

144.     Denied.

145.     Denied.

146.     Denied.

147.    Denied.

148.    Denied.

149.    Denied.

150.    Denied.

151.    Denied.

152.    Denied.

153.    Denied.

154.    Denied.

155.    Denied.

156.    Toyota denies that it infringes any valid claim of the Asserted Patents. Toyota lacks sufficient knowledge and information to admit or deny the remaining allegations in paragraph 156 of the Complaint and therefore denies them.

157.    Toyota denies that it infringes any valid claim of the Asserted Patents. Toyota lacks sufficient knowledge and information to admit or deny the remaining allegations in paragraph 157 of the Complaint and therefore denies them.

158.    Denied.

159.    Denied.

160.    Denied.

161.    Denied.

## COUNT VII
(Alleged Infringement of U.S. Patent No. 9,147,296)

162.    Toyota incorporates its responses to paragraphs 1-161 by reference as if fully set forth herein.

163.    Denied.

164.    Denied.

165.    Denied.

166.    Denied.

167.    Denied.

168.    Denied.

169.    Denied.

170.    Denied.

171.    Denied.

172.    Denied.

173.    Denied.

174.    Denied.

175.    Toyota denies that it infringes any valid claim of the Asserted Patents. Toyota lacks sufficient knowledge and information to admit or deny the remaining allegations in paragraph 175 of the Complaint and therefore denies them.

176.    Toyota denies that it infringes any valid claim of the Asserted Patents. Toyota lacks sufficient knowledge and information to admit or deny the remaining allegations in paragraph 176 of the Complaint and therefore denies them.

17

177.    Denied.

178.    Denied.

179.    Denied.

180.    Denied.

## COUNT VIII
(Alleged Infringement of U.S. Patent No. 9,290,153)

181.    Toyota incorporates its responses to paragraphs 1-180 by reference as if fully set forth herein.

182.    Denied.

183.    Denied.

184.    Denied.

185.    Denied.

186.    Denied.

187.    Denied.

188.    Denied.

189.    Denied.

190.    Denied.

191.    Denied.

192.    Denied.

193.    Denied.

194.    Toyota denies that it infringes any valid claim of the Asserted Patents. Toyota lacks sufficient knowledge and information to admit or deny the remaining allegations in paragraph 194 of the Complaint and therefore denies them.

195.    Toyota denies that it infringes any valid claim of the Asserted Patents. Toyota lacks sufficient knowledge and information to admit or deny the remaining allegations in paragraph 195 of the Complaint and therefore denies them.

196.    Denied.

197.    Denied.

198.    Denied.

199.    Denied.

## COUNT IX
(Alleged Infringement of U.S. Patent No. 10,862,764)

200.    Toyota incorporates its responses to paragraphs 1-199 by reference as if fully set forth herein.

201.    Denied.

202.    Denied.

203.    Denied.

204.    Denied.

205.    Denied.

206.    Denied.

207.    Denied.

208.    Denied.

19

209.    Denied.

210.    Denied.

211.    Denied.

212.    Denied.

213.    Toyota denies that it infringes any valid claim of the Asserted Patents. Toyota lacks

sufficient knowledge and information to admit or deny the remaining allegations in paragraph 213

of the Complaint and therefore denies them.

214.    Toyota denies that it infringes any valid claim of the Asserted Patents. Toyota lacks

sufficient knowledge and information to admit or deny the remaining allegations in paragraph 214

of the Complaint and therefore denies them.

215.    Denied.

216.    Denied.

217.    Denied.

218.    Denied.

## COUNT X
(Alleged Infringement of U.S. Patent No. 11,163,931)

219.    Toyota incorporates its responses to paragraphs 1-218 by reference as if fully set

forth herein.

220.    Denied.

221.    Denied.

222.    Denied.

223.    Denied.

224.    Denied.

225.    Denied.

226.    Denied.

227.    Denied.

228.    Denied.

229.    Denied.

230.    Denied.

231.    Denied.

232.    Toyota denies that it infringes any valid claim of the Asserted Patents. Toyota lacks sufficient knowledge and information to admit or deny the remaining allegations in paragraph 232 of the Complaint and therefore denies them.

233.    Toyota denies that it infringes any valid claim of the Asserted Patents. Toyota lacks sufficient knowledge and information to admit or deny the remaining allegations in paragraph 233 of the Complaint and therefore denies them.

234.    Denied.

235.    Denied.

236.    Denied.

237.    Denied.

## <u>COUNT XI</u>
(Alleged Infringement of U.S. Patent No. 12,039,243)

238.    Toyota incorporates its responses to paragraphs 1-237 by reference as if fully set forth herein.

21

239.    Denied.

240.    Denied.

241.    Denied.

242.    Denied.

243.    Denied.

244.    Denied.

245.    Denied.

246.    Denied.

247.    Denied.

248.    Denied.

249.    Denied.

250.    Denied.

251.    Toyota denies that it infringes any valid claim of the Asserted Patents. Toyota lacks sufficient knowledge and information to admit or deny the remaining allegations in paragraph 251 of the Complaint and therefore denies them.

252.    Toyota denies that it infringes any valid claim of the Asserted Patents. Toyota lacks sufficient knowledge and information to admit or deny the remaining allegations in paragraph 252 of the Complaint and therefore denies them.

253.    Denied.

254.    Denied.

255.    Denied.

256.    Denied.

## DEMAND FOR JURY TRIAL

257.    Toyota admits that the Complaint sets forth a demand for a jury trial.

## PRAYER FOR RELIEF

Toyota denies the allegations contained in Plaintiff's Prayer for Relief, and Toyota further denies that Plaintiff is entitled to any relief whatsoever, including any of the relief sought in paragraphs A-H of its Prayer for Relief. Plaintiff's Prayer for Relief should, therefore, be denied in its entirety and with prejudice, and Plaintiff should take nothing.

## TOYOTA'S DEFENSES

Upon information and belief, and subject to its responses above, Toyota asserts the following defenses in response to the allegations of the Complaint, without admitting or acknowledging that Toyota bears the burden of proof as to any of them or that any must be pleaded as defenses. Regardless of how such defenses are listed herein, Toyota undertakes the burden of proof only as to those defenses that are deemed affirmative defenses as a matter of law. Toyota expressly reserves the right to amend or raise additional defenses pursuant to any docket control order or as additional information becomes available through further investigation and discovery.

Toyota incorporates by reference the factual background recited in the paragraphs *infra*.

## FIRST DEFENSE

## (Noninfringement)

Toyota does not infringe and has not infringed directly, indirectly, literally or under the doctrine of equivalents, or in any other manner, and is not liable for infringement of any valid and enforceable claim of the Asserted Patents. It is not the case that each and every limitation of the

23

asserted claims is present either directly or indirectly, and either literally or under the doctrine of equivalents, in the Accused Instrumentalities.

## SECOND DEFENSE

### (Invalidity)

The claims of the Patents-in-Suit are invalid for failure to comply with the requirements of Title 35 of the United States Code, including, without limitation, 35 U.S.C. §§ 102, 103, 112, and/or 116. As another example, the claims of the Asserted Patents are anticipated and/or rendered obvious by one or more prior art references and are thus invalid under 35 U.S.C. §§ 102 and/or 103. Additionally, one or more claims of the Asserted Patents are invalid for failing to satisfy the written description, enablement, and/or definiteness requirements of 35 U.S.C. § 112.

## THIRD DEFENSE

### (Ineligibility)

The claims of the Asserted Patents are directed to patent ineligible subject matter for failure to comply with the requirements of 35 U.S.C. § 101. For example, the claims are directed to a patent-ineligible abstract idea without sufficient inventive concept to transform that abstract idea into patent eligible subject matter.

## FOURTH DEFENSE

### (Statutory Limit on Damages)

Plaintiff's claim for damages and/or costs is statutorily limited by 35 U.S.C. §§ 286, 287, and/or 288. Without limitation, any claim for damages by Plaintiff is limited by 35 U.S.C. § 287 to only those damages occurring after proper and sufficient notice of infringement of the Asserted Patents to Toyota. To the extent any of the asserted claims were subject to the marking

requirements of 35 U.S.C. § 287 any claim for pre-lawsuit damages is barred, in whole or in part, for failure to comply with the patent marking and notice requirements of § 287.

## FIFTH DEFENSE

### (No Willful Infringement)

Plaintiff is not entitled to enhanced or increased damages for willful infringement because Toyota has not engaged in any conduct that meets the applicable standard for willful infringement.

## SIXTH DEFENSE

### (No Exceptional Case)

Plaintiff cannot prove that this is an exceptional case justifying award of attorneys' fees against Toyota pursuant to 35 U.S.C. § 285.

## SEVENTH DEFENSE

### (Prosecution History Disclaimer and Estoppel)

Plaintiff's claims for relief are barred in whole or in part by prosecution history estoppel and/or prosecution history disclaimer based on amendments, statements, admissions, omissions, representations, disclaimers, and/or disavowals made by the applications for the Asserted Patents.

## EIGHTH DEFENSE

### (Lack of Standing)

To the extent that AutoConnect is not the current or sole owner of the Asserted Patents, Plaintiff's claims and requested relief are barred by Plaintiff's lack of standing.

## NINTH DEFENSE

### (Reservation of Remaining Defenses)

Toyota reserves all defenses under Rule 8(c) of the Federal Rules of Civil Procedure, the Patent Laws of the United States, and any other defenses, at law or in equity, which may now exist or in the future be available based on discovery.

Dated: January 21, 2025                          Respectfully submitted,

                                                 */s/ James R. Barney*
                                                 James R. Barney (LEAD) (DC Bar No. 473732)
                                                 Jonathan J. Fagan (*pro hac vice*)
                                                 FINNEGAN, HENDERSON, FARABOW,
                                                  GARRETT & DUNNER, LLP
                                                 901 New York Avenue, NW
                                                 Washington, DC 20001-4413
                                                 Tel. (202) 408-4000

                                                 Aidan C. Skoyles (*pro hac vice*)
                                                 Robert J. Evans (*pro hac vice*)
                                                 FINNEGAN, HENDERSON, FARABOW,
                                                  GARRETT & DUNNER, LLP
                                                 1875 Explorer Street, Suite 800
                                                 Reston, VA 20190
                                                 Tel (571) 203-2700

                                                 Melissa R. Smith
                                                 State Bar No. 24001351
                                                 GILLAM & SMITH, LLP 3
                                                 03 South Washington Avenue
                                                 Marshall, Texas 75670
                                                 Tel: (903) 934-8450
                                                 Fax: (903) 934-9257
                                                 melissa@gillamsmithlaw.com

                                                 *Counsel for Defendants Toyota Motor Corp.,*
                                                 *Toyota Motor North America, Inc., Toyota Motor*
                                                 *Engineering & Manufacturing North America, Inc.*
                                                 *and Toyota Motor Sales, U.S.A., Inc.*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that a copy of the foregoing document was served on all parties who have appeared in this case on January 21, 2025, via the Court's CM/ECF system.


*/s/ James R. Barney*
James R. Barney

27