**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| AUTOCONNECT HOLDINGS LLC, | § | |
| *Plaintiff*, | § | |
| | § | Case No. 2:24-cv-00802-JRG-RSP |
| v. | § | |
| | § | |
| TOYOTA MOTOR CORPORATION, | § | |
| ET. AL., | § | |
| | § | |
| *Defendants*. | § | |

### ORDER ADOPTING

Defendants previously filed a Motion for Judgment on the Pleadings (Dkt. No. 63.) Magistrate Judge Payne entered a Report and Recommendation (Dkt. No. 200), recommending denial of Defendants' Motion. Defendant has now filed Objections (Dkt. No. 209). No response was filed.

After conducting a *de novo* review of the briefing on the Motion for Judgment on the Pleadings, the Report and Recommendation, and the briefing on Defendant's Objections, the Court agrees with the reasoning provided within the Report and Recommendation and concludes that the Objections fail to show that the Report and Recommendation was erroneous. Consequently, the Court **OVERRULES** Defendant's Objections and **ADOPTS** the Report and Recommendation and orders that the Motion for Judgment on the Pleadings (Dkt. No. 63) is **DENIED**.

**So ORDERED and SIGNED this 30th day of March, 2026.**

_____
RODNEY  GILSTRAP
UNITED STATES DISTRICT JUDGE