**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| AUTOCONNECT HOLDINGS LLC,<br><br>*Plaintiff*,<br>v.<br><br>TOYOTA MOTOR CORPORATION, TOYOTA MOTOR NORTH AMERICA, INC., TOYOTA MOTOR ENGINEERING & MANUFACTURING NORTH AMERICA, INC., TOYOTA MOTOR SALES, U.S.A., INC.,<br><br>*Defendants*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CASE NO. 2:24-CV-00802-JRG-RSP<br><br>(LEAD CASE) |

**FINAL JUDGMENT**

Toyota Motor Corporation, Toyota Motor Engineering & Manufacturing North America, Inc., Toyota Motor North America, Inc. and Toyota Motor Sales, U.S.A., Inc. ("Toyota") previously filed a Motion for Summary Judgment Regarding the Taurus License Defense (Dkt. No. 216.) Magistrate Judge Payne entered a Report and Recommendation (Dkt. No. 317), recommending the grant of Toyota's Motion for Summary Judgment. Plaintiff filed a Motion for Reconsideration (Dkt. No. 323), which Magistrate Judge Payne denied (Dkt. No. 361) following a hearing (Dkt. No. 360). Plaintiff AutoConnect Holdings LLC has now filed Objections (Dkt. No. 369), with no response filed by Toyota.

After conducting a *de novo* review of the briefing on the Motion for Summary Judgment, the Report and Recommendation, and the briefing on Plaintiff's Objections, the Court agrees with the reasoning provided within the Report and Recommendation and concludes that the Objections fail to show that the Report and Recommendation was erroneous. Consequently, the Court **OVERRULES** Plaintiff's Objections and **ADOPTS** the Report and Recommendation and orders that the Motion for Summary Judgment Regarding the Taurus License Defense (Dkt. No. 216) is **GRANTED**.

Accordingly, Pursuant to Federal Rule of Civil Procedure 58, in accordance with the Magistrate Judge's Report and Recommendation, the Court's Order Adopting, and the entirety of the record, the Court hereby **ORDERS** and **ENTERS JUDGMENT** as follows:

1. Defendants Toyota Motor Corporation, Toyota Motor Engineering & Manufacturing North America, Inc., Toyota Motor North America, Inc. and Toyota Motor Sales, U.S.A., Inc. do not infringe U.S. Patent Nos. 9,020,697, 9,123,186, 10,862,764, 9,020,491, 9,140,560, and 9,290,153, by virtue of holding a license to these patents.
2. Under Federal Rule of Civil Procedure 54(d), Local Rule CV-54, and 28 U.S.C. § 1920, Toyota is the prevailing party in this case and shall recover costs from AutoConnect. Accordingly, Toyota is directed to file their Bill of Costs.

All other requests for relief now pending by and between AutoConnect and Toyota, which are not specifically addressed herein, are **DENIED**. The Clerk of Court is directed to **MAINTAIN AS OPEN** the above-captioned case pending final resolution of its member case, No. 2:24-CV-00877-JRG-RSP.

**So ORDERED and SIGNED this 12th day of November, 2026.**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE